1    JOHN B. BULGOZDY (Cal. Bar No. 219897)
Email: bulgozdyj@sec.gov
2    KRISTIN S. ESCALANTE (Cal. Bar No. 169635)
Email: escalantek@sec.gov
3    KELLY C. BOWERS (Cal. Bar No. 164007)
Email: bowersk@sec.gov
4    TODD BRILLIANT (Cal Bar No. 147727)
Email: brilliantt@sec.gov
5

6    Attorneys for Plaintiff
Securities and Exchange Commission
    Michele Wein Layne, Regional Director
7    Lorraine Echavarria, Associate Regional Director
John W. Berry, Regional Trial Counsel
8    444 S. Flower Street, Suite 900
Los Angeles, California 90071
9    Telephone: (323) 965-3998
Facsimile: (213) 443-1904
10

11             **UNITED STATES DISTRICT COURT**

12             **CENTRAL DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| 14   SECURITIES AND EXCHANGE COMMISSION, | Case No.  2:15-cv-02563-FMO (FFMx) |
| 15          Plaintiff, | **DECLARATION OF TODD BRILLIANT IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANTS PACIFIC WEST CAPITAL GROUP, INC., ANDREW B CALHOUN IV AND PWCG TRUST** |
| 16       vs. | |
| 17   PACIFIC WEST CAPITAL GROUP, INC.; ANDREW B CALHOUN IV; | |
| 18   PWCG TRUST; BRENDA CHRSTINE BARRY; BAK WEST, | |
| 19   INC.; ANDREW B CALHOUN JR.; ERIC CHRISTOPHER CANNON; | |
| 20   CENTURY POINT, LLC; | Date:       May 21, 2015 |
| 21   MIACHAEL WAYNE DOTTA; and CALEB AUSTIN MOODY (dba SKY | Time:      10:00 a.m. Ctrm:      22 |
| 22   STONE), | Judge:    Hon. Fernando M. Olguin |
| 23         Defendants. | |

24

25

26

27

28

I, Todd Brilliant, declare pursuant to 28 U.S.C. § 1746 as follows:

1.       This declaration is submitted in support of Plaintiff Securities and Exchange Commission's Motion for Preliminary Injunction under Federal Rule of Civil Procedure 65.

2.       I am an attorney in the Los Angeles Regional Office of the Securities and Exchange Commission (the "SEC").  Unless specifically stated, I have personal knowledge of the matters set forth below.

3.       A true and correct copy of a letter dated October 25, 2007, from Lorie L. Kaufman to Steven and Dianne R. Copelan, Bates-stamped PWCG035507-38, and marked as Exhibit 26 in the September 24, 2013 testimony of William M. Potoczak, is attached hereto as Exhibit 1.

4.       A true and correct copy of a Life Settlement Disclosure Form dated January 24, 2013, signed by William P. and Lynne B. Taylor, Bates-stamped PWCG032878-82, and marked as Exhibit 27 in the September 24, 2013 testimony of William M. Potoczak, is attached hereto as Exhibit 2.

5.       A true and correct copy of a letter dated December 30, 2011, from Lorie L. Kaufman to Mary Jane Tomiye Rising, Bates-stamped PWCG021321-53, and marked as Exhibit 47 in the March 11, 2014 testimony of Eric Cannon, is attached hereto as Exhibit 3.

6.       A true and correct copy of excerpts of the transcript of the October 23, 2013 testimony of Andrew B Calhoun IV, is attached hereto as Exhibit 4.

7.       A true and correct copy of the Trust Agreement dated November 9, 2004 between Pacific West Capital Group, Inc. and Mills, Potoczak & Company, marked as Exhibit 80 in the May 6, 2014 testimony of Christine Shook, is attached hereto as Exhibit 5.

