**SEC v. Pacific West Capital Group, et al.**
**U.S.D.C. C.D. California**
**Case No. 2:15-cv-02563-FMO (FFMx)**

Index to the Declaration of Todd Brilliant

| Exhibit No. | Description | Page |
|:---:|:---|:---:|
| 1 | Letter dated October 25, 2007 from Lorie L. Kaufman to Steven and Dianne R. Copelan, Bates-stamped PWCG035507-38, and previously marked as Testimony Exhibit No. 26 | 14 |
| 2 | Life Settlement Disclosure Form dated January 24, 2013, Bates-stamped PWCG032878-82, and previously marked as Testimony Exhibit No. 27 | 46 |
| 3 | Letter dated December 30, 2011 from Lorie L. Kaufman to Mary Jane Tomiye Rising, Bates-stamped PWCG021321-53, and previously marked as Testimony Exhibit No. 47 | 49 |
| 4 | Excerpts from the testimony of Andrew B Calhoun IV taken on October 23, 2013 | 82 |
| 5 | Trust Agreement dated November 9, 2004 previously marked as Testimony Exhibit 80 | 180 |
| 6 | Amended and Restated Trust Agreement dated April 29, 2011 between Pacific West Capital Group, Inc. and Mills, Potoczak & Company, Bates-stamped SEC-MP-E-0000675-86, and previously marked as Testimony Exhibit 3 | 193 |
| 7 | Pacific West Capital Group, Inc. brochure, Bates-stamped PWCG000001-11, and previously marked as Testimony Exhibit 39 | 205 |
| 8 | Life Expectancy report, dated July 13, 2011, and Bates-stamped PWCG005626-39 | 216 |
| 9 | Letter dated November 22, 2011 from Lorie L. Kaufman to the Richard F. Gerber Revocable Living Trust, and Bates-stamped PWCG019961-94 | 230 |
| 10 | Email with attachments, dated June 19, 2013, from Kimberly Stevenson to Andrew B Calhoun IV and Bates-stamped PWCG057412-28 | 264 |

**SEC v. Pacific West Capital Group, et al.**
**U.S.D.C. C.D. California**
**Case No. 2:15-cv-02563-FMO (FFMx)**

Index to the Declaration of Todd Brilliant

| Exhibit No. | Description | Page |
|:---:|---|:---:|
| 11 | Life Settlement Disclosure Form and Purchase Agreement and Bates-stamped SEC-MP-E-0005524-35 | 281 |
| 12 | Email with attachments, dated June 14, 2013, from Kimberly Stevenson to Andrew B Calhoun IV and Bates-stamped PWCG57163-90 | 293 |
| 13 | Letter, dated October 1, 2013, from Lorie L. Kaufman to Frederick J. and Patricia Deninger and Bates-stamped PWCG039113-38 | 321 |
| 14 | Life Expectancy report Bates-stamped PWCG002821-22 | 345 |
| 15 | Letter, dated July 11, 2011, from Brenda Barry to Steve and Deborah Conte and Bates-stamped PWCG016114-45 | 347 |
| 16 | Email dated October 4, 2013 from Mike Dotta to Greg Graf, Bates-stamped PWCG217748-50, and previously marked as Testimony Exhibit 112 | 379 |
| 17 | Email dated March 31, 2011 from Anne Morris to Brenda Barry, Bates-stamped PWCG128942-43 | 382 |
| 18 | Email dated June 21, 2011 from Eric Cannon to Alan Carlton, and Bates-stamped PWCG281383-85 | 384 |
| 19 | Email dated August 6, 2013 from Mike Dotta to Wayne Sabatelli, Bates-stamped PWCG214296-99, and previously marked as Testimony Exhibit 111 | 387 |
| 20 | PowerPoint, Bates-stamped PWCG033575-606, and previously marked as Testimony Exhibit 42 | 391 |
| 21 | Seminar invitation, Bates-stamped PWCG000026, and previously marked as Testimony Exhibit 40 | 423 |
| 22 | Radio ad, Bates-stamped PWCG000027, and previously marked as Testimony Exhibit 41 | 424 |
| 23 | Declaration of Russell Castillo who conducted a website capture and excerpts of Pacific West's website from the website capture | 425 |

