# EXHIBIT 24

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:                    )
                                     )  ORIGINAL
                                     )  File No. LA-04248-A
PACIFIC WEST CAPITAL GROUP           )

WITNESS:    Brenda Christine Barry
PAGES:      1 to 64
PLACE:      Securities and Exchange Commission
            5670 Wilshire Boulevard
            11th Floor
            Los Angeles, California  90036
DATE:       Monday, March 31, 2014

        The above-entitled matter came on for hearing, pursuant to notice, at 12:14 p.m.

Diversified Reporting Services, Inc.
(202) 467-9200

a85b6a35-3934-474c-82df-93bd8abd0433

Exhibit 24 Page 441

```
                                                       Page 4
 1                     P R O C E E D I N G S
 2            MR. BRILLIANT:  On the record at 12:14 p.m. on
 3   March, 31st, 2014, in Los Angeles, California.  My name
 4   is Todd Brilliant.  I'm a member of the staff of the
 5   Enforcement Division of the Los Angeles Regional Office
 6   of the United States Securities and Exchange Commission.
 7            Would the witness please raise her right hand
 8   to take an oath.
 9            MS. BARRY:  (Witness complies.)
10            MR. BRILLIANT:  Do you swear or affirm to tell
11   the truth, the whole truth, and nothing but the truth?
12            MS. BARRY:  I do.
13   Whereupon,
14                    BRENDA CHRISTINE BARRY
15   was called as a witness and, having been first duly
16   sworn, was examined and testified as follows:
17                          EXAMINATION
18            BY MR. BRILLIANT:
19       Q    Would the witness please state and spell her
20   full name for the record.
21       A    Brenda Christine Barry, B-r-e-n-d-a.  Christine
22   is C-h-r-i-s-t-i-n-e.  Barry, B-a-r-r-y.
23       Q    Ms. Barry, your testimony has been requested by
24   the Staff as part of a formal investigation in the matter
25   of Pacific West Capital Group, Inc. to determine whether
```

a85b6a35-3934-474c-82df-93bd8abd0433

Exhibit 24 Page 442

```
                                                    Page 18
 1      Q    Did you receive any training prior to becoming
 2   a sales agent with Mr. Calhoun?
 3      A    Not any formal or official training.  When I
 4   was working for Oxford, we shared an office.  So I
 5   learned a lot about the investment from listening to him,
 6   so that was the training, if you will.  And then once I
 7   got my license, I'm sure -- it was ten years ago -- but
 8   I'm sure I had some additional questions for him, but
 9   there wasn't any official training.
10      Q    Are there any policies or procedures concerning
11    sales at Pacific West Capital Group?
12      A    Yes.
13      Q    What are they?
14      A    Well, we -- there's two different avenues that
15   people get a hold of us.  We do seminars.  So the
16   procedure is to -- we -- Leslie Painter is the woman in
17   charge of the -- putting together the seminars.  We send
18   out postcards to people to invite them to the seminar.
19   They call in to RSVP and we set them up at a restaurant
20   and then we go and do a presentation.  The other that
21   we've done all along is radio ads throughout the state
22   and people call in and are put through to one of us
23   agents.
24      Q    Is there any manual at Pacific West concerning
25   policies and procedures with regard to sales?
```

a85b6a35-3934-474c-82df-93bd8abd0433

Exhibit 24 Page 443

```
                                                    Page 19
 1      A    Not that I'm aware of.
 2      Q    What is Mr. Calhoun's role concerning your
 3  sales at Pacific West?
 4      A    Well, he's the CEO of the company.  I guess I
 5  don't understand the question.
 6      Q    When you have a potential investor and you talk
 7  to the investor about possibly investing, does Mr.
 8  Calhoun get involved in that investment?
 9      A    Only occasionally.  Occasionally, yes.
10      Q    What's his involvement?
11      A    If there's a question I can't answer for some
12  reason, if it's something more analytical than I might
13  know, if -- sometimes people just like to talk to the CEO
14  to have -- to have that affirmation, I guess you would
15  call it, so every now and then he'll talk to a potential
16  client.
17      Q    What type of insurance does Pacific West sell
18  fractional interests in?
19      A    What type of policies?  Universal policies,
20  whole life, not term.
21      Q    What's universal life?
22      A    It is the type of policy that builds cash value
23  within it and the premiums are flexible.
24      Q    You mentioned the two ways of locating
25  investors through seminars and radio ads.  What's your
```

