# EXHIBIT 25

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

ORIGINAL

In the Matter of:           )
                            )   File No. LA-04248-A
PACIFIC WEST CAPITAL GROUP, INC. )

WITNESS:   Andrew B Calhoun, Jr.
PAGES:     1 through 51
PLACE:     Securities and Exchange Commission
           5670 Wilshire Boulevard, 11th Floor
           Los Angeles, California  90036
DATE:      Tuesday, April 1, 2014

   In the above-matter came on for hearing, pursuant to notice, at 9:42 a.m.

Diversified Reporting Services, Inc.
(202) 467-9200

Exhibit 25 Page 453

```
                                                          Page 4
 1                      P R O C E E D I N G S
 2              MR. BRILLIANT:  On the record at 9:42 a.m. on
 3    April 1st, 2014, in the Los Angeles, California.
 4              My name is Todd Brilliant.  With me today is
 5    Kelly Bowers.  We are members of the staff of the
 6    Enforcement Division of the Los Angeles Regional Office
 7    of the United States Securities & Exchange Commission.
 8              Could the witness please raise his right hand
 9    to take an oath?
10              Do you swear or affirm to tell the truth, the
11    whole truth, and nothing but the truth?
12              MR. CALHOUN:  I do.
13    Whereupon,
14                      ANDREW B CALHOUN, JR.
15    was called as a witness and, having been first duly
16    sworn, was examined and testified as follows:
17                            EXAMINATION
18              BY MR. BRILLIANT:
19         Q    Would the witness please state and spell his
20    full name for the record.
21         A    Andrew B Calhoun, Jr., A-N-D-R-E-W, B, no
22    period, C-A-L-H-O-U-N, J-R.
23         Q    Mr. Calhoun, your testimony has been requested
24    by the staff as part of a formal investigation in the
25    matter of Pacific West Capital Group, Inc. to determine
```

Exhibit 25 Page 454

```
                                                          Page 16
 1   Pacific West at that time?
 2       A      I had accepted employment at that time.
 3       Q      And is your position as sales agent at Pacific
 4   West?
 5       A      I'm just an agent.  That's all I understand.
 6       Q      Does your son Andrew Calhoun supervise you?
 7       A      Yes.
 8       Q      Do you supervise anyone?
 9       A      No.
10       Q      Do you work out of your home in South Carolina
11   as an agent for Pacific West?
12       A      I do.
13       Q      Is that where you do all of your work?
14       A      That is all I do unless I come to California.
15       Q      And what's the reason you come to California?
16       A      For training, if we are going to do training.
17   We'll have training next week.  Also I need to come -- I
18   missed some things that other agents do, and I want to
19   sit in their office and hear what they say.  Just more
20   education, that's basically it.
21       Q      So you had training in 2006; is that correct?
22       A      Uh-huh, correct.
23       Q      And then when is the next time you had
24   training?
25       A      It's ongoing.  Andrew and I have a conversation
```

Exhibit 25 Page 455

Page 17

1  probably once a week about some issue of training and
2  some issue of whatever that we are talking about at that
3  time, policies. Anything that's -- we have meetings
4  probably once a week, and I'm on the telephone taking
5  notes.
6     Q   **And you said there's training next week. What**
7  **is that training?**
8     A   We have -- we will be practicing the seminar
9  presentation.
10    Q   **What's the seminar presentation?**
11    A   Other agents who make seminars across the State
12 of California, I do not do that. It's too expensive for
13 me to come back for, but I need to be there. So it will
14 be two days. And then we are also having pictures taken
15 of the staff with updated pictures of people.
16    Q   **Now, you said, and I don't want to put words in**
17 **your mouth, that you discussed with your son, Andrew**
18 **Calhoun, policies concerning sales. Did you mean**
19 **policies and procedures?**
20    A   No. When Andrew gets a new policy, he calls us
21 all together and says, "We have a New York Life policy,
22 and some person, X amount of age, this is it and this
23 policy we will be paying a fixed return of X, and then we
24 discuss that. That's the policy we are talking about.
25 Not policies inside the office.

