# EXHIBIT 26

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:                )
                                 )   File No. LA-04248-A
PACIFIC WEST CAPITAL GROUP )


WITNESS:  Eric Cannon

PAGES:    1 through 134

PLACE:    Securities and Exchange Commission
          5670 Wilshire Boulevard, 11th Floor
          Los Angeles, California 90036

DATE:     Tuesday, March 11, 2014


     The above-entitled matter came on for hearing,
pursuant to notice, at 9:43 a.m.




Diversified Reporting Services, Inc.
(202) 467-9200

Exhibit 26 Page 471

Page 4

```
 1                    P R O C E E D I N G S
 2            MR. BRILLIANT:  On the record at 9:43 a.m.
 3   on March 11th, 2014, in Los Angeles, California.
 4            My name is Todd Brilliant.  With me today
 5   is Robert Conrrad.  We are members of the staff of
 6   the Enforcement Division of the Los Angeles Regional
 7   Office of the United States Securities and Exchange
 8   Commission.
 9            Will the witness please raise his right
10   hand to take an oath.
11            MR. CANNON:  (As requested.)
12            MR. BRILLIANT:  Do you swear or affirm to
13   tell the truth, the whole truth, and nothing but the
14   truth?
15            MR. CANNON:  I do.
16            MR. BRILLIANT:  Would the witness please
17   state and spell his full name for the record.
18            THE WITNESS:  Eric, E-r-i-c; Christopher,
19   C-h-r-i-s-t-o-p-h-e-r; Cannon, C-a-n-n-o-n.
20   Whereupon,
21                     ERIC CANNON
22   was called as a witness and, having been first duly
23   sworn, was examined and testified as follows:
24                     EXAMINATION
25            BY MR. BRILLIANT:
```

Exhibit 26 Page 472

Page 55

```
 1              (A brief recess was taken.)
 2              MR. BRILLIANT:  Back on the record at
 3    10:57 a.m.
 4              Mr. Cannon, did we, the SEC staff, have
 5    any substantive conversations with you off the
 6    record?
 7         A    No.
 8              MR. CONRRAD:  Turning back to government
 9    Exhibit 44, which is the background questionnaire,
10    aside from your counsel's explanation of the
11    attachment and why it was provided, as well as the
12    two jobs that you had that are not listed here, so
13    take that aside, is the information that you
14    provided in Government Exhibit 44 true and complete,
15    to the best of your knowledge?
16              THE WITNESS:  Yes.
17              BY MR. BRILLIANT:
18         Q    So you started in Pacific West in
19    September of 2010; is that correct?
20         A    Yes.
21         Q    And what was your position when you
22    started?
23         A    Agent.
24         Q    Has that been your position the whole
25    time?
```

Exhibit 26 Page 473

Page 56

1   A   Yes.

2   **Q   And by "agent," do you mean sales agent?**

3   A   Correct, sales agent.

4   **Q   And what are your basic duties at Pacific**

5   **West?**

6   A   I answer calls, radio ad calls, basically

7   to educate people on life settlement investments,

8   ultimately selling them beneficiary interests and

9   policies that we've acquired.

10       MR. CONRAD:  You said you answer radio ad

11   calls?

12       THE WITNESS:  Correct.

13       MR. CONRAD:  What do you mean by that?

14       THE WITNESS:  We run radio ads Monday

15   through Friday, usually from 9:00 to 5:00, on a.m.

16   radio stations.  Folks hear the radio ads, and then

17   they call in.  Receptionists basically will patch

18   them into me.  I'll explain to them what the radio

19   ad is about, tell them a little bit about the life

20   settlement investments.  And then I send the

21   brochure out to them, let them read up on the

22   investment.  And then, basically, follow up with

23   them a week and a day afterwards, to address any

24   questions that they may have.

25       BY MR. BRILLIANT:

Exhibit 26 Page 474

Page 57

1     Q    A week and one day?

2     A    Correct.  That's my own formula.  I'm not

3    one of those high-pressure type salespeople.  I

4    usually go a week and a day.

