# EXHIBIT 27

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

ORIGINAL

In the Matter of:            )
                             ) File No. LA-04248-A
PACIFIC WEST CAPITAL GROUP )


WITNESS:  Michael Dotta

PAGES:    1 through 108

PLACE:    Securities and Exchange Commission

          Los Angeles Office

          5670 Wilshire Boulevard

          11th Floor

          Los Angeles, California 90036

DATE:     Wednesday, August 6, 2014


     The above-entitled matter came on for

hearing, pursuant to notice, at 9:43 a.m.




Diversified Reporting Services, Inc.

(202) 467-9200

Exhibit 27 Page 496

Page 6

```
 1              P R O C E E D I N G S
 2         MR. BRILLIANT:  On the record at 9:43 a.m. on
 3    August 6th, 2014 in Los Angeles, California.  My name
 4    is Todd Brilliant.
 5              With me is Kelly Bowers.  We are
 6    both members of the enforcement division at the
 7    Los Angeles Regional Office of the United States
 8    Securities and Exchange Commission.
 9              Would the witness please raise his right hand
10    to take an oath.
11         THE WITNESS:  (As requested.)
12         MR. BRILLIANT:  Do you swear or affirm to
13    tell the truth, the whole truth and nothing but the
14    truth?
15         THE WITNESS:  I do.
16    Whereupon,
17                   MICHAEL DOTTA
18    was called as a witness and, having been first duly
19    sworn, was examined and testified as follows:
20                   EXAMINATION
21         BY MR. BRILLIANT:
22      Q   Would the witness please state and spell his
23    full name for the record.
24      A   Full name, Michael Wayne Dotta:
25    M-i-c-h-a-e-l; Wayne, W-a-y-n-e; Dotta, D-o-t-t-a.
```

Exhibit 27 Page 497

Page 10

1      Q    Mr. Dotta, when did you start -- let me back

2  up.

3           Are you familiar with a company called

4  Pacific West Capital Group, Inc.?

5      A    Yes.

6      Q    Do you work at Pacific West Capital Group?

7      A    Yes, I do.

8      Q    When did you start working there?

9      A    In March of 2011.

10     Q    And what is your position there?

11     A    Sales agent.

12     Q    Has it been your position continuously?

13     A    Yes.

14     Q    Are you still a sales agent there today?

15     A    Yes.

16     Q    Who supervises you?

17     A    Our CEO, Andrew Calhoun.

18     Q    And he's been your supervisor the whole time?

19     A    Yes.

20     Q    As a sales agent, do you communicate with

21  investors who might want to invest with Pacific West

22  Capital Group, Inc.?

23     A    Yes, on a daily basis.

24     Q    Can you just give me a general idea of when

25  an investor calls you, what you tell them about the

Exhibit 27 Page 498

Page 11

1    investment?

2        A    I explain it's a unique form of investing.

3    It's called a life settlement investment, and I

4    explain what that is, how they stand to benefit as an

5    investor, the advantages for the seniors in the family

6    selling the policies, and then the advantages for the

7    investor.    Looking for a win-win situation so it

8    benefits both parties.

9        Q    But who are the both parties?

10       A    The senior insured and their families and the

11   investor.

12       Q    And then do you answer questions from

13   investors?

14       A    I do.

15       Q    How does the investment with Pacific West

16   work?

17       A    In what sense?

18       Q    Well, what is Pacific West selling to

19   investors?

20       A    As I mentioned, it's called a life settlement

21   investment.    It takes place in the secondary market

22   for life insurance where we purchase existing life

23   insurance policies from seniors 75 years of age or

24   older who no longer need or want their policies.    In

25   turn, convert the policies into investment vehicles

Exhibit 27 Page 499

Page 13

1      Q    So in the primary reserves, it's six to nine
2    years of insurance premiums?
3      A    That's correct.  Uh-huh.
4      Q    And what's in the secondary reserve?
5      A    Secondary reserve is comprised of 1 percent
6    of all investor dollars that have ever come through
7    our door.
8      Q    And what is the tertiary reserve?
9      A    It's comprised of interest that's accrued
10   across the premium reserves as well as any unused
11   premium dollars from the primary reserve.
12           Would you like me to explain what that means?
13     Q    Yes.
14     A    So if a policy -- say, for instance, we set
15   back the minimum, six years of premiums, that policy
16   matured in, say, three years, we have three years of
17   unused premiums, and that money goes into the tertiary
18   reserve.
19     Q    Has Pacific West ever had to use the
20   secondary reserve?
21     A    Not to my knowledge, no.
22     Q    And how about the tertiary reserve?
23     A    No.  The tertiary reserve is used if and when
24   the secondary reserve is exhausted.  So that answer is
25   also "no," to my knowledge.

