# EXHIBIT 31

**From:** Caleb Moody <cmoody@pwcapital.net>
**Sent:** Thursday, January 23, 2014 07:30 PM
**To:** 'Andrew Calhoun'
**Subject:** FW: Trust

Maybe a glimmer of hope...

**From:** Steve Condie
**Sent:** Thursday, January 23, 2014 4:28 PM
**To:** Caleb Moody
**Subject:** Re: Trust

No worries, Caleb. I state my opinions forcefully but there's nothing hidden; I am considering the investment from all sides, positives and negatives alike. I see a lot of positives; you know my opinion about the negatives. I'll review the trust and get back to you next week.

Steve Condie

**From:** Caleb Moody <cmoody@pwcapital.net>
**To:**
**Sent:** Thursday, January 23, 2014 3:31 PM
**Subject:** FW: Trust

Steve,

Per your request please find attached our Trust Agreement for your review. I'm a "the glass is half full" type of guy, so I'm hoping we can still do business. If there are any other questions you have or additional information that you may need, please don't hesitate to call. Be well!

Thank you,

*Caleb Moody*

Pacific West Capital Group, Inc.
CA Dept. of Insurance Lic. #0H92522

1



*"We stand strong on integrity and earn investor trust with every transaction."*

**1901 Avenue of the Stars**
**Suite 680**
**Los Angeles, CA  90067**
**1-800-588-8000 (toll free)**
**310-578-6343 (local phone)**
**310-578-6443  (fax)**
www.pwcapital.net



Confidentiality Notice: This message (including attachments, if any) is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, proprietary, confidential and exempt from disclosure.  It is not to be used for advertising or solicitation purposes.  If you are not the intended recipient, you are prohibited from reading, printing, copying, retaining a copy or disseminating this message or any part of it.  If you have received this message in error, please notify us immediately by e-mail, discard any paper copies and delete all electronic files of this message.

**From:** Andrew Calhoun [mailto:acalhoun@pwcapital.net]
**Sent:** Thursday, January 23, 2014 3:08 PM
**To:** 'Caleb Moody'
**Subject:** Trust


Thank you,

**Andrew Calhoun**
CEO & President
Pacific West Capital Group, Inc.
CA Dept. of Insurance Lic. #0D96167

2



*"We stand strong on integrity and earn investor trust with every transaction."*

1901 Avenue of the Stars
Suite 680
Los Angeles, CA  90067
1-800-588-8000 (toll free)
310-578-6343 (local phone)
310-578-6443  (fax)
www.pwcapital.net



Confidentiality Notice: This message (including attachments, if any) is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, proprietary, confidential and exempt from disclosure.  It is not to be used for advertising or solicitation purposes.  If you are not the intended recipient, you are prohibited from reading, printing, copying, retaining a copy or disseminating this message or any part of it.  If you have received this message in error, please notify us immediately by e-mail, discard any paper copies and delete all electronic files of this message.

FOIA Confidential Treatment Requested

PWCG349763

Exhibit 31 Page 583