# EXHIBIT 32

**Linda Lee**

| | |
|---|---|
| **From:** | Linda Lee |
| **Sent:** | Friday, January 24, 2014 7:25 AM |
| **To:** | Andrew Calhoun; 'Caleb Moody' |
| **Cc:** | William Potoczak |
| **Subject:** | RE: PWCG Life settlement trust |

Let us know if we should do anything further.

Linda J. Lee
Office Manager
Mills, Potoczak & Company
27600 Chagrin Boulevard, Suite 200
Cleveland, Ohio 44122

Office:     216-464-7481
Fax:        216-464-7581
Direct Dial: 216-682-0847

email:    llee@mpccpa.com
website:  www.mpccpa.com

---

**From:** Andrew Calhoun [mailto:acalhoun@pwcapital.net]
**Sent:** Thursday, January 23, 2014 4:53 PM
**To:** Linda Lee; 'Caleb Moody'
**Cc:** William Potoczak
**Subject:** RE: PWCG Life settlement trust

Thanks for speaking to him, Linda. So as not to waste Bill's time, Caleb will be contacting him and taking it from here. He has already told Mr. Condie that we do NOT give the amounts of reserves, but of course you account for them. We can send him the Trust doc if he requires it, and tell him he would be a beneficiary of the Trust.

Thanks again,

Andrew Calhoun

---

**From:** Linda Lee [mailto:llee@mpccpa.com]
**Sent:** Thursday, January 23, 2014 1:10 PM
**To:** Andrew Calhoun; Caleb Moody
**Cc:** William Potoczak
**Subject:** FW: PWCG Life settlement trust
**Importance:** High

Andrew / Caleb,

I received a call and email from Steve Condie. As part of his due diligence he is asking for documents and accounting of funds prior to his investment.

GOVERNMENT EXHIBIT 82
LA 4248

1

SEC-MP-E-0002917

Exhibit 32 Page 584

Since this is beyond my authorization, I will need Bill to follow up with him when he returns next week. I explained this to Mr. Condie and he seemed amicable to waiting as he has other processes to complete before he can invest.

He did not ask the usual questions about the investment process / maturities / relationship etc that we normally get. He was mostly interested in premium funding / reserve accounting and trust documents showing how the investors are identified as beneficiaries of a transaction.

Sorry I could not address his questions at this time.

[REDACTED]

Linda J. Lee
Office Manager
Mills, Potoczak & Company
27600 Chagrin Boulevard, Suite 200
Cleveland, Ohio 44122

Office:       216-464-7481
Fax:          216-464-7581
Direct Dial:  216-682-0847

email:     llee@mpccpa.com
website:   www.mpccpa.com

---

**From:** Steve Condie [mailto: REDACTED ]
**Sent:** Thursday, January 23, 2014 2:40 PM
**To:** Linda Lee
**Subject:** PWCG Life settlement trust

Caleb Moody referred me to you with my questions about the life settlement contracts being sold by PWCG. I understand the nature of the investment, but have some questions about the "nuts and bolts" of the financial operation of it, specifically as to the trust for which Mills, Potoczak is the trustee:

1. Is a copy of the trust instrument available?
2. If I purchase an interest in a policy held by the trust, will I be a beneficiary of the trust?
3. Is an accounting made of the sums held in the accounts maintained to pay the premiums made and available to me?
4. Does that accounting include the sums held in the secondary and tertiary premium accounts?

Thank you for your assistance.

Steve Condie

REDACTED