# EXHIBIT 33

| | |
|---|---|
| **From:** | Andrew Calhoun <acalhoun@pwcapital.net> |
| **Sent:** | Wednesday, October 19, 2011 8:37 PM |
| **To:** | Linda Lee <llee@mpccpa.com> |
| **Cc:** | William Potoczak <wpotoczak@mpccpa.com>; Christina Shook <cschook@mpccpa.com> |
| **Subject:** | RE: PWCG Policy - ▮1928 |

No matter what, once the primary premium reserve for this policy is depleted, PWCG, Inc. will be responsible for making the premium payments to carry the policy to February 20, 2013, as contractually obligated. At that point, the secondary reserve, which is a general reserve for all policies, will "kick-in".

I have not been able to located the policy; therefore, I will ask Trinity, the original broker, if they have a copy.

Andrew Calhoun

---

**From:** Linda Lee [mailto:llee@mpccpa.com]
**Sent:** Wednesday, October 19, 2011 12:27 PM
**To:** Andrew Calhoun
**Cc:** William Potoczak; Christina Shook
**Subject:** FW: PWCG Policy - ▮1928

Andrew,

Please see Christina's comments below regarding the premium reserve on this policy. When you have a chance, let us know if you need anything further.

Also, we do not have a copy of the policy in our files and wondered if you had one available for our reference. If not, we may need to request a duplicate policy.

Linda J. Lee
Office Manager
Mills, Potoczak & Company
27600 Chagrin Boulevard, Suite 200
Cleveland, Ohio 44122

Office:       216-464-7481
Fax:          216-464-7581
Direct Dial:  216-682-0847

email:     llee@mpccpa.com
website:   www.mpccpa.com

---

**From:** Christina Shook
**Sent:** Wednesday, October 19, 2011 2:37 PM
**To:** Linda Lee; William M. Potoczak
**Subject:** PWCG Policy - ▮928

Dear All,



SEC-MP-E-0002339

Exhibit 33 Page 586

We are coming to one of our first policies for PWCG that will not have enough premium reserve to carrier the policy to its original time frame. Policy number ████1928 had a premium schedule set up to pay annually $2,500 starting from February 20, 2005 – February 20, 2012 with the last payment due February 20, 2012 which was to pay the policy to February 20, 2013. This policy currently has a premium reserve left of $5,000 and the second premium reserve for this policy is $4,000. I spoke to Sue Estrada in customer service and this policy has a cash value of $5,077.73 and the cash surrender value is $0 because the surrender charge on the policy is $15,000. September's cost of insurance was $1,831.93 and the next policy anniversary date is February 20, 2012. The attached illustration shows that a minimum premium payment of $4,188 is required before February 20, 2012 or the policy will lapse. We have enough funds in the reserve to make this premium payment, however I do not believe we will have enough reserve left over to carry the policy to February 20, 2013.

If you have any questions, please let me know.

I will be out of the office on October 21, 2011 and October 31, 2011.

Christina Shook
Administrative Assistant
Mills, Potoczak & Company
27600 Chagrin Boulevard, Suite 200
Cleveland, Ohio 44122
e-mail: ccook@mpccpa.com
web site: www.mpccpa.com
Phone: 216-682-0850
Fax: 216-464-7581

The information contained in this communication is confidential and is intended only for the use of the addressee. It is the property of Mills, Potoczak & Company. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail to info@mpccpa.com, and destroy this communication and all copies thereof, including all attachments.

SEC-MP-E-0002340

Exhibit 33 Page 587