# EXHIBIT 34

| | |
|---|---|
| From: | Andrew Calhoun <acalhoun@pwcapital.net> |
| Sent: | Tuesday, October 2, 2012 7:38 PM |
| To: | Christina Shook <cschook@mpccpa.com> |
| Cc: | Linda Lee <llee@mpccpa.com>; Lorie Kaufman <lkaufman@mpccpa.com>; 'Chelsea Olson' <chelsea@pwcapital.net>; 'Maureen Bejarano' <maureen@pwcapital.net> |
| Subject: | RE: Grace Notice on Policy ▇▇▇1928▇▇ |

Thanks, Christina. As was the case with this same policy last time, please pay the recommended amount of $6572.45 from PWCG, Inc.'s next distribution. PWCG has agreed with investors to keep this policy in-force, at minimum, until sometime in February 2013, before touching other premium reserves.

Linda, please see attached a distribution in which to take these funds from. Please call with any questions. Chelsea will be sending sub-docs.

**Andrew Calhoun**

From: Christina Shook [mailto:cschook@mpccpa.com]
Sent: Tuesday, September 25, 2012 1:08 PM
To: Andrew Calhoun
Cc: Linda Lee; Lorie Kaufman
Subject: Grace Notice on Policy ▇▇▇1928▇▇

Hello Andrew,

Attached please find a grace period notice that we received on policy number ▇▇▇1928. A minimum payment of $4,374.21 is required by October 21st or the policy will lapse. The recommended amount is $6,572.45 which covers three months cost of insurance. The premium reserve for this policy has been depleted. Please advise.

If you have any questions, please let me know.

Christina Shook
Senior Life Settlement Staff
Mills, Potoczak & Company
27600 Chagrin Boulevard, Suite 200
Cleveland, Ohio 44122
e-mail: ccook@mpccpa.com
web site: www.mpccpa.com
Phone: 216-682-0850
Fax: 216-464-7581

The information contained in this communication is confidential and is intended only for the use of the addressee. It is the property of Mills, Potoczak & Company. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have



SEC-MP-E-0002391

Exhibit 34 Page 588

received this communication in error, please notify us immediately by return e-mail to info@mpccpa.com, and destroy this communication and all copies thereof, including all attachments.

SEC-MP-E-0002392

Exhibit 34 Page 589