# EXHIBIT 35



Transamerica Life
Insurance Company

HOME OFFICE: Cedar Rapids, Iowa

## NOTICE OF
## PAYMENT DUE

SGA #   10452
SSA
SSA #   1066006

**IMPORTANT - FINAL NOTICE**                    DEC 20 2012

P W C G TRUST 11092004                    DEC 2 8
% MILLS POTOCZAK TTEE
27600 CHARGRIN BLVD STE 200
CLEVELAND OH 44122

Policy No.: ▮▮▮ 1928
Insured:

Your policy has entered its grace period and is in danger of lapsing.  The current accumulation value in your policy is not sufficient to cover the monthly deduction for the cost of insurance due DEC 20 2012.  To continue coverage, we urge you to pay $     6,570.68 which will, based on current rates, provide sufficient value to cover three monthly deductions.

In order to prevent your policy from lapsing, we must receive a minimum payment of $     4,372.43 by JAN 20 2013.  If the minimum payment is not received by JAN 20 2013, your policy will lapse.  A payment of a lesser amount will not prevent your policy from lapsing.  A separate notification will be sent when the policy has lapsed.

If your policy is in its Required Premium Period, you have an outstanding policy loan, or the monthly deduction rates change on your policy, additional amounts may be needed to extend coverage.  If this is the case, we will notify you separately.

If you have any questions about this notice or need additional assistance, please contact Customer Service at (800) 852-4678 from 7:00 a.m. to 6:00 p.m., Monday through Friday, or email us at tii.customerservice@transamerica.com.

---

DETACH AND RETURN THE LOWER PORTION WITH PAYMENT     DATE_____ CHECK NO._____ AMOUNT_____
       DETACH HERE                                                                                              DETACH HERE

NOTICE OF PAYMENT DUE

Policy No: ▮▮▮ 928                    **RETURN THIS PORTION WITH YOUR PAYMENT**

Insured:

Total Amount Paid

Please remember, your payment must be received by JAN 20 2013 or your policy will lapse.

106007▮▮▮ 1928&&&&&& 01202013 0000437243 0000657068 0000000000L3

P W C G TRUST 11092004                    TRANSAMERICA LIFE
% MILLS POTOCZAK TTEE                     INSURANCE COMPANY
27600 CHARGRIN BLVD STE 200               PO BOX 742528
CLEVELAND OH 44122                        CINCINNATI OH 45274-2528

GRFL1

SEC-MP-E-0001274

Exhibit 35 Page 590