# EXHIBIT 36

| | |
|---|---|
| **From:** | Andrew Calhoun <acalhoun@pwcapital.net> |
| **Sent:** | Wednesday, January 09, 2013 07:13 PM |
| **To:** | 'Linda Lee'; 'Christina Shook' |
| **Cc:** | 'Chelsea Olson'; 'maureen bejarano' |
| **Subject:** | ███/John Hancock & ███/Mass Mutual Revised Beneficiary Lists and Distribution Instructions... |
| **Attachments:** | ███-John Hancock #███0993 Beneficiary List and Distribution Instructions.xlsx; ███-Mass Mutual #███6024 Beneficiary List and Distribution Instructions.xlsx |

Linda,

Please see the above-referenced attached.  Chelsea will be sending sub-docs.  As mentioned in previous e-mails with Christina, please reduce the ███ distribution to PWCG, Inc. in the amount of $6,570.68 so that it can be applied to the ███ policy #███1928 premium payment to get the policy out of grace.  Christina, please send in this payment ASAP and confirm upon sending to carrier.

If you have any questions, please let me know.

Thank you,

*Andrew Calhoun*

**Andrew Calhoun**
CEO & President
Pacific West Capital Group, Inc.
CA Dept. of Insurance Lic. #0D96167



**PacificWest**
CAPITAL GROUP

*"We stand strong on integrity and earn investor trust with every transaction."*

**1901 Avenue of the Stars**
**Suite 680**
**Los Angeles, CA  90067**
**1-800-588-8000 (toll free)**
**310-578-6343 (local phone)**
**310-578-6443  (fax)**
**www.pwcapital.net**

1

FOIA Confidential Treatment Requested

PWCG243804

Exhibit 36 Page 591



Confidentiality Notice: This message (including attachments, if any) is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, proprietary, confidential and exempt from disclosure. It is not to be used for advertising or solicitation purposes. If you are not the intended recipient, you are prohibited from reading, printing, copying, retaining a copy or disseminating this message or any part of it. If you have received this message in error, please notify us immediately by e-mail, discard any paper copies and delete all electronic files of this message.

FOIA Confidential Treatment Requested

PWCG243805

Exhibit 36 Page 592



rev. ▇▇▇    **Beneficiary List**

▇▇~John Hancock #▇▇0993

| | Total Designation Amount | Investment | Interest | 1st prem res | 2nd prem res | policy purchase | PWCG | Mills |
|---|---|---|---|---|---|---|---|---|
| Amount left to be designated | $205,372.10 | $1,393,851.16 | $4,000.00 | $569,674.50 | $13,938.51 | $135,000.00 | $569,288.15 | $5,950.00 |
| Ralph Eschenbach & Carol Joy Provan. TTEEs U/A/D 02/21/90 ▇▇ Woodside, CA 94062 | $62,500.00 | $25,000.00 | | $0.00 | $250.00 | $24,350.00 | $0.00 | $400.00 |
| The Richard F. Gerber Revocable Living Trust Richard F. Gerber, TTE ▇▇ Los Angeles, CA 90068 | $50,000.00 | $20,000.00 | | $0.00 | $200.00 | $19,800.00 | $0.00 | $0.00 |
| 01 The Entrust Group Inc. FBO Morteza Marandi SEP-IRA ▇▇0545 555 12th St., Suite 1250 Oakland, CA 94607 | $125,000.00 | $50,000.00 | | $0.00 | $500.00 | $49,500.00 | $0.00 | $0.00 |
| 01 The Entrust Group Inc. FBO Donald E. Morr ROTH-IRA ▇▇0466 555 12th St., Suite 1250 Oakland, CA 94607 | $45,000.00 | $18,000.00 | | $0.00 | $180.00 | $17,770.00 | $0.00 | $50.00 |
| Donald E. Morr & Rebecca F. Morr ▇▇ Redwood City, CA 94061 | $5,000.00 | $2,000.00 | | $0.00 | $20.00 | $1,930.00 | $0.00 | $50.00 |
| Lee Kenneth Rising ▇▇ West Covina, CA 91791-5304 | $25,000.00 | $10,000.00 | | $0.00 | $100.00 | $9,850.00 | $0.00 | $50.00 |
| 01 The Entrust Group Inc. FBO Eric C. Johnson ROTH-IRA ▇▇0584 555 12th St., Suite 1250 Oakland, CA 94607 | $50,000.00 | $20,000.00 | | $7,950.00 | $200.00 | $11,800.00 | $0.00 | $50.00 |
| James Nord & Kerry Nord, JTS ▇▇ Napa, CA 94559 | $50,000.00 | $20,000.00 | | $8,174.11 | $200.00 | $0.00 | $11,575.89 | $50.00 |

