██--John Hancock #████0993

██████

Investor:     01 The Entrust Group Inc. FBO  Ronald Joseph Petruccione IRA ████0450                555 12th St., Suite 1250      Oakland, CA  94607

Amount Invested:          $20,000.00
Designation Amount:       $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $8,174.11 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $11,500.89 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 36 Page 624



████-John Hancock #████0993

████

Investor:   Woodworth Family Trust, dtd 5/23/1994                Janet & Jeffrey Woodworth, TTEEs             ████████          Glenbrook, NV  89413

Amount Invested:        $20,000.00
Designation Amount:     $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $8,174.11 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $11,500.89 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 36 Page 625

██ -John Hancock # ██ 0993

██

Investor:   01 The Entrust Group Inc. FBO  Herbert C.K. Chiu SEP-IRA   ██ 0733          555 12th St., Suite 1250      Oakland, CA  94607

Amount Invested:          $14,000.00
Designation Amount:       $35,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $5,721.88 |
| PWCG Mills Potoczak Secondary Premium Account | $140.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $8,013.12 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $14,000.00 |

Exhibit 36 Page 626

██-John Hancock #██ 0993

██

Investor:     David N. Black Living Trust, dtd 2/10/89, David N. Black, TTE     ██████     Norwalk, CA  90650

Amount Invested:        $10,921.16
Designation Amount:     $27,302.90

Distribution Instructions:

PWCG Mills Primary Premium Account              $4,463.54
PWCG Mills Potoczak Secondary Premium Account     $109.21
Policy Purchase                                     $0.00
Pacific West Capital Group                       $6,223.41
Mills Potoczak Transaction Fee                     $125.00


Total Distribution                              $10,921.16

Exhibit 36 Page 627

██ --John Hancock # ███ 0993

██████

Investor:    01 The Entrust Group Inc. FBO  Susan A. Parker IRA ███ 0704                555 12th St., Suite 1250        Oakland, CA  94607

Amount Invested:        $23,000.00
Designation Amount:     $57,500.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $9,400.22 |
| PWCG Mills Potoczak Secondary Premium Account | $230.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $13,244.78 |
| Mills Potoczak Transaction Fee | $125.00 |

Total Distribution        $23,000.00

Exhibit 36 Page 628



█████--John Hancock #█████0993

Investor:   01 The Entrust Group Inc. FBO  Samuel Loredo IRA  █████0773                   555 12th St., Suite 1250        Oakland, CA  94607

Amount Invested:          $20,000.00
Designation Amount:       $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $8,174.11 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $11,500.89 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 36 Page 629

██ --John Hancock # ██ 0993

██

Investor:    Bruce Storms & Jill Pellettieri ██████        Redwood City, CA  94062

Amount Invested:        $20,000.00
Designation Amount:     $50,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                      $8,174.11
PWCG Mills Potoczak Secondary Premium Account            $200.00
Policy Purchase                                            $0.00
Pacific West Capital Group                             $11,575.89
Mills Potoczak Transaction Fee                            $50.00

Total Distribution                                     $20,000.00

Exhibit 36 Page 630

▆▆▆--John Hancock #▆▆0993

▆▆▆▆

Investor:     01 The Entrust Group Inc. FBO  Ian McNay IRA ▆▆00764          555 12th St., Suite 1250     Oakland, CA  94607

Amount Invested:          $20,000.00
Designation Amount:       $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $8,174.11 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $11,500.89 |
| Mills Potoczak Transaction Fee | $125.00 |

Total Distribution          $20,000.00

Exhibit 36 Page 631

███-John Hancock #███0993

███████

Investor:    01 The Entrust Group Inc. FBO  Linda K. Freeman IRA ███0798        555 12th St., Suite 1250      Oakland, CA  94607

Amount Invested:        $20,000.00
Designation Amount:     $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $8,174.11 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $11,500.89 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 36 Page 632



██████-John Hancock #██████0993

██████

Investor:    01 The Entrust Group Inc. FBO  Peter Leo Lagasse IRA      ████0817              555 12th St., Suite 1250      Oakland, CA  94607

