| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01 The Entrust Group Inc. FBO<br>Jay Belsky IRA █████ 0853<br>555 12th St., Suite 1250<br>Oakland, CA  94607 | $75,000.00 | $30,000.00 | $6,786.00 | $300.00 | $0.00 | $22,789.00 | $125.00 |
| Ira Belsky<br>█████████<br>San Francisco, CA  94133 | $50,000.00 | $20,000.00 | $4,524.00 | $200.00 | $0.00 | $15,151.00 | $125.00 |
| Susan Carol Smead<br>█████████<br>Auburn, CA  95602 | $50,000.00 | $20,000.00 | $4,524.00 | $200.00 | $0.00 | $15,151.00 | $125.00 |
| Albert Belsky<br>█████████<br>San Francisco, CA  94133 | $50,000.00 | $20,000.00 | $4,524.00 | $200.00 | $0.00 | $15,151.00 | $125.00 |
| 01 The Entrust Group Inc. FBO<br>Abhishak Priya IRA █████ 0962<br>555 12th St., Suite 1250<br>Oakland, CA  94607 | $50,000.00 | $20,000.00 | $4,524.00 | $200.00 | $0.00 | $15,151.00 | $125.00 |
| 01 The Entrust Group Inc. FBO<br>Reevance Gates IRA █████ 0855<br>555 12th St., Suite 1250<br>Oakland, CA  94607 | $50,000.00 | $20,000.00 | $4,524.00 | $200.00 | $0.00 | $15,151.00 | $125.00 |
| 01 The Entrust Group Inc. FBO<br>Marsha L. Kane IRA █████ 0850<br>555 12th St., Suite 1250<br>Oakland, CA  94607 | $50,000.00 | $20,000.00 | $4,524.00 | $200.00 | $0.00 | $15,226.00 | $50.00 |
| The Shugert Family Trust<br>Craig Shugert & Laura Shugert,<br>TTEEs<br>█████████<br>Rancho Santa Fe, CA  92067 | $50,000.00 | $20,000.00 | $4,524.00 | $200.00 | $0.00 | $15,151.00 | $125.00 |
| Kenneth Taylor<br>█████████<br>Hayward, CA  94541 | $37,500.00 | $15,000.00 | $3,393.00 | $150.00 | $0.00 | $11,332.00 | $125.00 |
| Sandra J. Heaton Trust<br>Sandra J. Heaton, TTE<br>█████████<br>Irvine, CA  92614 | $62,500.00 | $25,000.00 | $5,655.00 | $250.00 | $0.00 | $18,970.00 | $125.00 |
| Jackson Par, LLC<br>Rebecca Prestrud, Managing<br>Member<br>█████████<br>Sacramento, CA  95833 | $50,000.00 | $20,000.00 | $4,524.00 | $200.00 | $0.00 | $15,151.00 | $125.00 |
| 01 The Entrust Group Inc. FBO<br>Juana Zuern IRA █████ 3847<br>555 12th St., Suite 1250<br>Oakland, CA  94607 | $75,000.00 | $30,000.00 | $6,786.00 | $300.00 | $0.00 | $22,789.00 | $125.00 |

Exhibit 36 Page 660



01 The Entrust Group Inc. FBO
Brenda Whitmore IRA ███0893
555 12th St., Suite 1250
Oakland, CA  94607

$50,000.00    $20,000.00    $4,524.00    $200.00    $0.00    $15,151.00    $125.00

Exhibit 36 Page 661



██████–Mass Mutual #████6024

██████

Amount Invested:         $1,200,000.00
Designation Amount:      $3,000,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $271,440.00 |
| PWCG Mills Potoczak Secondary Premium Account | $12,000.00 |
| Policy Purchase | $195,000.00 |
| Pacific West Capital Group | $721,160.00 |
| Mills Potoczak Transaction Fee | $400.00 |
| | |
| Total Distribution | $1,200,000.00 |

Exhibit 36 Page 662

▆▆▆▆-Mass Mutual # ▆▆▆8024

▆▆▆▆▆

| Investor: | 01 The Entrust Group Inc. FBO Andrew B Calhoun IV SEP-IRA | ▆▆60LA | 555 12th St., Suite 1250 | Oakland, CA  94607 |

