# EXHIBIT 37

# Beneficiary List

rev. 10/2/2013



| # | | | | | funding for grace notice net transfer | | |
|---|---|---|---|---|---|---|---|
| | | | | | 8,594.42 | | 125.00 |
| | | | | 6,280.58 | 6,570.68 | | |
| | | | | | 2,023.74 | | |
| John Hancock # ▉0993 | Investment | Interest | 1st prem res | 2nd prem res | policy purchase | PWCG | Mills |
| Total Designation Amount | $3,700,000.00 | | | | | | |
| Amount left to be designated | $205,372.10 | $4,000.00 | $569,674.50 | $13,938.51 | $135,000.00 | $669,288.15 | $5,950.00 |
| 01 The Entrust Group Inc. FBO Brenda Whitmore IRA ▉0893 555 12th St., Suite 1250 Oakland, CA 94607 | $37,500.00 | $15,000.00 | $6,130.58 | $150.00 | $0.00 | $8,594.42 | $125.00 |

SEC-MP-E-0002567

Exhibit 37 Page 707