# EXHIBIT 38

Page 1 of 2

Linda Lee

**From:** Andrew Calhoun [acalhoun@pwcapital.net]
**Sent:** Wednesday, January 09, 2013 7:13 PM
**To:** Linda Lee; Christina Shook
**Cc:** 'Chelsea Olson'; 'maureen bejarano'
**Subject:** ▇▇▇/John Hancock & ▇▇▇ Mass Mutual Revised Beneficiary Lists and Distribution Instructions...

**Follow Up Flag:** Follow up
**Flag Status:** Red

Linda,

Please see the above-referenced attached. Chelsea will be sending sub-docs. As mentioned in previous e-mails with Christina, please reduce the ▇▇▇ distribution to PWCG, Inc. in the amount of $6,570.68 so that it can be applied to the ▇▇▇ policy #▇▇▇1928 premium payment to get the policy out of grace. Christina, please send in this payment ASAP and confirm upon sending to carrier.

If you have any questions, please let me know.

Thank you,

*Andrew Calhoun*

**Andrew Calhoun**
CEO & President
Pacific West Capital Group, Inc.
CA Dept. of Insurance Lic. #0D96167



**PacificWest**
CAPITAL GROUP

*"We stand strong on integrity and earn investor trust with every transaction."*

1901 Avenue of the Stars
Suite 680
Los Angeles, CA 90067
1-800-588-8000 (toll free)
310-578-6343 (local phone)
310-578-6443 (fax)
www.pwcapital.net

1/10/2013


GOVERNMENT EXHIBIT 23 LA-4748

SEC-MP-E-0002371

Exhibit 38 Page 708



Confidentiality Notice: This message (including attachments, if any) is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, proprietary, confidential and exempt from disclosure. It is not to be used for advertising or solicitation purposes. If you are not the intended recipient, you are prohibited from reading, printing, copying, retaining a copy or disseminating this message or any part of it. If you have received this message in error, please notify us immediately by e-mail, discard any paper copies and delete all electronic files of this message.

1/10/2013

SEC-MP-E-0002372

Exhibit 38 Page 709