(g)     The life expectancy of any particular insured and the annual rate of return on a life settlement contract are only estimates and cannot be guaranteed. The annualized rate of return would be higher if the actual life expectancy turns out to be less than the estimated life expectancy of the insured. The annualized rate of return would be lower if the actual life expectancy turns out to be more than the estimated life expectancy of the insured.

(h)     The purchase of the death benefit of one or more life insurance policies should not be considered a liquid purchase. It is impossible to predict the exact time of the insured's death. No fixed date for the payment of the death benefit to Purchaser has been or can be determined at this time. Purchaser's funds are illiquid and will not be available until after the death of the insured. Purchaser acknowledges that he/she has sufficient financial resources to bear the risk associated with the purchase.

(i)     The Purchaser's annual rate of return on purchase decreases as the life of the insured continues. The Purchaser's annual rate of return on purchase may be further adversely affected by, without limitation, (i) the financial stability of the insurance companies issuing the Policies, or (ii) the payment limitations in effect from time to time set by the State Guarantee Funds of the states where the Policies were issued.

(j)     Each Purchaser should consult with his or her own tax advisor regarding the tax consequences of the purchase of a life settlement interest. If the Purchaser is using retirement funds or accounts for the purchase, he should ask his or her tax advisor whether or not any adverse tax consequences might result from the use of those funds for this purchase.

(k)     Purchasers should be aware that some types of group life insurance policies may contain limitations or caps in the amount of coverage that may be converted. Also, the conversion of a group policy to an individual policy may result in additional premium payments.

(l)     The Trustee is responsible for making the premium payments as outlined in Section 2(b) of this Agreement. The current Trustee is Mills, Potoczak & Co., 27600 Chagrin Boulevard, Suite 200, Cleveland, Ohio 44122.

(m)     A Life Settlement Disclosure Form containing specific information regarding the insurance policy(ies) in which the Purchaser may obtain an interest will be provided to the Purchaser at least five (5) business days prior to the closing of any purchase. The commitment to purchase an interest in the death benefits of a specific policy shall not be final until the Purchaser has received this information and been given the opportunity to advise the Seller if he/she wishes to decline the purchase.

(n)     There are certain post-closing servicing activities that must be undertaken, but are not performed by Seller. These servicing activities include but are not limited to maintaining contact with the insured, tracking the health status of the insured, monitoring the status of disability claims by insured, converting group policies to individual plans of insurance, and filing claims for benefits and death certificates with the insurance companies. The Seller currently uses Mills Potoczak & Co. to perform the above-described activities. Mills Potoczak & Co. is located at 27600 Chagrin Blvd, Suite 200, Cleveland, OH 44122.

Page 6

Purchaser's Initials

FOIA Confidential Treatment Requested

PWCG253749

Exhibit 39 Page 720

## 4. REPRESENTATIONS AND WARRANTIES OF PURCHASER

Purchaser represents and warrants to Seller that:

(a) Purchaser is a resident of the State of California and the address and other information set forth herein are true and correct.

(b) The Interest(s) is/are being acquired solely for the Purchaser's own account and not with a view to or for sale in connection with the distribution of the security.

(c) Other than the Seller's agent, Purchaser has not dealt with any broker or finder in connection with the transaction set forth in this Agreement.

(d) He/she is sophisticated in financial matters or has access to professional advice, has adequate means for providing for current financial needs and possible personal contingencies, is capable of evaluating the merits and risks of obtaining an Interest and also acknowledges that, once the transaction closes, the funds committed are not liquid and will not be available until the policy matures.

(e) The Purchaser has been furnished with such information by the Seller as Purchaser requires and has requested regarding the Interest and has had any questions arising from such review answered by the Seller to Purchaser's satisfaction. Purchaser acknowledges, however, that Purchaser has not and will not be furnished with any information regarding the identity of the Insured(s) and purchases this Interest(s) with the expectation that the identity of the Insured will not be known. Purchaser has full legal capacity to enter into this Agreement.

(f) Purchaser acknowledges that the Seller is willing to provide additional information regarding this transaction and the business of the Seller beyond that contained in any documentation previously provided. The Purchaser also acknowledges that he/she has also had the opportunity to evaluate the merits and risks of this transaction.

