Honam Friendship
Foundation of Southern
California      Young Suk
Suh, President   Jay Kyong
Kim, Committee Member
Bong K. Park, Committee
Member
Jong Whan Cha, Committee
Member
Hankey Sanghoon Lee,
Committee Member

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Los Angeles, CA  90010 | $52,499.99 | $23,333.33 | $10,945.39 | $233.33 | $0.00 | $12,029.60 | $125.00 |
| inv 27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| inv 28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| inv 29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| inv 30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| inv 31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| inv 32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| inv 33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| inv 34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| inv 35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| inv 36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| inv 37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| inv 38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| inv 39 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| inv 40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Exhibit 39 Page 728



New York Life #⬛6802

Amount Invested:        $1,851,851.55
Designation Amount:     $4,166,666.00

Distribution Instructions:

| | |
|---|---:|
| PWCG Mills Primary Premium Account | $868,682.00 |
| PWCG Mills Potoczak Secondary Premium Account | $18,518.52 |
| Policy Purchase | $110,600.00 |
| Pacific West Capital Group | $853,651.03 |
| Mills Potoczak Transaction Fee | $400.00 |
| | |
| Total Distribution | $1,851,851.55 |

Exhibit 39 Page 729



New York Life # ████6802

Investor:     01 The Entrust Group, Inc.  FBO William P. Taylor IRA     ████1157          555 12th St., Suite 250     Oakland, CA  94607

Amount Invested:          $100,000.00
Designation Amount:       $225,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                          $0.00
PWCG Mills Potoczak Secondary Premium Account          $1,000.00
Policy Purchase                                          $98,600.00
Pacific West Capital Group                                   $0.00
Mills Potoczak Transaction Fee                            $400.00


Total Distribution                                     $100,000.00

Exhibit 39 Page 730

██████████  New York Life # ██ 6802

████████

Investor:     Pacific West Capital Group, Inc.                    1901 Avenue of the Stars   Suite 680                    Los Angeles, CA  90067

Amount Invested:              $0.00
Designation Amount:           $0.00

Distribution Instructions:

PWCG Mills Primary Premium Account                  $0.00
PWCG Mills Potoczak Secondary Premium Account      $0.00
Policy Purchase                                    $0.00
Pacific West Capital Group                         $0.00
Mills Potoczak Transaction Fee                     $0.00


Total Distribution                                 $0.00

Exhibit 39 Page 731

██████████        New York Life # ███ 6802

████████

Investor:     01 The Entrust Group, Inc.  FBO Dwain W. Rickertsen IRA ███ 1230          555 12th St., Suite 250    Oakland, CA  94607

Amount Invested:            $27,500.00
Designation Amount:         $61,875.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $27,100.00 |
| PWCG Mills Potoczak Secondary Premium Account | $275.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $0.00 |
| Mills Potoczak Transaction Fee | $125.00 |
| Total Distribution | $27,500.00 |

Exhibit 39 Page 732

██████████   New York Life # ██ 6802

████████

Investor:   Larry Witcher, Jr.   ████████████   San Fernando, CA  91340

Amount Invested:          $25,000.00
Designation Amount:       $56,250.00

Distribution Instructions:

PWCG Mills Primary Premium Account            $24,625.00
PWCG Mills Potoczak Secondary Premium Account    $250.00
Policy Purchase                                   $0.00
Pacific West Capital Group                        $0.00
Mills Potoczak Transaction Fee                  $125.00


Total Distribution                            $25,000.00

Exhibit 39 Page 733

███████████     New York Life # ███ 6802

███████

Investor:     Phoenix Biological Consulting, LLC          Ryan Young, Partner     ███████████     Wrightwood, CA 92397

Amount Invested:          $30,000.00
Designation Amount:       $67,500.00

Distribution Instructions:

PWCG Mills Primary Premium Account                  $29,650.00
PWCG Mills Potoczak Secondary Premium Account        $300.00
Policy Purchase                                        $0.00
Pacific West Capital Group                             $0.00
Mills Potoczak Transaction Fee                        $50.00


Total Distribution                                  $30,000.00

Exhibit 39 Page 734



New York Life #████6802

Investor:     01 The Entrust Group, Inc.  FBO Curtis J. Stephenson IRA████1257          555 12th St., Suite 250     Oakland, CA  94607

Amount Invested:            $20,000.00
Designation Amount:         $45,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $7,800.00 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $12,000.00 |
| Pacific West Capital Group | $0.00 |
| Mills Potoczak Transaction Fee | $0.00 |

