| Name/Address | | | | | | |
|---|---|---|---|---|---|---|
| David & Adrienne Shannon<br>Redwood City, CA  94065 | $22,500.00 | $10,000.00 | $4,757.84 | $100.00 | $0.00 | $5,092.16 | $50.00 |
| 01 The Entrust Group, Inc.<br>FBO Brian J. Hogan IRA<br>1097<br>555 12th St., Suite 250<br>Oakland, CA  94607 | $450,000.00 | $200,000.00 | $95,156.87 | $2,000.00 | $0.00 | $102,718.13 | $125.00 |
| William A. & Elaine P. Huene,<br>Jt. Ten.<br>Fresno, CA  93722 | $45,000.00 | $20,000.00 | $9,515.69 | $200.00 | $0.00 | $10,159.31 | $125.00 |
| William Ronald Hoyt<br>Whittier, CA  90603 | $67,500.00 | $30,000.00 | $14,273.53 | $300.00 | $0.00 | $15,376.47 | $50.00 |
| Dorothy Marie Benne Family<br>Trust of 1989<br>Dorothy M. Benne, TTEE<br>Vallejo, CA  94591 | $56,250.00 | $25,000.00 | $11,894.61 | $250.00 | $0.00 | $12,730.39 | $125.00 |
| Provident Trust Group LLC,<br>FBO Sarina Gill-Dhanoa<br>0136<br>8880 W Sunset Rd, Suite 250<br>Las Vegas, NV  89148 | $56,250.00 | $25,000.00 | $11,894.61 | $250.00 | $0.00 | $12,730.39 | $125.00 |
| Provident Trust Group LLC,<br>FBO Rima Butros 0269<br>8880 W Sunset Rd, Suite 250<br>Las Vegas, NV  89148 | $45,000.00 | $20,000.00 | $9,515.69 | $200.00 | $0.00 | $10,234.31 | $50.00 |
| O'Day Family Revocable<br>2006 Trust<br>Sean & Kathryn O'Day,<br>TTEEs<br>Corte Madera, CA  94925 | $45,000.00 | $20,000.00 | $9,515.69 | $200.00 | $0.00 | $10,159.31 | $125.00 |
| 01 The Entrust Group, Inc.<br>FBO Jane L. Robinson IRA<br>1107<br>555 12th St., Suite 250<br>Oakland, CA  94607 | $45,000.00 | $20,000.00 | $9,515.69 | $200.00 | $0.00 | $10,159.31 | $125.00 |
| Leland Sparks<br>Los Angeles, CA  90056 | $45,000.00 | $20,000.00 | $9,515.69 | $200.00 | $0.00 | $10,234.31 | $50.00 |

Exhibit 39 Page 783

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01 The Entrust Group, Inc.<br>FBO Jack Caselles IRA<br>▮1093<br>555 12th St., Suite 250<br>Oakland, CA 94607 | $63,000.00 | $28,000.00 | $13,321.96 | $280.00 | $0.00 | $14,348.04 | $50.00 |
| 01 The Entrust Group, Inc.<br>FBO Takeshi W. Motoyasu<br>IRA ▮1130<br>555 12th St., Suite 250<br>Oakland, CA 94607 | $54,000.00 | $24,000.00 | $11,418.82 | $240.00 | $0.00 | $12,291.18 | $50.00 |
| Aaron & Juana Zuern<br>▮<br>Riverside, CA 92503 | $45,000.00 | $20,000.00 | $9,515.69 | $200.00 | $0.00 | $10,159.31 | $125.00 |
| 01 The Entrust Group, Inc.<br>FBO Jerry Francis Hall IRA<br>▮33LA<br>555 12th St., Suite 250<br>Oakland, CA 94607 | $45,000.00 | $20,000.00 | $9,515.69 | $200.00 | $0.00 | $10,159.31 | $125.00 |
| 01 The Entrust Group, Inc.<br>FBO David L. Brubaker IRA<br>▮1196<br>555 12th St., Suite 250<br>Oakland, CA 94607 | $56,227.50 | $24,990.00 | $11,889.85 | $249.90 | $0.00 | $12,725.25 | $125.00 |
| 01 The Entrust Group, Inc.<br>FBO Raymond J. Herda IRA<br>▮1208<br>555 12th St., Suite 250<br>Oakland, CA 94607 | $90,000.00 | $40,000.00 | $19,031.37 | $400.00 | $0.00 | $20,443.63 | $125.00 |
| Manoj B. Patel<br>▮<br>La Palma, CA 90623 | $45,000.00 | $20,000.00 | $9,515.69 | $200.00 | $0.00 | $10,159.31 | $125.00 |
| 01 The Entrust Group, Inc.<br>FBO Winston Wyckoff IRA<br>▮1243<br>555 12th St., Suite 250<br>Oakland, CA 94607 | $45,000.00 | $20,000.00 | $9,515.69 | $200.00 | $0.00 | $10,159.31 | $125.00 |
| 01 The Entrust Group, Inc.<br>FBO Lisa A. Garrison IRA<br>▮1216<br>555 12th St., Suite 250<br>Oakland, CA 94607 | $83,250.00 | $37,000.00 | $17,604.02 | $370.00 | $0.00 | $18,900.98 | $125.00 |
| 01 The Entrust Group, Inc.<br>FBO Carole M. McQuillan<br>IRA ▮1178<br>555 12th St., Suite 250<br>Oakland, CA 94607 | $58,500.00 | $26,000.00 | $12,370.39 | $260.00 | $0.00 | $13,244.61 | $125.00 |

