New York Life #■■■6747

Investor:    The Bertini Revocable Trust Domenico & Heather A. Bertini, TTEEs                          Thousand Oaks, CA  91360

Amount Invested:        $20,000.00
Designation Amount:     $45,000.00

Distribution Instructions:

| | |
|---|---:|
| PWCG Mills Primary Premium Account | $9,515.69 |
| PWCG Mills Potoczak Secondary Premium Account | $200.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $10,159.31 |
| Mills Potoczak Transaction Fee | $125.00 |
| | |
| Total Distribution | $20,000.00 |

Exhibit 39 Page 819

New York Life #█████6747

Investor:    inv 34

Amount Invested:        $0.00
Designation Amount:     $0.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $0.00 |
| PWCG Mills Potoczak Secondary Premium Account | $0.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $0.00 |
| Mills Potoczak Transaction Fee | $0.00 |
| Total Distribution | $0.00 |

Exhibit 39 Page 820

New York Life #██████6747

Investor:     inv 35

Amount Invested:           $0.00
Designation Amount:        $0.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $0.00 |
| PWCG Mills Potoczak Secondary Premium Account | $0.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $0.00 |
| Mills Potoczak Transaction Fee | $0.00 |
| Total Distribution | $0.00 |

Exhibit 39 Page 821

New York Life # ▮6747

▮

Investor:   inv 36

| | |
|---|---|
| Amount Invested: | $0.00 |
| Designation Amount: | $0.00 |

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $0.00 |
| PWCG Mills Potoczak Secondary Premium Account | $0.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $0.00 |
| Mills Potoczak Transaction Fee | $0.00 |
| Total Distribution | $0.00 |

Exhibit 39 Page 822

▮▮▮▮▮▮▮▮   New York Life #▮▮▮6747

▮▮▮▮

Investor:   inv 37

Amount Invested:         $0.00
Designation Amount:      $0.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $0.00 |
| PWCG Mills Potoczak Secondary Premium Account | $0.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $0.00 |
| Mills Potoczak Transaction Fee | $0.00 |
| Total Distribution | $0.00 |

Exhibit 39 Page 823

New York Life #▮▮▮▮6747

Investor:   inv 38

Amount Invested:        $0.00
Designation Amount:     $0.00

Distribution Instructions:

| | |
|---|---|
| PWCG Mills Primary Premium Account | $0.00 |
| PWCG Mills Potoczak Secondary Premium Account | $0.00 |
| Policy Purchase | $0.00 |
| Pacific West Capital Group | $0.00 |
| Mills Potoczak Transaction Fee | $0.00 |
| Total Distribution | $0.00 |

Exhibit 39 Page 824

▬▬▬▬▬▬▬▬               New York Life #▬▬▬6747

▬▬▬▬▬

Investor:     inv 39

Amount Invested:              $0.00
Designation Amount:           $0.00

Distribution Instructions:

PWCG Mills Primary Premium Account                      $0.00
PWCG Mills Potoczak Secondary Premium Account           $0.00
Policy Purchase                                         $0.00
Pacific West Capital Group                              $0.00
Mills Potoczak Transaction Fee                          $0.00


Total Distribution                                      $0.00

Exhibit 39 Page 825

New York Life #▓▓▓▓6747

Investor:    inv 40

Amount Invested:          $0.00
Designation Amount:       $0.00

Distribution Instructions:

PWCG Mills Primary Premium Account                $0.00
PWCG Mills Potoczak Secondary Premium Account     $0.00
Policy Purchase                                   $0.00
Pacific West Capital Group                        $0.00
Mills Potoczak Transaction Fee                    $0.00


Total Distribution                                $0.00

Exhibit 39 Page 826