# EXHIBIT 40

| | |
|---|---|
| From: | Andrew Calhoun <acalhoun@pwcapital.net> |
| Sent: | Tuesday, April 30, 2013 06:35 PM |
| To: | 'William Potoczak' |
| Cc: | 'Chelsea Olson' |
| Subject: | RE: Premiums |
| Attachments: | PWCG - Policy Stress Test Sorted by Year Purchased.xlsx; PWCG - Policy Stress Test Sorted by Year Reserve Ends.xlsx |

Bill,

Please see the attached spreadsheets that Chelsea, our Office Manager, and I have been working on. They are rather self-explanatory, however as you will see, one sorts policies by the year they were purchased by the Trust, and the other sorts policies by the year that the primary reserve should carry the policy through (as required by the contracts we have with investors).

I must say, I have no idea where you are getting "85 policies that may run out of cash value or will have premium reserves ending soon" as you said below. Please keep in mind that for the policies with reserves ending in the next couple of years, almost all insureds are in their late 80's or 90's.

We have considerable time, but just to help in heading-off confusion in the future, I want for you to know in hopes of putting your mind at ease, lately, we have been getting calls regarding some of the "older policies" within the Trust from some of the investors in those policies. Everyone that I have spoken to has clearly understood the possibility of having to pay their pro-rata share of premiums due, if secondary and tertiary reserves are depleted. As you and I have discussed before, PWCG, Inc. has no problem making the calls to the investors if this is necessary. Certainly, written documentation would also need to be sent to the investors.

Let me know your thoughts on the attached. Also, did you, or Linda, ever have an opportunity to take a look at the secondary reserves reconciliation Chelsea and I previously worked on and sent to you? Those discrepancies need to be figured out.

I look forward to hearing from you.

Andrew Calhoun

---

**From:** William Potoczak [mailto:wpotoczak@mpccpa.com]
**Sent:** Wednesday, March 6, 2013 9:22 AM
**To:** Andrew Calhoun
**Cc:** Linda Lee
**Subject:** Premiums

Hi Andrew,

Attached is a schedule we were able to glean from our general ledger that shows the year in which billing would need to start (assuming the 1% pool and excess premiums have been used). The year is highlighted in yellow and marked "verify."

We are also tracking, via phone calls to insurance companies, about 85 policies that may run out of cash value or will have premium reserves ending soon.

1

*Bill*

William M. Potoczak, CPA
Mills, Potoczak & Company
27600 Chagrin Boulevard, Suite 200
Cleveland, Ohio 44122
Email: wpotoczak@mpccpa.com
Website: www.mpccpa.com
Phone: 216-464-7481
Fax: 216-464-7581
Direct Dial 216-682-0849

The information contained in this communication is confidential and is intended only for the use of the addressee. It is the property of Mills, Potoczak & Company. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail to info@mpccpa.com, and destroy this communication and all copies thereof, including all attachments.

