# EXHIBIT 47

| | |
|---|---|
| From: | Brenda Barry <bbarry@pwcapital.net> |
| Sent: | Thursday, March 20, 2014 01:06 PM |
| To: | 'Stephen Ondeck' |
| Subject: | RE: Risk questions re life settlements investment |

I should be here all day, so call me any time.

If these insured happen to live beyond 8 years (to ages 88 and 91), the premiums will be paid from the secondary reserve. This reserve is 1% of all investor dollars over our 10 years and all future investment. Should that reserve be depleted, the premiums will be paid from the tertiary reserves. This reserve is the interest earned from the primary and secondary reserves as well as any excess from the primary. For example, if we put in premiums for 8 years and the policy matures after 5, the "extra" 3 years worth of premiums flow to the tertiary reserve.

The amount of premiums listed in section 9 is the cash we place in escrow with the Trustee for that particular policy. We use the cash value plus the cash to keep the policy in force for 8 years.

Your pro-rata share of the policy only changes if you elect to buy out another investor, in which case you would also receive a higher return.

To date, we have not made any payments from the secondary reserve.

I hope this answers your questions. I look forward to talking to you later in the day.

Brenda

---

**From:** Stephen Ondeck [redacted]
**Sent:** Thursday, March 20, 2014 9:28 AM
**To:** bbarry@pwcapital.net
**Subject:** Risk questions re life settlements investment

Hi Brenda,

I have been doing some further "risk" due diligence with another financial advisor and here are the questions I would like addressed regarding the Life Settlement Investment I have applied for.

Your response is critical in my decision making process regarding whether I **may invoke** my right to rescind/cancel this investment purchase within 7 calendar days [that would be no later than Thursday, March 27, 2014] pursuant to Section 3(f) of the Purchase Agreement.

My questions pertain to my ultimate risk exposure pursuant to the Purchase Agreement, Section 2(b) describing "the Sellers . . . five level plan in order to provide that premium payments are made until the date of maturity of the policy".

Specifically, Section 2b states, "it will become the responsibility of the Purchaser to make pro rata premium payments based on the actual cost of insurance at the time premiums become due". I understand this would only occur if one or both of the insureds were still living after the first four plan levels of Section 2b for premium payment became exhausted, but I trying to determine what my ultimate risk exposure would be.

1

**FOIA Confidential Treatment Requested**　　　　　　　　　　　　　　　　　　　　PWCG157964

Exhibit 47 Page 875

**Q1**: Can you provide a "mid-stream" policy projection for the policy associated with this investment for 2022 and beyond that would show what the cost of insurance would be for each of the insureds in that time frame which is just beyond the initial eight years.

**Q2**: Could the referenced "pro rata share" for me (3.91%) amount change if other investors dropped out or refused to pay their pro rata share?

**Q3**: Section 9 of the Life Settlement Disclosure Form ("Payment of Policy Premiums") states that "escrowed funds in the amount of $26,260 per annum will pay the premiums due on this policy for 8 years".

How much of the referenced $210,080 (8 x $26,260) is / will be escrowed in "cash" versus how much is the policy cash value?

I will be unavailable this morning, but I will call you early this afternoon (Thursday) to discuss this email.

Regards,

Stephen Ondeck

**FOIA Confidential Treatment Requested**

PWCG157965

Exhibit 47 Page 876