# EXHIBIT 48

| | |
|---|---|
| **From:** | Andrew Calhoun <acalhoun@pwcapital.net> |
| **Sent:** | Wednesday, April 18, 2012 01:54 PM |
| **To:** | 'ScreenView' |
| **Cc:** | 'ANDREW VOTH' |
| **Subject:** | PWCG's Life Settlement Investments Utilized for Screen View Entertainment's Movie Productions |

Bill,

Thank you for the opportunity to meet with you again regarding the utilization of Pacific West Capital Group, Inc.'s investment product to assist Screen View Entertainment, Inc., Golden Lion Entertainment, LLC, et al. As always, it is good to see you and talk with you. I propose the following for purposes to illustrate how Life Settlement Investments can work for securitizing principal raised for the slate of your movie productions:

Based upon the placement of investment funds in the PWCG Trust Purchase Escrow Account, Pacific West Capital Group, Inc. will identify specific life insurance policies for purchase within the broad secondary market of existing policies. Currently, Pacific West Capital Group reviews approximately $500 million in face value policies per month for potential purchasers of life settlement policies, having no problems negotiating any amounts of the desired purchases, due to our experience and longevity in the industry. These policies will be researched, analyzed and carefully individually selected for you from the top brokers, providers, and sellers in the marketplace, based upon the following criteria:

1) Policies with minimum age of insureds to be 75 years or older
2) Policies issued by "A" rated or better life insurance companies, as rated by Standard & Poors
3) Policies to be a diversification of single-life and second-to-die
4) Policies to be non-contestable, more than two years from date of issue
5) Policies to be permanent forms of life insurance (i.e., universal life, no term or variable policies)
6) Policies to have been originated in the U.S.
7) Policies to have minimum 100% total fixed return or higher (many policies will have 125%, 150%, or higher, total fixed return)
8) Policies with insureds typically experiencing chronic or degenerative health conditions

I have suggested to you that your trust with an attorney as trustee can be the "Purchaser" for the investment. In this way, said attorney can distribute funds to escrow for purchases of policies, and once funds have been implemented for investment with security of the policies' beneficiary interests, the attorney could then distribute funds to Screen View. Policy ownership will be held within the existing PWCG Trust, with Mills, Potoczak & Company, Trustee. Mills, Potoczak & Company is the most experienced and reputable service provider in the Life Settlement business. Premium reserves for policies will be set-up and held in accordance with the existing structure for policies held within the PWCG Trust.

With respect to return on investment, returns are calculated as a total fixed return. Annual rates of return can only be looked at on a hypothetical basis due to the unknown time-frame to maturity. In other words, because no one can predict exactly when someone will pass away, it is impossible for anyone to predict with any certainty what, in effect, actual annual rates of return will be. PWCG currently purchases policies that we feel should mature in approximately a 4-7 year time-frame. We CANNOT guarantee when policies will mature, but with a sizable portfolio, it would be reasonable to think that many policies will fit within this time-frame, but the

**FOIA Confidential Treatment Requested**                                                                                           PWCG241970

Exhibit 48 Page 877

possibility remains that some policies will mature sooner, some later.  Obviously, everyone will pass away at some point, and with the source of the payouts coming from insurance companies with exceptional financial strength, this should give your investors great confidence that they will be receiving full returns on their money once all policies have matured.

Hypothetical Annual Rates of Return

(Illustration based on a $200,000,000 investment)

Policies with 100% Total Fixed Return

| Years to Maturity | Amount Invested | Amount Returned | Simple Annual Rate |
|---|---|---|---|
| 1 | $200,000,000 | $400,000,000 | 100% |
| 2 | -- | $400,000,000 | 50% |
| 3 | -- | $400,000,000 | 33.33% |
| 4 | -- | $400,000,000 | 25% |
| 5 | -- | $400,000,000 | 20% |
| 6 | -- | $400,000,000 | 16.66% |
| 7 | -- | $400,000,000 | 14.28% |
| 8 | -- | $400,000,000 | 12.5% |
| 9 | -- | $400,000,000 | 11.11% |
| 10 | -- | $400,000,000 | 10% |

Policies with 150% Total Fixed Return

| Years to Maturity | Amount Invested | Amount Returned | Simple Annual Rate |
|---|---|---|---|
| 1 | $200,000,000 | $500,000,000 | 150% |
| 2 | -- | $500,000,000 | 75% |
| 3 | -- | $500,000,000 | 50% |
| 4 | -- | $500,000,000 | 37.5% |
| 5 | -- | $500,000,000 | 30% |
| 6 | -- | $500,000,000 | 25% |
| 7 | -- | $500,000,000 | 21.42% |
| 8 | -- | $500,000,000 | 18.75% |
| 9 | -- | $500,000,000 | 16.66% |
| 10 | -- | $500,000,000 | 15% |

It is strongly recommended that Screen View Entertainment allow for the purchase of both single-life and second-to-die policies so that the best diversification of policies is achieved.  With this combination, a total return greater than 100% will ultimately be realized upon entire portfolio maturity.  Due to the size and diversification of the proposed Life Settlement Investment portfolio , I believe that the total fixed return for this portfolio will be somewhere between 125-150%.  Therefore, if $200,000,000 is invested, the minimum return would be

FOIA Confidential Treatment Requested

PWCG241971

Exhibit 48 Page 878

$400,000,000 (if all single-life policies with 100% total fixed return) upon all policies' maturities, with a more likely scenario of total payouts upon all maturities of $450,000,000 - $500,000,000.

I look forward to continuing to work with you on this project.  Please let me know what the next steps are and if you ever have any questions, please do not hesitate to contact me.


Thank you,

Andrew Calhoun
CEO & President
Pacific West Capital Group, Inc.
CA Dept. of Insurance Lic. #0D96167




*"We stand strong on integrity and earn investor trust with every transaction."*

**1901 Avenue of the Stars**
**Suite 680**
**Los Angeles, CA  90067**
**1-800-588-8000 (toll free)**
**310-578-6343 (local phone)**
**310-578-6443  (fax)**
www.pwcapital.net

  

Confidentiality Notice: This message (including attachments, if any) is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, proprietary, confidential and exempt from disclosure.  It is not to be used for advertising or solicitation purposes.  If you are not the intended recipient, you are prohibited from reading, printing, copying, retaining a copy or disseminating this message or any part of it.  If you have received this message in error, please notify us immediately by e-mail, discard any paper copies and delete all electronic files of this message.

**FOIA Confidential Treatment Requested**

PWCG241972

Exhibit 48 Page 879