# EXHIBIT 63

**To:**     Andrew Calhoun[acalhoun@pwcapital.net]
**Cc:**     Chelsea Olson[chelsea@pwcapital.net]; maureen@pwcapital.net[maureen@pwcapital.net]
**From:**   Linda Lee
**Sent:**   Wed 5/22/2013 5:06:19 AM
**Importance:**     **Normal**
**Subject:** RE: Document Production
     5463 ILLUST 2004 0916.pdf
     1378 Illustration 2006 0518.pdf
     8524_ ILLUS 2006 0119.pdf

Andrew,

We are only gathering the documents they requested regardless of current status. I will advise
Bill of your notes on the policies below:

     7558 - Please forward the template with your calculations and showing none due if
that was the set up at opening.

     5463 – See attached

     1378 – See attached

     8524 – see attached

Linda J. Lee

Office Manager

Mills, Potoczak & Company

27600 Chagrin Boulevard, Suite 200

Cleveland, Ohio 44122

Office:     216-464-7481

Exhibit 63 Page 1009

Fax:        216-464-7581

Direct Dial: 216-682-0847


email:      llee@mpccpa.com

website:    www.mpccpa.com

━━━━━━━

**From:** Andrew Calhoun [mailto:acalhoun@pwcapital.net]
**Sent:** Tuesday, May 21, 2013 9:13 PM
**To:** Linda Lee
**Cc:** 'Chelsea Olson'; maureen@pwcapital.net
**Subject:** RE: Document Production


Please see attached and also see explanations/questions below in red.  Only two policies are still in
question.


**Andrew Calhoun**


**From:** Linda Lee [mailto:llee@mpccpa.com]
**Sent:** Tuesday, May 21, 2013 10:40 AM
**To:** Andrew Calhoun
**Subject:** RE: Document Production


Original request was Friday but may be able to get extension.  Bill would have to contact
them.


When do you think you can have them?

━━━━━━━

**From:** Andrew Calhoun [mailto:acalhoun@pwcapital.net]
**Sent:** Tuesday, May 21, 2013 1:33 PM
**To:** Linda Lee

Exhibit 63 Page 1010

**Subject:** RE: Document Production

Do you know what the date is that MPC has to have it to the SEC?

**Andrew Calhoun**

**From:** Linda Lee [mailto:llee@mpccpa.com]
**Sent:** Tuesday, May 21, 2013 8:23 AM
**To:** Andrew Calhoun
**Subject:** Document Production
**Importance:** High

Andrew, we are gathering requested documents and Bill asked if you could provide a premium calculation sheet for the following policies. It appears the premiums may have been set up using the investor agreements however, he would like to know how you figured these amounts. If you could complete the current premium calc sheet for these policies it would be extremely helpful.

Let me know if you have any questions:



4800 See attached calculations.

7558 Original illustration shows no payment needed to be made for six years with policy kept in-force. In actuality, PWCG, Inc. has continued to keep policy in-force for longer that contractual time-frame.

5463 I was not able to find an illustration in my files for this policy, however I believe we had set up the $15,000 per year on the sub-docs because this was the planned yearly premium for the policy ($3,750 per quarter). Nevertheless, we are already beyond the contractual time-frame for the primary reserve to keep the policy in-force, so there shouldn't be any question or issue about it.

(deceased)     0002 See attached calculations.

Exhibit 63 Page 1011

██████████ (deceased) ████ 1378 Do you have the illustration that was provided to you previously because I have several and can't figure out exactly which one was used?

████████████████████ ████ 9397 See attached calculations.

██████████████ ████ 8524 Again, do you have illustration because with the one I have, I can't make sense of how it was calculated originally?

████████████████ ████ 2456 See attached calculations.


Also, I can not locate the original illustration for ████████ so if you have this please forward.


Linda J. Lee

Office Manager

Mills, Potoczak & Company

27600 Chagrin Boulevard, Suite 200

Cleveland, Ohio 44122


Office:        216-464-7481

Fax:          216-464-7581

Direct Dial:  216-682-0847


email:       llee@mpccpa.com

website:    www.mpccpa.com


The information contained in this communication is confidential and is intended only for the use of the addressee. It is the property of Mills, Potoczak & Company. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited

Exhibit 63 Page 1012

and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail to info@mpccpa.com, and destroy this communication and all copies thereof, including all attachments.

Exhibit 63 Page 1013


FIRST COLONY LIFE INSURANCE COMPANY
PROJECTION - CURRENT BASIS

Page 2 of 2

OWNER:  ▉▉▉▉
ADDRESS:  ▉▉▉▉
▉▉▉▉ ▉▉▉▉-4959

PREPARED BY: First colony Life
DATE: September 16, 2004
AGENT: Rich,Rich & Rich Inc
GENERAL AGENT: Component

POLICY NO:  ▉▉465
1ST INSURED:  ▉▉▉▉
2ND INSURED:
PRODUCT: Live 2 (94.3) Option 1. 1st Ins: Preferred Non-Smoker. 2nd Ins:
Preferred Non-Smoker.

EFFECTIVE DATE: 06/10/95
ISSUE AGE, SEX: 70 N
ISSUE AGE, SEX: 70 F

RIDERS: None
ASSUMPTIONS: Quarterly premiums of $5,750.00 beginning 10/10/2004 for 20 Yrs 6 Mns.

