# EXHIBIT 64

Genworth Life Insurance Company
Genworth Life and Annuity Insurance Company

3100 Albert Lankford Dr.
P.O. Box 10720
Lynchburg, VA 24506-0720

May 14, 2013

The Pwcg Trust Dtd 11/09/2004
%Mills, Potoczak, & Co, Ttees
27600 Chagrin Blvd
Ste 200
Cleveland, OH 44122-4449

Re: Policy Number:        5463
    Insured:

Dear Policy Owner,

Your policy was issued as flexible premium adjustable life insurance. Since premiums are flexible you have the opportunity to pay the minimum cost of insurance or paying a higher premium that allows the policy to accumulate cash value.

Costs of insurance are calculated each month by multiplying the cost of insurance rate by the net amount of insurance risk. These charges and any additional applicable charges are defined in the policy contract and are intended to cover the costs the company incurs in providing insurance coverage.

The cost of insurance and any applicable expense charges are deducted each month from the cash surrender value of your policy. The current cost of insurance and any applicable expense charges are approximately $7,794.07. If there is not sufficient cash value to cover the cost of insurance and any applicable expense charges the policy becomes funds depleted. You are currently paying a $3,750.00 quarterly premium. Due to the rising cost of insurance your planned premium is insufficient to carry your policy.

Attached is a projection solving for the level minimum premium required to carry your policy to maturity based on your elected frequency of payment.

We encourage you to consider the importance of your insurance coverage and the security it provides for your beneficiaries.

Should you wish to increase the current planned premium please contact our office at 888 325.5433.

Sincerely,

Tonia Jones
Customer Service


Enclosure: Projection