8.       A true and correct copy of the Amended and Restated Trust Agreement dated April 29, 2011 between Pacific West Capital Group, Inc. and Mills, Potoczak & Company, Bates-stamped SEC-MP-E-0000675-86, and marked as Exhibit 3 in the

1

1 | September 24, 2013 testimony of William M. Potoczak, is attached hereto as <u>Exhibit</u>
2 | <u>6</u>.
3 | 　　　9.　　A true and correct copy of the Pacific West Capital Group, Inc.
4 | Brochure, Bates-stamped PWCG000001-11, and marked as Exhibit 39 in the October
5 | 23, 2013 testimony of Andrew B Calhoun IV, is attached hereto as <u>Exhibit 7</u>.
6 | 　　　10.　　A true and correct copy of a Life Expectancy report, dated July 13, 2011,
7 | Bates-stamped PWCG005626-39, is attached hereto as <u>Exhibit 8</u>.
8 | 　　　11.　　A true and correct copy of a letter, dated November 22, 2011, from Lorie
9 | L. Kaufman to the Richard F. Gerber Revocable Living Trust, Bates-stamped
10 | PWCG019961-94, is attached hereto as <u>Exhibit 9</u>.
11 | 　　　12.　　A true and correct copy of an email with attachments, dated`June 19,
12 | 2013, from Kimberly Stevenson to Andrew B Calhoun IV, Bates-stamped
13 | PWCG057412-28, is attached hereto as <u>Exhibit 10</u>.
14 | 　　　13.　　True and correct copies of a Life Settlement Disclosure Form and
15 | Purchase Agreement, Bates-stamped SEC-MP-E-0005524-35, are attached hereto as
16 | <u>Exhibit 11</u>.
17 | 　　　14.　　A true and correct copy of an email with attachments, dated June 14,
18 | 2013, from Kimberly Stevenson to Andrew B Calhoun IV, Bates-stamped
19 | PWCG57163-90, is attached hereto as <u>Exhibit 12</u>.
20 | 　　　15.　　A true and correct copy of a letter, dated October 1, 2013, from Lorie
21 | L. Kaufman to Frederick J. and Patricia Deninger, Bates-stamped PWCG039113-38,
22 | is attached hereto as <u>Exhibit 13</u>.
23 | 　　　16.　　A true and correct copy of a Life Expectancy report, Bates-stamped
24 | PWCG002821-22, is attached hereto as <u>Exhibit 14</u>.
25 | 　　　17.　　A true and correct copy of a letter, dated July 11, 2011, from Brenda
26 | Barry to Steve and Deborah Conte, Bates-stamped PWCG016114-45, is attached
27 | hereto as <u>Exhibit 15</u>.
28 |

2

18.     A true and correct copy of an email dated October 4, 2013, from Michael Dotta to Greg Graf, Bates-stamped PWCG217748-50, and marked as Exhibit 112 in the August 6, 2014 testimony of Michael Dotta, is attached hereto as Exhibit 16.

19.     A true and correct copy of an email dated March 31, 2011, from Anne Morris to Brenda Barry, Bates-stamped PWCG128942-43, is attached hereto as Exhibit 17.

20.     A true and correct copy of an email dated June 21, 2011, from Eric Cannon to Alan Carlton, Bates-stamped PWCG281383-85, is attached hereto as Exhibit 18.

21.     A true and correct copy of an email dated August 6, 2013, from Michael Dotta to Wayne Sabatelli, Bates-stamped PWCG214296-99, and marked as Exhibit 111 in the August 6, 2014 testimony of Michael Dotta, is attached hereto as Exhibit 19.

22.     A true and correct copy of a PowerPoint, Bates-stamped PWCG033575-606, and marked as Exhibit 42 in the October 23, 2013 testimony of Andrew B Calhoun IV, is attached hereto as Exhibit 20.

23.     A true and correct copy of a Seminar invitation, Bates-stamped PWCG000026, and marked as Exhibit 40 in the October 23, 2013 testimony of Andrew B Calhoun IV, is attached hereto as Exhibit 21.

24.     A true and correct copy of a Radio ad, Bates-stamped PWCG000027, and marked as Exhibit 41 in the October 23, 2013 testimony of Andrew B Calhoun IV, is attached hereto as Exhibit 22.

25.     True and correct copies of a declaration of Russell Castillo who conducted a website capture of Pacific West's website, http://www.pwcapital.net/, and excerpts of Pacific West's website from the website capture, are attached hereto as Exhibit 23.