**<u>SEC v. Pacific West Capital Group, et al.</u>**
**U.S.D.C. C.D. California**
**Case No. 2:15-cv-02563-FMO (FFMx)**

<u>Index to the Declaration of Todd Brilliant</u>

| Exhibit No. | Description | Page |
|:-----------:|-------------|:----:|
| 24 | Excerpts from the testimony of Brenda Christine Barry taken on March 31, 2014 | 441 |
| 25 | Excerpts from the testimony of Andrew B Calhoun Jr. taken on April 1, 2014 | 453 |
| 26 | Excerpts from the testimony of Eric Cannon taken on March 11, 2014 | 471 |
| 27 | Excerpts from the testimony of Michael Dotta taken on August 6, 2014 | 496 |
| 28 | Email dated February 27, 2014 from Brenda Barry to John Lee Gregg, and Bates-stamped PWCG157021-32 | 532 |
| 29 | Email dated April 9, 2014 from William Potoczak to Ira Belsky with a carbon copy to Andrew B Calhoun IV, and  Bates-stamped SEC-BELSKY-E-0000068-81 | 544 |
| 30 | Email dated March 5, 2014 from Brenda Barry to Mark Iwanowski, and Bates-stamped PWCG157136-58 | 558 |
| 31 | Email dated January 23, 2014, from Caleb Moody to Andrew B Calhoun IV, and Bates-stamped PWCG349761-63 | 581 |
| 32 | Email dated January 24, 2014, from Linda Lee to Andrew B Calhoun IV, Caleb Moody and William Potoczak, Bates-stamped SEC-MP-E-0002917-18, and previously marked as Testimony Exhibit 82 | 584 |
| 33 | Email dated October 19, 2011, from Andrew B Calhoun IV to Linda Lee with carbon copies to William Potoczak and Christina Shook, and Bates-stamped SEC-MP-E-0002339-40 | 586 |
| 34 | Email dated October 2, 2012, from Andrew B Calhoun IV to Christina Shook with carbon copies to Linda Lee, Lori Kaufman, Chelsea Olson, and Maureen Bejarano, Bates-stamped SEC-MP-E-0002391-92, and previously marked as Testimony Exhibit 21 | 588 |

**SEC v. Pacific West Capital Group, et al.**
**U.S.D.C. C.D. California**
**Case No. 2:15-cv-02563-FMO (FFMx)**

Index to the Declaration of Todd Brilliant

| Exhibit No. | Description | Page |
|---|---|---|
| 35 | Notice of Payment Due dated December 20, 2012, from Transamerica Life Insurance Company to Mills Potoczak Trustee, and Bates-stamped SEC-MP-E-0001274 | 590 |
| 36 | Email with attachments, dated January 9, 2013, from Andrew B Calhoun IV to Linda Lee and Christina Shook, with carbon copies to Chelsea Olson and Maureen Bejarano, and Bates-stamped PWCG243804-05 | 591 |
| 37 | Spreadsheet produced by Mills Potoczak and Company, and Bates-stamped SEC-MP-E-0002567 | 707 |
| 38 | Email dated January 9, 2013, from Andrew B Calhoun IV to Linda Lee and Christina Shook with carbon copies to Chelsea Olson, and Maureen Bejarano, Bates-stamped SEC-MP-E-0002371-72, and previously marked as Testimony Exhibit 23 | 708 |
| 39 | Email with attachments, dated March 24, 2014, from Andrew B Calhoun IV to Linda Lee, Lorie Kaufman, and Christina Shook, with carbon copies to Chelsea Olson and Maureen Bejarano, Bates-stamped PWCG253725-26 | 709 |
| 40 | Email with attachments, dated April 30, 2013, from Andrew B Calhoun IV to William Potoczak, with a carbon copy to Chelsea Olson, and Bates-stamped PWCG245992-93 | 827 |
| 41 | Email dated November 9, 2012, from Mike Dotta to Soleiman Mottahedeh, and Bates-stamped PWCG201051 | 837 |
| 42 | Email dated October 4, 2012, from Andrew B Calhoun Jr. to Maureen Bejarano, and Bates-stamped PWCG049219-22 | 848 |
| 43 | Email dated July 22, 2013, from Caleb Moody to Joanne Rodriguez, and Bates-stamped PWCG342625-28 | 856 |
| 44 | Email dated July 31, 2013, from Brenda Barry to Jacob Woolf, and Bates-stamped PWCG154229-31 | 860 |
| 45 | Email dated September 12, 2013, from Andrew B Calhoun IV to Wes Bemis, and Bates-stamped PWCG249700-03 | 868 |