a85b6a35-3934-474c-82df-93bd8abd0433

Exhibit 24 Page 444

```
                                                        Page 25
 1      A    No.
 2      Q    You talk about two other reserves, secondary
 3  and tertiary.  Have those reserves ever been used?
 4      A    Not that I'm aware of, no.
 5      Q    Have any investors ever asked whether the
 6  secondary and tertiary reserves have been used?
 7      A    Some potential clients have.
 8      Q    And what was your response to them, to that
 9  question?
10      A    That, to date, I -- it's my understanding that
11  they have not been used.
12           BY MR. BOWERS:
13      Q    And that continues to today?
14      A    Correct.
15      Q    You're telling clients that today --
16      A    Correct.
17      Q    -- if that comes up?
18      A    Yeah.
19           BY MR. BRILLIANT:
20      Q    Have any of the primary reserves for insurance
21  policies at Pacific West run out?
22      A    It's my understanding, yes, that there's a
23  couple of policies that have gone beyond the first
24  reserve.
25      Q    What's your understanding based on?
```

a85b6a35-3934-474c-82df-93bd8abd0433

Exhibit 24 Page 444A

```
                                                         Page 26
 1      A    I was recently told that.
 2      Q    By who?
 3      A    By Andrew Calhoun.
 4      Q    By recently, how long ago approximately?
 5      A    A few weeks ago.
 6      Q    What did Mr. Calhoun say?
 7      A    Just that there's a couple of policies that
 8  have gone beyond the first reserve that are -- that he's
 9  paying for from -- that he's paying for, but not from
10  within the secondary reserve.
11      Q    Did Mr. Calhoun tell you what funds he was
12  using to pay these insurance premiums?
13      A    No.
14      Q    Have you ever told any investors at Pacific
15  West some of the primary reserves have run out?
16      A    No.  I've only known that for a few weeks and
17  it hasn't come up since, so no.
18              BY MR. BOWERS:
19      Q    What was the situation in which he told you
20  about the reserves running out?  How did that come up in
21  conversation?
22      A    We were -- it was in a meeting.  I was on the
23  phone.  I phone into the meetings and I really don't
24  remember the context prior to that conversation.  I think
25  he was just letting us all know.  He just let us know.
```

a85b6a35-3934-474c-82df-93bd8abd0433

Exhibit 24 Page 445

```
                                                          Page 27
 1      Q    And did he say how many?
 2      A    He said a couple.
 3      Q    Was there any further questions as to how many?
 4      A    No.
 5           BY MR. BRILLIANT:
 6      Q    Who was on the phone meeting -- or excuse me --
 7   let me start again.
 8           Who was at this meeting, including yourself, on
 9   the phone?
10      A    I believe it was everyone in the company.
11   There might have been someone else not in the room, but I
12   believe everyone was there.  Just normal -- just a normal
13   meeting.
14      Q    You mean all the sales agents for the company
15   were on the phone?
16      A    The sales agents were in the meeting except for
17   Andy and I, who were on -- we come in by the phone.
18      Q    And by "Andy" do you mean Andrew Calhoun,
19   Junior, Mr. Calhoun's father?
20      A    Yes.  I know.
21           MR. LEWIS:  That's factually correct, but it
22   sounds weird.  I'll admit.
23           BY MR. BOWERS:
24      Q    Andrew Calhoun the III's father?
25      A    Something like that.  Yes.
```

a85b6a35-3934-474c-82df-93bd8abd0433

Exhibit 24 Page 446

Page 29

1   reserve structure. Returns, what the returns are.
2   Sometimes my personal background. Lots of -- lots of
3   questions.
4       Q   Do investors ever ask how Pacific West makes
5   their money on these investments?
6       A   Occasionally.
7       Q   And what's your response?
8       A   That we make money on a gross margin. That we
9   purchase a policy and sell it for more than we paid for
10  it.
11      Q   Do you get any more specific than that?
12      A   Not typically.
13      Q   Sometimes have you?
14      A   Sometimes.
15      Q   And what gross margin have you told investors?
16      A   It's at least 20, 25 percent.
17      Q   Have -- let's get back to the reserves. You
18  talked about the primary reserve, the secondary, and the
19  tertiary reserve.
20          What if all those reserves run out, what
21  happens?
22      A   Then the investor would have a capital call for
23  their pro rata share for -- for the premiums for that
24  particular policy.
25      Q   Have any investors ever asked you questions

a85b6a35-3934-474c-82df-93bd8abd0433

Exhibit 24 Page 447

```
                                                    Page 37
 1   we talked about.
 2             MR. LEWIS:  Todd, to the extent you're going to
 3   go through each of these in detail, can we take a very
 4   quick -- just a bathroom break?  Sorry.  Just had lots of
 5   water at lunch.
 6             MR. BRILLIANT:  Let's go off the record at 1:03
 7   p.m.
 8             (A brief recess was taken.)
 9                   (Mr. Bowers not present.)
10             MR. BRILLIANT:  Back on the record at 1:07 p.m.
11             BY MR. BRILLIANT:
12        Q    Ms. Barry, did we, the SEC Staff, have any
13   substantive conversations with you off the record?
14        A    No.
15        Q    Before we get back to the Belskys, you
16   testified earlier -- I don't want to put words in your
17   mouth -- that you said it was your understanding that
18   Pacific West's gross margin was between 20 and 25
19   percent, at least 20 to 25 percent; is that correct?
20        A    Correct.
21        Q    What's the basis for your understanding?
22        A    That's just what I've been told.
23        Q    By who?
24        A    By Andrew Calhoun.
25        Q    And when did Mr. Calhoun tell you this?
```