Exhibit 25 Page 456

```
                                                    Page 18
 1       Q    Are there any policies or procedures for sales
 2   at Pacific West?
 3       A    We have a script that all of us have memorized
 4   for the phone.  And you probably have a copy of that.
 5       Q    Do you use that script?
 6       A    I have memorized it.
 7       Q    I know you've memorized it, but have you used
 8   it on the phone with investors?
 9       A    Sure, that's what I start up every day with.
10       Q    How do you find investors?
11       A    Well, the company has advertisements on TV and
12   radio.  And from that people respond to it and they call
13   in to Pacific West Capital in Los Angeles.  And then a
14   certain amount of those calls are forwarded to me in
15   South Carolina and I deal with those.
16       Q    Is that the only way you find potential
17   investors?
18       A    That's it.
19       Q    What happens after, can you run through one, an
20   example of a call that you receive from an investor and
21   then what happens after that point?
22       A    Well, you've got your call, and what we do is
23   we give them the spiel, and we tell them all about the
24   investment.  If they are interested at that time, we fill
25   out a form and we send them a brochure.  And then I think
```

Exhibit 25 Page 457

```
                                                          Page 19
 1   you've got a copy of the brochure.  After that, in
 2   approximately a week to week and a half, yes, a week to a
 3   week and a half there is a follow-up call to find out if
 4   they have received the brochure, if they reviewed it and
 5   do they have any questions.
 6        Q    And then if the investor decides to invest,
 7   what happens then?
 8        A    If he decides to invest, he decides if there's
 9   going to be a cash investment and IRA investment.  I send
10   out the client info sheet, and then I go through a
11   suitability questionnaire and make sure he's suitable to
12   the State of California.  After he does that, then I pass
13   that onto the staff and then they send the appropriate
14   paperwork either by Federal Express or email.
15        Q    How do you determine whether the investor is
16   suitable for the State of California?
17        A    They have to fill out the suitability
18   questionnaire.  And then I briefly go through that with
19   them and I say, "By the way, what we would be sending you
20   in the back of the brochure is a suitability
21   questionnaire.  And that's something you answer
22   honestly."  And they fill this out.  If it does not come
23   back right, they are not an investor.
24        Q    What do you mean if it doesn't come back right?
25        A    Meaning if they did not have the network
```

Exhibit 25 Page 458

```
                                                          Page 20
 1   necessary?
 2        Q    Okay.  Do you do any sort of due diligence to
 3   check if the information is correct on the suitability
 4   questionnaire?
 5        A    No.
 6        Q    What type of insurance policies are investors
 7   investing in Pacific West?
 8        A    Universal Life.  That's all we are dealing
 9   with.
10        Q    What's Universal Life?
11        A    It is a life insurance policy with flexible
12   premiums.
13        Q    With regard to sales, what's your -- with
14   regard to your sales at Pacific West, what's your son's
15   role, if any, in the sales that you make?
16        A    Very little.  Andrew is the administrator.  The
17   only time he takes a call is when we are bombarded.  All
18   the phones are lit up, that's the only time he takes a
19   call.
20        Q    But, so if you have an investor and they decide
21   to invest.
22        A    Uh-huh.
23        Q    Do you handle the whole investment yourself or
24   sometimes do you forward the call to Mr. Calhoun for any
25   reason?
```

Exhibit 25 Page 459

```
                                                    Page 21
 1       A    Really not -- I don't think I've ever done
 2   that.  The paperwork is imported to make sure that it's
 3   correct we send out to the client.
 4       Q    You said earlier that you entered into an
 5   agreement with Pacific West; is that right?
 6       A    That is correct.
 7                 (SEC Exhibit No. 68 was marked for
 8                  identification.)
 9            BY MR. BRILLIANT:
10       Q    Mr. Calhoun, I had the court reporter mark a
11   multi-page document as Exhibit 68.  Exhibit 68 is Bates
12   stamped Calhoun, Jr. 12 through 21.  Exhibit 68 is
13   entitled Sales Representative Agreement.
14            I hand you Exhibit 68.  Mr. Calhoun, do you
15   recognize Exhibit 68?
16       A    I do.
17       Q    What is Exhibit 68?
18       A    This is a Sales Agreement that was in my office
19   that I forwarded to, I think you've got a copy of it.
20   Oh, this is it.
21       Q    On the first page there's a name Andrew B
22   Calhoun, Jr. in handwriting.  Is that your handwriting?
23       A    That is my handwriting.
24       Q    I'm looking at the last page of Exhibit 68,
25   there's a signature, Pacific West Capital Group, Inc.
```

Exhibit 25 Page 460

```
                                                        Page 22
1    Whose signature is that?
2         A    Is that above my name?
3         Q    Well, the first signature on the page, whose
4    signature is that?
5         A    That's Andrew Calhoun, IV's signature.
6         Q    That's your son's signature?
7         A    Right.
8         Q    And then underneath, is that your signature?
9         A    That is my printed name.
10        Q    Oh, that's your printed name, Andy Calhoun.
11   And then there's a signatory, whose signature is that?
12        A    That is mine.
13        Q    And on the second page of Exhibit 68, Section 6
14   talks about Commission of Sales.  Does that state that
15   you receive eight percent of investment dollars as a
16   commission?
17        A    Yes.
18        Q    Is that what you in fact receive from selling
19   investments in Pacific West?
20        A    Would you repeat the question?
21        Q    Is that what you in fact receive, eight percent
22   of investment dollars?
23        A    Did you say eight?
24        Q    Eight.
25        A    That is correct.
```