5     Q    And are you the only one at Pacific West

6    that answers calls from the radio ad?

7     A    No.  We have five other people that answer

8    the calls, including Mr. Calhoun.  From time to

9    time, he'll pick up a radio ad call.

10     Q    And are all the sales agents in one

11    location?

12     A    No.  We have myself.  Two other agents are

13    in the office, Century City.  Andrew Calhoun, his

14    father, Andy Calhoun, is located in South Carolina.

15    And then Brenda -- we have another agent in Seattle.

16     Q    What's Brenda's last name?

17     A    Barry, B-a-r-r-y.

18     Q    And who are the two other sales agent in

19    the Century City building?

20     A    A gentleman by the name of Michael Dotta,

21    D-o-t-t-a, and then a Kayla Moody.

22     Q    And who supervises you at Pacific West?

23     A    Andrew Calhoun.

24     Q    Do you supervise anyone?

25     A    No.

Exhibit 26 Page 475

Page 66

1        A     No.  No, not at all.

2        Q     Have you ever talked to Mr. Calhoun about

3   the calculation for a particular policy?

4        A     No.  No, I haven't.

5        Q     Do you know if Mr. Calhoun's calculations

6   are based at all on life expectancy?

7        A     No.  No, I don't.  I know that we don't

8   really use life expectancy reports, because,

9   basically, they are very subjective.  But I know for

10  a fact that we do not use life expectancy reports

11  when he's actually choosing a policy, nor do we

12  disclose that to investors.

13       Q     When you say you don't disclose it to

14  investors, do you tell investors, "We do not use

15  life expectancy reports"?

16       A     Correct, we don't -- we don't use life

17  expectancy reports.

18       Q     So that's what you tell investors, "We

19  don't use life expectancy reports"?

20       A     Correct.

21       Q     How about actuarial tables?

22       A     We don't use actuarial tables, as well.

23       Q     Do you tell that to investors?

24       A     It very seldom comes out.  A lot of

25  investors, they don't know what an actuarial table

Exhibit 26 Page 476

Page 71

1          THE WITNESS:  No, he's never said that.
2    He's never said that.
3          BY MR. BRILLIANT:
4      Q    So let me give you an example.
5      A    Okay.
6      Q    Looking at Exhibit 39, the brochure.  If
7    we turn to the "Answers to frequently asked
8    questions," it's Bates marked PWCG10, there's a
9    question on the right-hand column:  "How does your
10   company make money?"  And it gives an example of a
11   million dollar policy.
12          Do you see that?
13     A    Yes.
14     Q    Has any investor ever asked any questions
15   concerning how does Pacific West make money?
16     A    Absolutely, yeah.  People always ask that
17   question.  "How do you guys make your money?"
18          First of all, I tell them, first and
19   foremost, your investment is not affected by
20   commissions, sales loads, contingent deferred sales
21   charges at all.  We make our money, basically, on
22   the difference between what we pay for the policy,
23   what we set aside in premium reserves, and the
24   amount that we sell the fractional beneficiary
25   interest on.

Exhibit 26 Page 477

Page 72

1          There's a gross margin that we typically
2     generate, and I know for a fact that it's around a
3     minimum of 20 percent gross margin.  That's based on
4     my own calculations, but I don't tell investors
5     gross margin numbers, because they are, like, "Okay,
6     I'm good with that.  I understand that my
7     investment" -- "there's no commission that" -- "my
8     investment is not being affected by commissions, and
9     you guys are basically selling these at a retail.
10    You buy them wholesale, and you sell them at
11    retail."  It's about a 20 percent gross margin.
12          MR. CONRRAD:  You said that's based on
13    your own calculations?
14          THE WITNESS:  If you're buying a policy at
15    a certain price and you're setting aside an amount
16    in primary reserves, and then you're turning around
17    and you're selling these policies at a marked-up
18    price, again, a $1,000,000 policy that pays out 100
19    percent total fixed return, basically, the maximum
20    investment capacity is $500,000; okay?  He obviously
21    must be making money off of that $500,000 that's
22    coming in.
23          So it's basically, he's buying these
24    policies at a retail -- I'm sorry -- at wholesale.
25    And when we turn around and we sell off the

Exhibit 26 Page 478

Page 73

1  fractional interest, basically, there's a markup to

2  that.