Exhibit 27 Page 500

Page 14

1    Q    And what's your knowledge based on?

2    A    For instance, I -- Andrew has explained that

3    the reserves are in place, but I don't know how much

4    is there.  I know that it's with City National Bank.

5    I'm going off of what I'm being told.

6    Q    And you're being told this by Andrew Calhoun?

7    A    Correct.

8    Q    And I don't want to put words in your mouth,

9    but has Andrew Calhoun told you, in some fashion, that

10   Pacific West has never touched the secondary and

11   tertiary reserves?

12   A    Correct.  Correct.

13   Q    When did he first tell you this?

14   A    Perhaps when he was training me.  I can't

15   recall exactly when I learned that.  At some point, I

16   would have had to have learned that.

17   Q    How did Mr. Calhoun --

18   MR. BOWERS:  But was it fairly early on in

19   your relationship?

20   THE WITNESS:  I would imagine it's fairly

21   early, uh-huh.

22   MR. LEWIS:  But do you know?  Are you

23   guessing or do you know?

24   THE WITNESS:  I don't know for a fact.

25   BY MR. BRILLIANT:

Exhibit 27 Page 501

Page 18

1   after your initial training?

2       A   I suppose it's called on-the-job training.

3   If I have questions, "How do I answer this question?"

4   As things come up, sure.

5       Q   You go to Mr. Calhoun, then?

6       A   Yes.  Yeah.

7       Q   Do you ever go to other sales agents?

8       A   I do talk with Eric Calhoun -- or Eric

9   Cannon, as well, excuse me.  Eric is a good friend of

10  mine and he's been in finance for a long time, and so

11  he's been trained under Andrew as well.  And if Andrew

12  was unavailable or out of the office, or what have

13  you, I would ask Eric.

14      Q   In talking about the secondary and tertiary

15  reserves, earlier you said -- and I don't want to put

16  words in your mouth -- but you said you did not know

17  how much money was in the secondary and tertiary

18  reserves; is that right?

19      A   Correct.

20      Q   And did you ever ask how much was in the

21  secondary and tertiary reserves?

22      A   I have.

23      Q   And who did you ask?

24      A   Andrew.

25      Q   Andrew Calhoun?

Exhibit 27 Page 502

Page 19

1       A    Uh-huh.

2       **Q    And what did Mr. Calhoun tell you?**

3       A    It was probably because an investor was

4    asking, to which Andrew responded, "We don't state how

5    much money is in the reserves."  The simplest answer

6    is, "These are dynamic reserves, and they are growing

7    practically on a daily basis."

8         As I mentioned, 1 percent of investor dollars

9    that come through the door go into the secondary

10   reserve, so it is quite frequently that they are

11   funded.  So what I tell someone -- if we were to tell,

12   for instance, and we do not, just to be clear --

13   someone on Monday that there is X number of dollars in

14   the secondary reserve, for instance, chances are by

15   Friday, that number would be different.  It would be

16   higher.

17         But, again, this is not something that we do,

18   and that's one of the reasons why.

19         MR. BOWERS:  Just to be clear, so have you

20   ever asked, for your own information, how much is in

21   those secondary and tertiary reserves?

22         THE WITNESS:  I'm not sure, to be honest.

23   Possibly if I would have, it would have been in the

24   very beginning when I worked for the company, but I

25   don't know for certain.

Exhibit 27 Page 503

Page 20

1        MR. BOWERS:  Have you ever heard what the
2   number is in those accounts?
3        THE WITNESS:  I have not, no.  Never.  No.  I
4   have not seen balance sheets or heard a number or
5   anything like that.
6        BY MR. BRILLIANT:
7   Q   Have you ever asked Mr. Cannon how much were
8   in the reserves?
9   A   We may have had that conversation.  Let me
10  think here.  Again, I don't know for a fact.  But if I
11  were to have asked Eric, he -- again, I don't know for
12  a fact.
13       MR. LEWIS:  Again, don't guess.  Tell him
14  what you do know.
15       THE WITNESS:  Yeah.  Well, I'm trying to be
16  as helpful as I can.
17       MR. LEWIS:  Sure.  I understand.
18       THE WITNESS:  But, again, I don't know for a
19  fact, so I can't state one way or the other.
20       BY MR. BRILLIANT:
21  Q   Well, Mr. Dotta, our questions today --
22  obviously if you have a belief about something, you
23  can tell us that, and then I can ask, "What's the
24  basis of your belief?"
25       So if you said, "Oh, yeah.  I believe