Exhibit 36 Page 593

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01 The Entrust Group Inc. FBO<br>Pedram Aslmand SEP-IRA<br>█████0610<br>555 12th St., Suite 1250<br>Oakland, CA 94607 | $100,000.00 | $40,000.00 | | $16,348.22 | $400.00 | $0.00 | $23,126.78 | $125.00 |
| 01 The Entrust Group Inc. FBO<br>Jacqueline Lichaa IRA<br>█████0546<br>555 12th St., Suite 1250<br>Oakland, CA 94607 | $62,500.00 | $25,000.00 | | $10,217.64 | $250.00 | $0.00 | $14,407.36 | $125.00 |
| 01 The Entrust Group Inc. FBO<br>Zaki Lichaa IRA █████0607<br>555 12th St., Suite 1250<br>Oakland, CA 94607 | $62,500.00 | $25,000.00 | | $20,217.64 | $250.00 | $0.00 | $4,407.36 | $125.00 |
| The Desgagnes Family Trust<br>Gary A. Desgagnes &<br>Mary A. Desgagnes, TTEEs<br>████████<br>Camarillo, CA 93012 | $75,000.00 | $30,000.00 | | $20,000.00 | $300.00 | $0.00 | $9,575.00 | $125.00 |
| Arnold N. Applebaum<br>████████<br>La Mirada, CA 90638 | $109,103.30 | $43,641.32 | | $43,079.91 | $436.41 | $0.00 | $0.00 | $125.00 |
| Jiri & Marie Strejcek<br>████████<br>San Mateo, CA 94403 | $50,000.00 | $20,000.00 | | $8,174.11 | $200.00 | $0.00 | $11,500.89 | $125.00 |
| 01 The Entrust Group Inc. FBO<br>William Neville IRA █████0665<br>555 12th St., Suite 1250<br>Oakland, CA 94607 | $50,000.00 | $20,000.00 | | $8,174.11 | $200.00 | $0.00 | $11,500.89 | $125.00 |
| 01 The Entrust Group Inc. FBO<br>Steven D. Davison IRA █████0829<br>555 12th St., Suite 1250<br>Oakland, CA 94607 | $50,000.00 | $20,000.00 | | $8,174.11 | $200.00 | $0.00 | $11,500.89 | $125.00 |
| 01 The Entrust Group Inc. FBO<br>Kathleen A. Hardin IRA █████0646<br>555 12th St., Suite 1250<br>Oakland, CA 94607 | $50,000.00 | $20,000.00 | | $8,174.11 | $200.00 | $0.00 | $11,575.89 | $50.00 |
| Vivien E. Duering Revocable<br>Trust, dtd 12/8/97<br>Vivien Duering, TTE<br>████████<br>San Carlos, CA 94070 | $62,500.00 | $25,000.00 | | $10,217.64 | $250.00 | $0.00 | $14,407.36 | $125.00 |
| The Richard D. Martin Trust<br>Richard D. Martin, TTE<br>████████<br>Los Angeles, CA 90077 | $25,000.00 | $10,000.00 | | $4,087.05 | $100.00 | $0.00 | $5,687.95 | $125.00 |