Amount Invested:          $20,000.00
Designation Amount:       $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $8,174.11 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $11,500.89 |
| Mills Potoczak Transaction Fee | $125.00 |

| | |
|---|---|
| Total Distribution | $20,000.00 |

Exhibit 36 Page 633



█████--John Hancock #████0993

Investor:     01 The Entrust Group Inc. FBO  David Ian Silpa IRA █████0813          555 12th St., Suite 1250        Oakland, CA  94607

Amount Invested:              $20,000.00
Designation Amount:           $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $8,174.11 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $11,575.89 |
| Mills Potoczak Transaction Fee | $50.00 |

Total Distribution                          $20,000.00

Exhibit 36 Page 634



--John Hancock # ███0993

Investor:     James & Barbara Bartol          ████████████          Lincoln, CA  95648

Amount Invested:          $20,000.00
Designation Amount:       $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $8,174.11 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $11,575.89 |
| Mills Potoczak Transaction Fee | $50.00 |

| | |
|---|---|
| Total Distribution | $20,000.00 |

Exhibit 36 Page 635

█████-John Hancock # ████0993

█████

Investor:    Robert John Barr                              ████████████████  San Diego, CA  92108

Amount Invested:            $40,000.00
Designation Amount:        $100,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $16,348.22 |
| PWCG Mills Potoczak Secondary Premium Account | $400.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $23,126.78 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $40,000.00 |

Exhibit 36 Page 636



██ --John Hancock #██ 0993

██

| | | | |
|---|---|---|---|
| Investor: | Carper Family Trust | Frederick Spahr Carper & | Leanne Carper, TTEEs | ██████ | Fullerton, CA  92835-2457 |

Amount Invested:       $20,000.00
Designation Amount:   $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $8,174.11 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $11,500.89 |
| Mills Potoczak Transaction Fee | $125.00 |

| | |
|---|---|
| Total Distribution | $20,000.00 |

Exhibit 36 Page 637

██ --John Hancock # ██ 0993

██████

Investor:    James T. Sbicca              ████████          Long Beach, CA  90805

Amount Invested:           $62,500.00
Designation Amount:        $156,250.00

Distribution Instructions:

PWCG Mills Primary Premium Account                    $25,544.09
PWCG Mills Potoczak Secondary Premium Account           $625.00
Policy Purchase                                            $0.00
Pacific West Capital Group                             $36,280.91
Mills Potoczak Transaction Fee                            $50.00


Total Distribution                                     $62,500.00

Exhibit 36 Page 638



███-John Hancock #███0993

███

Investor:    01 The Entrust Group Inc. FBO  Wynnewood A. Ritch IRA      ███0841          555 12th St., Suite 1250      Oakland, CA  94607

Amount Invested:         $20,000.00
Designation Amount:      $50,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                        $8,174.11
PWCG Mills Potoczak Secondary Premium Account             $200.00
Policy Purchase                                            $0.00
Pacific West Capital Group                               $11,500.89
Mills Potoczak Transaction Fee                             $125.00


Total Distribution                                       $20,000.00

Exhibit 36 Page 639



████ -John Hancock # ████ 0993

████

| Investor: | 01 The Entrust Group Inc. FBO  Joseph Kulakofsky IRA | ████ 0838 | 555 12th St., Suite 1250 | Oakland, CA  94607 |

Amount Invested:        $20,000.00
Designation Amount:     $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $8,174.11 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $11,500.89 |
| Mills Potoczak Transaction Fee | $125.00 |

| | |
|---|---|
| Total Distribution | $20,000.00 |

Exhibit 36 Page 640



-John Hancock #　0993

Investor:    01 The Entrust Group Inc. FBO  Jay Belsky IRA　0853          555 12th St., Suite 1250      Oakland, CA  94607

Amount Invested:          $30,000.00
Designation Amount:        $75,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $12,261.16 |
| PWCG Mills Potoczak Secondary Premium Account | $300.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $17,388.84 |
| Mills Potoczak Transaction Fee | $50.00 |
| | |
| Total Distribution | $30,000.00 |