Amount Invested:            $49,000.00
Designation Amount:      $122,500.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $0.00 |
| PWCG Mills Potoczak Secondary Premium Account | $490.00 |
| Policy Purchase | $48,110.00 |
| Pacific West Capital Group | $0.00 |
| Mills Potoczak Transaction Fee | $400.00 |
| Total Distribution | $49,000.00 |

Exhibit 36 Page 663

\# ███ 6024

███

Investor:      01 The Entrust Group Inc. FBO Greg C. Corbet IRA  ███ 0551              555 12th St., Suite 1250      Oakland, CA  94607

Amount Invested:          $20,000.00
Designation Amount:       $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $0.00 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $19,800.00 |
| Pacific West Capital Group | $0.00 |
| Mills Potoczak Transaction Fee | $0.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 36 Page 664

████--Mass Mutual # ████6024

Investor:     01 The Entrust Group Inc. FBO Mark Corbet IRA  ████0594                          555 12th St., Suite 1250      Oakland, CA  94607

Amount Invested:          $20,000.00
Designation Amount:       $50,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                              $0.00
PWCG Mills Potoczak Secondary Premium Account             $200.00
Policy Purchase                                            $19,800.00
Pacific West Capital Group                                      $0.00
Mills Potoczak Transaction Fee                                  $0.00


Total Distribution                                         $20,000.00

Exhibit 36 Page 665

███ --Mass Mutual # ███ 6024

███

Investor:    The Richard D. Martin Trust        Richard D. Martin, TTE        ███        Los Angeles, CA  90077

Amount Invested:          $12,427.43
Designation Amount:       $31,068.58

Distribution Instructions:

PWCG Mills Primary Premium Account                          $0.00
PWCG Mills Potoczak Secondary Premium Account            $124.27
Policy Purchase                                        $12,253.16
Pacific West Capital Group                                  $0.00
Mills Potoczak Transaction Fee                            $50.00


Total Distribution                                    $12,427.43

Exhibit 36 Page 666

██--Mass Mutual #██6024

██████

Investor:    01 The Entrust Group Inc. FBO William T. Shuff IRA ██0736          555 12th St., Suite 1250        Oakland, CA  94607

Amount Invested:         $20,000.00
Designation Amount:      $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $0.00 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $19,750.00 |
| Pacific West Capital Group | $0.00 |
| Mills Potoczak Transaction Fee | $50.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 36 Page 667



██████--Mass Mutual # ████6024

██████

Investor:     Pacific West Capital Group, Inc.  1901 Avenue of the Stars        Suite 680            Los Angeles, CA  90067

Amount Invested:              $0.00
Designation Amount:           $0.00

Distribution Instructions:

PWCG Mills Primary Premium Account                    $34,553.16
PWCG Mills Potoczak Secondary Premium Account         $1,110.00
Policy Purchase                                      $75,286.84
Pacific West Capital Group                                $0.00
Mills Potoczak Transaction Fee                          $50.00


Total Distribution                                  $111,000.00

Exhibit 36 Page 668

█████–Mass Mutual #█████6024

Investor:   David N. Black Living Trust, dtd 2/10/89, David N. Black, TTE   ████████   Norwalk, CA  90650

Amount Invested:         $16,000.00
Designation Amount:      $40,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $3,619.20 |
| PWCG Mills Potoczak Secondary Premium Account | $160.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $12,170.80 |
| Mills Potoczak Transaction Fee | $50.00 |
| | |
| Total Distribution | $16,000.00 |

Exhibit 36 Page 669

██--Mass Mutual # ████6024

████

Investor:     John B. Kimball Trust, dtd 11/10/97 John B. Kimball, TTE        ████████        Sun Valley, CA  91352

Amount Invested:        $30,000.00
Designation Amount:     $75,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                          $6,786.00
PWCG Mills Potoczak Secondary Premium Account              $300.00
Policy Purchase                                            $0.00
Pacific West Capital Group                                 $22,864.00
Mills Potoczak Transaction Fee                             $50.00

Total Distribution                                         $30,000.00

Exhibit 36 Page 670

███-Mass Mutual #███6024

███

Investor:    Joseph Henry Borselli              ███████████       Union City, CA  94587