(g) Purchaser acknowledges that he/she understands the meaning and legal consequences of the above representations and warranties and that the Seller has relied on these representations and warranties in entering into this Agreement. Purchaser agrees to indemnify and hold harmless the Seller and its principals, agents, and employees from any damage or liability due to or arising out of a breach of any representation or warranty made herein by Purchaser.

(h) Purchaser authorizes the Seller to enter into any agreements or contracts which may be necessary in order to effectuate the purchase of Interests on behalf of the Purchaser.

(i) Purchaser represents that he/she has completed a Suitability Questionnaire and that he/she understands that Seller will rely upon the representations made in that Suitability Questionnaire for the purpose of determining if the Purchaser is qualified.

(j) Purchaser acknowledges that the economic benefit derived from the transaction(s) contemplated by this Agreement will result solely from the maturity of the life insurance

Page 7

Purchaser's Initials

policy(ies) upon the death of the insured(s), and will not be derived from the efforts of any person or entity employed by or associated with the Seller.

## 5. MISCELLANEOUS.

(a)   **Entire Agreement**. This Agreement constitutes the entire agreement between the Seller and Purchaser. No change, modification, termination or amendment of this Agreement shall be valid unless it is in writing and signed by both the Seller and Purchaser.

(b)   **Section Headings**. The section headings contained in this Agreement are for reference only and shall not in any way affect the meaning or interpretation of this Agreement.

(c)   **Gender**. Pronouns shall be deemed to include masculine, feminine and neuter genders and singular or plural numbers as appropriate.

(d)   **Applicable Law**. This Agreement shall be construed and enforced in accordance with, and governed by, without exception, the laws of California. A proceeding arising from or relating to this Agreement must be brought in the Superior Court of California, County of Los Angeles, to the exclusion of any other court of competent jurisdiction.

(e)   **No Third Party Benefited**. This Agreement is solely for the benefit of the parties hereto, and no other person or entity shall have any right, benefit, priority or interest under this Agreement, or because of the existence of this Agreement.

(f)   **Notices**. Any notice required or permitted to be given under this Agreement shall be sufficient if in writing and if sent by registered or certified mail or recognized overnight delivery service to the parties at their respective addresses set forth below or to such other address as either party may designate by notice given in accordance with this Agreement.

Seller
Pacific West Capital Group, Inc.
1901 Avenue of the Stars Suite 680
Los Angeles, CA 90067

Purchaser
Honan Friendship Foundation of Southern California
Los Angeles, CA 90010

(g)   **Non Waiver**. No failure on the Seller's part to exercise, and no delay in exercising, any right, power or remedy under this Agreement or under applicable law shall operate as a waiver thereof, nor shall any single or partial exercise of any right under this Agreement preclude any other or further exercise thereof or the exercise of any other right. All of Purchaser's rights and remedies under this Agreement or arising under applicable law are separate and cumulative and may be pursued separately, successively or concurrently, or not pursued, without affecting or limiting any other right of Purchaser.

Purchaser's Initials

Page 8

(h) **Invalidity and Severability.** If any provisions of this Agreement are held invalid or unenforceable, such invalidity or unenforceability shall not affect the other provisions of this Agreement, and to that extent, the provisions of this Agreement are intended to be and shall be deemed severable.

(i) **Successors and Assigns.** This Agreement shall be binding upon and inure to the benefit of the heirs, legal and personal representatives, successors, and assignees of the Purchaser.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date first above written.

PACIFIC WEST CAPITAL GROUP, INC.

By: _____

Date: 03/07/2014

READ AND APPROVED BY
LIFE SETTLEMENT PURCHASER(S)
Date 03/03/2014

Signature

HANKEY SANGHOON LEE
Printed Name

[redacted]
Social Security or Tax ID#

[redacted]
Address

LOS ANGELES, CA 90010
City, State, Zip

[redacted]
Telephone Number

[redacted]
Facsimile Number

READ AND APPROVED BY
LIFE SETTLEMENT PURCHASER(S)
Date 03/03/2014

Signature

JAY KYONG KIM
Printed Name

[redacted]
Social Security or Tax ID#

[redacted]
Address

Los Angeles, CA 90010
City, State, Zip

[redacted]
Telephone Number

Facsimile Number

Purchaser's Initials

Page 9

(h) **Invalidity and Severability.** If any provisions of this Agreement are held invalid or unenforceable, such invalidity or unenforceability shall not affect the other provisions of this Agreement, and to that extent, the provisions of this Agreement are intended to be and shall be deemed severable.