Total Distribution                              $20,000.00

Exhibit 39 Page 735



New York Life # ████ 6802

Investor:  01 The Entrust Group, Inc.  FBO Vakhtang Arpiarian IRA ████ 1235        555 12th St., Suite 250   Oakland, CA  94607

Amount Invested:        $19,000.00
Designation Amount:     $42,750.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $14,728.07 |
| PWCG Mills Potoczak Secondary Premium Account | $190.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $3,956.93 |
| Mills Potoczak Transaction Fee | $125.00 |

| | |
|---|---|
| Total Distribution | $19,000.00 |

Exhibit 39 Page 736



New York Life # ▉6802

Investor:     The Trust of Stephen E. Rogers          Stephen E. Rogers, TTEE  ▉         Hillsborough, CA  94010

Amount Invested:          $25,000.00
Designation Amount:       $56,250.00

Distribution Instructions:

PWCG Mills Primary Premium Account                    $11,727.21
PWCG Mills Potoczak Secondary Premium Account          $250.00
Policy Purchase                                          $0.00
Pacific West Capital Group                            $12,972.79
Mills Potoczak Transaction Fee                          $50.00


Total Distribution                                   $25,000.00

Exhibit 39 Page 737



New York Life # ██ 6802

Investor:   David Berg Defined Benefit Plan          David Berg, TTEE          ████████          Los Angeles, CA  90017

Amount Invested:          $25,000.00
Designation Amount:       $56,250.00

Distribution Instructions:

PWCG Mills Primary Premium Account                    $11,727.21
PWCG Mills Potoczak Secondary Premium Account           $250.00
Policy Purchase                                           $0.00
Pacific West Capital Group                            $12,972.79
Mills Potoczak Transaction Fee                           $50.00


Total Distribution                                    $25,000.00

Exhibit 39 Page 738



New York Life # █████6802

Investor:    Sean O'Sullivan                                    Oceanside, CA  92056

Amount Invested:          $30,000.00
Designation Amount:       $67,500.00

Distribution Instructions:

PWCG Mills Primary Premium Account                    $14,072.65
PWCG Mills Potoczak Secondary Premium Account          $300.00
Policy Purchase                                              $0.00
Pacific West Capital Group                             $15,502.35
Mills Potoczak Transaction Fee                            $125.00


Total Distribution                                     $30,000.00

Exhibit 39 Page 739

\# ███ 6802

███

| Investor: | Stephen M. Busch | ███ | San Jose, CA  95124 |

Amount Invested:        $20,000.00
Designation Amount:     $45,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $9,381.77 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $10,293.23 |
| Mills Potoczak Transaction Fee | $125.00 |

| | |
|---|---|
| Total Distribution | $20,000.00 |

Exhibit 39 Page 740

New York Life # ████6802

Investor:   Schindele Family Trust    James David Schindele, TTEE          ████████████ Fullerton, CA  92831

Amount Invested:        $20,000.00
Designation Amount:     $45,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                        $9,381.77
PWCG Mills Potoczak Secondary Premium Account             $200.00
Policy Purchase                                            $0.00
Pacific West Capital Group                                $10,293.23
Mills Potoczak Transaction Fee                            $125.00


Total Distribution                                       $20,000.00

Exhibit 39 Page 741



New York Life # ███6802

Investor:    Berns Living Trust        Robert Berns, TTEE        ████████████        San Diego, CA  92111

Amount Invested:         $20,000.00
Designation Amount:      $45,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                    $9,381.77
PWCG Mills Potoczak Secondary Premium Account          $200.00
Policy Purchase                                          $0.00
Pacific West Capital Group                           $10,293.23
Mills Potoczak Transaction Fee                         $125.00


Total Distribution                                   $20,000.00

Exhibit 39 Page 742



New York Life # ███ 6802

Investor:     01 The Entrust Group, Inc.  FBO Alan M. Braatvedt IRA ███ 1287          555 12th St., Suite 250    Oakland, CA  94607

Amount Invested:          $20,000.00
Designation Amount:       $45,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $9,381.77 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $10,293.23 |
| Mills Potoczak Transaction Fee | $125.00 |

Total Distribution          $20,000.00

Exhibit 39 Page 743

██████ New York Life # ██ 6802

3/20/2015

Investor:    01 The Entrust Group, Inc.  FBO Henry M. Stewart IRA ██ 1290          555 12th St., Suite 250    Oakland, CA  94607

Amount Invested:              $20,000.00
Designation Amount:           $45,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                    $9,381.77
PWCG Mills Potoczak Secondary Premium Account          $200.00
Policy Purchase                                          $0.00
Pacific West Capital Group                           $10,293.23
Mills Potoczak Transaction Fee                          $125.00