Exhibit 39 Page 784

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01 The Entrust Group, Inc.<br>FBO Anthony J. Sprenger<br>IRA ▇1293<br>555 12th St., Suite 250<br>Oakland, CA 94607 | $225,000.00 | $100,000.00 | | $47,578.44 | $1,000.00 | $0.00 | $51,296.56 | $125.00 |
| 01 The Entrust Group, Inc.<br>FBO Michael J. Dilsaver IRA<br>▇1358<br>555 12th St., Suite 250<br>Oakland, CA 94607 | $45,000.00 | $20,000.00 | | $9,515.69 | $200.00 | $0.00 | $10,234.31 | $50.00 |
| Yiqin Feng<br><br>Rancho Cucamonga, CA<br>91739-9105 | $45,000.00 | $20,000.00 | | $9,515.69 | $200.00 | $0.00 | $10,159.31 | $125.00 |
| 01 The Entrust Group, Inc.<br>FBO Theodore Phillips IRA<br>▇1389<br>555 12th St., Suite 250<br>Oakland, CA 94607 | $51,750.00 | $23,000.00 | | $10,943.04 | $230.00 | $0.00 | $11,701.96 | $125.00 |
| The Bertini Revocable Trust<br>Domenico & Heather A.<br>Bertini, TTEEs<br><br>Thousand Oaks, CA 91360 | $45,000.00 | $20,000.00 | | $9,515.69 | $200.00 | $0.00 | $10,159.31 | $125.00 |
| inv 34 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| inv 35 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| inv 36 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| inv 37 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| inv 38 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| inv 39 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| inv 40 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Exhibit 39 Page 785

████████████        New York Life #███6747

████████

Amount Invested:        $1,851,851.55
Designation Amount:     $4,166,666.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $881,082.00 |
| PWCG Mills Potoczak Secondary Premium Account | $18,518.52 |
| Policy Purchase | $123,000.00 |
| Pacific West Capital Group | $828,851.03 |
| Mills Potoczak Transaction Fee | $400.00 |
| | |
| Total Distribution | $1,851,851.55 |

Exhibit 39 Page 786



New York Life # ▇▇ 6747

Investor:     William P. & Lynne B. Taylor ▇▇▇▇▇▇▇ Rancho Palos Verdes, CA  90275

Amount Invested:        $100,000.00
Designation Amount:     $225,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $0.00 |
| PWCG Mills Potoczak Secondary Premium Account | $1,000.00 |
| Policy Purchase | $98,600.00 |
| Pacific West Capital Group | $0.00 |
| Mills Potoczak Transaction Fee | $400.00 |
| | |
| Total Distribution | $100,000.00 |

Exhibit 39 Page 787

██████████     New York Life # ███ 6747

███████

Investor:     Theodore J. Gradman, Ph.D. 401k Plan          ███████████████ San Mateo, CA  94401

Amount Invested:            $60,000.00
Designation Amount:        $135,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $35,000.00 |
| PWCG Mills Potoczak Secondary Premium Account | $600.00 |
| Policy Purchase | $24,400.00 |
| Pacific West Capital Group | $0.00 |
| Mills Potoczak Transaction Fee | $0.00 |

| | |
|---|---|
| Total Distribution | $60,000.00 |

Exhibit 39 Page 788

███████████          New York Life #██ 6747

████████

Investor:     01 The Entrust Group, Inc.  FBO Cristiane V. Freire IRA     ██1033          555 12th St., Suite 250    Oakland, CA  94607

Amount Invested:              $20,000.00
Designation Amount:           $45,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                        $9,515.69
PWCG Mills Potoczak Secondary Premium Account             $200.00
Policy Purchase                                          $0.00
Pacific West Capital Group                               $10,284.31
Mills Potoczak Transaction Fee                          $0.00