FOIA Confidential Treatment Requested

PWCG245993

Exhibit 40 Page 828

## Produced in Native Format

FOIA Confidential Treatment Requested

PWCG245994

Exhibit 40 Page 829

| Date of Change | Insurance Company | Policy Number | Insured 1 | Insured 2 | Payment Date | Years Paid | Carried Through |
|---|---|---|---|---|---|---|---|
| **2005** | | | | | | | |
| 01/14/05 | Transamerica Occidental | 1928 | | N/A | 02/20/05 | 8 | PWCG Currently Paying |
| 02/08/05 | First Colony | 5463 | | | 04/10/05 | 8 | 04/10/13 |
| 03/22/05 | Southwestern Life | 6726 | | N/A | N/A | 9 | 03/22/14 |
| 04/20/05 | Transamerica Occidental | 3458 | | | 10/01/05 | 8 | 10/01/13 |
| 05/15/05 | Southwestern Life | 6716 | | N/A | N/A | 9 | 05/15/14 |
| 06/15/05 | Pacific Life | 3790 | | | 02/24/06 | 7 | PWCG Currently Paying |
| 10/24/05 | Mass Mutual | 5275 | | | N/A | 9 | 10/24/14 |
| 11/09/05 | New York Life | 9192 | | | 01/18/06 | 8 | 01/18/14 |
| 12/13/05 | North American for Life & Health | 8210 | | N/A | 01/01/06 | 9 | 01/01/15 |
| **2006** | | | | | | | |
| 01/05/06 | Jefferson Pilot | 7558 | | N/A | N/A | 6 | PWCG Currently Paying |
| 01/09/06 | Pacific Life | 4800 | | | 02/24/06 | 6 | PWCG Currently Paying |
| 01/25/06 | American General | 862L | | | 06/09/06 | 8 | 06/09/14 |
| 03/20/06 | New York Life | 0246 | | N/A | 07/28/06 | 8 | 07/28/14 |
| 03/28/06 | West Coast Life | 2456 | | | 03/22/06 | 9 | 03/22/15 |
| 04/04/06 | John Hancock | 8524 | | | 11/02/06 | 8 | 11/02/14 |
| 06/09/06 | Jefferson Pilot | 0002 | | | 11/07/06 | 8 | 11/07/14 |
| 06/21/06 | Jefferson Pilot | 9397 | | | N/A | 8 | 11/07/14 |
| 07/19/06 | Jefferson Pilot | 1378 | | | N/A | 8 | 11/07/14 |
| 12/06/06 | Jefferson Pilot | 8472 | | | N/A | 8 | 12/06/14 |
| **2007** | | | | | | | |
| 03/28/07 | Jefferson Pilot | 4084 | | | N/A | 9 | 03/28/16 |
| 05/15/07 | Jefferson Pilot | 3343 | | | 12/21/07 | 9 | 12/21/16 |
| 05/23/07 | American General | 82NL | | | 11/09/07 | 8 | 11/09/15 |
| 05/23/07 | American General | 59NL | | | 02/18/08 | 8 | 02/18/16 |
| 06/15/07 | Aetna | 5253 | | | 02/07/07 | 8 | 02/07/15 |
| 08/01/07 | Jefferson Pilot | 5043 | | | 12/12/07 | 9 | 12/12/16 |
| 09/10/07 | Columbus Life | 152U | | | 11/09/07 | 9 | 11/09/16 |
| 10/11/07 | Pacific Life | 6630 | | N/A | 01/28/08 | 6 | 01/28/14 |
| 10/12/07 | Lincoln National | 2131 | | | 05/06/08 | 7 | 05/06/15 |
| 10/19/07 | American General | 245L | | | 12/05/07 | 8 | 12/05/15 |
| 10/30/07 | West Coast Life | 9145 / 4780 | | | 06/04/08 | 8 | 06/04/16 |
| 12/03/07 | MONY | 00379 | | N/A | 02/01/08 | 8 | 02/01/16 |
| **2008** | | | | | | | |
| 01/03/08 | American General Life | 492L | | N/A | 10/14/08 | 8 | 10/14/16 |
| 01/03/08 | ING/Reliastar | 626D | | | 05/08/08 | 7 | 05/08/15 |
| 02/13/08 | Pacific Life | 9430 | | | N/A | 8 | 02/13/16 |
| 03/07/08 | United Of Omaha | 0777 | | | N/A | 7 | 03/07/15 |