PROJECTION START DATE: 09/10/04          START ACCOUNT VALUE: $ 109,058.86

| YR | EOY AGE | PREMIUMS LESS WITHDRAWALS | LOANS | LOAN BALANCE | ACCOUNT VALUE | NET CASH SUR VALUE | NET DEATH BENEFIT |
|----|---------|--------------------------|-------|--------------|---------------|--------------------|-------------------|
| 10 | 80 | 7,500.00 | 0 | 0 | 115,911 | 88,687 | 2,000,000 |
| 10 | 80 | 7,500.00 | 0 | 0 | 115,911 | 88,687 | 2,000,000 |
| 11 | 81 | 15,000.00 | 0 | 0 | 126,926 | 102,425 | 2,000,000 |
| 12 | 82 | 15,000.00 | 0 | 0 | 136,265 | 114,486 | 2,000,000 |
| 13 | 83 | 15,000.00 | 0 | 0 | 142,717 | 123,660 | 2,000,000 |
| 14 | 84 | 15,000.00 | 0 | 0 | 148,000 | 128,666 | 2,000,000 |
| 15 | 85 | 15,000.00 | 0 | 0 | 142,885 | 129,273 | 2,000,000 |
| 16 | 86 | 15,000.00 | 0 | 0 | 117,663 | 106,773 | 2,000,000 |
| 17 | 87 | 15,000.00 | 0 | 0 | 77,346 | 69,179 | 2,000,000 |
| 18 | 88 | 15,000.00 | 0 | 0 | 18,245 | 12,800 | 2,000,000 |
| 19 | 89 | 3,750.00 | 0 | ●●●● | ●●●● | ●●●● | ●●●● |

This projection assumes current interest and cost of insurance rates will
continue. We credit interest using an old money/new money method and
currently credit 4.85% to new money.
The projected values we, First Colony Life Insurance Company, show in
this report depend on both factors we control and factors you, the owner,
control. We control the interest rate(s) and cost of benefits applicable
to your policy. You control the amount and timing of premium payments,
policy loans, partial withdrawals, and policy changes. A change in any of
these factors will cause the actual values to differ from this projection.
We guarantee a minimum interest rate and maximum cost of insurance rates as
shown in your policy.
You should compare this projection to the accompanying projection developed
using guaranteed interest and cost of insurance rates.

FOIA Confidential Treatment Requested

PWCG056145

Exhibit 63 Page 1015

First Colony Life Insurance Company
A GE Financial Assurance Company
--------------------------- --------------------------------------------------
First Colony Life Insurance Company
3100 Albert Lankford Dr.   P.O. Box 1280
Lynchburg, VA  24506
Toll Free (888)325-5433   fax: (434)948-5880



First Colony Life Projection

December 23, 2003

Policy Number: ████5463
Owner:       ████████ ████man
Insured:    ██████████



Enclosed are the projec.ions you requested for the above policy. Please read
any notices or assumptions presented on these projections to insure that we
have supplied to you what is desired.  You may also wish to compare these
projections against the illustrations supplied when your policy was purchased
to determine if you should make changes to the policy benefits or premium
payments.

This is a projection and not a contract.  In the event of a conflict between
this projection and the terms of the policy, the terms of the policy control.

Note that we have included a guaranteed basis projection in addition to the
current basis or assumed interest rate projection.  Guaranteed basis means
that the components of  the product that are controlled by us, interest and cost
of insurance, worsens to the contract guarantees.  A current basis projection
assumes that currently credited interest rate(s) and charged cost of insurance
rates do not change.  Please realize that these projections are also dependent
upon the components that the owner controls: payments and their timing, changes
to benefits and/or making withdrawals and/or loans.  Any changes from those
illustrated will impact on values.

Should you have any questions, please contact our office at the above phone
number.

Client Services

F6838

FOIA Confidential Treatment Requested

PWCG056146

Exhibit 63 Page 1016

## FIRST COLONY LIFE INSURANCE COMPANY
### PROJECTION - GUARANTEED BASIS
.Page 1 of 2

OWNER:
ADDRESS:
BANCA CT1 , CA 95062-4959

PREPARED BY: First Colony Life
DATE: December 23, 2003
AGENT: Rich,Rich & Rich Inc
GENERAL AGENT: Component

POLICY NO: 5463
1ST INSURED:
2ND INSURED:
PRODUCT: UL10 A (941); Option 1. 1st Ins: Preferred Non-Smoker. 2nd Ins: Preferred Non-Smoker.
RIDERS: None
ASSUMPTIONS: Solve for quarterly premiums of $17797.44 beginning 01/10/2004 for 21 Yr  3 Mns for minimum cash value at age 100.

PROJECTION START DATE: 12/10/03          START ACCOUNT VALUE: $ 102,712.12

| YR | EOY AGE | PREMIUMS LESS WITHDRAWALS | LOANS | LOAN BALANCE | ACCOUNT VALUE | NET CASH SUR VALUE | NET DEATH BENEFIT |
|----|-----|------------|-------|---------|-----------|-----------|-----------|
| 9  | 79  | 17,797.44  | 0     | 0       | 119,663   | 89,719    | 2,000,000 |
| 10 | 80  | 71,189.76  | 0     | 0       | 186,009   | 158,788   | 2,000,000 |
| 11 | 81  | 71,189.76  | 0     | 0       | 253,295   | 228,796   | 2,000,000 |
| 12 | 82  | 71,189.76  | 0     | 0       | 321,524   | 299,747   | 2,000,000 |
| 13 | 83  | 71,189.76  | 0     | 0       | 390,327   | 371,272   | 2,000,000 |
| 14 | 84  | 71,189.76  | 0     | 0       | 458,817   | 442,484   | 2,000,000 |
| 15 | 85  | 71,189.77  | 0     | 0       | 398,172   | 384,561   | 2,000,000 |
| 16 | 86  | 71,189.76  | 0     | 0       | 301,101   | 290,212   | 2,000,000 |
| 17 | 87  | 71,189.76  | 0     | 0       | 155,514   | 147,348   | 2,000,000 |
| 18 | 88  | 53,392.32  | 0     | ****    | ****      | ****      | ****      |

This projection assume  guaranteed interest  and cost of insurance rates.
The projected values . . First Colony Life Insurance Company, show in
this report depend on both factors we control and factors you, the owner,
control. We control the interest rate(s) and cost of benefits applicable
to your policy.  You control the amount and timing of premium payments,
policy loans, partial withdrawals, and policy changes.  A change in any of
these factors will cause the actual values to differ from this projection.
We guarantee a minimum interest rate and maximum cost of insurance rates as
shown in your policy.
You should compare this  projection to the accompanying projection developed
using current interest and cost of insurance rates.