26.     A true and correct copy of excerpts of the transcript of the March 31, 2014 testimony of Brenda Christine Barry, is attached hereto as Exhibit 24.

3

27.   A true and correct copy of excerpts of the transcript of the April 1, 2014 testimony of Andrew B Calhoun Jr., is attached hereto as <u>Exhibit 25</u>.

28.   A true and correct copy of excerpts of the transcript of the March 11, 2014 testimony of Eric Cannon, is attached hereto as <u>Exhibit 26</u>.

29.   A true and correct copy of excerpts of the transcript of the August 6, 2014 testimony of Michael Dotta, is attached hereto as <u>Exhibit 27</u>.

30.   A true and correct copy of an email dated February 27, 2014, from Brenda Barry to John Lee Gregg, Bates-stamped PWCG157021-32, is attached hereto as <u>Exhibit 28</u>.

31.   A true and correct copy of an email dated April 9, 2014, from William Potoczak to Ira Belsky with a carbon copy to Andrew B Calhoun IV, Bates-stamped SEC-BELSKY-E-0000068-81, is attached hereto as <u>Exhibit 29</u>.

32.   A true and correct copy of an email dated March 5, 2014, from Brenda Barry to Mark Iwanowski, Bates-stamped PWCG157136-58, is attached hereto as <u>Exhibit 30</u>.

33.   A true and correct copy of an email dated January 23, 2014, from Caleb Moody to Andrew B Calhoun IV, Bates-stamped PWCG349761-63 is attached hereto as <u>Exhibit 31</u>.

34.   A true and correct copy of an email dated January 24, 2014, from Linda Lee to Andrew B Calhoun IV, Caleb Moody and William Potoczak, Bates-stamped SEC-MP-E-0002917-18, and marked as Exhibit 82 in the May 6, 2014 testimony of Linda Lee, is attached hereto as <u>Exhibit 32</u>.

35.   A true and correct copy of an email dated October 19, 2011, from Andrew B Calhoun IV to Linda Lee with carbon copies to William Potoczak and Christina Shook, Bates-stamped SEC-MP-E-0002339-40, and marked as Exhibit 20 in the September 24, 2013 testimony of William M. Potoczak, is attached hereto as <u>Exhibit 33</u>.

36.   A true and correct copy of an email dated October 2, 2012, from Andrew B Calhoun IV to Christina Shook with carbon copies to Linda Lee, Lori Kaufman, Chelsea Olson, and Maureen Bejarano, Bates-stamped SEC-MP-E-0002391-92, and marked as Exhibit 21 in the September 24, 2013 testimony of William M. Potoczak, is attached hereto as Exhibit 34.

37.   A true and correct copy of a Notice of Payment Due dated December 20, 2012, from Transamerica Life Insurance Company to Mills Potoczak Trustee, Bates-stamped SEC-MP-E-0001274 is attached hereto as Exhibit 35.

38.   A true and correct copy of an email with attachments, dated January 9, 2013, from Andrew B Calhoun IV to Linda Lee and Christina Shook, with carbon copies to Chelsea Olson and Maureen Bejarano, Bates-stamped PWCG243804-05, is attached hereto as Exhibit 36.

39.   A true and correct copy of a spreadsheet produced by Mills Potoczak and Company, Bates-stamped SEC-MP-E-0002567 is attached hereto as Exhibit 37.

40.   A true and correct copy of an email dated January 9, 2013, from Andrew B Calhoun IV to Linda Lee and Christina Shook with carbon copies to Chelsea Olson, and Maureen Bejarano, Bates-stamped SEC-MP-E-0002371-72, and marked as Exhibit 23 in the September 24, 2013 testimony of William M. Potoczak, is attached hereto as Exhibit 38.

41.   A true and correct copy of an email with attachments, dated March 24, 2014, from Andrew B Calhoun IV to Linda Lee, Lorie Kaufman, and Christina Shook, with carbon copies to Chelsea Olson and Maureen Bejarano, Bates-stamped PWCG253725-26, is attached hereto as Exhibit 39.

42.   A true and correct copy of an email with attachments, dated April 30, 2013, from Andrew B Calhoun IV to William Potoczak, with a carbon copy to Chelsea Olson, Bates-stamped PWCG245992-93, is attached hereto as Exhibit 40.