**SEC v. Pacific West Capital Group, et al.**
**U.S.D.C. C.D. California**
**Case No. 2:15-cv-02563-FMO (FFMx)**

Index to the Declaration of Todd Brilliant

| Exhibit No. | Description | Page |
|---|---|---|
| 46 | Email dated October 21, 2013, from Andrew B Calhoun IV to Tom Theobald, and Bates-stamped PWCG250836-38 | 872 |
| 47 | Email dated March 20, 2014, from Brenda Barry to Stephen Ondeck, and Bates-stamped PWCG157964-65 | 875 |
| 48 | Email dated April 18, 2012, from Andrew B Calhoun IV to Bill Moya Codazzi, with a carbon copy to Andrew Voth, and Bates-stamped PWCG241970-72 | 877 |
| 49 | Email dated June 11, 2012, from Andrew B Calhoun IV to Andrew B Calhoun Jr., and Bates-stamped PWCG242208-10 | 880 |
| 50 | Email dated August 16, 2012, from Andrew B Calhoun, IV to Caleb Moody, Bates-stamped PWCG242799-804 | 883 |
| 51 | Email dated December 5, 2012, from Mike Dotta to Caleb Moody, and Bates-stamped PWCG327004-06 | 889 |
| 52 | Email dated May 22, 2013, from Brenda Barry to Gary Wallace, and Bates-stamped PWCG152800-02 | 892 |
| 53 | Email dated November 7, 2013, from Scott Duke to Mike Dotta, Bates-stamped PWCG170169-74, and previously marked as Testimony Exhibit 107 | 895 |
| 54 | Email dated January 3, 2014, from Brenda Barry to Bill Arucan, and Bates-stamped PWCG155888-89 | 901 |
| 55 | Email dated February 24, 2012, from Mike Dotta to Doug Laursen, with a carbon copy to Brenda Barry, Bates-stamped PWCG158087-89, and previously marked as Testimony Exhibit 98 | 903 |
| 56 | Email dated May 17, 2012, from Brenda Barry to Martin Parise, and Bates-stamped PWCG145994-95 | 906 |
| 57 | Email dated July 20, 2012, from Andrew B Calhoun IV to John M. Wilcox, and Bates-stamped PWCG242649-52 | 908 |

**SEC v. Pacific West Capital Group, et al.**
**U.S.D.C. C.D. California**
**Case No. 2:15-cv-02563-FMO (FFMx)**

Index to the Declaration of Todd Brilliant

| Exhibit No. | Description | Page |
|:---:|:---|:---:|
| 58 | Letter dated February 20, 2013, from Andrew B Calhoun Jr. to Mark Corbet, and Bates-stamped PWCG032246-303 | 912 |
| 59 | In-Force Policy Illustration dated September 12, 2012, from Ward T. Bell of Columbus Life Insurance Company, and Bates-stamped PWCG033640-45 | 970 |
| 60 | Premium Calculation, Bates-stamped PWCG033646 | 976 |
| 61 | In-Force Illustration from Columbus Life Insurance Company dated July 23, 2013, and previously marked as Testimony Exhibit 38 | 977 |
| 62 | Letter dated February 14, 2005, from Carmen S. Carter to John and Vivienne Barton,  and Bates-stamped PWCG034972-95 | 985 |
| 63 | Email with attachments dated May 22, 2013, from Linda Lee to Andrew B Calhoun IV, with carbon copies to Chelsea Olson and Maureen Bejarano, and Bates-stamped PWCG056141-60 | 1009 |
| 64 | Letter dated May 14, 2013, from Tonia Jones to PWCG Trust care of Mills, Potoczak and Company, and Bates-stamped SEC-Genworth-P-0000645 | 1031 |
| 65 | Email dated September 27, 2011, from Andrew B Calhoun IV to Brenda Barry, and Bates-stamped PWCG142498 | 1032 |
| 66 | Email dated September 28, 2011, from Bruce Bailor to Brenda Barry, and Bates-stamped PWCG130494-95 | 1033 |
| 67 | Email dated April 5, 2012, from Andrew B Calhoun IV to Brenda Barry, and Bates-stamped PWCG241931-32 | 1035 |
| 68 | Email dated April 5, 2012, from Brenda Barry to John Wickeraad, with a carbon copy to Andrew B Calhoun IV, and Bates-stamped PWCG145162-63 | 1037 |
| 69 | Email dated April 30, 2012, from Andrew B Calhoun IV to Brenda Barry, and Bates-stamped PWCG242030-33 | 1039 |