a85b6a35-3934-474c-82df-93bd8abd0433

Exhibit 24 Page 448

```
                                                      Page 38
 1      A    I would assume the first time about nine years
 2  ago.  And it's just -- yeah, you know, just what I --
 3  just  my understanding.  It's what I've been told over
 4  the years.
 5      Q    Has the gross margin percentage ever changed?
 6      A    I wouldn't have any idea.
 7      Q    No.  From what you were told, did Mr. Calhoun
 8  one day say it's 8 percent and one day say it's 30
 9  percent or has it always been 20 to 25 percent that
10  that's the gross margin that Pacific West makes?
11      A    It's always been consistently a minimum of
12  about 20 to 25 percent.
13      Q    When you mean a minimum -- you said a minimum
14  -- do you know, has it ever been any higher than 20, 25
15  percent?
16      A    I don't know.
17      Q    Did Mr. Calhoun say that's the minimum that he
18  wants to make on a policy, 20 to 25 percent?
19      A    That's been my understanding.  I don't remember
20  a specific conversation with him saying those words, but
21  that's just always been my understanding.
22      Q    Have you ever read any literature where it
23  appears that Pacific West is giving an example to
24  investors that their gross margin is 20 percent?
25      A    Yes.
```

a85b6a35-3934-474c-82df-93bd8abd0433

Exhibit 24 Page 449

```
                                                      Page 39
 1      Q    Has any investors ever asked any questions to
 2   you concerning that example?
 3      A    No.
 4      Q    Is the example in the brochure?
 5      A    I believe it's in the brochure.  And maybe one
 6   of the slides for the presentation.
 7      Q    And how about on Pacific West Web site, is it
 8   on there as well?
 9      A    I believe so.
10      Q    Before we get to Mr. Belsky's -- the Belskys'
11   packets, investor packets, I want to hand you a document
12   previously been marked as Exhibit 39.  I hand you Exhibit
13   39.  It's Bates-stamped PWCG 1 through 11.
14                   (SEC Exhibit No. 39 was referred
15                    to.)
16           BY MR. BRILLIANT:
17      Q    Do you recognize Exhibit 39?
18      A    Yes.
19      Q    What is Exhibit 39?
20      A    It is a copy of our brochure.
21      Q    Looking at the answers to frequently asked
22   questions in Exhibit 39, do you see that page?
23      A    Yes.
24      Q    It's PWCG 10.
25           Do you see that?
```

a85b6a35-3934-474c-82df-93bd8abd0433

Exhibit 24 Page 450

```
                                                        Page 63
 1                    PROOFREADER'S CERTIFICATE
 2
 3   In The Matter of:   PACIFIC WEST CAPITAL GROUP, INC.
 4   Witness:            Brenda Christine Barry
 5   File Number:        LA-04248-A
 6   Date:               Monday, March 31, 2014
 7   Location:           Los Angeles, CA
 8
 9            This is to certify that I, Maria E. Paulsen,
10   (the undersigned), do hereby swear and affirm that the
11   attached proceedings before the U.S. Securities and
12   Exchange Commission were held according to the record and
13   that this is the original, complete, true and accurate
14   transcript that has been compared to the reporting or
15   recording accomplished at the hearing.
16
17   Maria E Paulsen                  4/4/14
18   (Proofreader's Name)             (Date)
19
20
21
22
23
24
25
```

a85b6a35-3934-474c-82df-93bd8abd0433

Exhibit 24 Page 451

64

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION

## REPORTER'S CERTIFICATE

I, LINDA M. KLEA-BAKER, BSBA, CSR 12468, RPR, reporter, hereby certify that the foregoing transcript is a complete, true and accurate transcript of the testimony indicated, held on 3/31/14 at LA Reg Off. in the matter of: Pacific West Capital Group.

I further certify that this proceeding was recorded by me and that the foregoing transcript has been prepared under my direction.

Date: 3/31/14

Official Reporter: Linda M. Klea Baker
*Diversified Reporting Service, Inc.*

**Diversified Reporting Services, Inc.**
**(202) 296-9200**
**Fax: (202) 296-9220**

Exhibit 24 Page 452