Exhibit 25 Page 461

```
                                                      Page 23
1        Q    Have you ever received anymore than eight
2    percent?
3        A    Never.
4        Q    Any less than eight percent?
5        A    No.
6        Q    Do you receive any compensation from Pacific
7    West other than the Commission of sales?
8        A    On straight sales, straight commission.
9        Q    So no other funds, monies, other than the
10   Commissions?
11       A    That is correct.
12       Q    You mentioned before Mr. Calhoun, your son,
13   calls on occasion and says, "We have acquired a new
14   insurance policy," correct?
15       A    Correct.
16       Q    Do you understand the mechanics of how Pacific
17   West Capital Group finds insurance policies?
18       A    I understand that brokers send the policies to
19   Andrew and Andrew reviews those to find out if it meets
20   the standards that he's asked for.
21       Q    Do you know what standards he's asked for?
22       A    Minimum age of 75, an A rate life insurance
23   company, and usually a million plus.
24       Q    A million plus, what does that mean?
25       A    Face value, that's what the policy is.  A
```

Exhibit 25 Page 462

```
                                                    Page 32
 1   happen if those three reserves ran out?
 2        A    It would, I guess the policy would fail or the
 3   insured would get a premium call.  Not the insured, the
 4   investor would get a premium call, I'm sorry.
 5             MR. LEWIS:  I know you're nervous, just think
 6   about it.  I know you're --
 7             THE WITNESS:  Okay.
 8             BY MR. BRILLIANT:
 9        Q    And what would investors have to pay at that
10   point if they wanted to keep the policy in force?
11        A    It would be the pro rata share.
12        Q    And the pro rata share of what?
13        A    Of the premiums.  And so, I mean, if they have
14   one percent, they would pay one percent of the premiums.
15        Q    And has any investor ever asked you what their
16   pro rata share would be if they had to pay?
17        A    No one has ever asked me.
18        Q    Do you know, has that -- have you heard that
19   question asked to anyone else at Pacific West?
20        A    I don't remember if they did.  I don't think
21   they have come up to me.
22        Q    Now, has the Secondary Reserve, the one percent
23   of all policies, all investments sold at Pacific West,
24   has that reserve ever been used?
25        A    Not to the best of my knowledge.
```

Exhibit 25 Page 463

Page 33

1  Q   What's your knowledge based on?
2  A   Information. I understand we have not used any
3  of the First Reserve.
4  Q   Has anyone told you that?
5  A   Andrew.
6  Q   Andrew, your son has said, and I don't want to
7  put words in your mouth, but I just want to get the
8  record clear. So Andrew, your son, has told you that
9  Pacific West has never had to use the Secondary Reserve
10 before?
11 A   That's correct.
12 Q   And has he also said that Pacific West has
13 never had to use the tertiary or Third Reserve?
14 A   That is correct.
15 Q   Now, have you ever told investors that Pacific
16 West has never had to use the secondary and tertiary
17 reserves?
18 A   I have.
19 Q   Do you know, have any of the insurance
20 policies, have the primary reserves ever run out on any
21 insurance policy?
22 A   I understand that they are paying, the company
23 is paying a couple to keep it from going to the First
24 Reserve.
25 Q   And when did you find that out?

Exhibit 25 Page 464

```
                                                    Page 34
1      A    Last week.
2      Q    Who did you find that out from?
3      A    Andrew.
4      Q    Do you know whether the investors in those
5  policies were informed that Pacific West was paying the
6  premiums?
7      A    I have no idea.
8      Q    And I know you only found out last week, but
9  have you told any investors that on a couple of policies,
10 Pacific West is paying the premiums?
11     A    I have not.
12     Q    Do you think that's an important fact that
13 investors would want to know?
14     A    No.
15     Q    Why not?
16     A    I think the company is over-the-board
17 protecting, they are doing extra.
18     Q    And you may have said this before, but is it
19 your son Andrew Calhoun who sets those primary reserves,
20 sets the amount for the primary reserve?
21     A    Yes.
22     Q    Do you think investors would want to know how
23 well your son is doing at setting the primary reserves?
24     A    Nobody has ever asked me.
25     Q    No.  But you said Pacific West is going above
```