3          MR. CONRRAD:  So I understand,

4  conceptually, how you tell investors the company

5  makes money.

6          I guess my question is more specific, in

7  that you said that your understanding was that it

8  was about 20 percent gross margin?

9          THE WITNESS:  That's correct.

10         MR. LEWIS:  I think he said "minimum."

11         THE WITNESS:  Minimum.

12         MR. CONRRAD:  Minimum, thank you.

13         THE WITNESS:  It's a minimum gross margin

14  of 20 percent.

15         MR. CONRRAD:  And so in order to have that

16  understanding, did you have access to information

17  that allowed you to make a calculation to reach that

18  20 percent figure?

19         THE WITNESS:  Just talking to Andrew and a

20  lot of the -- when he's looking at policies and he's

21  saying that we need to, basically, earn a certain

22  percentage on each transaction.  And a lot of

23  examples that he gives, yeah, 20 percent of gross

24  margin would be something that -- and I figured it's

25  got to be more than 20 percent, but he tells me it's

Exhibit 26 Page 479

Page 74

1    about 20 percent.

2              BY MR. BRILLIANT:

3        Q    **Why do you think it's more than 20**

4    **percent?**

5        A    Well, again, based on what he's buying the

6    policies at.  Again, I don't know what he's buying

7    the policies at, because he doesn't disclose that.

8    But the amount of premiums that would go into

9    primary premium reserves, I would just feel that 20

10   percent or higher would be feasible.

11       Q    **So when you say you don't know what Mr.**

12   **Calhoun is buying the insurance policies for, you're**

13   **just using your experience to estimate how much he**

14   **would pay for the policies?**

15       A    Correct.  Correct.

16       Q    **Like in this example, Exhibit 39, the**

17   **million dollar policy, a face value million dollar**

18   **policy costs Pacific West 300,000, and they have**

19   **$100,000 in reserves and 100,000 gross margin -- so**

20   **that's the example they are giving investors.**

21            **But when you look at a policy, you can**

22   **kind of guess how much Pacific West is paying for**

23   **the policy; is that what you're saying?**

24       A    Yeah.  I mean, again, this is based on my

25   experience, what that policy may cost.  I don't know

Exhibit 26 Page 480

Page 75

1   the cash surrender value in that policy.  And,

2   again, because we are buying the cash value policy

3   well above the cash surrender value, since I don't

4   know that either -- but, again, in my experience,

5   looking at other life settlement deals out there,

6   where you've got other investment banks are saying,

7   "We'll pay 20, maybe 30 percent, relative to the

8   death benefit on these policies," that's, again --

9   that's based on my understanding.

10      Q    So this example in Exhibit 39, the example

11  is actually 20 percent gross margin; is that right,

12  based on that?

13      A    Yes.  Correct.

14      Q    Does any investor say, "Listen, I did the

15  calculation.  It is 20 percent.  Is that right?  Is

16  that what Pacific West makes?"

17           Did anyone ever ask you that question?

18      A    No one has ever asked that question.  No

19  one has ever asked that question.

20      Q    Has anyone ever asked you how much you,

21  Eric Cannon, makes in commission from selling the

22  fractional interest to an investor?

23      A    No, no one has ever asked me how much I

24  make on these, on the policies.

25      Q    Has Mr. Calhoun told you not to disclose

Exhibit 26 Page 481

Page 76

1   how much you make on commissions?

2        A     Not at all, no.  Because from

3   time-to-time, we'll get financial planners or agents

4   that will come in and want to sell the product as

5   well, and so we disclose that.