Exhibit 27 Page 504

Page 21

1   Mr. Cannon told me X dollars were in the reserve," and
2   I'll say, "What's the basis of your belief?"  And then
3   you could tell me.
4          So that's what we want to know.
5      A   Yeah.  As far as belief, and if you're
6   looking for a number, Andrew has explained that
7   there's millions of dollars in the -- let's say,
8   millions of dollars in the reserves.  And that is the
9   number, if you were looking for a number, that we've
10  been going off of.
11     Q   Now, in the reserves, when did Mr. Calhoun
12  tell you that there were millions of dollars in the
13  reserves?
14     A   I don't recall exactly when.
15     Q   Sometime towards the beginning of when you
16  started at Pacific West?
17     A   It would have to have been towards the
18  beginning.  And, again, most likely because an
19  investor had asked.
20     Q   And by "reserves," what did Mr. Calhoun mean?
21  Do you mean the primary reserves and secondary and
22  tertiary, or just the secondary and tertiary reserves?
23     A   I took it to mean the reserves, the primary,
24  secondary and tertiary combined.
25     Q   And what happens if Pacific West does tap --

Exhibit 27 Page 505

```
                                                    Page 24
 1        Q    When did you make your last sale of an
 2   investment for Pacific West?  About how long ago?
 3        A    Last night.
 4        Q    Do you remember the investor's name?
 5        A    I guess the last one was Wayne Sabatelli.
 6        Q    And, approximately, how much did he invest?
 7        A    20,000.  He has yet to invest that money.  He
 8   has requested the paperwork to investment.
 9             Are you talking about actual paperwork,
10   check, et cetera, that came in?
11        Q    Yes.
12        A    I have to think here.  I don't recall the
13   most recent one, as far as actual, you know, where the
14   investment has been implemented.
15        Q    But Mr. Sabatelli last night told you he
16   wanted to invest $20,000 with Pacific West; right?
17        A    Correct.  Correct.
18        Q    And looking at this year, 2014, have there
19   been any death of insureds in insurance policies for
20   Pacific West?
21        A    There was one earlier.
22        Q    Do you remember the name of the insured?
23        A    I don't know the names of the insured, no.
24        Q    Do you know when the insured died?
25        A    The problem is -- again, I don't know for
```

Exhibit 27 Page 506

Page 26

1   premiums.

2           **Why six to nine years?**

3       A   Well, ultimately that's a question for

4   Andrew.  It's his company.  It's a structure that he

5   created.

6           My understanding is that it is -- the entire

7   reserve is modeled after -- and, again, this is my

8   understanding -- is modeled after what institutional

9   investment firms have constructed for their own

10  offerings.

11          It is also my understanding that there is no

12  other -- we're one of the only ones, let's say,

13  companies that have backup reserves that deal strictly

14  with individual investors.

15          As far as the actual six to nine years, why

16  that time frame was determined, I don't know the

17  specific answer.  Again, I'm not -- that's a question

18  for Andrew.

19      Q   **Does Andrew Calhoun, does he set the reserves**

20  **for the insurance policies at Pacific West?**

21      A   He does.

22      Q   **Have you ever told any investors how many**

23  **years they should anticipate to wait for the maturity**

24  **of their investment?**

25      A   We don't sell on life expectancy, if that's

Exhibit 27 Page 507

Page 27

1   what you're asking.  We explain that we're looking at

2   a four- to seven-year window, but ultimately, it's

3   impossible to say.  We have policies that have matured

4   prior to those four to seven years.

5           We've had a couple of policies that have gone

6   a little longer.  So I let every investor that I've

7   talked to know the risk of longevity that's involved.

8   And that ultimately the date of maturity, or the time

9   frame, is unknown, until the actual maturity occurs.

10      Q    The four to seven years, where did you get

11   that information from?

12      A    From Andrew.

13      Q    So what did Mr. Calhoun tell you about the

14   four- to seven-year window for maturity of the

15   insurance policies?

16      A    Based on the insured's ages and medical

17   conditions, that we anticipate a time frame of four to

18   seven years.  Again, we don't sell for life

19   expectancy, as many companies do, because Andrew finds

20   them to be grossly inaccurate, or it sets up

21   unrealistic expectations.

22      Q    When did Mr. Calhoun tell you about this

23   four- to seven-year window for maturity of insureds?

24      A    I don't know.  I don't know the exact time.

25   Again, I don't want to guess and say.  Perhaps during

Exhibit 27 Page 508

1    training.  I don't know the exact time that he told me

2    that.

3         Q    But was it earlier in your time at Pacific

4    West?

5         A    It would have had to have been earlier;

6    correct.

7         Q    And do you know -- did other sales agents

8    tell investors about this four- to seven-year window

9    for maturity of the insurance policies at Pacific

10   West?

11        A    This is what everyone explains to investors.

12        Q    Now, how do you know that, that other sales

13   agents explain the four- to seven-year window to

14   investors?

15        A    I might hear someone in the office next to me

16   or pass by an office and hear someone say that, or

17   perhaps at a presentation, hear them say "four to

18   seven years."