Exhibit 36 Page 594

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01 The Entrust Group Inc. FBO Rebecca F. Morr Roth-IRA ▉0519 555 12th St., Suite 1250 Oakland, CA 94607 | $42,500.00 | $17,000.00 | | $6,947.99 | $170.00 | $0.00 | $9,757.01 | $125.00 |
| Eric Cannon Lakewood, CA 90712 | $160,000.00 | $60,000.00 | $ 4,000.00 | $24,522.32 | $600.00 | $0.00 | $34,752.68 | $125.00 |
| Donald E. & Rebecca F. Morr Redwood City, CA 94061 | $7,500.00 | $3,000.00 | | $1,226.12 | $30.00 | $0.00 | $1,693.88 | $50.00 |
| 01 The Entrust Group Inc. FBO Steven J. Bull IRA ▉0684 555 12th St., Suite 1250 Oakland, CA 94607 | $50,000.00 | $20,000.00 | | $8,174.11 | $200.00 | $0.00 | $11,500.89 | $125.00 |
| Jeffrey Charles Van Ornam Fresno, CA 93710 | $50,000.00 | $20,000.00 | | $8,174.11 | $200.00 | $0.00 | $11,500.89 | $125.00 |
| 01 The Entrust Group Inc. FBO Ronald Joseph Petruccione IRA ▉0450 555 12th St., Suite 1250 Oakland, CA 94607 | $50,000.00 | $20,000.00 | | $8,174.11 | $200.00 | $0.00 | $11,500.89 | $125.00 |
| Woodworth Family Trust, dtd 5/23/1994 Janet & Jeffrey Woodworth, TTEEs Glenbrook, NV 89413 | $50,000.00 | $20,000.00 | | $8,174.11 | $200.00 | $0.00 | $11,500.89 | $125.00 |
| 01 The Entrust Group Inc. FBO Herbert C.K. Chiu SEP-IRA ▉0733 555 12th St., Suite 1250 Oakland, CA 94607 | $35,000.00 | $14,000.00 | | $5,721.88 | $140.00 | $0.00 | $8,013.12 | $125.00 |
| David N. Black Living Trust, dtd 2/10/89, David N. Black, TTE Norwalk, CA 90650 | $27,302.90 | $10,921.16 | | $4,463.54 | $109.21 | $0.00 | $6,223.41 | $125.00 |
| 01 The Entrust Group Inc. FBO Susan A. Parker IRA ▉0704 555 12th St., Suite 1250 Oakland, CA 94607 | $57,500.00 | $23,000.00 | | $9,400.22 | $230.00 | $0.00 | $13,244.78 | $125.00 |
| 01 The Entrust Group Inc. FBO Samuel Loredo IRA ▉0773 555 12th St., Suite 1250 Oakland, CA 94607 | $50,000.00 | $20,000.00 | | $8,174.11 | $200.00 | $0.00 | $11,500.89 | $125.00 |