Exhibit 36 Page 641



█████-John Hancock #████0993

██████

Investor:    Steve & Margo Burrows          ████████          Los Angeles, CA  90045

Amount Invested:          $100,000.00
Designation Amount:       $250,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                    $40,870.54
PWCG Mills Potoczak Secondary Premium Account         $1,000.00
Policy Purchase                                           $0.00
Pacific West Capital Group                            $58,004.46
Mills Potoczak Transaction Fee                           $125.00


Total Distribution                                   $100,000.00

Exhibit 36 Page 642



—John Hancock #████0993

Investor:   Ira Belsky                                    San Francisco, CA  94133

Amount Invested:          $20,000.00
Designation Amount:       $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $8,174.11 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $11,500.89 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 36 Page 643



██ --John Hancock # ██ 0993

██

Investor:    David N. Black Living Trust,    dtd 2/10/89          David N. Black, TTE    ██████    Norwalk, CA  90650

Amount Invested:          $12,000.00
Designation Amount:       $30,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                    $4,904.46
PWCG Mills Potoczak Secondary Premium Account          $120.00
Policy Purchase                                          $0.00
Pacific West Capital Group                            $6,925.54
Mills Potoczak Transaction Fee                          $50.00


Total Distribution                                   $12,000.00

Exhibit 36 Page 644

██ --John Hancock # ██ 0993

██████

Investor:   Albert Belsky                    ██████████        San Francisco, CA  94133

Amount Invested:          $20,000.00
Designation Amount:       $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $8,174.11 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $11,500.89 |
| Mills Potoczak Transaction Fee | $125.00 |

Total Distribution                          $20,000.00

Exhibit 36 Page 645



--John Hancock # ████0993

Investor:   01 The Entrust Group Inc. FBO  Reevance Gates IRA  ████0855        555 12th St., Suite 1250        Oakland, CA  94607

Amount Invested:        $20,000.00
Designation Amount:     $50,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                        $8,174.11
PWCG Mills Potoczak Secondary Premium Account              $200.00
Policy Purchase                                              $0.00
Pacific West Capital Group                              $11,500.89
Mills Potoczak Transaction Fee                             $125.00

Total Distribution                                     $20,000.00

Exhibit 36 Page 646



John Hancock # ███0993

Investor:    01 The Entrust Group Inc. FBO  Marsha L. Kane IRA  ███0850            555 12th St., Suite 1250      Oakland, CA  94607

Amount Invested:        $20,000.00
Designation Amount:     $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $8,174.11 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $11,575.89 |
| Mills Potoczak Transaction Fee | $50.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 36 Page 647



█████--John Hancock #███0993

█████

Investor:     Theodore J. Gradman, Ph.D. 401k Plan          Theodore J. Gradman, Owner          ██████████  █████          San Mateo, CA  94401

Amount Invested:       $50,000.00
Designation Amount:   $125,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $28,765.24 |
| PWCG Mills Potoczak Secondary Premium Account | $500.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $20,684.76 |
| Mills Potoczak Transaction Fee | $50.00 |
| | |
| Total Distribution | $50,000.00 |

Exhibit 36 Page 648



██ --John Hancock # ██ 0993

Investor:    01 The Entrust Group Inc. FBO  James Francis Czach, Jr. IRA  ██ 0861          555 12th St., Suite 1250      Oakland, CA  94607

Amount Invested:          $25,000.00
Designation Amount:       $62,500.00

Distribution Instructions:

PWCG Mills Primary Premium Account                          $10,217.64
PWCG Mills Potoczak Secondary Premium Account                 $250.00
Policy Purchase                                                 $0.00
Pacific West Capital Group                                  $14,407.36
Mills Potoczak Transaction Fee                                $125.00


Total Distribution                                         $25,000.00

Exhibit 36 Page 649



██ --John Hancock # ██ 0993

██

Investor:    The Shugert Family Trust      Craig Shugert & Laura Shugert, TTEEs              ██              Rancho Santa Fe, CA  92067