Amount Invested:              $50,000.00
Designation Amount:         $125,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $11,310.00 |
| PWCG Mills Potoczak Secondary Premium Account | $500.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $38,065.00 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $50,000.00 |

Exhibit 36 Page 671



█████–Mass Mutual #█████6024

Investor:   01 The Entrust Group Inc. FBO Benjamin W. Halligan IRA   ████0752          555 12th St., Suite 1250        Oakland, CA  94607

Amount Invested:          $20,000.00
Designation Amount:       $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $4,524.00 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $15,151.00 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 36 Page 672

# ███6024

███████

Investor:   01 The Entrust Group Inc. FBO Patrick J. Didier IRA   ███0638          555 12th St., Suite 1250          Oakland, CA  94607

Amount Invested:       $20,000.00
Designation Amount:    $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $4,524.00 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $15,151.00 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 36 Page 673



██--Mass Mutual # ██6024

██

| | | | |
|---|---|---|---|
| Investor: | 01 The Entrust Group Inc. FBO Samuel Loredo IRA ██0773 | 555 12th St., Suite 1250 | Oakland, CA  94607 |

Amount Invested: $20,000.00
Designation Amount: $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $4,524.00 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $15,151.00 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 36 Page 674



■■■-Mass Mutual #■■6024

Investor:   Gregory B. Lucas      ■■■■■■        Pomona, CA  91768

Amount Invested:          $25,000.00
Designation Amount:       $62,500.00

Distribution Instructions:

PWCG Mills Primary Premium Account                    $5,655.00
PWCG Mills Potoczak Secondary Premium Account          $250.00
Policy Purchase                                          $0.00
Pacific West Capital Group                           $18,970.00
Mills Potoczak Transaction Fee                         $125.00


Total Distribution                                   $25,000.00

Exhibit 36 Page 675



█████–Mass Mutual # ███6024

█████

| | | | |
|---|---|---|---|
| Investor: | 01 The Entrust Group Inc. FBO Andrei Nossov IRA ██0784 | 555 12th St., Suite 1250 | Oakland, CA  94607 |

Amount Invested:      $20,000.00
Designation Amount:   $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $4,524.00 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $15,226.00 |
| Mills Potoczak Transaction Fee | $50.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 36 Page 676



████ –Mass Mutual # ████6024

Investor:     01 The Entrust Group Inc. FBO Frank T. Matson IRA     ████0790          555 12th St., Suite 1250     Oakland, CA  94607

Amount Invested:          $20,000.00
Designation Amount:       $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $4,524.00 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $15,151.00 |
| Mills Potoczak Transaction Fee | $125.00 |

Total Distribution                           $20,000.00

Exhibit 36 Page 677



█████ --Mass Mutual # ████6024

█████

Investor:     Christopher Kahn &          Marjolijn Bekken          ████████          San Diego, CA  92103

Amount Invested:          $20,000.00
Designation Amount:       $50,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                    $4,524.00
PWCG Mills Potoczak Secondary Premium Account          $200.00
Policy Purchase                                          $0.00
Pacific West Capital Group                          $15,151.00
Mills Potoczak Transaction Fee                         $125.00


Total Distribution                                  $20,000.00

Exhibit 36 Page 678



█████–Mass Mutual # ████6024

████████

| | | | |
|---|---|---|---|
| Investor: | 01 The Entrust Group Inc. FBO Jimmy F. Cristobal IRA ████7397 | 555 12th St., Suite 1250 | Oakland, CA  94607 |

Amount Invested:      $21,102.52
Designation Amount:    $52,756.30

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $4,773.39 |
| PWCG Mills Potoczak Secondary Premium Account | $211.03 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $16,068.10 |
| Mills Potoczak Transaction Fee | $50.00 |
| | |
| Total Distribution | $21,102.52 |

Exhibit 36 Page 679



█████–Mass Mutual # █████6024

█████

| | |
|---|---|
| Investor: | 01 The Entrust Group Inc. FBO   Jiri Strejcek IRA █████60LA |

555 12th St., Suite 1250        Oakland, CA  94607

Amount Invested:          $21,000.00
Designation Amount:       $52,500.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $4,750.20 |
| PWCG Mills Potoczak Secondary Premium Account | $210.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $15,914.80 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $21,000.00 |