(i) **Successors and Assigns.** This Agreement shall be binding upon and inure to the benefit of the heirs, legal and personal representatives, successors, and assignees of the Purchaser.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date first above written.

PACIFIC WEST CAPITAL GROUP, INC.

By: _____

Date: 03/07/2014

| READ AND APPROVED LIFE SETTLEMENT PURCHASER(S) | READ AND APPROVED LIFE SETTLEMENT PURCHASER(S) | READ AND APPROVED LIFE SETTLEMENT PURCHASER(S) |
|---|---|---|
| Date 3/7/14 | Date 3/7/14 | Date 3/7/14 |
| Signature | Signature | Signature |
| Bong K. Park | Jong Whan Cha | Young Sook Suh |
| Printed Name | Printed Name | Printed Name |
| Tax ID# [redacted] | Tax ID# [redacted] | Tax ID# [redacted] |
| Address [redacted] | Address [redacted] | Address [redacted] |
| Los Angeles, CA 90010 | Los Angeles, CA 90010 | Los Angeles, CA 90010 |
| City, State, Zip | City, State, Zip | City, State, Zip |
| Telephone Number [redacted] | Telephone Number [redacted] | Telephone Number [redacted] |
| Facsimile Number [redacted] | Facsimile Number | Facsimile Number |

BK.P.   JWC   Purchaser's Initials

Page 10

rev. ▮

**Beneficiary List**

New York Life # ▮6802

| | Total Designation Amount | Investment | Interest | 1st prem res | 2nd prem res | policy purchase | PWCG | Mills |
|---|---|---|---|---|---|---|---|---|
| Total Designation Amount | $4,166,666.00 | | | | | | | |
| Amount left to be designated | $2,667,416.01 | $666,333.33 | $0.00 | $312,569.21 | $6,663.33 | $110,600.00 | $233,600.79 | $2,900.00 |
| 01 The Entrust Group, Inc. FBO William P. Taylor IRA ▮1157 555 12th St., Suite 250 Oakland, CA 94607 | $225,000.00 | $100,000.00 | | $0.00 | $1,000.00 | $98,600.00 | $0.00 | $400.00 |
| Pacific West Capital Group, Inc. 1901 Avenue of the Stars Suite 680 Los Angeles, CA 90067 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 01 The Entrust Group, Inc. FBO Dwain W. Rickertsen IRA ▮1230 555 12th St., Suite 250 Oakland, CA 94607 | $61,875.00 | $27,500.00 | | $27,100.00 | $275.00 | $0.00 | $0.00 | $125.00 |
| Larry Witcher, Jr. ▮ San Fernando, CA 91340 | $56,250.00 | $25,000.00 | | $24,625.00 | $250.00 | $0.00 | $0.00 | $125.00 |
| Phoenix Biological Consulting, LLC Ryan Young, Partner ▮ Wrightwood, CA 92397 | $67,500.00 | $30,000.00 | | $29,650.00 | $300.00 | $0.00 | $0.00 | $50.00 |
| 01 The Entrust Group, Inc. FBO Curtis J. Stephenson IRA ▮1257 555 12th St., Suite 250 Oakland, CA 94607 | $45,000.00 | $20,000.00 | | $7,800.00 | $200.00 | $12,000.00 | $0.00 | $0.00 |
| 01 The Entrust Group, Inc. FBO Vakhtang Arpiarian IRA ▮1235 555 12th St., Suite 250 Oakland, CA 94607 | $42,750.00 | $19,000.00 | | $14,728.07 | $190.00 | $0.00 | $3,956.93 | $125.00 |