Total Distribution                                   $20,000.00

Exhibit 39 Page 744

██████████         New York Life #████6802

█████

Investor:     01 The Entrust Group, Inc.  FBO Steven L. Mulkey IRA████1324          555 12th St., Suite 250    Oakland, CA  94607

Amount Invested:          $20,000.00
Designation Amount:       $45,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                      $9,381.77
PWCG Mills Potoczak Secondary Premium Account            $200.00
Policy Purchase                                            $0.00
Pacific West Capital Group                              $10,368.23
Mills Potoczak Transaction Fee                            $50.00


Total Distribution                                     $20,000.00

Exhibit 39 Page 745



████████████        New York Life # ███6802

████

| | | | |
|---|---|---|---|
| Investor: | 01 The Entrust Group, Inc.  FBO John E. Stone IRA | ███1313 | 555 12th St., Suite 250   Oakland, CA  94607 |

Amount Invested:         $20,000.00
Designation Amount:     $45,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $9,381.77 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $10,293.23 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 39 Page 746



███████████     New York Life # ███ 6802

█████

Investor:    01 The Entrust Group, Inc.  FBO Michael L. Coats IRA   ███1352          555 12th St., Suite 250    Oakland, CA  94607

Amount Invested:        $20,000.00
Designation Amount:     $45,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $9,381.77 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $10,293.23 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 39 Page 747

████████████        New York Life #███ 6802

████████

Investor:    The Levisee Family Trust  Robert & Beverly June Levisee, TTEEs    ████████████    Irvine, CA  92603

Amount Invested:          $20,000.00
Designation Amount:       $45,000.00

Distribution Instructions:

| | |
|---|---:|
| PWCG Mills Primary Premium Account | $9,381.77 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $10,293.23 |
| Mills Potoczak Transaction Fee | $125.00 |

| | |
|---|---:|
| Total Distribution | $20,000.00 |

Exhibit 39 Page 748



New York Life # ███ 6802

Investor:    Fry-Garatea Trust          Jeffery Garatea &     Lawrence Fry, TTEEs     ███████     Rancho Mirage, CA  92270

Amount Invested:          $25,000.00
Designation Amount:       $56,250.00

Distribution Instructions:

PWCG Mills Primary Premium Account              $11,727.21
PWCG Mills Potoczak Secondary Premium Account      $250.00
Policy Purchase                                     $0.00
Pacific West Capital Group                      $12,897.79
Mills Potoczak Transaction Fee                     $125.00


Total Distribution                              $25,000.00

Exhibit 39 Page 749



New York Life # ██ 6802

Investor:   01 The Entrust Group, Inc.  FBO David P. Seider    ROTH-IRA   ██ 1369          555 12th St., Suite 250   Oakland, CA  94607

Amount Invested:        $33,000.00
Designation Amount:     $74,250.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $15,479.92 |
| PWCG Mills Potoczak Secondary Premium Account | $330.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $17,140.08 |
| Mills Potoczak Transaction Fee | $50.00 |
| | |
| Total Distribution | $33,000.00 |

Exhibit 39 Page 750



New York Life # ▮▮▮6802

Investor:     IRA Services Trust Company CFBO:  Paula V. Fathman IRA ▮▮7606          P.O. Box 7080          San Carlos, CA  94070

Amount Invested:          $20,000.00
Designation Amount:      $45,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $9,381.77 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $10,293.23 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 39 Page 751



New York Life # ████6802

Investor:   01 The Entrust Group, Inc.  FBO Dale J. Frederick IRA   ████1365        555 12th St., Suite 250    Oakland, CA  94607

Amount Invested:        $43,500.00
Designation Amount:     $97,875.00

Distribution Instructions:

PWCG Mills Primary Premium Account                    $20,405.34
PWCG Mills Potoczak Secondary Premium Account           $435.00
Policy Purchase                                           $0.00
Pacific West Capital Group                            $22,534.66
Mills Potoczak Transaction Fee                          $125.00


Total Distribution                                    $43,500.00

Exhibit 39 Page 752



New York Life # ███ 6802

Investor:   01 The Entrust Group, Inc.  FBO Paul W. Broach   ROTH-IRA   ███ 1397          555 12th St., Suite 250   Oakland, CA  94607

Amount Invested:          $25,000.00
Designation Amount:       $56,250.00

Distribution Instructions:

PWCG Mills Primary Premium Account                        $11,727.21
PWCG Mills Potoczak Secondary Premium Account               $250.00
Policy Purchase                                               $0.00
Pacific West Capital Group                                $12,897.79
Mills Potoczak Transaction Fee                              $125.00