Total Distribution                                       $20,000.00

Exhibit 39 Page 789

███████     New York Life #██ 6747

████

Investor:     01 The Entrust Group, Inc.  FBO Ross MacCarty IRA     ██7753     555 12th St., Suite 250   Oakland, CA  94607

Amount Invested:          $50,000.00
Designation Amount:       $112,500.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $35,000.00 |
| PWCG Mills Potoczak Secondary Premium Account | $500.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $14,450.00 |
| Mills Potoczak Transaction Fee | $50.00 |

Total Distribution          $50,000.00

Exhibit 39 Page 790



New York Life # ▮▮▮ 6747

Investor:    Robert J. Griffis    ▮▮▮▮▮▮▮▮▮▮ Grass Valley, CA  95949

Amount Invested:          $20,000.00
Designation Amount:       $45,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $9,515.69 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $10,234.31 |
| Mills Potoczak Transaction Fee | $50.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 39 Page 791



New York Life # ███ 6747

███████

Investor:     01 The Entrust Group, Inc.  FBO Gisele Motta IRA          ██ 1059          555 12th St., Suite 250    Oakland, CA  94607

Amount Invested:            $20,000.00
Designation Amount:         $45,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                          $9,515.69
PWCG Mills Potoczak Secondary Premium Account               $200.00
Policy Purchase                                               $0.00
Pacific West Capital Group                                 $10,234.31
Mills Potoczak Transaction Fee                                $50.00


Total Distribution                                         $20,000.00

Exhibit 39 Page 792



New York Life # ████ 6747

Investor:     Wayne Sabatelli          ████████.     San Jose, CA  95126-1638

Amount Invested:          $20,000.00
Designation Amount:       $45,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $9,515.69 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $10,159.31 |
| Mills Potoczak Transaction Fee | $125.00 |

| | |
|---|---|
| Total Distribution | $20,000.00 |

Exhibit 39 Page 793

██████████           New York Life #██████6747

██████████

Investor:     01 The Entrust Group, Inc.  FBO Jason Wuest SEP-IRA       ██68LA          555 12th St., Suite 250    Oakland, CA  94607

Amount Invested:          $10,000.00
Designation Amount:       $22,500.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $4,757.84 |
| PWCG Mills Potoczak Secondary Premium Account | $100.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $5,017.16 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $10,000.00 |

Exhibit 39 Page 794

█████████        New York Life #███ 6747

██████

Investor:    David & Adrienne Shannon ██████████        Redwood City, CA  94065

Amount Invested:        $10,000.00
Designation Amount:     $22,500.00

Distribution Instructions:

PWCG Mills Primary Premium Account                    $4,757.84
PWCG Mills Potoczak Secondary Premium Account          $100.00
Policy Purchase                                          $0.00
Pacific West Capital Group                            $5,092.16
Mills Potoczak Transaction Fee                           $50.00


Total Distribution                                   $10,000.00

Exhibit 39 Page 795



New York Life # ████ 6747

Investor:     01 The Entrust Group, Inc.  FBO Brian J. Hogan IRA     ████ 1097     555 12th St., Suite 250   Oakland, CA  94607

Amount Invested:          $200,000.00
Designation Amount:       $450,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                    $95,156.87
PWCG Mills Potoczak Secondary Premium Account         $2,000.00
Policy Purchase                                           $0.00
Pacific West Capital Group                           $102,718.13
Mills Potoczak Transaction Fee                          $125.00


Total Distribution                                   $200,000.00

Exhibit 39 Page 796

#▮6747

Investor:     William A. & Elaine P. Huene, Jt. Ten.                    ▮▮▮▮▮▮▮      Fresno, CA  93722

Amount Invested:          $20,000.00
Designation Amount:       $45,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account              $9,515.69
PWCG Mills Potoczak Secondary Premium Account     $200.00
Policy Purchase                                     $0.00
Pacific West Capital Group                      $10,159.31
Mills Potoczak Transaction Fee                    $125.00


Total Distribution                              $20,000.00

Exhibit 39 Page 797

█████████            New York Life #██████6747

██████

Investor:     William Ronald Hoyt     ████████████     Whittier, CA  90603

Amount Invested:           $30,000.00
Designation Amount:        $67,500.00

Distribution Instructions:

PWCG Mills Primary Premium Account              $14,273.53
PWCG Mills Potoczak Secondary Premium Account      $300.00
Policy Purchase                                      $0.00
Pacific West Capital Group                      $15,376.47
Mills Potoczak Transaction Fee                      $50.00