Exhibit 40 Page 830

| Date | Company | Policy # | | | | Date | # | Date |
|---|---|---|---|---|---|---|---|---|
| 03/07/08 | United Of Omaha | 1273 | | | | N/A | 7 | 03/07/15 |
| 04/29/08 | AXA Equitable | 3368 | | N/A | | N/A | 7 | 04/29/15 |
| 05/23/08 | Sun Life Financial | 3988 | | N/A | | 04/12/09 | 8 | 05/23/16 |
| 06/21/08 | Mass Mutual | 9122 | | | | 05/17/08 | 8 | 05/17/16 |
| 07/07/08 | ING/Reliastar | 432W | | | | N/A | 9 | 07/07/17 |
| 07/11/08 | Protective Life | 8806 | | | | N/A | 9 | 07/07/17 |
| 07/21/08 | Lincoln National Life | 9831 | | | | 06/19/08 | 8 | 06/19/16 |
| 07/22/08 | Transamerica Occidental | 9865 | | | | N/A | 8 | 07/22/16 |
| 07/25/08 | John Hancock | 1500 | | | | N/A | 9 | 08/01/17 |
| 10/06/08 | North American for Life & Health | 0840 | | N/A | | 07/11/09 | 6 | 07/11/15 |
| 10/06/08 | North American for Life & Health | 0850 | | N/A | | 07/11/09 | 6 | 07/11/15 |
| 10/06/08 | North American for Life & Health | 0860 | | N/A | | 07/11/09 | 6 | 07/11/15 |
| 10/06/08 | North American for Life & Health | 3870 | | N/A | | 08/07/09 | 6 | 08/07/15 |
| 10/06/08 | North American for Life & Health | 3880 | | N/A | | 08/07/09 | 6 | 08/07/15 |
| 10/07/08 | North American for Life & Health | 3890 | | N/A | | 08/07/09 | 6 | 08/07/15 |
| 10/27/08 | First Colony/Genworth | 7592 | | | | 02/08/09 | 6 | 02/08/15 |
| 11/06/08 | Sun Life Financial | 7134 | | | | 10/05/09 | 6 | 10/05/15 |
| 12/05/08 | Kansas City | 9701 | | | | 06/11/09 | 7 | 06/11/16 |
| **2009** | | | | | | | | |
| 01/13/09 | Lincoln National Life | 4836 | | N/A | | 10/24/09 | 8 | 10/24/17 |
| 01/16/09 | John Hancock | 1846 | | | | N/A | 6 | 01/16/15 |
| 01/23/09 | Mass Mutual | 3190 | | N/A | | 02/26/09 | 9 | 02/26/18 |
| 05/28/09 | Lincoln National Life | 3107 | | N/A | | 05/26/09 | 8 | 05/26/17 |
| **2010** | | | | | | | | |
| 01/27/10 | AXA Equitable | 3209 | | N/A | | 10/05/09 | 7 | 10/05/16 |
| 03/23/10 | Lincoln National Life | 2603 | | N/A | | 06/07/10 | 7 | 06/07/17 |
| 04/12/10 | West Coast Life | 0887 | | | | 05/09/10 | 7 | 05/09/17 |
| 04/26/10 | West Coast Life | 4375 | | | | 12/28/10 | 7 | 04/26/17 |
| 06/07/10 | Pacific Life | 3390 | | | | 04/08/11 | 6 | 04/08/17 |
| 06/28/10 | Lincoln National Life | 6052 | | | | 02/20/11 | 8 | 02/20/19 |
| 08/02/10 | Lincoln National Life | 2128 | | | | 02/27/11 | 6 | 02/27/17 |
| 10/08/10 | Transamerica | 4274 | | | | 07/14/10 | 6 | 07/14/16 |
| 10/08/10 | AXA Equitable | 6776 | | N/A | | 02/28/11 | 6 | 02/28/17 |
| **2011** | | | | | | | | |
| 03/24/11 | Hartford | 0024 | | N/A | | 04/23/11 | 8 | 04/23/19 |
| 05/16/11 | Beneficial Life | 5588 | | | | 06/07/11 | 6 | 06/07/17 |
| 06/02/11 | Columbus Life | 962U | | | | 07/03/11 | 8 | 07/03/19 |
| 06/14/11 | ING/Security Life | 5004 | | | | 09/12/11 | 9 | 09/12/20 |
| 06/15/11 | Beneficial Life | 1631 | | | | 01/12/12 | 6 | 01/12/18 |
| 09/01/11 | New York Life | 5621 | | N/A | | 11/12/11 | 9 | 11/12/20 |
| 09/29/11 | Union Central | 6450 | | N/A | | 12/01/11 | 7 | 12/01/18 |

Exhibit 40 Page 831

| Date | Company | Policy # | | | | Date | # | Date |
|---|---|---|---|---|---|---|---|---|
| 10/12/11 | North American for Life & Health | 8039 | | | | N/A | 6 | 10/12/17 |
| 10/12/11 | North American for Life & Health | 8040 | | | | N/A | 6 | 10/12/17 |
| 10/28/11 | Lincoln National Life | 6462 | | | | 07/15/12 | 6 | 07/15/18 |
| 11/04/11 | Transamerica | 9441 | | | | 05/23/12 | 8 | 05/23/20 |
| 12/20/11 | Mass Mutual | 5490 | | | | 11/23/11 | 6 | 11/23/17 |
| **2012** | | | | | | | | |
| 01/13/12 | ING/Security Life | 2689 | | | | 01/07/12 | 9 | 01/07/21 |
| 02/08/12 | John Hancock | 0993 | | | | 11/21/12 | 7 | 11/21/19 |
| 02/09/12 | ING/Reliastar | 671W | | | N/A | 10/17/12 | 8 | 10/17/20 |
| 03/14/12 | AXA Equitable | 10426 | | | N/A | 03/26/12 | 8 | 03/26/20 |
| 03/27/12 | New York Life | 8148 | | | N/A | 03/23/12 | 8 | 03/23/20 |
| 05/25/12 | Banner Life | 1757 | | | N/A | 05/05/12 | 6 | 05/05/18 |
| 07/12/12 | Mass Mutual | 6024 | | | | 06/28/12 | 8 | 06/28/20 |
| 10/03/12 | West Coast Life | 8770 | | | | 04/08/13 | 6 | 04/08/19 |
| 10/12/12 | Lincoln National Life | 8940 | | | N/A | 11/01/12 | 7 | 11/01/19 |
| **2013** | | | | | | | | |
| 02/05/13 | Columbus Life | 700U | | | | 04/03/13 | 9 | 04/03/22 |
| 02/25/13 | American General | 711L | | | N/A | 01/28/13 | 6 | 01/28/19 |
| 02/28/13 | Lincoln National | 7988 | | | N/A | 11/13/12 | 6 | 11/13/18 |
| 03/06/13 | American General | 166L | | | N/A | 01/28/13 | 6 | 01/28/19 |
| 04/17/13 | Lincoln National | 7823 | | | | 03/01/13 | 6 | 03/01/19 |