**FOIA Confidential Treatment Requested**

**PWCG056147**

Exhibit 63 Page 1017



PAGE  04
• 3/ 3

### FIRST COLONY LIFE INSURANCE COMPANY
### PROJECTION - CURRENT BASIS

Page 2 of 2

OWNER:
ADDRESS:
~~~~~ CA 95062-4959

PREPARED BY: First Colony Life
DATE: December 23, 2003
AGENT: Rich,Rich & Rich Inc
GENERAL AGENT: Component

POLICY NO: 5463
1ST INSURED:
2ND INSURED:
PRODUCT: ~~~~ ~ (5.17). Option 1. 1st Ins: Preferred Non-Smoker. 2nd Ins:
Preferred Non-Smoker.
RIDERS: None
ASSUMPTIONS: Solve for quarterly premiums of $17797.44 beginning 01/10/2004
for 21 Yr: 3 Mns for minimum cash value at age 100.

EFFECTIVE DATE: 04/10/95
ISSUE AGE, SEX: 70 M
ISSUE AGE, SEX: 70 F

PROJECTION START DATE: 12/10/03          START ACCOUNT VALUE: $ 102,712.12

| YR | EOY AGE | PREMIUMS LESS WITHDRAWALS | LOANS | LOAN BALANCE | ACCOUNT VALUE | NET CASH SUR VALUE | NET DEATH BENEFIT |
|----|-----|----------|---|---|---------|---------|-----------|
| 9  | 79  | 17,797.44 | 0 | 0 | 119,749 | 89,805  | 2,000,000 |
| 10 | 80  | 71,189.76 | 0 | 0 | 186,372 | 159,151 | 2,000,000 |
| 11 | 81  | 71,189.76 | 0 | 0 | 253,967 | 229,468 | 2,000,000 |
| 12 | 82  | 71,189.76 | 0 | 0 | 322,543 | 300,766 | 2,000,000 |
| 13 | 83  | 71,189.76 | 0 | 0 | 391,734 | 372,679 | 2,000,000 |
| 14 | 84  | 71,189.76 | 0 | 0 | 460,659 | 444,326 | 2,000,000 |
| 15 | 85  | 71,189.76 | 0 | 0 | 529,650 | 516,039 | 2,000,000 |
| 16 | 86  | 71,189.76 | 0 | 0 | 584,896 | 574,007 | 2,000,000 |
| 17 | 87  | 71,189.76 | 0 | 0 | 634,592 | 625,426 | 2,000,000 |
| 18 | 88  | 71,189.76 | 0 | 0 | 677,836 | 672,392 | 2,000,000 |
| 19 | 89  | 71,189.76 | 0 | 0 | 713,789 | 711,067 | 2,000,000 |
| 20 | 90  | 71,189.76 | 0 | 0 | 741,277 | 741,277 | 2,000,000 |
| 21 | 91  | 71,189.76 | 0 | 0 | 759,169 | 759,169 | 2,000,000 |
| 22 | 92  | 71,189.76 | 0 | 0 | 765,958 | 765,958 | 2,000,000 |
| 23 | 93  | 71,189.76 | 0 | 0 | 759,934 | 759,934 | 2,000,000 |
| 24 | 94  | 71,189.76 | 0 | 0 | 738,563 | 738,563 | 2,000,000 |
| 25 | 95  | 71,189.76 | 0 | 0 | 698,870 | 698,870 | 2,000,000 |
| 26 | 96  | 71,189.76 | 0 | 0 | 636,212 | 636,212 | 2,000,000 |
| 27 | 97  | 71,189.76 | 0 | 0 | 544,930 | 544,930 | 2,000,000 |
| 28 | 98  | 71,189.76 | 0 | 0 | 417,017 | 417,017 | 2,000,000 |
| 29 | 99  | 72,289.76 | 0 | 0 | 241,344 | 241,344 | 2,000,000 |
| 30 | 100 | 71,189.76 | 0 | 0 | 1       | 1       | 2,000,000 |

This projection assumes  current interest and cost of insurance rates will
continue.  We credit i :erest using an old money/new money method and
currently credit 4.25% to new money.
The projected values ae. First Colony Life Insurance Company, show in
this report depend on roth factors we control and factors you, the owner,
control.  We control the interest rate[s] and cost of benefits applicable
to your policy.  You c.ntrol the amount and timing of premium payments,
policy loans, partial withdrawals, and policy changes.  A change in any of
these factors will cause the actual values to differ from this projection.
We guarantee a minimum interest rate and maximum cost of insurance rates as
shown in your policy.
You should compare thi  projection to the Accompanying projection developed
using guaranteed intere st and cost of insurance rates.

**FOIA Confidential Treatment Requested**

**PWCG056148**

Exhibit 63 Page 1018

MAY-19-2006 07:14 From:PREMIER PARTNER TEAM                To:7604791389              P.7/9



## Jefferson Pilot Financial Insurance Company
## Jefferson Pilot Variable Corporation

JEFFERSON PILOT
FINANCIAL

**Designed for**                                           In-Force Life Insurance Policy Illustration
                                                           JPF Ensemble SL 2000
Issue Age: 73/79. Attained Age: 78/84                      A Flexible Premium Variable Survivorship Life Insurance Policy

Underwriting Class: Female Standard Nonsmoker/Standard Nonsmoker Rated         Initial Death Benefit: $ 2,000,000
Payment Mode:        $              0.00 Annually           Initial Death Benefit Option             1
Lump Sum Deposit $                 0.00                                       1035 Exchange: $ 506,852.82
                                                                                       1035 Month:3
                                                           Premium Supplement $              0.00

Modes: (A)Annual (S)Semi-Annual (Q)Quarterly (C)COM Monthly (W)Withdrawal (L)Loan (F)Forceout
       (R)Loan Repay (*)Premium DEFRA Adjusted (&)MEC Indicator (+)Premium Modified for TAMRA

**Current Charges**

| Age | Year | Premium Outlay | Mode | Withdr and Loans | 4.50% Gross (2.79% Net) Hypothetical Rate of Return | | | 0.00% Gross (-1.71% Net) Hypothetical Rate of Return | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Accum. Value | Cash Value | Death Benefit | Accum. Value | Cash Value | Death Benefit |
| 79 | 6 | 0 | | 0 | 619,747 | 637,437 | 3,500,000 | 655,438 | 607,578 | 3,500,000 |
| 80 | 7 | 0 | | 0 | 645,879 | 607,989 | 3,500,000 | 594,623 | 558,343 | 3,500,000 |
| 81 | 8 | 0 | | 0 | 601,604 | 578,684 | 3,500,000 | 524,662 | 500,742 | 3,500,000 |