43.    A true and correct copy of an email dated November 9, 2012, from Michael Dotta to Soleiman Mottahedeh, Bates-stamped PWCG201051, is attached hereto as <u>Exhibit 41</u>.

44.    A true and correct copy of an email dated October 4, 2012, from Andrew B Calhoun Jr. to Maureen Bej, Bates-stamped PWCG049219-22, is attached hereto as <u>Exhibit 42</u>.

45.    A true and correct copy of an email dated July 22, 2013, from Caleb Moody to Joanne Rodriguez, Bates-stamped PWCG342625-28, is attached hereto as <u>Exhibit 43</u>.

46.    A true and correct copy of an email dated July 31, 2013, from Brenda Barry to Jacob Woolf, Bates-stamped PWCG154229-31, is attached hereto as <u>Exhibit 44</u>.

47.    A true and correct copy of an email dated September 12, 2013, from Andrew B Calhoun IV to Wes Bemis, Bates-stamped PWCG249700-03, is attached hereto as <u>Exhibit 45</u>.

48.    A true and correct copy of an email dated October 21, 2013, from Andrew B Calhoun IV to Tom Theobald, Bates-stamped PWCG250836-38, is attached hereto as <u>Exhibit 46</u>.

49.    A true and correct copy of an email dated March 20, 2014, from Brenda Barry to Stephen Ondeck, Bates-stamped PWCG157964-65, is attached hereto as <u>Exhibit 47</u>.

50.    A true and correct copy of an email dated April 18, 2012, from Andrew B Calhoun IV to Bill Moya Codazzi, with a carbon copy to Andrew Voth, Bates-stamped PWCG241970-72, is attached hereto as <u>Exhibit 48</u>.

51.    A true and correct copy of an email dated June 11, 2012, from Andrew B Calhoun IV to Andrew B Calhoun Jr., Bates-stamped PWCG242208-10, is attached hereto as <u>Exhibit 49</u>.

6

52.     A true and correct copy of an email dated August 16, 2012, from Andrew B Calhoun, IV to Caleb Moody, Bates-stamped PWCG242799-804, is attached hereto as Exhibit 50.

53.     A true and correct copy of an email dated December 5, 2012, from Michael Dotta to Caleb Moody, Bates-stamped PWCG327004-06, is attached hereto as Exhibit 51.

54.     A true and correct copy of an email dated May 22, 2013, from Brenda Barry to Gary Wallace, Bates-stamped PWCG152800-02, is attached hereto as Exhibit 52.

55.     A true and correct copy of an email dated November 7, 2013, from Scott Duke to Michael Dotta, Bates-stamped PWCG170169-74, and marked as Exhibit 107 in the August 6, 2014 testimony of Michael Dotta, is attached hereto as Exhibit 53.

56.     A true and correct copy of an email dated January 3, 2014, from Brenda Barry to Bill Arucan, Bates-stamped PWCG155888-89, is attached hereto as Exhibit 54.

57.     A true and correct copy of an email dated February 24, 2012, from Michael Dotta to Doug Laursen, with a carbon copy to Brenda Barry, Bates-stamped PWCG158087-89, and marked as Exhibit 98 in the August 6, 2014 testimony of Michael Dotta, is attached hereto as Exhibit 55.

58.     A true and correct copy of an email dated May 17, 2012, from Brenda Barry to Martin Parise, Bates-stamped PWCG145994-95, is attached hereto as Exhibit 56.

59.     A true and correct copy of an email dated July 20, 2012, from Andrew B Calhoun IV to John M. Wilcox, Bates-stamped PWCG242649-52, is attached hereto as Exhibit 57.

60.     A true and correct copy of a letter dated February 20, 2013, from Andrew B Calhoun Jr. to Mark Corbet, Bates-stamped PWCG032246-303, is attached hereto as Exhibit 58.

7

61.     A true and correct copy of an In-Force Policy Illustration dated September 12, 2012, from Ward T. Bell of Columbus Life Insurance Company, Bates-stamped PWCG033640-45, and marked as Exhibit 28 in the September 24, 2013 testimony of William M. Potoczak, is attached hereto as Exhibit 59.