**<u>SEC v. Pacific West Capital Group, et al.</u>**
**U.S.D.C. C.D. California**
**Case No. 2:15-cv-02563-FMO (FFMx)**

<u>Index to the Declaration of Todd Brilliant</u>

| Exhibit No. | Description | Page |
|---|---|---|
| 70 | Email dated May 3, 2012, from Brenda Barry to John Wickeraad, and Bates-stamped PWCG145526-28 | 1043 |
| 71 | Email dated May 14, 2012, from John Wickeraad to Brenda Barry, and Bates-stamped PWCG132755-56 | 1046 |
| 72 | Email dated March 13, 2014, from Andrew B Calhoun IV to Brenda Barry, and Bates-stamped PWCG252884-89 | 1048 |
| 73 | Email dated November 12, 2012, from Martin Parise to Brenda Barry, and Bates-stamped PWCG134113-15 | 1054 |
| 74 | Email dated September 25, 2012, from Mike Dotta to Joe Kulakofsky,  and Bates-stamped PWCG198722-25 | 1057 |
| 75 | Email dated May 2, 2013, from Mike Dotta to Francis Enderle, and Bates-stamped PWCG207911-14 | 1061 |
| 76 | Email dated July 11, 2013, from Mike Dotta to Andrew B Calhoun IV, Bates-stamped PWCG212083-85, and previously marked as Testimony Exhibit 109 | 1065 |
| 77 | Email dated July 11, 2013, from Mike Dotta to Aurelio Da Costa Martins, Bates-stamped PWCG21286-87, and previously marked as Testimony Exhibit 110 | 1068 |
| 78 | Email with attachments, dated November 15, 2012, from Caleb Moody to Jason Carver, and Bates-stamped PWCG337312-22 | 1069 |
| 79 | Email dated July 11, 2011, from Mike Dotta to Scott Carl, Bates-stamped PWCG175872-76, and previously marked as Testimony Exhibit 96 | 1080 |
| 80 | Email, dated September 25, 2012, from Mike Dotta to Joe Kulakofsky, and Bates-stamped PWCG198722-25 | 1085 |
| 81 | Email, dated October 29, 2013, from Chelsea Olson to Andrew B Calhoun IV, and Bates-stamped PWCG125257-59 | 1089 |
| 82 | Email, dated December 12, 2013, from Steve M. Busch to Mike Dotta, and Bates-stamped PWCG170678-80 | 1092 |

**SEC v. Pacific West Capital Group, et al.**
**U.S.D.C. C.D. California**
**Case No. 2:15-cv-02563-FMO (FFMx)**

Index to the Declaration of Todd Brilliant

| Exhibit No. | Description | Page |
|---|---|---|
| 83 | Email, dated March 14, 2014, from Eric Cannon to Carl White, and  Bates-stamped PWCG320436-40 | 1095 |
| 84 | Email dated August 24, 2012, from Mike Dotta to Joe Kulakofsky, Bates-stamped PWCG197452-59, and previously marked as Testimony Exhibit 99 | 1100 |
| 85 | Email dated August 24, 2012, from Mike Dotta to Andrew B Calhoun, IV, Bates-stamped PWCG197369-74, and previously marked as Testimony Exhibit 100 | 1108 |
| 86 | Email, dated July 25, 2013, from Marc Kobernick to Eric Cannon, and Bates-stamped PWCG273625-29 | 1114 |
| 87 | Excerpts from the testimony of William M. Potoczak taken on September 24, 2013 and May 7, 2014 | 1119 |
| 88 | Attestations concerning registration statements of Pacific West Capital Group, Inc., and PWCG Trust, dated April 14, 2015 | 1142 |
| 89 | Sales Representative Agreement for Brenda Barry, dated October 15, 2004 | 1142B |
| 90 | Attestation concerning Form BD of Pacific West Capital Group, Inc., dated April 14, 2015 | 1152 |
| 91 | Excerpts of Pacific West's website, http://www.pwcapital.net/ | 1153 |
| 92 | Email and an attachment, dated August 1, 2013, from Andrew B Calhoun IV to Juan Tyberg, with carbon copies to Chelsea Olson and Maureen Bejarano, and Bates-stamped PWCG247752-772 | 1185 |
| 93 | Email, dated August 2, 2013 from Andrew B Calhoun IV to Juan Tyberg, and Bates-stamped PWCG247798-800 | 1206 |
| 94 | Insurance policy previously marked as Testimony Exhibit 31 | 1209 |
| 95 | Services Agreement dated April 29, 2011 between Pacific West Capital Group, Inc., and Mills, Potoczak & Company, and previously marked as Testimony Exhibit 4 | 1259 |

**<u>SEC v. Pacific West Capital Group, et al.</u>**
**U.S.D.C. C.D. California**
**Case No. 2:15-cv-02563-FMO (FFMx)**

<u>Index to the Declaration of Todd Brilliant</u>

| Exhibit No. | Description | Page |
|---|---|---|
| 96 | Attestation concerning Form BD of Brenda Christine Barry, dated April 14, 2015 | 1270 |
| 97 | Attestation concerning Form BD of BAK West, dated April 14, 2015 | 1271 |
| 98 | Attestation concerning Form BD of Andrew B Calhoun IV, dated April 14, 2015 | 1272 |
| 99 | Attestation concerning Form BD of Andrew B Calhoun Jr., dated April 14, 2015 | 1273 |
| 100 | Attestation concerning Form BD of Eric Christopher Cannon, dated April 14, 2015 | 1274 |
| 101 | Attestation concerning Form BD of Century Point, LLC, dated April 14, 2015 | 1275 |
| 102 | Attestation concerning Form BD of Michael Wayne Dotta, dated April 14, 2015 | 1276 |
| 103 | Attestation concerning Form BD of Caleb Austin Moody (dba Sky Stone), dated April 14, 2015 | 1277 |