Exhibit 25 Page 465

Page 35

1 and beyond their duty to pay premiums. Do you think an
2 investor would want to know, hey, the person who is
3 setting the reserves is your son, Andrew Calhoun, how is
4 he doing at setting the reserves? Do you think that's an
5 important piece of information for investors?
6     A    Right. And I explained that. One percent goes
7 in the First Reserve.
8     Q    No, but I'm not talking about the secondary
9 reserve. I'm talking about the primary reserves.
10     A    The primary.
11     Q    Do you think it's important for investors to
12 know how well your son is doing at setting the primary
13 reserves?
14     A    No one has ever asked me that question. And
15 it's never come up. I mean, he's got -- he's got the
16 expertise to do that.
17     Q    But you've sold this to investors for a number
18 of years now. Do you think it's something important that
19 investors would want to know?
20     A    Not really. As long as they are covered. I
21 mean, investors look at this, they want to know how many
22 years this is covered. Nobody has ever asked me how we
23 come up with it.
24     Q    Has Mr. Calhoun, your son, told you how long
25 Pacific West is going to pay premiums on these couple of

Exhibit 25 Page 466

```
                                                      Page 36
 1   policies where the primary reserve has run out?
 2        A    I haven't discussed that with him.
 3        Q    Has he talked about any other reserves that are
 4   about to be run out on the insurance policies?
 5        A    No.
 6        Q    Are there any of the policies that you've sold
 7   interest in, have any of those policies, the reserve,
 8   that the primary reserve has run out?
 9        A    Not that I know of.  I wouldn't be told anyway
10   I don't think.
11        Q    Have any investors asked you, Mr. Calhoun, how
12   Pacific West makes their money on selling these insurance
13   policies?
14        A    We give the example that's in the brochure.
15        Q    And what's that example?
16        A    A lot of people ask how we make money, and we
17   make it based on wholesale retail.  They want to know,
18   what does that mean?  I say, we buy a policy for 300,
19   fund it for 100. We can sell 500,000, you get a hundred
20   percent return, has a $100,000 left over, which is 20
21   percent.
22        Q    In that carpet business, were you buying things
23   in wholesale and telling them retail?
24        A    It was a big market.  There's a bid.  I would
25   get my price from my mill and then we would bid it on a
```

Exhibit 25 Page 467

```
                                                      Page 37
 1   building like this.
 2        Q    Now, getting back to Pacific West, that 20
 3   percent profit example, do you know whether that 20
 4   percent is accurate, that Pacific West actually makes 20
 5   percent?
 6             MR. LEWIS:  I think we are talking about
 7   margin.  You just used the term profit, I think those are
 8   two totally different terms.
 9             BY MR. BRILLIANT:
10        Q    Well, do you understand what the term margin
11   means?
12        A    No.
13        Q    You don't understand what the term margin
14   means?
15        A    I don't know where you're going with this.
16        Q    No, do you understand, you used the word
17   margin, I'm just saying, do you know what that word
18   means?
19        A    Yes.
20        Q    What does it mean?
21        A    20 percent is our margin.  I understand that's
22   the level we set at the bottom.  We want to make that or
23   more.
24        Q    Yes, but I'm just asking what the word margin
25   means in that sentence that you have said.
```

Exhibit 25 Page 468

```
                                                          Page 50
 1                   PROOFREADER'S CERTIFICATE
 2   In the Matter of:   PACIFIC WEST CAPITAL GROUP, INC.
 3   Witness:            Andrew B Calhoun, Jr.
 4   File Number:        LA-04248-A
 5   Date:               Tuesday, April 1, 2014
 6   Location:           Los Angeles, California  90036
 7
 8          This is to certify that I, Donna S. Raya,
 9   (the undersigned), do hereby swear and affirm that the
10   attached proceedings before the U.S. Securities and
11   Exchange Commission were held according to the record and
12   that this is the original, complete, true and accurate
13   transcript that has been compared to the reporting or
14   recording accomplished at the hearing.
15
16   _____          _____4/7/14_____
17   (Proofreader's Name)              (Date)
18
19
20
21
22
23
24
25
```

Exhibit 25 Page 469

```
 1              UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2                         REPORTER'S CERTIFICATE
 3
 4     I, Brenda H. Roberts, RMR, CSR 13676, reporter hereby
 5     certify that the foregoing transcript consisting of 49
 6     pages is a complete, true, and accurate transcript of the
 7     testimony indicated, held on     4/1/14            in
 8     the matter of Pacific West Capital Group     I further
 9     certify that this proceeding was recorded by me, and the
10     foregoing transcript has been prepared under my direction.
11
12     DATE:    4/7/14
13
14     Official Reporter: Brenda N. Roberts
15                         Brenda H. Roberts, RMR, CSR 13676
```

Exhibit 25 Page 470