6        Q     So what is your -- do you have a salary at

7   Pacific West?

8        A     No, strictly commission.

9        Q     And how much do you make?

10       A     It's 8 percent on investment dollars.

11       Q     And you've been at Pacific West for four

12   years now; is that right?

13       A     It will be four years this September, yes.

14       Q     Can you just give me approximately how

15   much you make in a year at Pacific West?

16       A     Last year, I haven't looked at my -- but I

17   think it was maybe 186-.  The year before, I think

18   it was a little over 200-.

19             MR. CONRRAD:  Thousand?

20             THE WITNESS:  Yes.

21             BY MR. BRILLIANT:

22       Q     Are you an employee of Pacific West?

23       A     Independent contractor at Pacific West.

24       Q     Do you know why you're an independent

25   contractor, not an employee?

Exhibit 26 Page 482

Page 79

1    on -- "confidential information."  And they define
2    "confidential information" as "the compensation that
3    a representative receives or that PWCG receives."
4          Do you see that?
5    A    I'm looking at it right now.  Yes.
6    Q    Did you ever have any discussions with Mr.
7    Calhoun about this confidential information?
8    A    No.  No, I haven't.
9    Q    Getting back to the investment that you
10   discussed, you said there were six to nine years of
11   premiums set aside for each insurance policy; is
12   that right?
13   A    Correct.
14   Q    What's the magic between six to nine
15   years? Why not two years?  Why not ten years?
16   A    Yeah.  That's something that Andrew
17   calculates, again, based on a couple of variables,
18   as far as the cash value build-up in the policy
19   premiums. And I guess the projected going out, the
20   cost of insurance, or the premiums going forward.
21   Q    Do you know whether any of the primary
22   premium reserves on a policy has ever run out?
23   A    I know for a fact on a few policies, that
24   the primary reserves on a few policies have run out,
25   yes.

Exhibit 26 Page 482A

Page 80

1      Q      How do you know that for a fact?

2      A      Just discussions with Mr. Calhoun.

3      Q      And what happened when the primary

4      reserves ran out on the policies?

5      A      I believe he's continually funding those

6      policies to keep them going, efficiently funding to

7      maturity.

8      Q      Mr. Calhoun has been paying?

9      A      I believe the company is paying; correct.

10     Q      "The company," Pacific West?

11     A      Yes.

12            MR. CONRRAD:  Do you know the specifics of

13     how the company is paying for them?

14            THE WITNESS:  I don't.  I really don't.

15            BY MR. BRILLIANT:

16     Q      How about investor or investors in those

17     policies told, one way or the other, how premiums

18     are being paid?

19     A      No.  No.  A lot of those investors --

20     again, that's beyond -- because none of those

21     investors are mine, I don't know.  I really don't

22     know.

23            BY MR. CONRRAD:

24     Q      Sorry.  Just getting back to my question

25     about how the company is paying.

Exhibit 26 Page 482B

Page 81

1          It's not really coming out of secondary or
2     tertiary reserves; right?
3          A     To my understanding, they are not, no.
4          Q     So to your understanding, the payments are
5     not coming out of secondary or tertiary reserves;
6     correct?
7          A     Correct.
8          Q     Okay.  And what's your understanding based
9     upon?
10         A     Just discussions I have had with Mr.
11    Calhoun.
12         Q     And what discussions are you referencing?
13         A     Basically, he tells me or tells us that,
14    again, "We haven't touched secondary or tertiary
15    reserves."  Some conversations that I've had with
16    him. "Yeah, we've had some policies that have gone
17    beyond the time frame that we specify in the primary
18    reserves, but we're funding those policies to keep
19    them going."
20         Q     Do you remember approximately when the
21    last time you had that conversation that you just
22    referenced with Mr. Calhoun?
23         A     It's about a month -- well, a few weeks
24    ago.
25         Q     And where was that conversation?