19             (SEC Exhibit 93 was marked for

20              identification.)

21             BY MR. BRILLIANT:

22        Q    Mr. Dotta, I'm handing you a document that

23   the court reporter has marked as Exhibit 93.

24   Exhibit 93 is Bates-stamped PWCG-1035 through 137.

25   It's an e-mail string.  The top e-mail on the first

Exhibit 27 Page 509

Page 31

1   do I understand your question correctly?

2       Q    Let me ask it again.  All I'm trying to pin

3   down is when Mr. Calhoun told you about the four- to

4   seven-year maturity.  Previously in the testimony, you

5   said, "Well, it was probably earlier in my time."

6       A    Correct.

7       Q    Now I'm showing you Exhibit 93.  It talks

8   about a four- to seven-year maturity.

9            And my question to you is:  Looking at

10  Exhibit 93, does that refresh your recollection that

11  you likely had a conversation with Mr. Calhoun prior

12  to May 16th, 2011 when he told you about the four- to

13  seven-year maturity?

14      A    Well, not a specific conversation, but

15  obviously some conversation at some point because I

16  would check with Andrew before sending e-mails out.

17      Q    So some conversation before May 16th, 2011?

18      A    Or perhaps, you know, between -- yeah.  Or on

19  May 16th, this gentleman, Bernie, sent his e-mail at

20  3:22.  Who knows when I received it and reviewed it.

21  But at some point -- I can't pinpoint a specific time.

22  I don't know a specific time.

23      Q    Right.  But I'm just trying to find out --

24  you're at Pacific West.

25           Had he pulled "four to seven years" out of a

Exhibit 27 Page 510

Page 32

```
 1   hat on May 16th --
 2        A   No.
 3        Q   -- or did he go to someone and say,
 4   "Mr. Hittner is asking what the life expectancies
 5   are"?
 6        A   I didn't just pull this out of a hat, if
 7   that's what you're asking.  I didn't just write
 8   that -- you know.
 9        Q   So what do you think your basis, in looking
10   on the first page of Exhibit 93, for writing that
11   maturities are anticipated between four and seven
12   years?
13        A   Could you repeat the question?
14        Q   Looking at the first page of Exhibit 93, you
15   write a sentence, "All the policies we offer are
16   anticipated to mature in four to seven years."
17            What's your basis for writing that statement?
18        A   Again, it would have been something I've been
19   told.
20        Q   By who?
21        A   Andrew.
22        Q   Andrew Calhoun?
23        A   Andrew Calhoun.
24        Q   You go on to write, "We've had policies
25   mature much sooner at one and a half, two and a half,
```

Exhibit 27 Page 511

Page 33

1    and a little over three years, but we don't want our

2    investors to have unrealistic expectations, so we use

3    the conservative four- to seven-year time frame."

4            Again, is your basis for that sentence, is

5    that Mr. Calhoun as well?

6        A   Correct.  I don't know if Andrew wrote that,

7    but I would have had to have learned it from

8    somewhere.  And, again, I just started up with the

9    company.

10           I don't know exactly where this came from, if

11   that's what you're -- it's not like it was a template,

12   or something like that, at least not to my

13   recollection.

14       Q   But I'm asking you:  What is your belief as

15   to your basis of knowledge to tell Mr. Hittner that

16   you've had policies mature one and a half, two and a

17   half and over three years, and "so we use the

18   conservative four- to seven-year time frame"?

19       A   Again, I've been told that, so I'm just

20   relaying information.

21       Q   Who told you that information?

22       A   Andrew.

23           I'm just really confused here, guys, because

24   I feel like we're just going in circles, that I'm

25   answering the same thing over and over --

Exhibit 27 Page 512

Page 39

1    joking around with the four to seven years estimated

2    time frame."

3            A    If you're asking me --

4                 MR. LEWIS:  There's no question.

5                 BY MR. BRILLIANT:

6            Q    Mr. Dotta, when did Pacific West start in

7    business?

8            A    2004.

9            Q    And it's now 2014; correct?

10           A    Correct.

11           Q    And you said earlier that Mr. Calhoun had set

12   up primary reserves of six to nine years; is that

13   right?

14           A    Correct.  Uh-huh.  Policy-specific; right.

15   Six, seven, eight or nine years, depending on the

16   policy.

17           Q    Any of the policies that Pacific West holds,

18   have they run out of their primary reserve?

19           A    I believe there's been one or two that have.

20           Q    And how do you know that?

21           A    Andrew had told me.

22           Q    When did he tell you?

23           A    I don't know exactly when.

24           Q    Was it this year?

25           A    It may have been this year, but I don't know

Exhibit 27 Page 513

Page 40

1    for certain.