Exhibit 36 Page 595

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Bruce Storms & Jill Pellettieri<br><br>Redwood City, CA  94062 | $50,000.00 | $20,000.00 | $8,174.11 | $200.00 | $0.00 | $11,575.89 | $50.00 |
| 01 The Entrust Group Inc. FBO<br>Ian McNay IRA ▉0764<br>555 12th St., Suite 1250<br>Oakland, CA  94607 | $50,000.00 | $20,000.00 | $8,174.11 | $200.00 | $0.00 | $11,500.89 | $125.00 |
| 01 The Entrust Group Inc. FBO<br>Linda K. Freeman IRA ▉0798<br>555 12th St., Suite 1250<br>Oakland, CA  94607 | $50,000.00 | $20,000.00 | $8,174.11 | $200.00 | $0.00 | $11,500.89 | $125.00 |
| 01 The Entrust Group Inc. FBO<br>Peter Leo Lagasse IRA<br>▉0817<br>555 12th St., Suite 1250<br>Oakland, CA  94607 | $50,000.00 | $20,000.00 | $8,174.11 | $200.00 | $0.00 | $11,500.89 | $125.00 |
| 01 The Entrust Group Inc. FBO<br>David Ian Silpa IRA ▉0813<br>555 12th St., Suite 1250<br>Oakland, CA  94607 | $50,000.00 | $20,000.00 | $8,174.11 | $200.00 | $0.00 | $11,575.89 | $50.00 |
| James & Barbara Bartol<br><br>Lincoln, CA  95648 | $50,000.00 | $20,000.00 | $8,174.11 | $200.00 | $0.00 | $11,575.89 | $50.00 |
| Robert John Barr<br><br>San Diego, CA  92108 | $100,000.00 | $40,000.00 | $16,348.22 | $400.00 | $0.00 | $23,126.78 | $125.00 |
| Carper Family Trust<br>Frederick Spahr Carper &<br>Leanne Carper, TTEEs<br><br>Fullerton, CA  92835-2457 | $50,000.00 | $20,000.00 | $8,174.11 | $200.00 | $0.00 | $11,500.89 | $125.00 |
| James T. Sbicca<br><br>Long Beach, CA  90805 | $156,250.00 | $62,500.00 | $25,544.09 | $625.00 | $0.00 | $36,280.91 | $50.00 |
| 01 The Entrust Group Inc. FBO<br>Wynnewood A. Ritch IRA<br>▉0841<br>555 12th St., Suite 1250<br>Oakland, CA  94607 | $50,000.00 | $20,000.00 | $8,174.11 | $200.00 | $0.00 | $11,500.89 | $125.00 |
| 01 The Entrust Group Inc. FBO<br>Joseph Kulakofsky IRA<br>▉0838<br>555 12th St., Suite 1250<br>Oakland, CA  94607 | $50,000.00 | $20,000.00 | $8,174.11 | $200.00 | $0.00 | $11,500.89 | $125.00 |

Exhibit 36 Page 596

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01 The Entrust Group Inc. FBO<br>Jay Belsky IRA ▮▮▮▮0653<br>555 12th St., Suite 1250<br>Oakland, CA 94607 | $75,000.00 | $30,000.00 | | $12,261.16 | $300.00 | $0.00 | $17,388.84 | $50.00 |
| Steve & Margo Burrows<br>▮▮▮▮<br>Los Angeles, CA 90045 | $250,000.00 | $100,000.00 | | $40,870.54 | $1,000.00 | $0.00 | $58,004.46 | $125.00 |
| Ira Belsky<br>▮▮▮▮<br>San Francisco, CA 94133 | $50,000.00 | $20,000.00 | | $8,174.11 | $200.00 | $0.00 | $11,500.89 | $125.00 |
| David N. Black Living Trust,<br>dtd 2/10/89<br>David N. Black, TTE<br>▮▮▮▮<br>Norwalk, CA 90650 | $30,000.00 | $12,000.00 | | $4,904.46 | $120.00 | $0.00 | $6,925.54 | $50.00 |
| Albert Belsky<br>▮▮▮▮<br>San Francisco, CA 94133 | $50,000.00 | $20,000.00 | | $8,174.11 | $200.00 | $0.00 | $11,500.89 | $125.00 |
| 01 The Entrust Group Inc. FBO<br>Reevance Gates IRA ▮▮▮▮0855<br>555 12th St., Suite 1250<br>Oakland, CA 94607 | $50,000.00 | $20,000.00 | | $8,174.11 | $200.00 | $0.00 | $11,500.89 | $125.00 |
| 01 The Entrust Group Inc. FBO<br>Marsha L. Kane IRA<br>555 12th St., Suite 1250<br>Oakland, CA 94607 | $50,000.00 | $20,000.00 | | $8,174.11 | $200.00 | $0.00 | $11,575.89 | $50.00 |
| Theodore J. Gradman, Ph.D.<br>401k Plan<br>Theodore J. Gradman, Owner<br>▮▮▮▮<br>San Mateo, CA 94401 | $125,000.00 | $50,000.00 | | $28,765.24 | $500.00 | $0.00 | $20,684.76 | $50.00 |
| 01 The Entrust Group Inc. FBO<br>James Francis Czach, Jr. IRA<br>▮▮▮0861<br>555 12th St., Suite 1250<br>Oakland, CA 94607 | $62,500.00 | $25,000.00 | | $10,217.64 | $250.00 | $0.00 | $14,407.36 | $125.00 |
| The Shugert Family Trust<br>Craig Shugert & Laura Shugert,<br>TTEEs<br>▮▮▮▮<br>Rancho Santa Fe, CA 92067 | $50,000.00 | $20,000.00 | | $8,174.11 | $200.00 | $0.00 | $11,575.89 | $50.00 |