Amount Invested:        $20,000.00
Designation Amount:     $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $8,174.11 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $11,575.89 |
| Mills Potoczak Transaction Fee | $50.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 36 Page 650

██──John Hancock #██0993

██████

Investor:   David N. Black Living Trust,      dtd 2/10/89          David N. Black, TTE       ██████████       Norwalk, CA  90650

Amount Invested:          $18,210.10
Designation Amount:       $45,525.25

Distribution Instructions:

PWCG Mills Primary Premium Account                    $7,442.57
PWCG Mills Potoczak Secondary Premium Account        $182.10
Policy Purchase                                       $0.00
Pacific West Capital Group                           $10,460.43
Mills Potoczak Transaction Fee                        $125.00


Total Distribution                                   $18,210.10

Exhibit 36 Page 651

██--John Hancock #██0993

██████

Investor:    Kenneth Taylor                ██████████        Hayward, CA  94541

Amount Invested:          $15,000.00
Designation Amount:       $37,500.00

Distribution Instructions:

PWCG Mills Primary Premium Account                      $6,130.58
PWCG Mills Potoczak Secondary Premium Account          $150.00
Policy Purchase                                          $0.00
Pacific West Capital Group                             $8,594.42
Mills Potoczak Transaction Fee                          $125.00


Total Distribution                                     $15,000.00

Exhibit 36 Page 652



██ --John Hancock # ██ 0993

Investor:  01 The Entrust Group Inc. FBO  Pippa J. Gossett IRA  ██ 0880          555 12th St., Suite 1250      Oakland, CA  94607

Amount Invested:        $30,000.00
Designation Amount:     $75,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                    $12,261.16
PWCG Mills Potoczak Secondary Premium Account            $300.00
Policy Purchase                                            $0.00
Pacific West Capital Group                            $17,313.84
Mills Potoczak Transaction Fee                           $125.00

Total Distribution                                    $30,000.00

Exhibit 36 Page 653



██ –John Hancock # ██ 0993

Investor:     01 The Entrust Group Inc. FBO  David Amandus ROTH-IRA  ██ 0887 ·        555 12th St., Suite 1250      Oakland, CA  94607

Amount Invested:           $20,000.00
Designation Amount:        $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $8,174.11 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $11,500.89 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 36 Page 654



--John Hancock # ████0993

Investor:   01 The Entrust Group Inc. FBO  Juana Zuern IRA   ████0847          555 12th St., Suite 1250      Oakland, CA  94607

Amount Invested:          $24,578.58
Designation Amount:       $61,446.45

Distribution Instructions:

| | |
|---|---:|
| PWCG Mills Primary Premium Account | $10,045.40 |
| PWCG Mills Potoczak Secondary Premium Account | $245.79 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $14,162.40 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $24,578.58 |

Exhibit 36 Page 655



--John Hancock # ████0993

Investor:     01 The Entrust Group Inc. FBO  Brenda Whitmore IRA ████3893          555 12th St., Suite 1250     Oakland, CA  94607

Amount Invested:            $15,000.00
Designation Amount:         $37,500.00

Distribution Instructions:

| | |
|---|---:|
| PWCG Mills Primary Premium Account | $6,130.58 |
| PWCG Mills Potoczak Secondary Premium Account | $150.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $8,594.42 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $15,000.00 |