Exhibit 36 Page 680



█████--Mass Mutual #██████6024

█████

Investor:   A.P. Carter              ████████████        Inglewood, CA  90305

Amount Invested:          $27,500.00
Designation Amount:       $68,750.00

Distribution Instructions:

PWCG Mills Primary Premium Account                    $6,220.50
PWCG Mills Potoczak Secondary Premium Account          $275.00
Policy Purchase                                          $0.00
Pacific West Capital Group                            $20,954.50
Mills Potoczak Transaction Fee                          $50.00


Total Distribution                                   $27,500.00

Exhibit 36 Page 681

██████-Mass Mutual # ██████6024

██████

Investor:    The Nead Family Trust, dtd 8/9/05  Harry & Claire Nead, TTEEs    ██████████        Banning, CA  92220-5331

Amount Invested:         $20,000.00
Designation Amount:      $50,000.00

Distribution Instructions:

| | |
|---|---:|
| PWCG Mills Primary Premium Account | $4,524.00 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $15,151.00 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 36 Page 682



██████-Mass Mutual # ████6024

Investor:    01 The Entrust Group Inc. FBO    Linda K. Freeman IRA ████0798        555 12th St., Suite 1250    Oakland, CA  94607

Amount Invested:        $20,000.00
Designation Amount:     $50,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                    $4,524.00
PWCG Mills Potoczak Secondary Premium Account        $200.00
Policy Purchase                                       $0.00
Pacific West Capital Group                           $15,151.00
Mills Potoczak Transaction Fee                        $125.00


Total Distribution                                   $20,000.00

Exhibit 36 Page 683



█████–Mass Mutual #████6024

████

Investor:    01 The Entrust Group Inc. FBO    Thomas Blackwood IRA ████0954          555 12th St., Suite 1250      Oakland, CA  94607

Amount Invested:        $20,000.00
Designation Amount:     $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $4,524.00 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $15,151.00 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 36 Page 684



██████--Mass Mutual # ████ 6024

██████

Investor:   01 The Entrust Group Inc. FBO  Peter Leo Lagasse IRA        ████ 0817            555 12th St., Suite 1250        Oakland, CA  94607

Amount Invested:        $20,000.00
Designation Amount:     $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $0.00 |
| PWCG Mills Potoczak Secondary Premium Account | $0.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $19,875.00 |
| Mills Potoczak Transaction Fee | $125.00 |
| Total Distribution | $20,000.00 |

Exhibit 36 Page 685



██–Mass Mutual # ██6024

██████

Investor:    01 The Entrust Group Inc. FBO  David Ian Silpa IRA ██0813          555 12th St., Suite 1250       Oakland, CA  94607

Amount Invested:        $20,000.00
Designation Amount:     $50,000.00

Distribution Instructions:

| | |
|---|---:|
| PWCG Mills Primary Premium Account | $0.00 |
| PWCG Mills Potoczak Secondary Premium Account | $0.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $19,950.00 |
| Mills Potoczak Transaction Fee | $50.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 36 Page 686

██████--Mass Mutual # ████6024

██████

| Investor: | James & Barbara Bartol | ████████████ | Lincoln, CA  95648 |
|---|---|---|---|

Amount Invested:        $20,000.00
Designation Amount:    $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $0.00 |
| PWCG Mills Potoczak Secondary Premium Account | $0.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $19,950.00 |
| Mills Potoczak Transaction Fee | $50.00 |

| | |
|---|---|
| Total Distribution | $20,000.00 |

Exhibit 36 Page 687



█████--Mass Mutual # ████8024

Investor:    01 The Entrust Group Inc. FBO  Richard D. Brenckman IRA    ████0824         555 12th St., Suite 1250      Oakland, CA  94607

Amount Invested:        $20,000.00
Designation Amount:      $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $4,524.00 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $15,151.00 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 36 Page 688

█████--Mass Mutual # ████6024

█████

Investor:    Robert John Barr    ████████████  San Diego, CA  92108

Amount Invested:        $20,000.00
Designation Amount:     $50,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account              $4,524.00
PWCG Mills Potoczak Secondary Premium Account     $200.00
Policy Purchase                                     $0.00
Pacific West Capital Group                      $15,151.00
Mills Potoczak Transaction Fee                     $125.00