Exhibit 39 Page 725

| Name / Address | | | | | | | |
|---|---|---|---|---|---|---|---|
| The Trust of Stephen E. Rogers<br>Stephen E. Rogers, TTEE<br>Hillsborough, CA 94010 | $56,250.00 | $25,000.00 | $11,727.21 | $250.00 | $0.00 | $12,972.79 | $50.00 |
| David Berg Defined Benefit Plan<br>David Berg, TTEE<br>Los Angeles, CA 90017 | $56,250.00 | $25,000.00 | $11,727.21 | $250.00 | $0.00 | $12,972.79 | $50.00 |
| Sean O'Sullivan<br>Oceanside, CA 92056 | $67,500.00 | $30,000.00 | $14,072.65 | $300.00 | $0.00 | $15,502.35 | $125.00 |
| Stephen M. Busch<br>San Jose, CA 95124 | $45,000.00 | $20,000.00 | $9,381.77 | $200.00 | $0.00 | $10,293.23 | $125.00 |
| Schindele Family Trust<br>James David Schindele, TTEE<br>Fullerton, CA 92831 | $45,000.00 | $20,000.00 | $9,381.77 | $200.00 | $0.00 | $10,293.23 | $125.00 |
| Berns Living Trust<br>Robert Berns, TTEE<br>San Diego, CA 92111 | $45,000.00 | $20,000.00 | $9,381.77 | $200.00 | $0.00 | $10,293.23 | $125.00 |
| 01 The Entrust Group, Inc. FBO Alan M. Braatvedt IRA 1287<br>555 12th St., Suite 250<br>Oakland, CA 94607 | $45,000.00 | $20,000.00 | $9,381.77 | $200.00 | $0.00 | $10,293.23 | $125.00 |
| 01 The Entrust Group, Inc. FBO Henry M. Stewart IRA 1290<br>555 12th St., Suite 250<br>Oakland, CA 94607 | $45,000.00 | $20,000.00 | $9,381.77 | $200.00 | $0.00 | $10,293.23 | $125.00 |
| 01 The Entrust Group, Inc. FBO Steven L. Mulkey IRA 1324<br>555 12th St., Suite 250<br>Oakland, CA 94607 | $45,000.00 | $20,000.00 | $9,381.77 | $200.00 | $0.00 | $10,368.23 | $50.00 |
| 01 The Entrust Group, Inc. FBO John E. Stone IRA 1313<br>555 12th St., Suite 250<br>Oakland, CA 94607 | $45,000.00 | $20,000.00 | $9,381.77 | $200.00 | $0.00 | $10,293.23 | $125.00 |

Exhibit 39 Page 726

| Account | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01 The Entrust Group, Inc.<br>FBO Michael L. Coats IRA<br>▉1352<br>555 12th St., Suite 250<br>Oakland, CA 94607 | $45,000.00 | $20,000.00 | $9,381.77 | $200.00 | $0.00 | $10,293.23 | $125.00 |
| The Levisee Family Trust<br>Robert & Beverly June<br>Levisee, TTEEs<br>▉<br>Irvine, CA 92603 | $45,000.00 | $20,000.00 | $9,381.77 | $200.00 | $0.00 | $10,293.23 | $125.00 |
| Fry-Garatea Trust<br>Jeffery Garatea &<br>Lawrence Fry, TTEEs<br>▉<br>Rancho Mirage, CA 92270 | $56,250.00 | $25,000.00 | $11,727.21 | $250.00 | $0.00 | $12,897.79 | $125.00 |
| 01 The Entrust Group, Inc.<br>FBO David P. Seider<br>ROTH-IRA ▉1369<br>555 12th St., Suite 250<br>Oakland, CA 94607 | $74,250.00 | $33,000.00 | $15,479.92 | $330.00 | $0.00 | $17,140.08 | $50.00 |
| IRA Services Trust Company<br>CFBO: Paula V. Fathman<br>IRA▉7606<br>P.O. Box 7080<br>San Carlos, CA 94070 | $45,000.00 | $20,000.00 | $9,381.77 | $200.00 | $0.00 | $10,293.23 | $125.00 |
| 01 The Entrust Group, Inc.<br>FBO Dale J. Frederick IRA<br>▉1365<br>555 12th St., Suite 250<br>Oakland, CA 94607 | $97,875.00 | $43,500.00 | $20,405.34 | $435.00 | $0.00 | $22,534.66 | $125.00 |
| 01 The Entrust Group, Inc.<br>FBO Paul W. Broach<br>ROTH-IRA ▉1397<br>555 12th St., Suite 250<br>Oakland, CA 94607 | $56,250.00 | $25,000.00 | $11,727.21 | $250.00 | $0.00 | $12,897.79 | $125.00 |
| 01 The Entrust Group, Inc.<br>FBO Bedros P. Boghossian<br>ROTH-IRA ▉1419<br>555 12th St., Suite 250<br>Oakland, CA 94607 | $33,750.00 | $15,000.00 | $7,036.33 | $150.00 | $0.00 | $7,688.67 | $125.00 |

Exhibit 39 Page 727