Total Distribution                                       $25,000.00

Exhibit 39 Page 753



New York Life # ███ 6802

Investor:     01 The Entrust Group, Inc.  FBO Bedros P. Boghossian     ROTH-IRA     ███ 1419          555 12th St., Suite 250    Oakland, CA  94607

Amount Invested:           $15,000.00
Designation Amount:        $33,750.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $7,036.33 |
| PWCG Mills Potoczak Secondary Premium Account | $150.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $7,688.67 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $15,000.00 |

Exhibit 39 Page 754



Exhibit 39 Page 755

██████████   New York Life # ██ 6802

██████

Investor:   inv 27

Amount Invested:        $0.00
Designation Amount:     $0.00

Distribution Instructions:

PWCG Mills Primary Premium Account            $0.00
PWCG Mills Potoczak Secondary Premium Account $0.00
Policy Purchase                               $0.00
Pacific West Capital Group                    $0.00
Mills Potoczak Transaction Fee                $0.00


Total Distribution                            $0.00

Exhibit 39 Page 756

███████████       New York Life # ███ 6802

██████████

Investor:     inv 28

Amount Invested:          $0.00
Designation Amount:       $0.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $0.00 |
| PWCG Mills Potoczak Secondary Premium Account | $0.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $0.00 |
| Mills Potoczak Transaction Fee | $0.00 |

Total Distribution                    $0.00

Exhibit 39 Page 757



New York Life # ███ 6802

Investor:     inv 29

Amount Invested:        $0.00
Designation Amount:     $0.00

Distribution Instructions:

PWCG Mills Primary Premium Account              $0.00
PWCG Mills Potoczak Secondary Premium Account   $0.00
Policy Purchase                                 $0.00
Pacific West Capital Group                      $0.00
Mills Potoczak Transaction Fee                  $0.00


Total Distribution                              $0.00

Exhibit 39 Page 758

███████████        New York Life # ██ 06802

██████

Investor:      inv 30

Amount Invested:              $0.00
Designation Amount:           $0.00

Distribution Instructions:

PWCG Mills Primary Premium Account              $0.00
PWCG Mills Potoczak Secondary Premium Account   $0.00
Policy Purchase                                 $0.00
Pacific West Capital Group                      $0.00
Mills Potoczak Transaction Fee                  $0.00


Total Distribution                              $0.00

Exhibit 39 Page 759

█████████        New York Life # ████ 6802

█████████

Investor:      inv 31

Amount Invested:              $0.00
Designation Amount:           $0.00

Distribution Instructions:

PWCG Mills Primary Premium Account              $0.00
PWCG Mills Potoczak Secondary Premium Account   $0.00
Policy Purchase                                 $0.00
Pacific West Capital Group                      $0.00
Mills Potoczak Transaction Fee                  $0.00


Total Distribution                              $0.00

Exhibit 39 Page 760

███████████          New York Life # ███ 6802

███████

Investor:     inv 32

Amount Invested:              $0.00
Designation Amount:           $0.00

Distribution Instructions:

PWCG Mills Primary Premium Account              $0.00
PWCG Mills Potoczak Secondary Premium Account   $0.00
Policy Purchase                                 $0.00
Pacific West Capital Group                      $0.00
Mills Potoczak Transaction Fee                  $0.00


Total Distribution                              $0.00

Exhibit 39 Page 761

████████████████      New York Life #████06802

████████████

Investor:      inv 33

Amount Invested:              $0.00
Designation Amount:           $0.00

Distribution Instructions:

PWCG Mills Primary Premium Account                    $0.00
PWCG Mills Potoczak Secondary Premium Account         $0.00
Policy Purchase                                       $0.00
Pacific West Capital Group                            $0.00
Mills Potoczak Transaction Fee                        $0.00


Total Distribution                                    $0.00

Exhibit 39 Page 762

███████████        New York Life # ████ 6802

██████████

Investor:    inv 34

Amount Invested:              $0.00
Designation Amount:           $0.00

Distribution Instructions:

PWCG Mills Primary Premium Account              $0.00
PWCG Mills Potoczak Secondary Premium Account   $0.00
Policy Purchase                                 $0.00
Pacific West Capital Group                      $0.00
Mills Potoczak Transaction Fee                  $0.00


Total Distribution                              $0.00

Exhibit 39 Page 763

███████████              New York Life # ███ 06802

███████

Investor:     inv 35

Amount Invested:            $0.00
Designation Amount:         $0.00

Distribution Instructions:

PWCG Mills Primary Premium Account                    $0.00
PWCG Mills Potoczak Secondary Premium Account         $0.00
Policy Purchase                                       $0.00
Pacific West Capital Group                            $0.00
Mills Potoczak Transaction Fee                        $0.00


Total Distribution                                    $0.00

Exhibit 39 Page 764



New York Life # ███6802

Investor:     inv 36

Amount Invested:          $0.00
Designation Amount:       $0.00

Distribution Instructions:

PWCG Mills Primary Premium Account              $0.00
PWCG Mills Potoczak Secondary Premium Account   $0.00
Policy Purchase                                 $0.00
Pacific West Capital Group                      $0.00
Mills Potoczak Transaction Fee                  $0.00


Total Distribution                              $0.00

Exhibit 39 Page 765

New York Life #  6802

Investor:     inv 37

Amount Invested:          $0.00
Designation Amount:       $0.00

Distribution Instructions:

PWCG Mills Primary Premium Account                    $0.00
PWCG Mills Potoczak Secondary Premium Account         $0.00
Policy Purchase                                       $0.00
Pacific West Capital Group                            $0.00
Mills Potoczak Transaction Fee                        $0.00


Total Distribution                                    $0.00

Exhibit 39 Page 766

New York Life # ███ 6802

Investor:     inv 38

Amount Invested:            $0.00
Designation Amount:         $0.00

Distribution Instructions:

PWCG Mills Primary Premium Account                    $0.00
PWCG Mills Potoczak Secondary Premium Account         $0.00
Policy Purchase                                       $0.00
Pacific West Capital Group                            $0.00
Mills Potoczak Transaction Fee                        $0.00


Total Distribution                                    $0.00

Exhibit 39 Page 767

██████████                   New York Life # ████ 6802

████████

Investor:    inv 39

Amount Invested:              $0.00
Designation Amount:           $0.00

Distribution Instructions:

PWCG Mills Primary Premium Account              $0.00
PWCG Mills Potoczak Secondary Premium Account   $0.00
Policy Purchase                                 $0.00
Pacific West Capital Group                      $0.00
Mills Potoczak Transaction Fee                  $0.00


Total Distribution                              $0.00

Exhibit 39 Page 768

███████████        New York Life # ██████ 6802

███████████

Investor:     inv 40

Amount Invested:            $0.00
Designation Amount:         $0.00

Distribution Instructions:

PWCG Mills Primary Premium Account                    $0.00
PWCG Mills Potoczak Secondary Premium Account         $0.00
Policy Purchase                                       $0.00
Pacific West Capital Group                            $0.00
Mills Potoczak Transaction Fee                        $0.00


Total Distribution                                    $0.00

Exhibit 39 Page 769

# PACIFIC WEST CAPITAL GROUP, INC.

## LIFE SETTLEMENT DISCLOSURE FORM

**SET FORTH BELOW IS INFORMATION REQUIRED BY CALIFORNIA LAW TO BE DISCLOSED TO PURCHASERS OF LIFE SETTLEMENT INTERESTS. ADDITIONAL REQUIRED DISCLOSURES ARE CONTAINED IN THE PURCHASE AGREEMENT THAT YOU HAVE EXECUTED.**

1. **INFORMATION ABOUT THE INSURED**

   The insured is currently an 81 year old Female (DOB: ███/1933).

2. **INFORMATION ABOUT THE INSURANCE COMPANY ISSUING THE POLICY**

   The insurance company that issued the policy that is described below is as follows:

   New York Life Insurance and Annuity Corporation
   *("AA+" rated by Standard & Poor's)*
   51 Madison Ave.
   New York, NY 10010
   1-212-576-7000

3. **INFORMATION ABOUT THE REGULATOR OF THIS INSURANCE COMPANY**

   The state or foreign country regulator of the insurance company that issued the policy is:

   Ohio Department of Insurance
   50 W. Town Street
   Third Floor – Suite 300
   Columbus, OH 43215
   (614) 644-2658

4. **GENERAL INSURANCE POLICY INFORMATION**

   The insurance policy number is ███6747.
   This policy was originally issued on 12/6/2010.
   This policy is a Universal Life policy.

5. **INSURANCE FACE VALUE, POLICY OWNERSHIP & PURCHASE INFORMATION**

   The total face value of this policy is $4,166,666.

   You are purchasing _____ 1.08 _____ % of the death benefit payable under this policy.

**SELLERS.CA Disclosure Statement**
**6/25/2013**
**Page 1 of 3**

Exhibit 39 Page 770