Total Distribution                              $30,000.00

Exhibit 39 Page 798

███████████       New York Life # ██████6747

██████████

| | |
|---|---|
| Investor: | Dorothy Marie Benne Family Trust of 1989 |

Dorothy M. Benne, TTEE ████████████████ Vallejo, CA 94591

| | |
|---|---|
| Amount Invested: | $25,000.00 |
| Designation Amount: | $56,250.00 |

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $11,894.61 |
| PWCG Mills Potoczak Secondary Premium Account | $250.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $12,730.39 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $25,000.00 |

Exhibit 39 Page 799

███████████        New York Life #████6747

███████

Investor:      Provident Trust Group LLC, FBO Sarina Gill-Dhanoa█████0136          8880 W Sunset Rd, Suite 250  Las Vegas, NV  89148

Amount Invested:            $25,000.00
Designation Amount:         $56,250.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $11,894.61 |
| PWCG Mills Potoczak Secondary Premium Account | $250.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $12,730.39 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $25,000.00 |

Exhibit 39 Page 800

██████████        New York Life # ████ 6747

██████

Investor:      Provident Trust Group LLC, FBO Rima Butros ████ 0269          8880 W Sunset Rd, Suite 250  Las Vegas, NV  89148

Amount Invested:          $20,000.00
Designation Amount:       $45,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                        $9,515.69
PWCG Mills Potoczak Secondary Premium Account             $200.00
Policy Purchase                                          $0.00
Pacific West Capital Group                               $10,234.31
Mills Potoczak Transaction Fee                            $50.00


Total Distribution                                       $20,000.00

Exhibit 39 Page 801



New York Life #█████6747

Investor:   O'Day Family Revocable 2006 Trust          Sean & Kathryn O'Day, TTEEs                        Corte Madera, CA  94925

Amount Invested:        $20,000.00
Designation Amount:     $45,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                        $9,515.69
PWCG Mills Potoczak Secondary Premium Account            $200.00
Policy Purchase                                           $0.00
Pacific West Capital Group                               $10,159.31
Mills Potoczak Transaction Fee                           $125.00


Total Distribution                                       $20,000.00

Exhibit 39 Page 802



New York Life # ███ 6747

Investor:    01 The Entrust Group, Inc.  FBO Jane L. Robinson IRA         ███ 1107          555 12th St., Suite 250    Oakland, CA  94607

Amount Invested:              $20,000.00
Designation Amount:           $45,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $9,515.69 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $10,159.31 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 39 Page 803

███████████            New York Life # ███ 6747

███████

Investor:    Leland Sparks         ███████████.        Los Angeles, CA  90056

Amount Invested:          $20,000.00
Designation Amount:       $45,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $9,515.69 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $10,234.31 |
| Mills Potoczak Transaction Fee | $50.00 |

Total Distribution          $20,000.00

Exhibit 39 Page 804

██████████      New York Life # ████ 6747

██████████

Investor:     01 The Entrust Group, Inc.  FBO Jack Caselles IRA        ████1093            555 12th St., Suite 250    Oakland, CA  94607

Amount Invested:                $28,000.00
Designation Amount:             $63,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                $13,321.96
PWCG Mills Potoczak Secondary Premium Account        $280.00
Policy Purchase                                        $0.00
Pacific West Capital Group                        $14,348.04
Mills Potoczak Transaction Fee                        $50.00


Total Distribution                                $28,000.00

Exhibit 39 Page 805



███████████          New York Life #███ 6747

███████

Investor:     01 The Entrust Group, Inc.  FBO Takeshi W. Motoyasu IRA    ███ 1130          555 12th St., Suite 250    Oakland, CA  94607

Amount Invested:           $24,000.00
Designation Amount:        $54,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $11,418.82 |
| PWCG Mills Potoczak Secondary Premium Account | $240.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $12,291.18 |
| Mills Potoczak Transaction Fee | $50.00 |
| | |
| Total Distribution | $24,000.00 |

Exhibit 39 Page 806

███████████        New York Life #███6747

███████

Investor:     Aaron & Juana Zuern          ███████████     Riverside, CA  92503

Amount Invested:          $20,000.00
Designation Amount:        $45,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                $9,515.69
PWCG Mills Potoczak Secondary Premium Account       $200.00
Policy Purchase                                       $0.00
Pacific West Capital Group                        $10,159.31
Mills Potoczak Transaction Fee                      $125.00


Total Distribution                                $20,000.00

Exhibit 39 Page 807



█████████  New York Life # ████ 6747

████████

Investor:    01 The Entrust Group, Inc.  FBO Jerry Francis Hall IRA    ███33LA        555 12th St., Suite 250    Oakland, CA  94607