Exhibit 40 Page 832

## Produced in Native Format

FOIA Confidential Treatment Requested

PWCG245995

Exhibit 40 Page 833

| Date of Change | Insurance Company | Policy Number | Insured 1 | Insured 2 | Payment Date | Years Paid | Carried Through |
|---|---|---|---|---|---|---|---|
| **2013** | | | | | | | |
| 01/14/05 | Transamerica Occidental | 1928 | | N/A | 02/20/05 | 8 | PWCG Currently Paying |
| 06/15/05 | Pacific Life | 3790 | | | 02/24/06 | 7 | PWCG Currently Paying |
| 01/05/06 | Jefferson Pilot | 7558 | | N/A | N/A | 6 | PWCG Currently Paying |
| 01/09/06 | Pacific Life | 4800 | | | 02/24/06 | 6 | PWCG Currently Paying |
| 02/08/05 | First Colony | 5463 | | | 04/10/05 | 8 | 04/10/13 |
| 04/20/05 | Transamerica Occidental | 3458 | | | 10/01/05 | 8 | 10/01/13 |
| **2014** | | | | | | | |
| 11/09/05 | New York Life | 9192 | | | 01/18/06 | 8 | 01/18/14 |
| 10/11/07 | Pacific Life | 6630 | | N/A | 01/28/08 | 6 | 01/28/14 |
| 03/22/05 | Southwestern Life | 6726 | | N/A | N/A | 9 | 03/22/14 |
| 05/15/05 | Southwestern Life | 6716 | | N/A | N/A | 9 | 05/15/14 |
| 01/25/06 | American General | 862L | | | 06/09/06 | 8 | 06/09/14 |
| 03/20/06 | New York Life | 0246 | | N/A | 07/28/06 | 8 | 07/28/14 |
| 10/24/05 | Mass Mutual | 5275 | | | N/A | 9 | 10/24/14 |
| 04/04/06 | John Hancock | 8524 | | | 11/02/06 | 8 | 11/02/14 |
| 06/09/06 | Jefferson Pilot | 0002 | | | 11/07/06 | 8 | 11/07/14 |
| 06/21/06 | Jefferson Pilot | 9397 | | | N/A | 8 | 11/07/14 |
| 07/19/06 | Jefferson Pilot | 1378 | | | N/A | 8 | 11/07/14 |
| 12/06/06 | Jefferson Pilot | 8472 | | | N/A | 8 | 12/06/14 |
| **2015** | | | | | | | |
| 12/13/05 | North American for Life & Health | 210 | | N/A | 01/01/06 | 9 | 01/01/15 |
| 01/16/09 | John Hancock | 1846 | | | N/A | 6 | 01/16/15 |
| 10/27/08 | First Colony/Genworth | 7592 | | | 02/08/09 | 6 | 02/08/15 |
| 03/07/08 | United Of Omaha | 0777 | | | N/A | 7 | 03/07/15 |
| 03/07/08 | United Of Omaha | 1273 | | | N/A | 7 | 03/07/15 |
| 03/28/06 | West Coast Life | 2456 | | | 03/22/06 | 9 | 03/22/15 |
| 04/29/08 | AXA Equitable | 3368 | | N/A | N/A | 7 | 04/29/15 |
| 10/12/07 | Lincoln National | 2131 | | | 05/06/08 | 7 | 05/06/15 |
| 01/03/08 | ING/Reliastar | 626D | | | 05/08/08 | 7 | 05/08/15 |
| 10/06/08 | North American for Life & Health | 0840 | | N/A | 07/11/09 | 6 | 07/11/15 |
| 10/06/08 | North American for Life & Health | 0850 | | N/A | 07/11/09 | 6 | 07/11/15 |
| 10/06/08 | North American for Life & Health | 0860 | | N/A | 07/11/09 | 6 | 07/11/15 |
| 10/06/08 | North American for Life & Health | 3870 | | N/A | 08/07/09 | 6 | 08/07/15 |
| 10/06/08 | North American for Life & Health | 3880 | | N/A | 08/07/09 | 6 | 08/07/15 |
| 10/07/08 | North American for Life & Health | 3890 | | N/A | 08/07/09 | 6 | 08/07/15 |
| 11/06/08 | Sun Life Financial | 7134 | | | 10/05/09 | 6 | 10/05/15 |
| **2016** | | | | | | | |
| 12/03/07 | MONY | 0379 | | N/A | 02/01/08 | 8 | 02/01/16 |