| 82 | 9 | 0 | | 0 | 550,447 | 538,487 | 3,500,000 | 446,333 | 434,373 | 3,500,000 |
| 83 | 10 | 0 | | 0 | 485,038 | 485,038 | 3,500,000 | 356,470 | 356,470 | 3,500,000 |
| 84 | 11 | 0 | | 0 | 422,543 | 422,543 | 3,500,000 | 271,631 | 271,631 | 3,500,000 |
| 85 | 12 | 0 | | 0 | 348,762 | 348,762 | 3,500,000 | 177,908 | 177,908 | 3,500,000 |
| 86 | 13 | 0 | | 0 | 260,415 | 260,415 | 3,500,000 | 72,381 | 72,381 | 3,500,000 |
| 87 | 14 | 0 | | 0 | 157,879 | 157,879 | 3,500,000 | 0 | 0 | 0 |
| 88 | 15 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Summary Values**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 76 | 3 | 563,997 | A | 0 | 519,264 | 434,324 | 3,500,700 | 499,337 | 414,387 | 3,504,000 |
| 78 | 5 | 792,572 | A | 0 | 487,959 | 422,539 | 3,500,000 | 551,335 | 491,338 | 3,400,800 |
| 83 | 10 | 0 | | 0 | 485,008 | 485,038 | 3,500,000 | 356,470 | 356,470 | 3,394,000 |
| 88 | 15 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Based on 0.00% fund rate and current charges, the illustration lapsed in year 14 month 7.
Based on 4.50% fund rate and current charges, the illustration lapsed in year 15 month 11.

Premiums are paid at the beginning of the period for the mode noted. Values and benefits are as of the end of the year. Cash
from policy is either from policy loans or withdrawals

Form JLS-A2010CA                                           **THIS ILLUSTRATION IS NOT A POLICY CONTRACT**

Presented by kelly chavanetic 1                            This is page 6 of 9 pages
May 18, 2006 Version: 1.20.1960                             and is not valid unless all pages are included.

FOIA Confidential Treatment Requested                      PWCG056149

Exhibit 63 Page 1019

## John Hancock Life Insurance Company

Insurance products are issued by:
John Hancock Life Insurance Company
John Hancock Variable Life Insurance Company (not licensed in New York)

Estate Protection Unit
197 Clarendon Street
Boston, MA 02117
1 (800) 521-1234, select option 3
Fax: 1 (617) 572-4702

*John Hancock.*

January 19, 2006

█████████████

Hamburg, NY 14075

Re: Policy Number: ███ 8524

Dear █████████

John Hancock Life Insurance Company and affiliated companies hereby confirm receipt of your request to remove ██████████ as trustee on the above policy. Your request was processed as follows:

Prior Trustee: ████████████

Current Trustee: ████████████████

The Trustee shall have the sole and absolute power to exercise all rights and privileges, including the right to make changes in designation of Owner.

ACKNOWLEDGMENT BY COMPANY: The John Hancock Life Insurance Company hereby acknowledges receipt of the foregoing instrument and assents to the request therein contained.

Arlene Riley
Estate Protection Unit

Exhibit 63 Page 1020

## John Hancock Variable Life Insurance Company, Boston, MA 02117

### Variable Estate Protection Plus - A Variable Survivorship Policy

Male / 78 / Standard NonTobacco

Female / 75 / Standard NonTobacco

A Variable Life Insurance Policy Inforce Illustration
Variable Estate Protection Plus Life Insurance (Form 99VEP)
Current Billing Mode: Annual
Presented by: Sample Agent
Policy Number: ███8524
Issue Date: 11/02/2001

## Valuable Information About Your Life Insurance Inforce Illustration

The purpose of this illustration is to show how the performance of the underlying investment account could affect the policy surrender value and death benefit. This illustration is hypothetical and may not be used to predict or project actual performance. This illustration has been personalized for your particular objectives. This is an illustration, not a contract. The contract contains the exact terms of coverage. Any contractual changes and payments in excess of planned premiums illustrated are subject to underwriting consideration and approval and may require evidence of insurability. All surrender values and death benefits are shown as of the end of the year unless otherwise noted.

| Inforce Values | The values in this illustration reflect policy information as of 03/24/2006: | |
|---|---|---|
| | • Account Value | $261,133 |
| | • Cumulative Loan | $0 |
| | • Loan Interest | $0 |
| | • Cumulative Withdrawals | $0 |
| | • Total Premiums Paid To Date | $326,795 |
| | • Net Surrender Value | $261,133 |

**Death Benefit Option A**

The death benefit illustrated is the Basic Sum Insured plus any Required Additional Death Benefit. Loans and withdrawals will reduce the policy death benefit. If policy loans are illustrated, Net Death Benefit reflects total loan plus loan interest due at the end of the year.

**Required Additional Death Benefit**

The death benefit will automatically be increased if necessary to maintain the minimum amount of insurance needed to comply with current federal tax law (Section 7702 of the Internal Revenue Code). This will ensure that your policy maintains the favorable tax treatment associated with being a life insurance policy.