62.     A true and correct copy of a Premium Calculation, Bates-stamped PWCG033646, and marked as Exhibit 29 in the September 24, 2013 testimony of William M. Potoczak, is attached hereto as Exhibit 60.

63.     A true and correct copy of an In-Force Illustration from Columbus Life Insurance Company dated July 23, 2013, marked as Exhibit 38 in the October 23, 2013 testimony of Andrew B Calhoun IV, is attached hereto as Exhibit 61.

64.     A true and correct copy of a letter dated February 14, 2005, from Carmen S. Carter to John and Vivienne Barton, Bates-stamped PWCG034972-95, is attached hereto as Exhibit 62.

65.     A true and correct copy of an email with attachments dated May 22, 2013, from Linda Lee to Andrew B Calhoun IV, with carbon copies to Chelsea Olson and Maureen Bejarano, Bates-stamped PWCG056141-60, is attached hereto as Exhibit 63.

66.     A true and correct copy of a letter dated May 14, 2013, from Tonia Jones to PWCG Trust care of Mills, Potoczak and Company, Bates-stamped SEC-Genworth-P-0000645, is attached hereto as Exhibit 64.

67.     A true and correct copy of an email dated September 27, 2011, from Andrew B Calhoun IV to Brenda Barry, Bates-stamped PWCG142498, is attached hereto as Exhibit 65.

68.     A true and correct copy of an email dated September 28, 2011, from Bruce Bailor to Brenda Barry, Bates-stamped PWCG130494-95, is attached hereto as Exhibit 66.

69.     A true and correct copy of an email dated April 5, 2012, from Andrew B Calhoun IV to Brenda Barry, Bates-stamped PWCG241931-32, is attached hereto as Exhibit 67.

70.     A true and correct copy of an email dated April 5, 2012, from Brenda Barry to John Wickeraad, with a carbon copy to Andrew B Calhoun IV, Bates-stamped PWCG145162-63, is attached hereto as Exhibit 68.

71.     A true and correct copy of an email dated April 30, 2012, from Andrew B Calhoun IV to Brenda Barry, Bates-stamped PWCG242030-33, is attached hereto as Exhibit 69.

72.     A true and correct copy of an email dated May 3, 2012, from Brenda Barry to John Wickeraad, Bates-stamped PWCG145526-28, is attached hereto as Exhibit 70.

73.     A true and correct copy of an email dated May 14, 2012, from John Wickeraad to Brenda Barry, Bates-stamped PWCG132755-56, is attached hereto as Exhibit 71.

74.     A true and correct copy of an email dated March 13, 2014, from Andrew B Calhoun IV to Brenda Barry, Bates-stamped PWCG252884-89, is attached hereto as Exhibit 72.

75.     A true and correct copy of an email dated November 12, 2012, from Martin Parise to Brenda Barry, Bates-stamped PWCG134113-15, is attached hereto as Exhibit 73.

76.     A true and correct copy of an email dated September 25, 2012, from Michael Dotta to Joe Kulakofsky, Bates-stamped PWCG198722-25, and marked as Exhibit 101 in the August 6, 2014 testimony of Michael Dotta, is attached hereto as Exhibit 74.

77.     A true and correct copy of an email dated May 2, 2013, from Michael Dotta to Francis Enderle, Bates-stamped PWCG207911-14, is attached hereto as Exhibit 75.

78.     A true and correct copy of an email dated July 11, 2013, from Michael Dotta to Andrew B Calhoun IV, Bates-stamped PWCG212083-85, and marked as Exhibit 109 in the August 6, 2014 testimony of Michael Dotta, is attached hereto as Exhibit 76.

79.     A true and correct copy of an email dated July 11, 2013, from Michael Dotta to Aurelio Da Costa Martins, Bates-stamped PWCG21286-87, and marked as Exhibit 110 in the August 6, 2014 testimony of Michael Dotta, is attached hereto as Exhibit 77.

80.     A true and correct copy of an email with attachments, dated November 15, 2012, from Caleb Moody to Jason Carver, Bates-stamped PWCG337312-22, is attached hereto as Exhibit 78.