Exhibit 26 Page 483

Page 82

```
1      A    It was probably in his office.

2      Q    Anybody else?

3      A    No.

4      Q    And do you remember how that conversation

5   started?

6      A    A policy that we had -- a gentleman that

7   was asking, "What if the policies go beyond their

8   time frame?"  And then there was some other

9   questions that I was asking him, pertaining to

10  primary reserve accounts.

11     Q    And then what happened?

12     A    I was just asking him, "Have we ever had a

13  policy" -- "What if this policy goes beyond the time

14  frame?"  And he says, "Well, chances are, I mean, we

15  can exercise utilizing the secondary or tertiary

16  reserve accounts."

17          Oh, there was some policy that I know that

18  had matured.  And I said -- we had one policy that

19  matured after eight years.  And we were talking

20  about, what if the policy goes beyond that time --

21  what if this policy had gone beyond that time frame?

22  He said, "Typically, a lot of times, we can exercise

23  to use the secondary or tertiary reserve accounts,

24  but we can also continually fund these policies to

25  keep going."  He said, "We have a few policies to
```

Exhibit 26 Page 484

Page 83

1    continually fund, to keep going."

2        Q    And what did you understand that to mean,

3    "continually fund these policies to keep going"?

4        A    Just to continually pay the premiums on

5    the policy.

6        Q    But not out of the secondary or tertiary

7    reserves; right?

8        A    Yeah, I think.  Yeah, that.  Yeah, I don't

9    know.  I don't know what specific -- because, again,

10   I wasn't putting too much emphasis on that.  So I

11   was like, "Okay.  What do you mean?  What do you

12   mean by" -- "All right.  Fine, if you are going

13   to" --

14       Q    Well, but the way that conversation went,

15   if I understood you correctly, was he, Mr. Calhoun,

16   told you, "We can pay it out of the secondary or

17   tertiary reserves or we can continue to fund it."

18            In fact, I think that's what you said; is

19   that right?

20       A    Right.  He goes, "And we can utilize

21   secondary or tertiary reserves, or we've had a

22   couple of policies that we are continually funding

23   to keep them going."

24       Q    And did you, at that point in time, have

25   an understanding whether that funding was separate

Exhibit 26 Page 485

Page 84

1   from the tertiary or secondary reserves?

2        A    Yes.

3        Q    And what was your understanding?

4        A    It was my understanding that he's

5   paying -- he's actually making the premium payments

6   on those policies.  I don't know what -- where the

7   source was coming from.  Again, they are not my

8   clients.  They are not my -- and so I didn't really

9   hammer him on specifics of where the money is coming

10  from or anything hike that.

11       Q    Fair enough.  I just want to make sure I

12  understand.

13            Was your understanding that the source was

14  not the secondary or tertiary reserves?

15       A    Correct.  Yes, it was not.

16       Q    So that's right?

17       A    Correct.

18       Q    You said you went in to talk to Mr.

19  Calhoun about a question that a gentleman had given

20  you or provided to you?

21       A    Yeah.  A gentleman had asked me a question

22  pertaining to premium reserves.  I can't remember

23  what we were talking about, but it was just talking.

24  It wasn't something that was pressing at the time.

25       Q    Was the gentleman a potential investor

Exhibit 26 Page 486

Page 85

1  or --

2     A    A potential investor; correct.

3     Q    And that's what led into this

4  conversation; is that correct?

5     A    Right.  Correct.

6     Q    Just getting back to Government Exhibit 45

7  for a second, is that your signature on the last

8  page of that?

9     A    Yes, it is.

10    Q    And do you recognize this signature at the

11  very top of the page?

12    A    Yes.

13    Q    Whose signature is that?

14    A    Andrew Calhoun.

15    Q    And how is it that you recognize his

16  signature?

17    A    I've seen his signature multiple times.

18    Q    And to be clear, your signature appears

19  right underneath Mr. Calhoun's signature?

20    A    Yes.

21    Q    And then, again, under the bold print?

22    A    Yes.  Yes.

23    Q    Also, getting back to Government Exhibit

24  39 for a second.