2        Q    How were you told?

3        A    It was in a meeting.

4        Q    Were other sales agents at the meeting?

5        A    I don't know for certain.  That's why --

6    usually when we have these sorts of meetings where

7    we're talking about policies, the sales agents were

8    there.  Were they there for that particular instance?

9    I don't know for certain.  I would imagine yes.

10        Q    What did Mr. Calhoun tell you at that

11   meeting?

12        A    Again, I don't remember the specifics of it.

13   Just the effect of we've had, let's say, a policy,

14   because I don't know for certain the number, go beyond

15   its initial time frame, but we're not utilizing the

16   secondary reserves.  The company is paying out of

17   pocket.  The company is paying its own money, in other

18   words, to keep that policy in force rather than

19   dipping into the secondary reserves.

20            And I'm paraphrasing here.  Again, I don't

21   recall the exact meeting that took place.

22        Q    Do you know, other than one policy, have

23   there been any subsequent policies where Pacific West

24   has run out of the primary reserve?

25        A    I don't know for certain.  I don't know which

Exhibit 27 Page 514

1   policy or policies it is or is not.  Again, I know

2   that there is at least one policy.

3          Did I understand your question correctly?

4      **Q   Well, I'm asking:  Do you know -- after that**

5   **initial meeting, have you had any additional**

6   **information that there's any other policy, other than**

7   **one policy that has gone through its primary reserve?**

8      A   I see.  Not to my recollection.  Not that I

9   recall.

10     **Q   Have you told any investor that -- since the**

11  **meeting, that Pacific West, at least one of their**

12  **policies has run out of the primary reserve?**

13     A   I don't know if I have.

14         MR. BOWERS:  You mentioned earlier telling

15  potential investors that -- I believe you testified

16  that telling potential investors that they had --

17  Pacific West had never had to touch the secondary and

18  tertiary reserves.

19         THE WITNESS:  Correct.

20         MR. BOWERS:  Is that something you're

21  continuing to tell investors, potential investors?

22         THE WITNESS:  Correct.  We have yet to use

23  what I call the "backups," the "backup reserves."

24         MR. BOWERS:  Have you disclosed -- told any

25  investors that instead of touching those reserves,

Exhibit 27 Page 515

Page 55

1        Q    You respond, "There are millions of dollars
2    between the secondary and tertiary premium reserves
3    that are available for general use."
4            Where did you get the information for that
5    sentence, "There are million of dollars between a
6    secondary and tertiary reserves that are available for
7    general use"?
8        A    Again, I don't know the source of where I got
9    that from, if I was told that or I was -- I had taken
10   it from -- I don't know the source where that comes
11   from, no.
12       Q    But you testified earlier, you believe
13   Mr. Calhoun told you there were million of dollars in
14   the reserves; is that correct?
15       A    Correct.
16       Q    But now you're writing, "There are millions
17   of dollars between the secondary and tertiary premium
18   reserves."  I'm wondering where you got that
19   information.
20           Do you believe it's also from Mr. Calhoun?
21       A    It could be, yes.
22           Again, going back to what we were saying, I
23   don't know if I wrote this with Brenda, who helped me,
24   or Andrew, who helped me, and then I CC'd Brenda, so I
25   don't know.

Exhibit 27 Page 516

Page 56

```
 1        Q    And by "this," you mean Exhibit 98?

 2        A    By "this," I mean Exhibit 98; correct.

 3

 4                    EXAMINATION

 5        BY MR. BOWERS:

 6        Q    Let me ask you this:  Do you recall ever

 7   having any discussions with Mr. Calhoun regarding that

 8   there were millions in the secondary and tertiary

 9   reserves?

10        A    Not a specific conversation, no.

11        Q    I'm just asking if you had -- recall a

12   discussion, whether it was on a particular day or not.

13   I'm not asking that.

14        A    Okay.

15        Q    But do you recall having a discussion, since

16   you began working with PWCG, with Pacific West, that

17   there was million of dollars in the secondary and

18   tertiary reserves?

19        A    No.  Having a discussion, no.

20        Q    Any other form of communication with

21   Mr. Calhoun?

22        A    Like an e-mail or something like that?

23        Q    Yes.

24        A    Not that I recall.  Not that I recall.  I

25   just don't know.
```