Exhibit 36 Page 597

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| David N. Black Living Trust, dtd 2/10/89 David N. Black, TTE Norwalk, CA 90650 | $45,525.25 | $18,210.10 | | $7,442.57 | $182.10 | $0.00 | $10,460.43 | $125.00 |
| Kenneth Taylor Hayward, CA 94541 | $37,500.00 | $15,000.00 | | $6,130.58 | $150.00 | $0.00 | $8,594.42 | $125.00 |
| 01 The Entrust Group Inc. FBO Pippa J. Gossett IRA    0880 555 12th St., Suite 1250 Oakland, CA 94607 | $75,000.00 | $30,000.00 | | $12,261.16 | $300.00 | $0.00 | $17,313.84 | $125.00 |
| 01 The Entrust Group Inc. FBO David Amandus ROTH-IRA    0887 555 12th St., Suite 1250 Oakland, CA 94607 | $50,000.00 | $20,000.00 | | $8,174.11 | $200.00 | $0.00 | $11,500.89 | $125.00 |
| 01 The Entrust Group Inc. FBO Juana Zuern IRA    0847 555 12th St., Suite 1250 Oakland, CA 94607 | $61,446.45 | $24,578.58 | | $10,045.40 | $245.79 | $0.00 | $14,162.40 | $125.00 |
| 01 The Entrust Group Inc. FBO Brenda Whitmore IRA    0893 555 12th St., Suite 1250 Oakland, CA 94607 | $37,500.00 | $15,000.00 | | $6,130.58 | $150.00 | $0.00 | $8,594.42 | $125.00 |

Exhibit 36 Page 598

██ --John Hancock # ██ 0993

██

| Amount Invested: | $1,480,000.00 |
| Designation Amount: | $3,700,000.00 |

Distribution Instructions:

| PWCG Mills Primary Premium Account | $604,884.00 |
| PWCG Mills Potoczak Secondary Premium Account | $14,800.00 |
| Policy Purchase | $135,000.00 |
| Pacific West Capital Group | $724,916.00 |
| Mills Potoczak Transaction Fee | $400.00 |

| Total Distribution | $1,480,000.00 |

Exhibit 36 Page 599



--John Hancock # ▮0993

Investor:    Ralph Eschenbach & Carol Joy Provan, TTEEs U/A/D 02/21/90        Woodside, CA  94062

Amount Invested:        $25,000.00
Designation Amount:     $62,500.00

Distribution Instructions:

PWCG Mills Primary Premium Account              $0.00
PWCG Mills Potoczak Secondary Premium Account   $250.00
Policy Purchase                                 $24,350.00
Pacific West Capital Group                      $0.00
Mills Potoczak Transaction Fee                  $400.00


Total Distribution                              $25,000.00

Exhibit 36 Page 600



# █████ 0993

**Investor:**   The Richard F. Gerber Revocable Living Trust          Richard F. Gerber, TTE   ███████████   Los Angeles, CA  90068