Exhibit 36 Page 656

rev. ▮▮▮▮    **Beneficiary List**

▮▮▮▮–Mass Mutual # ▮▮6024

| | Total Designation Amount | Investment | Interest | 1st prem res | 2nd prem res | policy purchase | PWCG | Mills |
|---|---|---|---|---|---|---|---|---|
| | $3,000,000.00 | | | | | | | |
| Amount left to be designated | $513,675.12 | $994,529.95 | $0.00 | $224,962.67 | $9,945.30 | $195,000.00 | $670,996.98 | $4,625.00 |
| 01 The Entrust Group Inc. FBO Andrew B Calhoun IV SEP-IRA ▮▮60LA 555 12th St., Suite 1250 Oakland, CA  94607 | $122,500.00 | $49,000.00 | | $0.00 | $490.00 | $48,110.00 | $0.00 | $400.00 |
| 01 The Entrust Group Inc. FBO Greg C. Corbet IRA ▮▮0551 555 12th St., Suite 1250 Oakland, CA  94607 | $50,000.00 | $20,000.00 | | $0.00 | $200.00 | $19,800.00 | $0.00 | $0.00 |
| 01 The Entrust Group Inc. FBO Mark Corbet IRA ▮▮0594 555 12th St., Suite 1250 Oakland, CA  94607 | $50,000.00 | $20,000.00 | | $0.00 | $200.00 | $19,800.00 | $0.00 | $0.00 |
| The Richard D. Martin Trust Richard D. Martin, TTE Los Angeles, CA  90077 | $31,068.58 | $12,427.43 | | $0.00 | $124.27 | $12,253.16 | $0.00 | $50.00 |
| 01 The Entrust Group Inc. FBO William T. Shuff IRA ▮▮0736 555 12th St., Suite 1250 Oakland, CA  94607 | $50,000.00 | $20,000.00 | | $0.00 | $200.00 | $19,750.00 | $0.00 | $50.00 |
| Pacific West Capital Group, Inc. 1901 Avenue of the Stars Suite 680 Los Angeles, CA  90067 | $0.00 | $0.00 | | $34,553.16 | $1,110.00 | $75,286.84 | $0.00 | $50.00 |
| David N. Black Living Trust, dtd 2/10/89, David N. Black, TTE Norwalk, CA  90650 | $40,000.00 | $16,000.00 | | $3,619.20 | $160.00 | $0.00 | $12,170.80 | $50.00 |
| John B. Kimball Trust, dtd 11/10/97 John B. Kimball, TTE Sun Valley, CA  91352 | $75,000.00 | $30,000.00 | | $6,786.00 | $300.00 | $0.00 | $22,864.00 | $50.00 |
| Joseph Henry Borselli Union City, CA  94587 | $125,000.00 | $50,000.00 | | $11,310.00 | $500.00 | $0.00 | $38,065.00 | $125.00 |

Exhibit 36 Page 657

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01 The Entrust Group Inc. FBO<br>Benjamin W. Halligan IRA<br>████0752<br>555 12th St., Suite 1250<br>Oakland, CA  94607 | $50,000.00 | $20,000.00 | | $4,524.00 | $200.00 | $0.00 | $15,151.00 | $125.00 |
| 01 The Entrust Group Inc. FBO<br>Patrick J. Didier IRA   ████0638<br>555 12th St., Suite 1250<br>Oakland, CA  94607 | $50,000.00 | $20,000.00 | | $4,524.00 | $200.00 | $0.00 | $15,151.00 | $125.00 |
| 01 The Entrust Group Inc. FBO<br>Samuel Loredo IRA   ████0773<br>555 12th St., Suite 1250<br>Oakland, CA  94607 | $50,000.00 | $20,000.00 | | $4,524.00 | $200.00 | $0.00 | $15,151.00 | $125.00 |
| Gregory B. Lucas<br><br>Pomona, CA  91768 | $62,500.00 | $25,000.00 | | $5,655.00 | $250.00 | $0.00 | $18,970.00 | $125.00 |
| 01 The Entrust Group Inc. FBO<br>Andrei Nossov IRA   ████0784<br>555 12th St., Suite 1250<br>Oakland, CA  94607 | $50,000.00 | $20,000.00 | | $4,524.00 | $200.00 | $0.00 | $15,226.00 | $50.00 |
| 01 The Entrust Group Inc. FBO<br>Frank T. Matson IRA   ████0790<br>555 12th St., Suite 1250<br>Oakland, CA  94607 | $50,000.00 | $20,000.00 | | $4,524.00 | $200.00 | $0.00 | $15,151.00 | $125.00 |
| Christopher Kahn &<br>Marjolijn Bekken<br>████<br>San Diego, CA  92103 | $50,000.00 | $20,000.00 | | $4,524.00 | $200.00 | $0.00 | $15,151.00 | $125.00 |
| 01 The Entrust Group Inc. FBO<br>Jimmy F. Cristobal IRA   ████7397<br>555 12th St., Suite 1250<br>Oakland, CA  94607 | $52,756.30 | $21,102.52 | | $4,773.39 | $211.03 | $0.00 | $16,068.10 | $50.00 |
| 01 The Entrust Group Inc. FBO<br>Jiri Strejcek IRA   ████60LA<br>555 12th St., Suite 1250<br>Oakland, CA  94607 | $52,500.00 | $21,000.00 | | $4,750.20 | $210.00 | $0.00 | $15,914.80 | $125.00 |
| A.P. Carter<br>████<br>Inglewood, CA  90305 | $68,750.00 | $27,500.00 | | $6,220.50 | $275.00 | $0.00 | $20,954.50 | $50.00 |
| The Nead Family Trust, dtd 8/9/05<br>Harry & Claire Nead, TTEEs<br>████<br>Banning, CA  92220-5331 | $50,000.00 | $20,000.00 | | $4,524.00 | $200.00 | $0.00 | $15,151.00 | $125.00 |