Total Distribution                              $20,000.00

Exhibit 36 Page 689



■■■-Mass Mutual # ■■■6024

■■■■■

| | | | | |
|---|---|---|---|---|
| Investor: | Carper Family Trust | Frederick Spahr Carper & | Leanne Carper, TTEEs | ■■■■■ Fullerton, CA  92835-2457 |

Amount Invested:        $20,000.00
Designation Amount:     $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $4,524.00 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $15,151.00 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 36 Page 690

██████-Mass Mutual # ████6024

██████

Investor:    James T. Sbicca              ████████████        Long Beach, CA  90805

Amount Invested:           $62,500.00
Designation Amount:        $156,250.00

Distribution Instructions:

PWCG Mills Primary Premium Account              $20,623.22
PWCG Mills Potoczak Secondary Premium Account      $115.00
Policy Purchase                                     $0.00
Pacific West Capital Group                      $41,711.78
Mills Potoczak Transaction Fee                     $50.00


Total Distribution                              $62,500.00

Exhibit 36 Page 691



██—Mass Mutual # ██6024

██████

Investor:   Dan Xu                          ███████              San Diego, CA 92122

Amount Invested:          $20,000.00
Designation Amount:       $50,000.00

Distribution Instructions:

| PWCG Mills Primary Premium Account | $4,524.00 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $15,151.00 |
| Mills Potoczak Transaction Fee | $125.00 |

| Total Distribution | $20,000.00 |

Exhibit 36 Page 692



██ --Mass Mutual # ██ 8024

██

Investor:    01 The Entrust Group Inc. FBO  Wynnewood A. Ritch IRA     ██ 0841        555 12th St., Suite 1250      Oakland, CA  94607

Amount Invested:        $20,000.00
Designation Amount:     $50,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                      $4,524.00
PWCG Mills Potoczak Secondary Premium Account            $200.00
Policy Purchase                                            $0.00
Pacific West Capital Group                             $15,151.00
Mills Potoczak Transaction Fee                            $125.00


Total Distribution                                     $20,000.00

Exhibit 36 Page 693



█████–Mass Mutual # ████6024

██████

Investor:   01 The Entrust Group Inc. FBO  Jay Belsky IRA  ████0853          555 12th St., Suite 1250     Oakland, CA  94607

Amount Invested:          $30,000.00
Designation Amount:       $75,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $6,786.00 |
| PWCG Mills Potoczak Secondary Premium Account | $300.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $22,789.00 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $30,000.00 |

Exhibit 36 Page 694



████—Mass Mutual # ████6024

Investor:    Ira Belsky                         ████████        San Francisco, CA  94133

Amount Invested:        $20,000.00
Designation Amount:     $50,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                      $4,524.00
PWCG Mills Potoczak Secondary Premium Account            $200.00
Policy Purchase                                            $0.00
Pacific West Capital Group                             $15,151.00
Mills Potoczak Transaction Fee                            $125.00


Total Distribution                                     $20,000.00

Exhibit 36 Page 695



███—Mass Mutual # ███6024

███

Investor:   Susan Carol Smead          ███████          Auburn, CA  95602

Amount Invested:          $20,000.00
Designation Amount:       $50,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                    $4,524.00
PWCG Mills Potoczak Secondary Premium Account         $200.00
Policy Purchase                                         $0.00
Pacific West Capital Group                            $15,151.00
Mills Potoczak Transaction Fee                         $125.00


Total Distribution                                    $20,000.00

Exhibit 36 Page 696



██–Mass Mutual # ██6024

██

Investor:   Albert Belsky          ██████          San Francisco, CA  94133

Amount Invested:          $20,000.00
Designation Amount:       $50,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                $4,524.00
PWCG Mills Potoczak Secondary Premium Account      $200.00
Policy Purchase                                      $0.00
Pacific West Capital Group                        $15,151.00
Mills Potoczak Transaction Fee                      $125.00


Total Distribution                                $20,000.00

Exhibit 36 Page 697

██████-Mass Mutual # ███6024

██████

| | | | |
|---|---|---|---|
| Investor: | 01 The Entrust Group Inc. FBO  Abhishak Priya IRA ███0862 | 555 12th St., Suite 1250 | Oakland, CA  94607 |