Amount Invested:           $20,000.00
Designation Amount:        $45,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $9,515.69 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $10,159.31 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 39 Page 808



New York Life #████6747

Investor:    01 The Entrust Group, Inc.  FBO David L. Brubaker IRA    ████1196        555 12th St., Suite 250    Oakland, CA  94607

Amount Invested:          $24,990.00
Designation Amount:       $56,227.50

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $11,889.85 |
| PWCG Mills Potoczak Secondary Premium Account | $249.90 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $12,725.25 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $24,990.00 |

Exhibit 39 Page 809



New York Life # ███ 6747

Investor:    01 The Entrust Group, Inc.  FBO Raymond J. Herda IRA          ███ 1208          555 12th St., Suite 250    Oakland, CA  94607

| | |
|---|---|
| Amount Invested: | $40,000.00 |
| Designation Amount: | $90,000.00 |

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $19,031.37 |
| PWCG Mills Potoczak Secondary Premium Account | $400.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $20,443.63 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $40,000.00 |

Exhibit 39 Page 810



█████████         New York Life #██6747

█████

Investor:     Manoj B. Patel          ████████████          La Palma, CA  90623

Amount Invested:        $20,000.00
Designation Amount:     $45,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                          $9,515.69
PWCG Mills Potoczak Secondary Premium Account                $200.00
Policy Purchase                                                $0.00
Pacific West Capital Group                                 $10,159.31
Mills Potoczak Transaction Fee                               $125.00

Total Distribution                                         $20,000.00

Exhibit 39 Page 811



New York Life #█6747

Investor:   01 The Entrust Group, Inc.  FBO Winston Wyckoff IRA          █1243          555 12th St., Suite 250   Oakland, CA  94607

Amount Invested:         $20,000.00
Designation Amount:      $45,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $9,515.69 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $10,159.31 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 39 Page 812



Exhibit 39 Page 813



███████   New York Life #███ 6747

███████

Investor:   01 The Entrust Group, Inc.  FBO Carole M. McQuillan IRA   ███ 1178          555 12th St., Suite 250   Oakland, CA  94607

Amount Invested:          $26,000.00
Designation Amount:       $58,500.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $12,370.39 |
| PWCG Mills Potoczak Secondary Premium Account | $260.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $13,244.61 |
| Mills Potoczak Transaction Fee | $125.00 |

| | |
|---|---|
| Total Distribution | $26,000.00 |

Exhibit 39 Page 814



███████████   New York Life #██6747

█████

Investor:   01 The Entrust Group, Inc.  FBO Anthony J. Sprenger IRA   ████1293   555 12th St., Suite 250   Oakland, CA  94607

Amount Invested:        $100,000.00
Designation Amount:     $225,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account              $47,578.44
PWCG Mills Potoczak Secondary Premium Account    $1,000.00
Policy Purchase                                      $0.00
Pacific West Capital Group                       $51,296.56
Mills Potoczak Transaction Fee                     $125.00

Total Distribution                              $100,000.00

Exhibit 39 Page 815



████████████        New York Life # ████6747

████████

Investor:    01 The Entrust Group, Inc.  FBO Michael J. Dilsaver IRA    ████1358          555 12th St., Suite 250    Oakland, CA  94607

Amount Invested:        $20,000.00
Designation Amount:     $45,000.00

Distribution Instructions:

PWCG Mills Primary Premium Account                      $9,515.69
PWCG Mills Potoczak Secondary Premium Account          $200.00
Policy Purchase                                         $0.00
Pacific West Capital Group                              $10,234.31
Mills Potoczak Transaction Fee                          $50.00


Total Distribution                                     $20,000.00

Exhibit 39 Page 816



New York Life # ████ 6747

Investor:    Yiqin Feng                                      Rancho Cucamonga, CA  91739-9105

Amount Invested:         $20,000.00
Designation Amount:      $45,000.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $9,515.69 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $10,159.31 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 39 Page 817



██████████     New York Life #██6747

████

Investor:     01 The Entrust Group, Inc.  FBO Theodore Phillips IRA     ██1389          555 12th St., Suite 250     Oakland, CA  94607

Amount Invested:        $23,000.00
Designation Amount:     $51,750.00

Distribution Instructions:

PWCG Mills Primary Premium Account                  $10,943.04
PWCG Mills Potoczak Secondary Premium Account          $230.00
Policy Purchase                                          $0.00
Pacific West Capital Group                          $11,701.96
Mills Potoczak Transaction Fee                         $125.00


Total Distribution                                  $23,000.00

Exhibit 39 Page 818