Exhibit 40 Page 834

| Date | Company | Policy # | | | | Date | # | Date |
|---|---|---|---|---|---|---|---|---|
| 06/15/07 | Aetna | 5253 | ▇ | ▇ | ▇ | 02/07/07 | 8 | 02/07/15 |
| 02/13/08 | Pacific Life | 9430 | ▇ | ▇ | ▇ | N/A | 8 | 02/13/16 |
| 03/28/07 | Jefferson Pilot | 4084 | ▇ | ▇ | ▇ | N/A | 9 | 03/28/16 |
| 06/21/08 | Mass Mutual | 9122 | ▇ | ▇ | ▇ | 05/17/08 | 8 | 05/17/16 |
| 05/23/08 | Sun Life Financial | 3988 | ▇ | N/A | ▇ | 04/12/09 | 8 | 05/23/16 |
| 12/05/08 | Kansas City | 9701 | ▇ | ▇ | ▇ | 06/11/09 | 7 | 06/11/16 |
| 07/21/08 | Lincoln National Life | 9831 | ▇ | ▇ | ▇ | 06/19/08 | 8 | 06/19/16 |
| 10/08/10 | Transamerica | 4274 | ▇ | ▇ | ▇ | 07/14/10 | 6 | 07/14/16 |
| 07/22/08 | Transamerica Occidental | 9865 | ▇ | ▇ | ▇ | N/A | 8 | 07/22/16 |
| 01/27/10 | AXA Equitable | 3209 | ▇ | N/A | ▇ | 10/05/09 | 7 | 10/05/16 |
| 01/03/08 | American General Life | 492L | ▇ | N/A | ▇ | 10/14/08 | 8 | 10/14/16 |
| 05/23/07 | American General | 82NL | ▇ | ▇ | ▇ | 11/09/07 | 8 | 11/09/15 |
| 10/19/07 | American General | 245L | ▇ | ▇ | ▇ | 12/05/07 | 8 | 12/05/15 |
| 08/01/07 | Jefferson Pilot | 5043 | ▇ | ▇ | ▇ | 12/12/07 | 9 | 12/12/16 |
| 05/15/07 | Jefferson Pilot | 3343 | ▇ | ▇ | ▇ | 12/21/07 | 9 | 12/21/16 |
| **2017** | | | | | | | | |
| 05/23/07 | American General | 59NL | ▇ | ▇ | ▇ | 02/18/08 | 8 | 02/18/16 |
| 08/02/10 | Lincoln National Life | 2128 | ▇ | ▇ | ▇ | 02/27/11 | 6 | 02/27/17 |
| 10/08/10 | AXA Equitable | 6776 | ▇ | N/A | ▇ | 02/28/11 | 6 | 02/28/17 |
| 06/07/10 | Pacific Life | 3390 | ▇ | ▇ | ▇ | 04/08/11 | 6 | 04/08/17 |
| 04/26/10 | West Coast Life | 4375 | ▇ | ▇ | ▇ | 12/28/10 | 7 | 04/26/17 |
| 04/12/10 | West Coast Life | 0887 | ▇ | ▇ | ▇ | 05/09/10 | 7 | 05/09/17 |
| 05/28/09 | Lincoln National Life | 3107 | ▇ | N/A | ▇ | 05/26/09 | 8 | 05/26/17 |
| 10/30/07 | West Coast Life | 9145/ 4780 | ▇ | ▇ | ▇ | 06/04/08 | 8 | 06/04/16 |
| 03/23/10 | Lincoln National Life | 2603 | ▇ | N/A | ▇ | 06/07/10 | 7 | 06/07/17 |
| 05/16/11 | Beneficial Life | 5588 | ▇ | ▇ | ▇ | 06/07/11 | 6 | 06/07/17 |
| 07/07/08 | ING/Reliastar | 432W | ▇ | ▇ | ▇ | N/A | 9 | 07/07/17 |
| 07/11/08 | Protective Life | 8806 | ▇ | ▇ | ▇ | N/A | 9 | 07/07/17 |
| 07/25/08 | John Hancock | 1500 | ▇ | ▇ | ▇ | N/A | 9 | 08/01/17 |
| 10/12/11 | North American for Life & Health | 8039 | ▇ | ▇ | ▇ | N/A | 6 | 10/12/17 |
| 10/12/11 | North American for Life & Health | 8040 | ▇ | ▇ | ▇ | N/A | 6 | 10/12/17 |
| 01/13/09 | Lincoln National Life | 4836 | ▇ | N/A | ▇ | 10/24/09 | 8 | 10/24/17 |
| 09/10/07 | Columbus Life | 152U | ▇ | ▇ | ▇ | 11/09/07 | 9 | 11/09/16 |
| 12/20/11 | Mass Mutual | 5490 | ▇ | ▇ | ▇ | 11/23/11 | 6 | 11/23/17 |
| **2018** | | | | | | | | |
| 06/15/11 | Beneficial Life | 1631 | ▇ | ▇ | ▇ | 01/12/12 | 6 | 01/12/18 |
| 01/23/09 | Mass Mutual | 3190 | ▇ | N/A | ▇ | 02/26/09 | 9 | 02/26/18 |
| 05/25/12 | Banner Life | 1757 | ▇ | N/A | ▇ | 05/05/12 | 6 | 05/05/18 |
| 10/28/11 | Lincoln National Life | 6462 | ▇ | ▇ | ▇ | 07/15/12 | 6 | 07/15/18 |
| 02/28/13 | Lincoln National | 7988 | ▇ | N/A | ▇ | 11/13/12 | 6 | 11/13/18 |
| 09/29/11 | Union Central | 6450 | ▇ | N/A | ▇ | 12/01/11 | 7 | 12/01/18 |