**Assumed Gross Rate**

Assumed rates are hypothetical and may not represent past or future actual performance. Actual investment rates of return may be higher or lower than those illustrated and will fluctuate in response to changing market conditions and the subaccount allocation chosen. In determining the net rate, this illustration assumes a 0.63% annual investment advisory fee based on the Subaccount Allocation shown on the Summary Page. This illustration does not reflect investment in the Fixed Account.

**Subaccount Allocation**

Actual charges assessed against each subaccount vary as follows:

| | Annual Investment Advisory Fees |
|---|---|
| **Aggressive Growth** | |
| Health Sciences | 1.16% |
| Financial Services | 0.96% |
| | |
| **Growth** | |
| Total Stock Market Index | 0.52% |
| | |
| **Growth and Income** | |
| 500 Index B | 0.25% |
| Equity-Income | 0.86% |
| | |
| **Income** | |

This illustration is only valid when all pages are included.

| Version: 2.0S[0-0-7200-906011585] | State: Illinois | Page: 1 of 8 | 3/27/2006 10:05:26 AM |
|---|---|---|---|

**FOIA Confidential Treatment Requested**

PWCG056151

Exhibit 63 Page 1021

**John Hancock Variable Life Insurance Company, Boston, MA 02117**

Variable Estate Protection Plus - A Variable Survivorship Policy

Male / 78 / Standard NonTobacco

Female / 75 / Standard NonTobacco

A Variable Life Insurance Policy Inforce Illustration
Variable Estate Protection Plus Life Insurance (Form 99VEP)
Current Billing Mode: Annual
Presented by: Sample Agent
Policy Number: 8524
Issue Date: 11/02/2001

Valuable Information About Your Life Insurance Inforce Illustration

| Active Bond | 0.65% |
|---|---|

**Premiums**

This illustration assumes that planned premiums are paid at the beginning of each modal period indicated. Reduced or discontinued premiums in future years are generally only possible if the account value is sufficient to cover the cost of insurance and administrative expenses. Any outstanding loans or partial surrenders could require additional premiums to maintain your insurance coverage. Based on the following assumptions in this illustration, additional premiums would be required to maintain policy benefits starting in the specified year:

| | |
|---|---|
| Current Charges/5.00% Gross Rate | 13 |
| Maximum Charges/5.00% Gross Rate | 6 |
| Maximum Charges/0.00% Gross Rate | 6 |

**Cost Of Insurance**

Current insurance charges are based on company experience. The current rates may change, but are guaranteed never to exceed the maximum rates. Maximum rates reflect the 1980 CSO Table.

**Asset Based Risk Charge**

A charge to cover the risk of adverse mortality and expense is deducted monthly from the account value. The charge is a percentage of that portion of your account value allocated to variable investment options. The current monthly charge is .0669% in years 1-15 and .0083% in subsequent years. This charge is guaranteed not to exceed .0753% a month.

**Account Value**

The Account Value is the total dollar value of all shares held in the policy plus the value of any loan asset.

**Withdrawals**

Withdrawals reduce the Account Value and the Death Benefit. Withdrawals, if illustrated, are assumed taken at the beginning of the year. For each withdrawal a fee equal to the lesser of $50 or 2% of the withdrawal will be deducted from the Account Value.

**Policy Loans**

Policy loans may be taken against Account Value at any time and if illustrated, are assumed to be taken at the beginning of the year. The maximum loan amount available is 90% of the Account Value. The portion of Account Value securing any loan is credited interest at the net loan rate. The net loan rate equals the loan rate less 0.75% in policy years 1-10, 0.50% in years 11-20, and, currently, 0% (guaranteed not to exceed 0.25%) thereafter. This illustration assumes a policy loan interest rate of 4.75% in year 1-10, 4.50% in years 11-20 and, currently, 4.00% (guaranteed not to exceed 4.25%) thereafter. The loan interest rate is fixed. Loan interest is payable in arrears.

**Net Surrender Value**

The Net Surrender Value is the amount available at the end of each year and reflects all applicable charges. This amount is shown net of withdrawals and total loan plus interest due. If the policy terminates for any reason, the amount of any outstanding loan (that was not previously considered income) could result in a considerable tax. Under certain situations involving large amounts of outstanding loans, you might find yourself having to choose between high premium requirements to keep your policy from lapsing and a significant tax burden if you allow the lapse to occur. Please consult your tax advisor for further information.

This illustration is only valid when all pages are included.

**FOIA Confidential Treatment Requested**    **PWCG056152**

Exhibit 63 Page 1022

## John Hancock Variable Life Insurance Company, Boston, MA 02117

### Variable Estate Protection Plus - A Variable Survivorship Policy

Male / 78 / Standard NonTobacco

Female / 75 / Standard NonTobacco

A Variable Life Insurance Policy Inforce Illustration
Variable Estate Protection Plus Life Insurance (Form 99VEP)
Current Billing Mode: Annual
Presented by: Sample Agent