81.     A true and correct copy of an email dated July 11, 2011, from Michael Dotta to Scott Carl, Bates-stamped PWCG175872-76, and marked as Exhibit 96 in the August 6, 2014 testimony of Michael Dotta, is attached hereto as Exhibit 79.

82.     A true and correct copy of an email, dated September 25, 2012, from Michael Dotta to Joe Kulakofsky, Bates-stamped PWCG198722-25, is attached hereto as Exhibit 80.

83.     A true and correct copy of an email, dated October 29, 2013, from Chelsea Olson to Andrew B Calhoun IV, Bates-stamped PWCG125257-59, is attached hereto as Exhibit 81.

84.     A true and correct copy of an email, dated December 12, 2013, from Steve M. Busch to Michael Dotta, Bates-stamped PWCG170678-80, is attached hereto as Exhibit 82.

85.     A true and correct copy of an email, dated March 14, 2014, from Eric Cannon to Carl White, Bates-stamped PWCG320436-40, is attached hereto as Exhibit 83.

86.     A true and correct copy of an email dated August 24, 2012, from Michael Dotta to Joe Kulakofsky, Bates-stamped PWCG197452-59, and marked as

1  Exhibit 99 in the August 6, 2014 testimony of Michael Dotta, is attached hereto as

2  Exhibit 84.

3       87.    A true and correct copy of an email dated August 24, 2012, from

4  Michael Dotta to Andrew B Calhoun, IV, Bates-stamped PWCG197369-74, and

5  marked as Exhibit 100 in the August 6, 2014 testimony of Michael Dotta, is attached

6  hereto as Exhibit 85.

7       88.    A true and correct copy of an email, dated July 25, 2013, from Marc

8  Kobernick to Eric Cannon, Bates-stamped PWCG273625-29, is attached hereto as

9  Exhibit 86.

10       89.    A true and correct copy of excerpts of the transcript of the September 24,

11  2013 and May 7, 2014 testimony of William M. Potoczak, is attached hereto as

12  Exhibit 87.

13       90.    True and correct copies of two attestations concerning registration

14  statements of Pacific West Capital Group, Inc., and PWCG Trust, dated April 15,

15  2015 and April 14, 2015, respectively, from Larry Mills, are attached hereto as

16  Exhibit 88.

17       91.    A true and correct copy a Sales Representative Agreement for Brenda

18  Barry, dated October 15, 2004, is attached hereto as Exhibit 89.

19       92.    A true and correct copy of an attestation concerning Form BD of Pacific

20  West Capital Group, Inc., dated April 14, 2015, from Larry Mills, is attached hereto

21  as Exhibit 90.

22       93.    True and correct copies of excerpts of Pacific West's website,

23  http://www.pwcapital.net/, are attached hereto as Exhibit 91.

24       94.    True and correct copies of an email and an attachment from Andrew B

25  Calhoun IV to Juan Tyberg, with carbon copies to Chelsea Olson and Maureen

26  Bejarano, dated August 1, 2013, are attached hereto as Exhibit 92.

27       95.    A true and correct copy of an email from Andrew B Calhoun IV to Juan

28  Tyberg, dated August 2, 2013, is attached hereto as Exhibit 93.

96.    A true and correct copy of an insurance policy marked as Exhibit 31 in the September 24, 2013 testimony of William M. Potoczak, is attached hereto as Exhibit 94.

97.    A true and correct copy of a Services Agreement dated April 29, 2011 between Pacific West Capital Group, Inc., and Mills, Potoczak & Company, and marked as Exhibit 4 in the September 24, 2013 testimony of William M. Potoczak, is attached hereto as Exhibit 95.

98.    A true and correct copy of an attestation concerning registration statements of Brenda Christine Barry, dated April 14, 2015, from Larry Mills, is attached hereto as Exhibit 96.

99.    A true and correct copy of an attestation concerning registration statements of BAK West, dated April 14, 2015, from Larry Mills, is attached hereto as Exhibit 97.

100.    A true and correct copy of an attestation concerning registration statements of Andrew B Calhoun IV, dated April 14, 2015, from Larry Mills, is attached hereto as Exhibit 98.