25         Do you have any understanding as to who

Exhibit 26 Page 487

Page 92

1    investment."  That's usually the No. 1 objection.

2        Q    **Have you ever heard of the term "contract**

3    **period" for these investments?**

4        A    No, I haven't.

5        Q    **Are you familiar with any industry average**

6    **for life expectancy in these sorts of insurance**

7    **policies?**

8        A    Industry average, not pertaining to life

9    expectancy, but the industry average on when we run

10   our radio ads at 12 to 14 percent, we typically say,

11   "This investment typically returns a 12 to 14

12   percent return.  Again, that is based on industry

13   average on folks who are 65 years of age or older."

14   But nothing pertaining to life expectancy.

15       Q    **Has any investor asked you, "What's**

16   **Pacific West's track record in setting the**

17   **reserves?"**

18       A    Not really.  I haven't gotten that

19   question, as far as what our track record is, that

20   basically dictates how much we need to set aside for

21   premium reserves, no.

22           MR. CONRRAD:  Are you aware of any

23   investors having asked that question of any of your

24   colleagues, potential investors?

25           THE WITNESS:  Yeah.  What all investors

Exhibit 26 Page 488

Page 93

1   would ask me, again, "What is your track record?"
2   And we tell them that, "No. 1, we can't give you a
3   track record.  We can't give you averages, because
4   each policy is a separate and distinct investment.
5   So if you were to invest in a policy, 100,000, a
6   policy matures in, say, year five, let's just say
7   your average return, at that point, is 20 percent.
8          "Policies that mature in that same year,
9   or policies that have matured subsequently, doesn't
10  affect your investment.  So each investment is a
11  separate and distinct investment.  So, thus, we
12  can't keep track records."
13          BY MR. BRILLIANT:
14     **Q    Has any investor asked you questions about**
15  **what their pro rata share would be, if they had to**
16  **pay the premiums?**
17     A    The only thing that we could give them, in
18  terms of pro rata shares, is the percentage.  Again,
19  because that's known day one.
20          Going back to my example, you invest 100-,
21  you're getting 200- on a million dollar policy, your
22  pro rata share of the death benefit is 20 percent.
23  But I never call calculate what their pro rata
24  mature would be, because it's incalculable.  You
25  can't do it.

Exhibit 26 Page 489

Page 94

```
 1        Q    So no one has ever asked you, "I see
 2    in" -- they get their disclosure forms, and they
 3    say -- I forget what your example is -- like, 29,000
 4    a year for nine years, is the premium pay.
 5        A    Right.
 6        Q    Do they say, "Well, in year ten, if I have
 7    to pay, how much am I going to have to pay?"  Has
 8    anyone ever asked you that question?
 9        A    They have asked that question.  But,
10    again, we would say, "We just can't calculate it."
11        Q    Is that your response, "I can't calculate
12    it"?
13        A    Yes, absolutely.
14        Q    Has any investor asked you not what their
15    pro rata share is, but just -- have they just asked
16    you generally, "How much will the premium be, once
17    the reserves run out?  How much will the annual
18    premium be?"
19        A    We get asked that question.  But, again,
20    we can't calculate it, because you just don't know.
21    So we can't mislead investors by telling them, "Oh,
22    this is the amount you would pay, because it's
23    impossible calculating that."
24        Q    Do you tell them whether it would be more
25    or less than a number?
```

Exhibit 26 Page 490

Page 100

1     Q     Have you ever asked Mr. Calhoun these

2 questions?

3     A     I have heard it mentioned there is

4 millions of dollars in secondary and tertiary

5 reserves combined, but I don't know a segment.  I

6 don't know.

7     Q     When you say you "have heard it

8 mentioned," is that from Mr. Calhoun?

9     A     Yes.  And the point I have heard that

10 mentioned, as in he's talking to trustee and escrow

11 agents, as far as the amount of money, "There's

12 millions of dollars sitting in the secondary and

13 tertiary reserves."