Exhibit 27 Page 517

Page 64

```
 1            Do you see that?

 2       A   Yes.

 3       Q   Now, do you take the information you got from

 4   Andrew Calhoun looking at Exhibit 100 where he talks

 5   about how many policies have matured?  Did you take

 6   that information and write that e-mail and send it to

 7   Mr. Kulakofsky on Exhibit 99?

 8       A   It would appear so, yes.

 9           (SEC Exhibit 101 was marked for

10            identification.)

11           BY MR. BRILLIANT:

12       Q   Mr. Dotta, I had the court reporter mark a

13   multi-page document as Exhibit 101.  Exhibit 101 is

14   Bates-stamped PWCG-198722 through 725.  It's an e-mail

15   string.  The top e-mail, first page, you to

16   Mr. Kulakofsky dated September 25th, 2012, 7:37 p.m.

17           I hand you Exhibit 101.

18       A   Okay.

19       Q   Mr. Dotta, did you send or receive the

20   e-mails in Exhibit 101?

21       A   Yes.

22       Q   Now, looking at the e-mail that begins on the

23   bottom of the second page of Exhibit 101, dated

24   September 25th, 2012, 10:58 a.m.

25           Do you see that e-mail?
```

Exhibit 27 Page 518

Page 65

1     A    I do.

2     Q    You write about the cost of insurance for two

3  insurance policies.

4          Where did you get this information?

5     A    From Andrew.

6     Q    Andrew Calhoun?

7     A    Andrew Calhoun.

8     Q    Now, providing the cost of insurance to a

9  potential investor, was that a regular occurrence or

10  was that a unique occurrence?

11     A    This is a unique occurrence.  It only had

12  happened a handful of times.  It's not a regular

13  occurrence.

14     Q    So you provide the cost of insurance to

15  Mr. Kulakofsky.  And then he responds in that e-mail,

16  September 25th, 2012, at 1:53 p.m. wanting to

17  calculate his precise pro rata share, potential pro

18  rata share; is that right?

19     A    Correct.

20     Q    And then looking at the first page of

21  Exhibit 101, you write Mr. Kulakofsky, September 25th,

22  2012, 7:57 p.m., and you run the numbers and the pro

23  rata share with another agent.

24          Is that Mr. Cannon?

25     A    I believe that would be Eric Cannon; correct.

Exhibit 27 Page 519

Page 66

1    Q   And you write in the third paragraph, "Please

2   keep in mind there are millions of dollars in the

3   secondary and tertiary premium reserves that are

4   available for general use."

5         You go on to write, "We are very confident

6   the contingency reserves will continue to be available

7   should a policy go beyond its initial time frame of

8   six to nine years, and, in turn, believe a premium

9   call will not be necessary."

10         You then write, "Nevertheless, we are legally

11   obligated to provide full disclosure, such as premiums

12   and pro rata percentages."

13         How did you know you were legally obligated

14   to provide that information?

15    A   I believe it's in Senate Bill 1837,

16   California Senate Bill 1837.

17    Q   So have you read that bill?

18    A   I have in the past.  I can't tell you exactly

19   where it is, but I believe that that's --

20

21              FURTHER EXAMINATION

22         BY MR. BOWERS:

23    Q   You testified that you got the information on

24   the cost of insurance and years after the period of

25   the primary reserve from Mr. Calhoun.

Exhibit 27 Page 520

Page 67

1          THE WITNESS:  Correct.  He used an

2     illustration, a policy illustration.

3          Q    That's what I was going to ask:  Did you have

4     any understanding of where he got the information for

5     his answers?

6          A    The policy illustration, although I did not

7     see it, or illustrations.  There's two policies.

8          Q    If you look at Page 3 of Exhibit 101, the

9     MassMutual policy, it gives the amount each year, and

10    it goes year 9, 10, 11, 12, it goes up each year.  And

11    then in year 13, it goes down.  And year 14, it goes

12    up again.

13          Do you have any understanding of why that

14    would happen?

15          A    I don't, no.

16          Q    Had you ever noticed that before?

17          MR. LEWIS:  This particular one, or in

18    general?

19          MR. BOWERS:  Well, this particular one.

20          Actually, it's both of these.  They dip.

21          THE WITNESS:  Hmm, I can't recall.

22          BY MR. BOWERS:

23          Q    What about in general?  A premium would go up

24    like that, and then go down, and then go back up?

25          A    In general, have I experienced that?

Exhibit 27 Page 521

Page 82

1    position had opened up.  And I went in to meet with

2    Andrew, and that's how I got to know Pacific West and

3    become a sales agent.

4        Q    And by "Andrew," you mean Andrew Calhoun?

5        A    Correct.

6        Q    And what's your compensation structure at

7    Pacific West?

8        A    Commission-based.

9        Q    And what's the commission?

10       A    Eight percent on the sale of the investment.

11       Q    Any other compensation, other than the

12    8 percent?

13       A    Well, I can make 2 percent -- is that right?

14    I make an additional commission when I'm working with

15    an outside agent who comes to me with questions about

16    the investment, et cetera, but when they are selling

17    it to their clients.  So that's another example of how

18    I can make a commission, aside from the 8 percent that

19    I'm making with my clients.

20       Q    Any other compensation from Pacific West?

21       A    No.

22       Q    And in 2011, did you make approximately

23    52,000 at Pacific West?