Amount Invested:          $20,000.00
Designation Amount:       $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $0.00 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $19,800.00 |
| Pacific West Capital Group | $0.00 |
| Mills Potoczak Transaction Fee | $0.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 36 Page 601



--John Hancock #     0993

Investor:    01 The Entrust Group Inc. FBO Morteza Marandi SEP-IRA        00545                555 12th St., Suite 1250        Oakland, CA  94607

Amount Invested:         $50,000.00
Designation Amount:      $125,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                    $0.00
PWCG Mills Potoczak Secondary Premium Account       $500.00
Policy Purchase                                   $49,500.00
Pacific West Capital Group                             $0.00
Mills Potoczak Transaction Fee                        $0.00


Total Distribution                                $50,000.00

Exhibit 36 Page 602



█ --John Hancock # █ 0993

█

Investor:    01 The Entrust Group Inc. FBO Donald E. Morr ROTH-IRA   █ 0466          555 12th St., Suite 1250      Oakland, CA  94607

Amount Invested:      $18,000.00
Designation Amount:   $45,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $0.00 |
| PWCG Mills Potoczak Secondary Premium Account | $180.00 |
| Policy Purchase | $17,770.00 |
| Pacific West Capital Group | $0.00 |
| Mills Potoczak Transaction Fee | $50.00 |

| | |
|---|---|
| Total Distribution | $18,000.00 |

Exhibit 36 Page 603



█--John Hancock #█0993

Investor:     Donald E. Morr &         Rebecca F. Morr          ████████          Redwood City, CA  94061

Amount Invested:          $2,000.00
Designation Amount:       $5,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                          $0.00
PWCG Mills Potoczak Secondary Premium Account              $20.00
Policy Purchase                                         $1,930.00
Pacific West Capital Group                                  $0.00
Mills Potoczak Transaction Fee                             $50.00


Total Distribution                                      $2,000.00

Exhibit 36 Page 604



██████-John Hancock #██████0993

██████

Investor:    Lee Kenneth Rising                ██████                West Covina, CA  91791-5304

Amount Invested:          $10,000.00
Designation Amount:       $25,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                          $0.00
PWCG Mills Potoczak Secondary Premium Account            $100.00
Policy Purchase                                          $9,850.00
Pacific West Capital Group                                   $0.00
Mills Potoczak Transaction Fee                              $50.00


Total Distribution                                      $10,000.00

Exhibit 36 Page 605



██ –John Hancock # ██ 0993

| | | | | |
|---|---|---|---|---|
| Investor: | 01 The Entrust Group Inc. FBO Eric C. Johnson ROTH-IRA | ██ 0584 | 555 12th St., Suite 1250 | Oakland, CA 94607 |

Amount Invested:        $20,000.00
Designation Amount:     $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $7,950.00 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $11,800.00 |
| Pacific West Capital Group | $0.00 |
| Mills Potoczak Transaction Fee | $50.00 |
| Total Distribution | $20,000.00 |

Exhibit 36 Page 606

██ --John Hancock # ██ 0993

██

| Investor: | James Nord & Kerry Nord, JTS ██ | Napa, CA  94559 |
|---|---|---|

Amount Invested:            $20,000.00
Designation Amount:        $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $8,174.11 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $11,575.89 |
| Mills Potoczak Transaction Fee | $50.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 36 Page 607



██ --John Hancock # ██ 0993

Investor:     01 The Entrust Group Inc. FBO Pedram Aslmand SEP-IRA     ██ 0610          555 12th St., Suite 1250          Oakland, CA  94607