Exhibit 36 Page 658

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01 The Entrust Group Inc. FBO<br>Linda K. Freeman IRA ■0798<br>555 12th St., Suite 1250<br>Oakland, CA 94607 | $50,000.00 | $20,000.00 | $4,524.00 | $200.00 | $0.00 | $15,151.00 | $125.00 |
| 01 The Entrust Group Inc. FBO<br>Thomas Blackwood IRA ■0954<br>555 12th St., Suite 1250<br>Oakland, CA 94607 | $50,000.00 | $20,000.00 | $4,524.00 | $200.00 | $0.00 | $15,151.00 | $125.00 |
| 01 The Entrust Group Inc. FBO<br>Peter Leo Lagasse IRA ■0817<br>555 12th St., Suite 1250<br>Oakland, CA 94607 | $50,000.00 | $20,000.00 | $0.00 | $0.00 | $0.00 | $19,875.00 | $125.00 |
| 01 The Entrust Group Inc. FBO<br>David Ian Silpa IRA ■0813<br>555 12th St., Suite 1250<br>Oakland, CA 94607 | $50,000.00 | $20,000.00 | $0.00 | $0.00 | $0.00 | $19,950.00 | $50.00 |
| James & Barbara Bartol<br>Lincoln, CA 95648 | $50,000.00 | $20,000.00 | $0.00 | $0.00 | $0.00 | $19,950.00 | $50.00 |
| 01 The Entrust Group Inc. FBO<br>Richard D. Brenckman IRA ■0824<br>555 12th St., Suite 1250<br>Oakland, CA 94607 | $50,000.00 | $20,000.00 | $4,524.00 | $200.00 | $0.00 | $15,151.00 | $125.00 |
| Robert John Barr<br>San Diego, CA 92108 | $50,000.00 | $20,000.00 | $4,524.00 | $200.00 | $0.00 | $15,151.00 | $125.00 |
| Carper Family Trust<br>Frederick Spahr Carper &<br>Leanne Carper, TTEEs<br>Fullerton, CA 92835-2457 | $50,000.00 | $20,000.00 | $4,524.00 | $200.00 | $0.00 | $15,151.00 | $125.00 |
| James T. Sbicca<br>Long Beach, CA 90805 | $156,250.00 | $62,500.00 | $20,623.22 | $115.00 | $0.00 | $41,711.78 | $50.00 |
| Dan Xu<br>San Diego, CA 92122 | $50,000.00 | $20,000.00 | $4,524.00 | $200.00 | $0.00 | $15,151.00 | $125.00 |
| 01 The Entrust Group Inc. FBO<br>Wynnewood A. Ritch IRA ■0841<br>555 12th St., Suite 1250<br>Oakland, CA 94607 | $50,000.00 | $20,000.00 | $4,524.00 | $200.00 | $0.00 | $15,151.00 | $125.00 |

Exhibit 36 Page 659