Amount Invested:     $20,000.00
Designation Amount:   $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $4,524.00 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $15,151.00 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 36 Page 698



█████-Mass Mutual #████6024

Investor:   01 The Entrust Group Inc. FBO  Reevance Gates IRA █████0855          555 12th St., Suite 1250       Oakland, CA  94607

Amount Invested:        $20,000.00
Designation Amount:     $50,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                        $4,524.00
PWCG Mills Potoczak Secondary Premium Account             $200.00
Policy Purchase                                          $0.00
Pacific West Capital Group                            $15,151.00
Mills Potoczak Transaction Fee                           $125.00


Total Distribution                                   $20,000.00

Exhibit 36 Page 699



█████–Mass Mutual # ████6024

█████

Investor:    01 The Entrust Group Inc. FBO  Marsha L. Kane IRA ████0850            555 12th St., Suite 1250        Oakland, CA  94607

Amount Invested:        $20,000.00
Designation Amount:     $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $4,524.00 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $15,226.00 |
| Mills Potoczak Transaction Fee | $50.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 36 Page 700



█████--Mass Mutual #█████6024

█████

Investor:   The Shugert Family Trust   Craig Shugert & Laura Shugert, TTEEs        ████████        Rancho Santa Fe, CA  92067

Amount Invested:        $20,000.00
Designation Amount:     $50,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $4,524.00 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $15,151.00 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 36 Page 701



██████--Mass Mutual # ████6024

██████

Investor:   Kenneth Taylor            ███████████            Hayward, CA  94541

Amount Invested:          $15,000.00
Designation Amount:       $37,500.00

Distribution Instructions:

PWCG Mills Primary Premium Account                    $3,393.00
PWCG Mills Potoczak Secondary Premium Account          $150.00
Policy Purchase                                          $0.00
Pacific West Capital Group                           $11,332.00
Mills Potoczak Transaction Fee                         $125.00


Total Distribution                                   $15,000.00

Exhibit 36 Page 702



██████–Mass Mutual # █████6024

██████████

Investor:   Sandra J. Heaton Trust        Sandra J. Heaton, TTE        ██████████        Irvine, CA  92614

Amount Invested:        $25,000.00
Designation Amount:     $62,500.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $5,655.00 |
| PWCG Mills Potoczak Secondary Premium Account | $250.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $18,970.00 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $25,000.00 |

Exhibit 36 Page 703



██—Mass Mutual #███6024

██████

Investor:    Jackson Par, LLC        Rebecca Prestrud, Managing Member        ████████████  Sacramento, CA  95833

Amount Invested:        $20,000.00
Designation Amount:     $50,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                        $4,524.00
PWCG Mills Potoczak Secondary Premium Account             $200.00
Policy Purchase                                            $0.00
Pacific West Capital Group                               $15,151.00
Mills Potoczak Transaction Fee                            $125.00


Total Distribution                                       $20,000.00

Exhibit 36 Page 704

██--Mass Mutual # ██6024

██████

Investor:     01 The Entrust Group Inc. FBO  Juana Zuern IRA ██0847                    555 12th St., Suite 1250        Oakland, CA  94607

Amount Invested:              $30,000.00
Designation Amount:           $75,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                    $6,786.00
PWCG Mills Potoczak Secondary Premium Account          $300.00
Policy Purchase                                            $0.00
Pacific West Capital Group                            $22,789.00
Mills Potoczak Transaction Fee                          $125.00


Total Distribution                                   $30,000.00

Exhibit 36 Page 705



██████--Mass Mutual #███6024

██████

Investor:   01 The Entrust Group Inc. FBO  Brenda Whitmore IRA ████0893                          555 12th St., Suite 1250        Oakland, CA  94607

Amount Invested:        $20,000.00
Designation Amount:     $50,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                    $4,524.00
PWCG Mills Potoczak Secondary Premium Account          $200.00
Policy Purchase                                          $0.00
Pacific West Capital Group                          $15,151.00
Mills Potoczak Transaction Fee                         $125.00


Total Distribution                                  $20,000.00

Exhibit 36 Page 706