Exhibit 40 Page 835

| 2019 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02/25/13 | American General | | 711L | | N/A | 01/28/13 | 6 | 01/28/19 |
| 03/06/13 | American General | | 166L | | N/A | 01/28/13 | 6 | 01/28/19 |
| 06/28/10 | Lincoln National Life | | 6052 | | | 02/20/11 | 8 | 02/20/19 |
| 04/17/13 | Lincoln National | | 7823 | | | 03/01/13 | 6 | 03/01/19 |
| 10/03/12 | West Coast Life | | 8770 | | | 04/08/13 | 6 | 04/08/19 |
| 03/24/11 | Hartford | | 0024 | | N/A | 04/23/11 | 8 | 04/23/19 |
| 06/02/11 | Columbus Life | | 962U | | | 07/03/11 | 8 | 07/03/19 |
| 10/12/12 | Lincoln National Life | | 8940 | | N/A | 11/01/12 | 7 | 11/01/19 |
| 02/08/12 | John Hancock | | 0993 | | | 11/21/12 | 7 | 11/21/19 |
| **2020** | | | | | | | | |
| 03/27/12 | New York Life | | 8148 | | N/A | 03/23/12 | 8 | 03/23/20 |
| 03/14/12 | AXA Equitable | | 0426 | | N/A | 03/26/12 | 8 | 03/26/20 |
| 11/04/11 | Transamerica | | 9441 | | | 05/23/12 | 8 | 05/23/20 |
| 07/12/12 | Mass Mutual | | 6024 | | | 06/28/12 | 8 | 06/28/20 |
| 06/14/11 | ING/Security Life | | 5004 | | | 09/12/11 | 9 | 09/12/20 |
| 02/09/12 | ING/Reliastar | | 671W | | N/A | 10/17/12 | 8 | 10/17/20 |
| 09/01/11 | New York Life | | 5621 | | N/A | 11/12/11 | 9 | 11/12/20 |
| **2021** | | | | | | | | |
| 01/13/12 | ING/Security Life | | 2689 | | | 01/07/12 | 9 | 01/07/21 |
| **2022** | | | | | | | | |
| 02/05/13 | Columbus Life | | 700U | | | 04/03/13 | 9 | 04/03/22 |

Exhibit 40 Page 836