Policy Number 8524
Issue Date: 11/02/2001

### Valuable Information About Your Life Insurance Inforce Illustration

| | |
|---|---|
| Coverage After The Younger Insured Reaches Age 100 | Provided insurance coverage is in effect on the younger insured's age 100 policy anniversary, the death benefit after the younger insured's age 100 will be equal to the Account Value reduced by any outstanding policy loan balance. After the younger insured's age 100, the Account Value will continue to reflect the investment performance of the chosen sub-accounts and there will be no deductions for cost of insurance and administrative expenses. |
| | It should be pointed out that the tax implications with respect to policies that do continue beyond age 100 are not clear at the present time. We urge you to consult your tax advisor regarding this issue if there are questions about what happens after age 100. |
| Taxation Of Life Insurance | The information contained in this illustration is based on certain tax and legal assumptions. We suggest that you seek professional counsel regarding the interpretation of current tax laws and accounting practices as they relate to your actual situation. The Technical and Miscellaneous Revenue Act (TAMRA) of 1988 classifies some policies as Modified Endowment Contracts (MECs). Distributions from these policies (excluding death benefits but including policy loans and withdrawals) are taxed differently and may be subject to an IRS 10% penalty tax. The current annual 7-pay premium for this policy is $471,555.00. Based on our interpretation of TAMRA, and our assumptions regarding your policy's current TAMRA balance, this policy as illustrated would not be considered a Modified Endowment Contract (MEC). |

The Variable Estate Protection Plus Life Insurance policy is issued by:
John Hancock Variable Life Insurance Company
Signator Investors, Inc., Member NASD, SIPC
Boston, MA 02117
(800) 732-5543

This illustration is only valid when all pages are included.

| Version: 2.0S[0-0-7200-906011585] | State: Illinois | Page: 3 of 8 | 3/27/2006 10:05:26 AM |
|---|---|---|---|

FOIA Confidential Treatment Requested

PWCG056153

Exhibit 63 Page 1023

## John Hancock Variable Life Insurance Company, Boston, MA 02117

### Variable Estate Protection Plus - A Variable Survivorship Policy

Male / 78 / Standard NonTobacco

Female / 75 / Standard NonTobacco

A Variable Life Insurance Policy Inforce Illustration
Variable Estate Protection Plus Life Insurance (Form 99VEP)
Current Billing Mode: Annual
Presented by: Sample Agent
Policy Number: 8524
Issue Date: 11/02/2001

### Inforce Illustration Summary

#### Summary of Coverage

| Coverage Description | | Base Amount | Planned Premium |
|---|---|---|---|
| Basic Sum Insured | | | $200,000.00 |
| | - Level for All Years | $4,500,000 | From 5 Thru 25 |

#### Subaccount Allocation

| | |
|---|---|
| Aggressive Growth | |
| Health Sciences | 13% |
| Financial Services | 12% |
| | |
| Growth | |
| Total Stock Market Index | 19% |
| | |
| Growth and Income | |
| 500 Index B | 32% |
| Equity-Income | 12% |
| | |
| Income | |
| Active Bond | 12% |

#### Policy Summary

| | | |
|---|---|---|
| State | Illinois | |
| Death Benefit Option | A | From 5 Thru 25 |
| Definition of Life Insurance | GPT | |
| Payment Mode | Annual | |
| Charges | Current | |
| Assumed Gross Rate | 5.00% | From 5 Thru 25 |
| Loan Interest Rate | 4.75% | From 5 Thru 10 |
| | 4.50% | From 11 Thru 20 |
| | 4.00% | From 21 Thru 25 |
| Owner Tax Bracket | 35.00% | From 5 Thru 25 |
| Current 7-Pay Premium | $471,555.00 | |
| Target Premium | $326,794.64 | |
| Current Guideline Annual Premium | 347,252.00 | |
| Current Guideline Single Premium | 2,635,326.00 | |

This illustration is only valid when all pages are included.

| | | | |
|---|---|---|---|
| Version: 2.05[0-0-7200-906011585] | State: Illinois | Page: 4 of 8 | 3/27/2006 10:05:26 AM |

FOIA Confidential Treatment Requested

PWCG056154

Exhibit 63 Page 1024

John Hancock Variable Life Insurance Company, Boston, MA 02117

Variable Estate Protection Plus - A Variable Survivorship Policy

Male / 78 / Standard NonTobacco

A Variable Life Insurance Policy Inforce Illustration
Variable Estate Protection Plus Life Insurance (Form 99VEP)
Current Billing Mode: Annual

Female / 75 / Standard NonTobacco

Presented by: Sample Agent
Policy Number: 8524
Issue Date: 11/02/2001

Inforce Illustration Summary

Representative's Address:
Sample Agent

Boston, MA 02116

## Indicates That The Policy Has Lapsed Under The Illustrated Assumption. Additional Premium Would Be Required To Maintain Policy Benefits.
This illustration is only valid when all pages are included.

| Version: 2.0S[0-0-7200-906011585] | State: Illinois | Page: 5 of 8 | 3/27/2006 10:05:26 AM |

FOIA Confidential Treatment Requested

PWCG056155

Exhibit 63 Page 1025

Case 2:15-cv-02563-DDP-FFM Document 7-79 Filed 04/17/15 Page 19 of 23 Page ID #:1216

## John Hancock Variable Life Insurance Company, Boston, MA 02117

### Variable Estate Protection Plus - A Variable Survivorship Policy

Male / 78 / Standard NonTobacco