101.    A true and correct copy of an attestation concerning registration statements of Andrew B Calhoun Jr., dated April 14, 2015, from Larry Mills, is attached hereto as Exhibit 99.

102.    A true and correct copy of an attestation concerning registration statements of Eric Christopher Cannon, dated April 15, 2015, from Larry Mills, is attached hereto as Exhibit 100.

103.    A true and correct copy of an attestation concerning registration statements of Century Point, LLC, dated April 14, 2015, from Larry Mills, is attached hereto as Exhibit 101.

104.    A true and correct copy of an attestation concerning registration statements of Michael Wayne Dotta, dated April 14, 2015, from Larry Mills, is attached hereto as Exhibit 102.

1

2    105.   A true and correct copy of an attestation concerning registration

3    statements of Caleb Austin Moody (dba Sky Stone), dated April 14, 2015, from Larry

4    Mills, is attached hereto as Exhibit 103.

5

6       Executed on April 17, 2015, in Los Angeles, California.

7

8                                                          _____

9                                                          TODD BRILLIANT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13

1

## PROOF OF SERVICE

2  I am over the age of 18 years and not a party to this action.  My business address is:

3         U.S. SECURITIES AND EXCHANGE COMMISSION,
       400 S. Flower Street, Suite 900, Los Angeles, California 90071

4         Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

5  On April 17, 2015, I caused to be served the document entitled **DECLARATION
OF TODD BRILLIANT IN SUPPORT OF PLAINTIFF SECURITIES AND**

6  **EXCHANGE COMMISSION'S MOTION FOR PRELIMINARY
INJUNCTION AGAINST DEFENDANTS PACIFIC WEST CAPITAL**

7  **GROUP, INC., ANDREW B CALHOUN IV AND PWCG TRUST** on all the
parties to this action addressed as stated on the attached service list:

8

9  ☐   **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for
collection and mailing today following ordinary business practices.  I am readily
familiar with this agency's practice for collection and processing of correspondence

10  for mailing; such correspondence would be deposited with the U.S. Postal Service on
the same day in the ordinary course of business.

11

12  ☐   **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s),
which I personally deposited with the U.S. Postal Service.  Each such envelope was

13  deposited with the U.S. Postal Service at Los Angeles, California, with first class
postage thereon fully prepaid.

14  ☐   **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility
regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los

15  Angeles, California, with Express Mail postage paid.

16  ☐   **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the
office of the addressee as stated on the attached service list.

17

18  ☒   **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated
by United Parcel Service ("UPS") with delivery fees paid or provided for, which I

19  deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at
Los Angeles, California.

20  ☒   **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to
the electronic mail address as stated on the attached service list.

21

22  ☐   **E-FILING:**  By causing the document to be electronically filed via the Court's
CM/ECF system, which effects electronic service on counsel who are registered with
the CM/ECF system.

23

24  ☐   **FAX:**  By transmitting the document by facsimile transmission.  The
transmission was reported as complete and without error.

25       I declare under penalty of perjury that the foregoing is true and correct.

26  Date: April 17, 2015             */s/ John B. Bulgozdy*

27                            John B. Bulgozdy

28

*SEC v. Pacific West Capital Group, Inc., et al.*
**United States District Court—Central District of California**
**Case No. 2:15-CV-02563-FMO (FFMx)**
**(LA-04248)**

## SERVICE LIST

Jason S. Lewis, Esq. (served via electronic mail and UPS)
Greenberg Traurig
2200 Ross Ave., #5200
Dallas, TX 75201
lewisjs@gtlaw.com
*Attorney for Defendants Pacific West Capital Group, Inc.,*
*Andrew B. Calhoun IV, Brenda Christine Barry, BAK*
*West, Inc., Andrew B. Calhoun Jr., Eric Christopher*
*Cannon, Century Point, LLC, Michael Wayne Dotta, and*
*Caleb Austin Moody (dba Sky Stone)*

James K. Roosa, Esq. (served via electronic mail and UPS)
Roosa Co., LPA
3723 Pearl Road, Ste 200
Cleveland, OH 44109
jkr@roosalaw.com
*Attorney for Defendant PWCG Trust*

2