14     Q     Do you know how, if you actually had to

15 tap the secondary and tertiary reserves, how it

16 would work mechanically?  Like, is it first come,

17 first serve? If the policy is due April 1, and they

18 are out of money and Pacific West is not paying, do

19 they get to use the money?  Is that how it works?

20     A     I'm sorry?

21     Q     I just want to know the mechanics of using

22 the secondary and tertiary reserves.

23     A     Yeah.  My understanding is, in the event

24 they would have to tap into secondary or tertiary

25 reserves, that would come by way of the trustee,

Exhibit 26 Page 491

Page 128

1    sufficiently funded for the eight-year period.

2          BY MR. BRILLIANT:

3      Q    Oh, okay.  You were just positing some

4    period, eight-year period?

5      A    Correct.

6      Q    I may have asked this question, but is

7    there an industry standard for the number of years

8    to set for the reserves?

9      A    No, there isn't any industry standard for

10   that.

11     Q    So have you heard of any industry

12   standard?  Five years?  Five-and-a-half?  Six years?

13     A    No.

14          MR. CONRRAD:  Are you aware of any

15   industry standards with regard to how long you would

16   expect someone of a certain age to live, who is

17   subject of the insured of one of these potential

18   investments?

19          THE WITNESS:  No.

20          BY MR. BRILLIANT:

21     Q    Earlier, we were discussing that Pacific

22   West was paying premiums for policies where the

23   premium reserve has run out.

24          Do you remember that?

25     A    Yes.  Yes.

Exhibit 26 Page 492

Page 129

1    Q    Have you told anyone outside of Pacific

2  West that has occurred?

3    A    No, I haven't.

4    Q    Do you think that fact would be important

5  for a new investor to know?

6    A    No, I don't.

7    Q    Why not?

8    A    Because investors that are investing in a

9  specific policy, that investor is concerned about

10  that policy that he or she is purchasing.

11        Again, the policies that were continually

12  funding outside of that policy has no relation on

13  that person's policy.  Each policy is a separate and

14  distinct investment.  So, again, we can have

15  multiple policies that are maturing at a certain

16  period of time.  It doesn't affect that person's

17  policy.

18        I can see if it was a fund that they were

19  purchasing.  If they were actually investing in a

20  pool of policies, in a fund, then, yeah, that would

21  be pertinent to that person's investment.  But that

22  person is investing in one specific policy.

23        All subsequent policies that we purchased

24  in years past, and all subsequent policies -- I'm

25  sorry -- all prior policies and all subsequent

Exhibit 26 Page 493

Page 133

1                    PROOFREADER'S CERTIFICATE

2

3    In the Matter of:    PACIFIC WEST CAPITAL GROUP

4    Witness:             Eric Cannon

5    File Number:         LA-04248-A

6    Date:                Tuesday, March 11, 2014

7    Location:            Los Angeles, California 90036

8

9              This is to certify that I, Donna S. Raya,

10   (the undersigned), do hereby swear and affirm that

11   the attached proceedings before the U.S. Securities

12   and Exchange Commission were held according to the

13   record and that this is the original, complete, true

14   and accurate transcript that has been compared to

15   the reporting or recording accomplished at the

16   hearing.

17

18   _____        _____3/17/14_____

19   (Proofreader's Name)           (Date)

20

21

22

23

24

25

Exhibit 26 Page 494

1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2   REPORTER'S CERTIFICATE

3

4          I, Ann Morales, Professional Shorthand

5   Reporter, hereby certify that the foregoing

6   transcript consisting of ⎰32 pages is a complete,

7   true, and accurate transcript of the testimony

8   indicated, held on ____3|11|14____, 2014, in the

9   matter of Pacific West Capital Group

10          I further certify that this proceeding was

11   recorded by me, and the foregoing transcript has been

12   prepared under my direction.

13

14   DATE: _____3|17|14_____, 2014

15

16   Official Reporter: _Ann Morales____

17                        Ann Morales

18

19

20

21

22

23

24

25

Exhibit 26 Page 495