24       A    That sounds about right.

25       Q    And in 2012, was it about 73,000?

Exhibit 27 Page 522

1   10.75 percent share of the face value of the policy."

2       A    Yes.

3       Q    And then looking at the first -- well, sorry.

4           Before we go to the first page, the top of

5   the second page of Exhibit 108, Mr. Enderle writes you

6   back May 2nd, 2013, 2:42 p.m.  He writes, "Just to

7   confirm, it is only after the secondary and tertiary

8   reserves are depleted that I would need to start

9   paying my portion of the premiums"; correct?  You see

10  that?

11      A    Yes.

12      Q    So then looking at the first page of

13  Exhibit 108, that's an e-mail that you wrote to

14  Mr. Enderle dated May 2nd, 2013, 6:10 p.m.

15          Do you see that e-mail?

16      A    I do.

17      Q    So you write, "After our eight plus years of

18  business, we have yet to make a premium call to our

19  investors to pay their pro rata share premiums for any

20  policy.  In fact, the secondary and tertiary reserves

21  still remain unused."

22          Did you go to anyone to determine on May 2nd,

23  2013 if the secondary and tertiary reserves still

24  remain unused?

25      A    I don't recall.

Exhibit 27 Page 523

Page 89

1      Q    Do you know the source of your information at
2  that point, you know, that the secondary and tertiary
3  reserves were unused?
4      A    Andrew.
5      Q    Andrew Calhoun?
6      A    Andrew Calhoun.
7           MR. BOWERS:  Can we go off the record for a
8  second?
9           (Discussion held off the record.)
10          MR. BRILLIANT:  Back on the record at
11  12:58 p.m.
12          BY MR. BRILLIANT:
13     Q    Mr. Dotta, at the break, did we have any
14  substantive conversation with you?
15     A    No.
16          (SEC Exhibit 109 was marked for
17           identification.)
18          BY MR. BRILLIANT:
19     Q    Mr. Dotta, I had the court reporter mark a
20  three-page document as Exhibit 109.  Exhibit 109 is
21  Bates-stamped PWCG-212083 through 085.  It's an e-mail
22  string.  The top e-mail is from you to Andrew Calhoun
23  dated July 21th, 2013, 1:58 p.m.
24          I hand you Exhibit 109.
25     A    Okay.

Exhibit 27 Page 524

Page 94

1      Q   Pacific West Capital Group, how did they make
2  money on this investment?

3      A   So as I explained to --

4          MR. LEWIS:  Just in general, just in life
5  settlement investments in general that they sell?  You
6  said "this."  Just to make it clear.

7          MR. BRILLIANT:  Sorry.  Thank you.

8          BY MR. BRILLIANT:

9      Q   How does Pacific West Capital Group make
10  money on the life settlement investments that they
11  sell?

12     A   Think of this like a wholesale/retail
13  operation where we're buying the policies at a
14  discount, and then selling them slightly higher to
15  investors.  We make our money on the difference, the
16  gross margin.

17     Q   And is there a percentage that Pacific West
18  makes as gross margin?

19     A   I don't know the exact percentage.  I think
20  the target is 20 percent, but it is my understanding
21  that sometimes we make above and below that mark.

22     Q   How do you know that the target is
23  20 percent?

24     A   There's an example that we give in the
25  brochure.  And in that example, I believe, is where

Exhibit 27 Page 525

Page 95

1    I'm getting that number from.

2        Q   Do you want to go back to Exhibit 103, in the

3    brochure that's the last document attached in

4    Exhibit 103?

5        A   "How does your company make money?"  And it

6    gives an example of $1 million face value policy.

7        Q   So doing the math, that comes out to

8    20 percent profit?

9        A   Correct, or gross margin.  Yeah.  It says

10   "$100,000 gross margin."

11           MR. BOWERS:  Did you have any conversations

12   with Mr. Calhoun about what the gross margin or the

13   percentage was?

14           THE WITNESS:  Not that I recall any specific

15   conversations, no.  I mean, Andrew deals with the

16   transactional side of the settlement.  So, again, I

17   don't know the sort of percentages that were made on

18   these policies.

19           MR. BOWERS:  But my question was:  Did you

20   ever have a --

21           THE WITNESS:  Have a conversation with

22   Andrew?  Again, not that I recall.

23           BY MR. BRILLIANT:

24       Q   So just on the topic of Pacific West and how

25   they make money, that general topic, have you ever

Exhibit 27 Page 526

Page 96

1    discussed that with Andrew Calhoun?

2        A    Well, again, he would explain -- aside from

3    what's in the brochure, no, not that I can recall.  So

4    he would -- you know, he's explained to me -- in the

5    brochure, it explains how we make our money, the

6    example I just gave.  But aside from that, I don't

7    know of another instance.