Amount Invested:        $40,000.00
Designation Amount:     $100,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $16,348.22 |
| PWCG Mills Potoczak Secondary Premium Account | $400.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $23,126.78 |
| Mills Potoczak Transaction Fee | $125.00 |

| | |
|---|---|
| Total Distribution | $40,000.00 |

Exhibit 36 Page 608

Noxsel--John Hancock # ███ 0993

███

| Investor: | 01 The Entrust Group Inc. FBO Jacqueline Lichaa IRA | ███0546 | 555 12th St., Suite 1250 | Oakland, CA  94607 |
|---|---|---|---|---|

Amount Invested:      $25,000.00
Designation Amount:   $62,500.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $10,217.64 |
| PWCG Mills Potoczak Secondary Premium Account | $250.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $14,407.36 |
| Mills Potoczak Transaction Fee | $125.00 |

| | |
|---|---|
| Total Distribution | $25,000.00 |

Exhibit 36 Page 609

\# ████0993

████

| | | | | |
|---|---|---|---|---|
| Investor: | 01 The Entrust Group Inc. FBO Zaki Lichaa IRA ████0607 | | 555 12th St., Suite 1250 | Oakland, CA  94607 |

| | |
|---|---|
| Amount Invested: | $25,000.00 |
| Designation Amount: | $62,500.00 |

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $20,217.64 |
| PWCG Mills Potoczak Secondary Premium Account | $250.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $4,407.36 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $25,000.00 |

Exhibit 36 Page 610



--John Hancock # 0993

Investor:   The Desgagnes Family Trust  Gary A. Desgagnes &         Mary A. Desgagnes, TTEEs                     Camarillo, CA  93012

| | |
|---|---|
| Amount Invested: | $30,000.00 |
| Designation Amount: | $75,000.00 |

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $20,000.00 |
| PWCG Mills Potoczak Secondary Premium Account | $300.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $9,575.00 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $30,000.00 |

Exhibit 36 Page 611



██ --John Hancock # ██ 0993

██

Investor:   Arnold N. Applebaum          ██████          La Mirada, CA  90638

Amount Invested:        $43,641.32
Designation Amount:     $109,103.30

Distribution Instructions:

PWCG Mills Primary Premium Account                    $43,079.91
PWCG Mills Potoczak Secondary Premium Account          $436.41
Policy Purchase                                          $0.00
Pacific West Capital Group                               $0.00
Mills Potoczak Transaction Fee                         $125.00


Total Distribution                                     $43,641.32

Exhibit 36 Page 612

███-John Hancock #███0993

███

Investor:   Jiri & Marie Strejcek          ███████          San Mateo, CA  94403

Amount Invested:          $20,000.00
Designation Amount:       $50,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                    $8,174.11
PWCG Mills Potoczak Secondary Premium Account          $200.00
Policy Purchase                                          $0.00
Pacific West Capital Group                          $11,500.89
Mills Potoczak Transaction Fee                         $125.00


Total Distribution                                  $20,000.00

Exhibit 36 Page 613

██ --John Hancock # ██ 0993

██

Investor:    01 The Entrust Group Inc. FBO William Neville IRA ██ 0665          555 12th St., Suite 1250      Oakland, CA  94607

Amount Invested:              $20,000.00
Designation Amount:           $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $8,174.11 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $11,500.89 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 36 Page 614



██ -John Hancock # ██0993

██

Investor: 01 The Entrust Group Inc. FBO Steven D. Davison IRA██0629            555 12th St., Suite 1250            Oakland, CA  94607

Amount Invested:        $20,000.00
Designation Amount:     $50,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                          $8,174.11
PWCG Mills Potoczak Secondary Premium Account                $200.00
Policy Purchase                                                $0.00
Pacific West Capital Group                                 $11,500.89
Mills Potoczak Transaction Fee                               $125.00


Total Distribution                                         $20,000.00

Exhibit 36 Page 615



--John Hancock # ████0993

Investor:    01 The Entrust Group Inc. FBO Kathleen A. Hardin IRA ████0646          555 12th St., Suite 1250      Oakland, CA  94607