A Variable Life Insurance Policy Inforce Illustration
Variable Estate Protection Plus Life Insurance (Form 99VEP)
Current Billing Mode: Annual

Female / 75 / Standard NonTobacco

**Detailed Policy Values**

Assuming Current Charges and an Initial Gross Rate of 5.00% (Net 4.37%)

Presented by: Sample Agent
Policy Number: 8524
Issue Date: 11/02/2001

Current Death Benefit: $4,500,000
Basic Sum Insured: $4,500,000
Current Annual Planned Premium: $200,000.00
Death Benefit Option A, GPT

| Policy Year | EOY Age | Planned Premium | Net Outlay | Account Value | Net Surrender Value | Net Death Benefit |
|---|---|---|---|---|---|---|
| 5 | 83 80 | 0 | 0 | 261,555 | 261,555 | 4,500,000 |
| 6 | 84 81 | 3,061 | 3,061 | 260,639 | 260,639 | 4,500,000 |
| 7 | 85 82 | 3,061 | 3,061 | 253,210 | 253,210 | 4,500,000 |
| 8 | 86 83 | 3,061 | 3,061 | 236,635 | 236,635 | 4,500,000 |
| 9 | 87 84 | 3,061 | 3,061 | 207,562 | 207,562 | 4,500,000 |
| 10 | 88 85 | 3,061 | 3,061 | 161,783 | 161,783 | 4,500,000 |
| Totals: | | | | | | |
| 11 | 89 86 | 3,061 | 3,061 | 95,110 | 95,110 | 4,500,000 |
| 12 | 90 87 | 3,061 | 3,061 | 4 | 4 | 4,500,000 |
| 13 | 91 88 | ## | ## | ## | ## | ## |
| Totals: | | | | | | |

## Indicates That The Policy Has Lapsed Under The Illustrated Assumption. Additional Premium Would Be Required To Maintain Policy Benefits.
This illustration is only valid when all pages are included.

Version: 2.0S[0-0-7200-906011585]   State: Illinois   Page: 6 of 8   3/27/2006 10:05:26 AM

**FOIA Confidential Treatment Requested**   **PWCG056156**

Exhibit 63 Page 1026

## John Hancock Variable Life Insurance Company, Boston, MA 02117

Variable Estate Protection Plus - A Variable Survivorship Policy

Male / 78 / Standard NonTobacco

A Variable Life Insurance Policy Inforce Illustration
Variable Estate Protection Plus Life Insurance (Form 99VEP)
Current Billing Mode: Annual

Female / 75 / Standard NonTobacco

Summary of Policy Values
Current Death Benefit: $4,500,000
Basic Sum Insured: $4,500,000
Current Annual Planned Premium: $200,000.00
Death Benefit Option A, GPT

Presented by: Sample Agent
Policy Number: 8524
Issue Date: 11/02/2001

| Policy Year | EOY Age | Planned Premium | 0.00% Assumed Gross Rate (Guaranteed Rates) (Maximum Charges) | | 5.00% Assumed Gross Rate (0.00% Net Rate) (Maximum Charges) | | 5.00% Assumed Gross Rate (0.00% Net Rate) (Current Charges) | |
|---|---|---|---|---|---|---|---|---|
| | | | Net Surrender Value | Net Death Benefit | Net Surrender Value | Net Death Benefit | Net Surrender Value | Net Death Benefit |
| 5 | 83 80 | 0 | 173,790 | 4,500,000 | 180,262 | 4,500,000 | 261,555 | 4,500,000 |
| 6 | 84 81 | 3,061 | ## | ## | ## | ## | 260,639 | 4,500,000 |
| 7 | 85 82 | 3,061 | | | | | 253,210 | 4,500,000 |
| 8 | 86 83 | 3,061 | | | | | 236,635 | 4,500,000 |
| 9 | 87 84 | 3,061 | | | | | 207,562 | 4,500,000 |
| 10 | 88 85 | 3,061 | | | | | 161,783 | 4,500,000 |
| Totals: | | | | | | | | |
| 11 | 89 86 | 3,061 | | | | | 95,110 | 4,500,000 |
| 12 | 90 87 | 3,061 | | | | | 4 | 4,500,000 |
| 13 | 91 88 | ## | | | | | ## | ## |
| Totals: | | | | | | | | |

## Indicates That The Policy Has Lapsed Under The Illustrated Assumption. Additional Premium Would Be Required To Maintain Policy Benefits.
This illustration is only valid when all pages are included.

| Version: 2.0S[0-0-7200-906011585] | State: Illinois | Page: 7 of 8 | 3/27/2006 10:05:26 AM |
|---|---|---|---|

FOIA Confidential Treatment Requested

PWCG056157

## John Hancock Variable Life Insurance Company, Boston, MA 02117

### Variable Estate Protection Plus - A Variable Survivorship Policy

Male / 78 / Standard NonTobacco

Female / 75 / Standard NonTobacco

A Variable Life Insurance Policy Inforce Illustration
Variable Estate Protection Plus Life Insurance (Form 99VEP)
Current Billing Mode: Annual
Presented by: Sample Agent
Policy Number: ▮▮8524
Issue Date: 11/02/2001

### Modified Endowment Information Page

The Technical and Miscellaneous Revenue Act (TAMRA) is a law that was established to determine the tax consequences of income received from a life insurance policy. TAMRA makes a distinction, based upon the amount of premium paid, between a policy purchased primarily for a death benefit from one that was purchased primarily as an investment.

A policy that is funded in excess of the 7-pay premium limits is considered to be a 'Modified Endowment Contract' or MEC. While all life insurance policies have numerous tax advantages, living benefit distributions from a MEC are taxed less favorably than those from non-MECs.

The benefits associated with non-MEC life insurance policies include:

. Death benefits are received income tax free.
. Your policy cash values grow on an income tax deferred basis, and
. If properly structured, you can access your policy values to provide a tax free income

#### INITIAL 7-PAY PREMIUM TEST
TAMRA enables you to place significant sums, up to a stated 7-pay maximum premium limit, into your life insurance policy. After 7 years, your payment should not exceed those amounts which will fully fund your policy's benefits.