8        Q    Was it early on in your employment that

9    Mr. Calhoun showed you the Pacific West brochure which

10   included these FAQs?

11       A    Sure.

12       Q    Is that a "yes"?

13       A    Yes.  During training, yes.

14       Q    And when you looked at the FAQs, did you have

15   any discussions with Mr. Calhoun at all concerning how

16   Pacific West makes their money?

17            MR. LEWIS:  Did he personally have a concern?

18            MR. BRILLIANT:  No.  No.

19            BY MR. BRILLIANT:

20       Q    Did you have a conversation?

21       A    Again, not that I recall.  We went through

22   things line by line, so it came to that question.  But

23   aside from that, not that I recall.

24            I mean, are you asking, like, about specific

25   policies?

Exhibit 27 Page 527

Page 98

1    when the policy matures, so we'll purchase the policy.

2           But aside from that, I can't think of

3    anything else, no.  These sorts of conversations about

4    how the company makes money, I felt like that was

5    Andrew's business and that's his company, and I didn't

6    inquire.

7           BY MR. BRILLIANT:

8      Q   **When you were in training and you read the**

9    **FAQs about how Pacific West makes their money, did you**

10   **do the math then to figure out the percentage?**

11     A   I'm sure I did the math, yeah.

12     Q   **Did you ever tell any investors how Pacific**

13   **West makes their money?**

14     A   Occasionally the question comes up.  Yes, I

15   do explain, the same way I just explained.

16     Q   **And do you give a percentage, 20 percent?**

17     A   Yeah.  I'll say something, like -- yeah.

18     Q   **So is that a "yes," you give them 20 percent?**

19     A   Yes, that's a "yes."

20           MR. LEWIS:  Let me ask you something:  Is

21   that a "yes," you give them 20 percent, or, "yes," you

22   give them the example that's in the FAQs?

23           THE WITNESS:  No, I explained the

24   wholesale/retail, and, you know, I give the -- well,

25   yes, you're right.  I give the example that's in the

Exhibit 27 Page 528

Page 99

1   FAQs, which equals 20 percent, to clarify a

2   million-dollar face value policy.

3        "You're settling $300,000.  You've got

4   another $100,000 to set aside.  We're out $400,000 to

5   fully acquire the policy.  We want to offer 100

6   percent fixed return to investors."  This is just how

7   I explained it to them.  "I want to offer 100 percent

8   fixed return to investors to keep it simple.  It's a

9   $500,000 investment capacity.  So we acquired it for

10  $4-, we're selling it for $5-.  We've got a gross

11  margin of $100,000."

12       MR. BRILLIANT:  Now, Mr. Lewis, I appreciate

13  your questions, but I really want to get my questions

14  answered.

15       BY MR. BRILLIANT:

16    Q   My question is:  Did you ever tell an

17  investor that Pacific West's gross margin is

18  approximately 20 percent?

19    A   Yes.  Yeah.  Again, given the example I just

20  gave, I would say that is a -- the example I just

21  gave, that's a 20 percent gross margin.

22       (SEC Exhibit 111 was marked for

23        identification.)

24       BY MR. BRILLIANT:

25    Q   Mr. Dotta, I had the court reporter mark a

Exhibit 27 Page 529

```
                                                    Page 107

 1                    PROOFREADER'S CERTIFICATE

 2

 3    In the Matter of:    PACIFIC WEST CAPITAL GROUP

 4    Witness:             Michael Dotta

 5    File Number:         LA-04248-A

 6    Date:                August 6, 2014

 7    Location:            Los Angeles, CA

 8

 9

10         This is to certify that I, Nicholas Wagner,

11    (the undersigned), do hereby swear and affirm

12    that the attached proceedings before the U.S.

13    Securities and Exchange Commission were held

14    according to the record and that this is the

15    original, complete, true and accurate transcript

16    that has been compared to the reporting or recording

17    accomplished at the hearing.

18

19

20

21    _____      _8_-12-2014_____

22    (Proofreader's Name)            (Date)

23

24

25
```

Exhibit 27 Page 530

1    UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2              REPORTER'S CERTIFICATE

3

4       I, Ann Morales, Professional Shorthand

5   Reporter, hereby certify that the foregoing

6   transcript consisting of _106_ pages is a complete,

7   true, and accurate transcript of the testimony

8   indicated, held on _August 6, 2014_, 2014, in the

9   matter of _Pacific West Capital_.

10      I further certify that this proceeding was

11  recorded by me, and the foregoing transcript has been

12  prepared under my direction.

13

14     DATE: _August 12_, 2014

15

16    Official Reporter: _Ann Morales_

17                   Ann Morales

18

19

20

21

22

23

24

25

Exhibit 27 Page 531