Amount Invested:        $20,000.00
Designation Amount:     $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $8,174.11 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $11,575.89 |
| Mills Potoczak Transaction Fee | $50.00 |

| | |
|---|---|
| Total Distribution | $20,000.00 |

Exhibit 36 Page 616



██ --John Hancock #██ 0993

Investor:    Vivien E. Duering Revocable Trust, dtd 12/8/97        Vivien Duering, TTE        ████████        San Carlos, CA  94070

Amount Invested:        $25,000.00
Designation Amount:      $62,500.00

Distribution Instructions:

PWCG Mills Primary Premium Account              $10,217.64
PWCG Mills Potoczak Secondary Premium Account     $250.00
Policy Purchase                                    $0.00
Pacific West Capital Group                     $14,407.36
Mills Potoczak Transaction Fee                    $125.00

Total Distribution                             $25,000.00

Exhibit 36 Page 617



▇▇▇ --John Hancock # ▇▇▇ 0993

Investor:     The Richard D. Martin Trust     Richard D. Martin, TTE     ▇▇▇▇▇▇.     Los Angeles, CA  90077

Amount Invested:          $10,000.00
Designation Amount:       $25,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $4,087.05 |
| PWCG Mills Potoczak Secondary Premium Account | $100.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $5,687.95 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $10,000.00 |

Exhibit 36 Page 618



██ -John Hancock # ██ 0993

██

Investor:    01 The Entrust Group Inc. FBO Rebecca F. Morr Roth-IRA    ██ 0519          555 12th St., Suite 1250     Oakland, CA  94607

Amount Invested:          $17,000.00
Designation Amount:       $42,500.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $6,947.99 |
| PWCG Mills Potoczak Secondary Premium Account | $170.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $9,757.01 |
| Mills Potoczak Transaction Fee | $125.00 |

Total Distribution          $17,000.00

Exhibit 36 Page 619

██████ John Hancock # ████ 0993

██████

Investor:    Eric Cannon                    ████████████    Lakewood, CA  90712

Amount Invested:            $60,000.00
Designation Amount:         $160,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account              $24,522.32
PWCG Mills Potoczak Secondary Premium Account       $600.00
Policy Purchase                                       $0.00
Pacific West Capital Group                       $34,752.68
Mills Potoczak Transaction Fee                      $125.00


Total Distribution                               $60,000.00

Exhibit 36 Page 620

██ --John Hancock # ██ 0993

██████

Investor:    Donald E. & Rebecca F. Morr        ████████        Redwood City, CA  94061

Amount Invested:         $3,000.00
Designation Amount:      $7,500.00

Distribution Instructions:

PWCG Mills Primary Premium Account                    $1,226.12
PWCG Mills Potoczak Secondary Premium Account           $30.00
Policy Purchase                                          $0.00
Pacific West Capital Group                           $1,693.88
Milis Potoczak Transaction Fee                          $50.00


Total Distribution                                   $3,000.00

Exhibit 36 Page 621



██ John Hancock # ██ 0993

██

Investor:    01 The Entrust Group Inc. FBO  Steven J. Bull IRA ██ 0684          555 12th St., Suite 1250     Oakland, CA  94607

Amount Invested:          $20,000.00
Designation Amount:       $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $8,174.11 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $11,500.89 |
| Mills Potoczak Transaction Fee | $125.00 |
| Total Distribution | $20,000.00 |

Exhibit 36 Page 622



███ --John Hancock #███ 0993

Investor:    Jeffrey Charles Van Ornam    ███████████    Fresno, CA  93710

Amount Invested:          $20,000.00
Designation Amount:       $50,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account              $8,174.11
PWCG Mills Potoczak Secondary Premium Account   $200.00
Policy Purchase                                 $0.00
Pacific West Capital Group                      $11,500.89
Mills Potoczak Transaction Fee                  $125.00

Total Distribution                              $20,000.00

Exhibit 36 Page 623