#### MATERIAL CHANGES
TAMRA legislation requires that policies be monitored for certain events which create 'material changes' in the policy. Material changes include, but are not limited to, the addition of certain riders, increases to base policy death benefit subject to underwriting, as well as payments which exceed TAMRA's definition of what is necessary to fund the policy. If a material change occurs, a new 7-pay premium test must be satisfied during a new seven year period.

#### REDUCTION IN BENEFITS
If there is a reduction in benefits, the maximum 7-pay premium limits are recalculated as if the policy had originally been issued at the reduced benefit amount. A new, lower maximum 7-pay premium limit is then applied to premiums paid in that testing period. If a premium had been paid which exceeds this new, lower 7-pay premium, the policy will become a MEC in the year of the reduction.

#### TAXATION OF A MODIFIED ENDOWMENT CONTRACT
The insurance proceeds payable to your beneficiary upon the death of the surviving insured are income tax free and policy cash values grow on an income tax deferred basis. However, distributions from MECs (including policy loans, assignments, withdrawals, and partial surrenders) are taxable to the extent of policy gain. Your policy is in a gain position when the Account Value is greater than the cost basis for tax purposes. In addition, a 10% penalty tax is imposed by the IRS on any taxable distribution made prior to owner age 59 1/2, except if you become fully disabled or if taken in the form of a life annuity.

#### IMPORTANT NOTICE
This information is not intended to provide you with tax or legal advice. We encourage you to seek the advice of your own tax and legal counsel regarding the application of current and proposed tax laws and accounting practices as they relate to your actual situation.

This illustration is only valid when all pages are included.

| | | | |
|---|---|---|---|
| Version: 2.0S[0-0-7200-906011585] | State: Illinois | Page: 8 of 8 | 3/27/2006 10:05:26 AM |

**FOIA Confidential Treatment Requested**

PWCG056158

Exhibit 63 Page 1028

MAR. 27. 2006 10:09AM   JH_INFORCE_SUPORT_617_572_5313   NO. 9411   P. 2



1st Life Financial, LLC
Alura Tower
7680 Universal Blvd., Suite 680
Orlando, Florida 33819
800-957-0005 Fax 407-206-1041
www.1stlifefinancial.com

## POLICY VERIFICATION OF COVERAGE

**Name:** [redacted]   **DOB:** [redacted]/1823 [redacted]

**Insurance Co.:** John Hancock   **Policy Number:** [redacted]8524

1. Type of policy? _Variable Estate Protection_
2. Face amount of policy? _$4,500,000_
3. Effective Date of Coverage? _11/2/01_
4. Is Policy beyond contestability? Yes _X_ No ___ Is policy beyond suicide? Yes _X_ No ___
5. Is this a group conversion? Yes ___ No _X_
6. If yes were suicide and contestability periods waived? Yes ___ No ___ _n/a_
7. Are there any accumulations such as dividends or paid up additions on this policy? Yes ___ No _X_
8. If yes, Type? _n/a_ Amount? $ _n/a_ Are additions added to face amount? Yes ___ No ___ _n/a_
9. Are there any riders on this policy? Yes ___ No _X_ If yes, type of rider? _n/a_
10. What is the cash value amount? $ _260,793_ Added to face amount? Yes ___ No _X_
11. What is the total death benefit? $ _4,500,000_ Surrender value? $ _260,793_
12. What are the annual premiums? $ _200,000_ Mode of payment _Annual_
13. Next due date of premium: _N/A Flex_ Amount $ _200,000_ Do Premiums Increase? _NO_
14. Is there a Disability Premium Waiver on this policy? Yes ___ No _X_
15. If yes, are premiums currently being paid by waiver? Yes ___ No ___ _n/a_
16. What was the date of approval? _10/19/01_ Next approval date? _n/a_
17. Is this policy now in full force? Yes _X_ No ___
18. Are there any unpaid loans against this policy? Yes ___ No _X_
19. If Yes, Amount of Loan: $ _n/a_ Interest $ _n/a_
20. Is there an Ownership change allowed on this policy? Yes _X_ No ___

VOC Page 1 of 2

**FOIA Confidential Treatment Requested**

**PWCG056159**

Exhibit 63 Page 1029

MAR. 27. 2006 10:10AM    JH_ENFORCE_SUPORT_617_572_5313          NO. 9411   P. 3

1st Life Financial, LLC
Atrium Tower
7680 Universal Boulevard
Suite 680
Orlando, Florida 32819
800-897-0806 Fax 407-206-1041
www.1stlifefinancial.com

21. Name of current owner:

22. Is there an absolute assignment allowed on this policy? Yes ____ No __X__

23. If there is an assignee of record, please Name: ____ N/A ____

24. Is there an irrevocable Beneficiary allowed on this policy? Yes ____ No __X__

25. If there is an irrevocable Beneficiary, please name: ____ N/A ____

26. Primary beneficiary?

27. Contingent beneficiary? ____ None ____

An Officer or Representative of the Insurance Company must sign this form. By signing this Document, you are indicating that all statements referenced above are true and correct to the best of your knowledge)

Authorized Signature                          Title   CSR

Date   3/24/06                Phone            Ext

VOC Page 3 of 3

FOIA Confidential Treatment Requested                          PWCG056160

Exhibit 63 Page 1030