JOHN B. BULGOZDY (Cal. Bar No. 219897)
Email:  bulgozdyj@sec.gov
KRISTIN S. ESCALANTE (Cal. Bar No. 169635)
Email:  escalantek@sec.gov
KELLY C. BOWERS (Cal. Bar No. 164007)
Email:  bowersk@sec.gov
TODD BRILLIANT (Cal. Bar No. 147727)
Email:  brilliant@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Lorraine Echavarria, Associate Regional Director
John W. Berry, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998.
Facsimile:  (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC WEST CAPITAL GROUP, INC.; ANDREW B CALHOUN IV; PWCG TRUST; BRENDA CHRISTINE BARRY; BAK WEST, INC.; ANDREW B CALHOUN JR.; ERIC CHRISTOPHER CANNON; CENTURY POINT, LLC; MICHAEL WAYNE DOTTA; AND CALEB AUSTIN MOODY (dba SKY STONE),<br><br>Defendants. | Case No.  2:15-cv-02563 (FMO) (FFMx)<br><br>**DECLARATION OF DORA M. ZALDIVAR IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANTS PACIFIC WEST CAPITAL GROUP, INC., ANDREW B CALHOUN IV AND PWCG TRUST**<br><br>Date:     May 21, 2015<br>Time:    10:00 a.m.<br>Ctrm:    22<br>Judge:   Hon. Fernando M. Olguin |

I, Dora M Zaldivar, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify to the facts stated herein.

2. I am a certified public accountant licensed by the State of California. I am currently employed as an Accountant by the Securities and Exchange Commission ("SEC"), Division of Enforcement, in the Los Angeles Regional Office. I have been employed by the SEC since July 2008.

3. In the course of my duties at the SEC, I analyze various financial records, including bank records, financial statements, books and records, and similar financial records. I analyze the transactions reflected in such records; perform mathematical calculations using the amounts reflected in those records, and make observations based on those records. The documents that I analyze in the course of my duties with the SEC are of the type reasonably relied upon by accountants in forming opinions and inferences about, among other things, the finances of a company and the sources and uses of its money.

4. The SEC subpoenaed the books and records of Pacific West Capital Group, Inc. ("Pacific West") and Mills Potoczak & Company ("MPC"). The SEC subpoenaed bank records for accounts in the names of Pacific West, MPC PWCG Premium Escrow Account, MPC PWCG Purchase Escrow Account, PWCG/Bank of Utah as Escrow Agent/Life Settlements, and Andrew B Calhoun IV. The bank accounts were held at City National Bank and the Bank of Utah.

5. The SEC subpoenaed domestic bank records, including account statements, account opening documents, signature cards, wire transfers, deposit slips and copies of deposited items, withdrawal slips, checks and/or check disbursements, and bank account transfers, for the following accounts for the time periods stated:

   a. City National Bank account no. XXXXX2534, held in the name of Mills, Potoczak & Company PWCG Premium Escrow Account ("Premium Escrow account ended 2534"), from the date it was opened on or about July 16, 2010

1

1  through November, 2014.

2    b. City National Bank account no. XXXXX4235, held in the name of Mills, Potoczak & Company PWCG Purchase Escrow Account, from the date it was opened on or about July 16, 2010, through January 31, 2014.

  c. Bank of Utah account no. XXX1494, held in the name of Pacific West Capital Group/Bank of Utah as Escrow Agent/Life Settlements, from the date it was opened on or about June 2013, through October 2013.

  d. City National Bank account no. XXXXX6674, held in the name of Pacific West Capital Group, Inc. ("Pacific West account ended 6674"), from the date it was opened on or about July 1, 2010, through October, 2014. The signature card identifies one signer for the account: Andrew B Calhoun IV, identified as President/Secretary of Pacific West. A true and correct copy of the signature card and related document for this account is attached hereto as **Exhibit 1** (SEC-CNB-P-0000006).

  e. City National Bank account no. XXXXX7182, held in the names of Donna Calhoun and Andrew B Calhoun IV ("Calhoun account ended 7182"), from the date it was opened on or about July 1, 2010, through January, 2014.

  f. City National Bank account no. XXXXX7190, held in the names of Donna Calhoun and Andrew B Calhoun IV ("Calhoun account ended 7190"), from the date it was opened on or about July 1, 2010, through January, 2014.

6. I analyzed books and records, including financial statements, general ledgers, account reconciliations, Vendor Balance Detail reports, Customer Balance Detail reports, Investor Lists, and Policy Lists, as produced, including but not limited to the following for the time period stated:

  a. MPC-Pacific West Capital Group Escrow General Ledger for 2004 – November 14, 2014.

  b. MPC-PWCG Premium Escrow General Ledger for 2004 – November 14, 2014.

   c. Vendor Balance Detail report as of November 14, 2014.

   d. Customer Balance Detail report as of November 14, 2014.

   e. Investor List as of November 14, 2014.

   f. Policy List as of November 14, 2014.

 7. I summarized data and made observations based upon my analysis of the documents relating to the bank and other records identified above.

 **A. PWCG Trust**

 8. MPC, as Trustee, maintains the books and records for the PWCG Trust utilizing two (2) separate software packages. The Purchase Escrow account activity is recorded and tracked in MYOB, which is accounting software for small businesses. The Purchase Escrow account includes transactions related to the receipt of investor funds, the purchase of life insurance policies and related expenses, the funding of premium reserves, and payments to Pacific West.

 9. The Premium Escrow account activity is recorded and tracked in QuickBooks, which is accounting software for small businesses. The Premium Escrow account includes transactions related to life insurance premium liabilities and the related reserves. The Premium Escrow account is the source of the data for the Vendor Detail Report and the Customer Balance Detail Report.

 10. MPC maintains an Investor List and a Policy List using Microsoft Excel. The Investor List includes over 3,200 investor accounts. The Policy List includes 125 life insurance policies.

 **B. PWCG Trust Purchase Escrow Account**

 11. I analyzed the books and records of the Purchase Escrow account, which are recorded in the MPC-Pacific West Capital Group Escrow General Ledger, to determine the amount raised from investors and how those funds were disbursed. Investor funds received for investment in fractional interests of PWCG Trust life insurance policies are deposited in the PWCG Trust Purchase Escrow bank account. Investor funds are pooled in this account. Three different accounts were used, at

different times, to escrow and pool investor money for the purchase of life insurance policies: (1) an account at US Bank ending in 2571 from 2004 through 2009; (2) an account at CNB ending in 4235from 2010 through approximately August 2013; and (3) an account at the Bank of Utah ending in 1494 from July 2013 through the present.

12. I analyzed the Purchase Escrow account general ledger and Profit and Loss statements produced by MPC. Based on my analysis, from 2004 through November 14, 2014, approximately $99,891,537 was deposited in the Purchase Escrow account from over 3,200 investors in 125 life insurance policies. The approximately $99.9M in investor funds were used to purchase life insurance policies (approximately $29,273,204 or 29%), fund reserves (approximately $24,698,326 or 25%), and pay Pacific West (approximately $45,972,974 or 46%).

13. From 2012 through November 14, 2014, approximately $37,315,736 was deposited in the Purchase Escrow account from investors. The Purchase Escrow account general ledger includes entries related to receipt of investor funds up through November 14, 2014. The approximately $37.3M in investor funds were used to purchase life insurance policies (approximately $7,284,406 or 20%), fund reserves (approximately $12,649,938 or 34%), and pay Pacific West (approximately $17,271,222 or 46%). The chart below summarizes the use of investor funds for both time frames.

///
///
///
///
///
///
///
///

|  | 2004 – 11/14/14 |  | 2012 – 11/14/14 |  |
|---|---|---|---|---|
|  | Amount | % of Investor Funds | Amount | % of Investor Funds |
| **Investor funds** | **$99,891,537** |  | **$37,315,736** |  |
| Purchase Policies | 29,273,204 | 29% | 7,284,406 | 20% |
| Fund Reserves | 24,698,326 | 25% | 12,649,938 | 34% |
| PWCG | 45,972,974 | 46% | 17,271,222 | 46% |
| **Total** | **$99,944,504** | **100%** | **$37,205,566** | **100%** |

C.  **Pacific West Disbursements to Calhoun and Sales Agents**

14. From 2004 through November 14, 2014, the PWCG Trust Purchase account disbursed $45,972,974 to Pacific West. An analysis of the Pacific West account ended 6674 revealed that from August 2010 through October 2014, approximately $6,856,958 was transferred to Calhoun's personal bank accounts. I traced the transfers to both the Calhoun account ended 7182 and the Calhoun account ended 7190. In addition, Calhoun was paid a salary from Pacific West. Disbursements to Calhoun for his salary from 2008 through 2013 were approximately $668,000. Calhoun was also paid sales commissions for the sale of fractional interests in the PWCG Trust life insurance policies. Disbursements to Calhoun for sales commissions from October 2010 through May 2014 were approximately $193,220. The chart below summarizes payments to Calhoun for the period 2008 through November 14, 2014 and for the period 2012 through November 14, 2014.

///

///

|  | 8/10 – 11/14 | 2008 - 2013 | 10/10 – 5/14 | 2008-11/14/14 | 2012 – 11/14/14 |
|---|---|---|---|---|---|
| Transfers to Calhoun's personal bank accounts | $6,856,958 |  |  | $6,856,958 | $4,824,318 |
| Salary |  | 668,000 |  | 668,000 | 300,000 |
| Sales Commissions |  |  | 193,200 | 193,220 | 103,382 |
| **Total** |  |  |  | **$7,718,178** | **$5,227,700** |

15. Based on an analysis of the Pacific West account ended 6674, from August 2010 through November 2014, Pacific West paid sales commissions of approximately $3,127,206. From 2011 through November 14, 2014, Pacific West paid sales commissions of approximately $2,980,080. From 2012 through November 14, 2014, Pacific West paid sales commissions of approximately $2,442,800. The chart below summarizes the sales commission payments made from the Pacific West account ended 6674.

|  | **8/10-11/14** | **1/11-11/14** | **1/12-11/14** |
|---|---|---|---|
| Calhoun | $193,220 | $176,020 | $103,382 |
| Calhoun Jr. | 524,014 | 485,736 | 361,765 |
| Barry | 718,830 | 681,772 | 514,272 |
| Cannon | 712,769 | 658,179 | 541,715 |
| Dotta | 438,137 | 438,137 | 381,430 |
| Moody | 540,236 | 540,236 | 540,236 |
| **Total** | **$3,127,206** | **$2,980,080** | **$2,442,800** |

### D. Pacific West Payment of Life Insurance Premiums on Policies with Depleted Primary Premium Reserves

16. From March 2012 through October 2014, the PWCG Purchase Escrow

6

books and records show that Pacific West used approximately $1,935,887 of the $45,972,974 it received from MPC to pay premiums for insurance policies in which the primary premium reserve was depleted. Most of these payments relate to nineteen (19) policies that were sold from 2004 through 2007; however, there were also payments related to four (4) policies sold in 2008. A summary of the premiums paid by Pacific West by quarter is presented below.

| Period | Pacific West Payment of Premium | | Amount Raised from New Investors | | % of New Investor Funds | |
|---|---|---|---|---|---|---|
| Q1 2012 | $5,768 | | $2,363,989 | | .24 | |
| Q2 2012 | 11,039 | | 2,232,785 | | .49 | |
| Q3 2012 | 16,076 | | 1,730,682 | | .93 | |
| Q4 2012 | 57,572 | | 1,206,031 | | 4.77 | |
| **2012** | | **$90,455** | | **7,533,487** | | **1.20** |
| Q1 2013 | 104,250 | | 3,720,892 | | 2.80 | |
| Q2 2013 | 132,472 | | 4,565,249 | | 2.90 | |
| Q3 2013 | 218,610 | | 3,735,150 | | 5.85 | |
| Q4 2013 | 229,500 | | 4,343,334 | | 5.28 | |
| **2013** | | **684,832** | | **16,364,625** | | **4.18** |
| Q1 2014 | 347,500 | | 3,773,749 | | 9.21 | |
| Q2 2014 | 179,000 | | 3,799,470 | | 4.7 | |
| Q3 2014 | 385,100 | | 3,846,965 | | 10.01 | |
| Q4 to 11/14/14 | 249,000 | | 1,997,441 | | 12.47 | |
| **2014 to 11/14/14** | | **1,160,600** | | **13,417,625** | | **8.65** |
| **Total** | | **$1,935,887** | | **$37,315,737** | | |

### E. Pacific West Disbursements to MPC

17. Pacific West paid MPC fees to serve as the PWCG Trust's Trustee and Escrow agent, directly from Pacific West and through the Purchase Escrow account. According to Pacific West's payment history, from 2008 through October 2013, Pacific West paid MPC for services in the amount of $398,342.15. MPC invoices for November 2013 to October 2014 amount to $165,202.28. For each of the invoices issued in 2013 and 2014, I traced the amount due to a Pacific West cancelled check. In addition, the Purchase Escrow account includes disbursements to MPC from 2004 to 2007 in the amount of $63,409.82. Adding these three figures, MPC services from 2004 to October 2014 amounts to $626,954.25.

18. From 2004 through November 2014, PWCG Purchase account books and records show payments of approximately $262,045 to MPC for Escrow agent services. Pacific West paid approximately $ 364,909 to MPC for Trustee services. The chart below summarizes the total payments to MPC and the payments from 2012 through November 14, 2014.

|  | 2004 – 11/14/14 | 2008 – 11/14/14 | 2004 – 11/14/14 | 2012- 11/14/14 |
|---|---|---|---|---|
| Trustee Fees Paid by Pacific West |  | $364,909.43 | $364,909.43 | $237,510.32 |
| Escrow Fees Paid from Purchase Escrow Account | $262,044.82 |  | 262,044.82 | 108,010.00 |
| **Total** |  |  | **$626,954.25** | **$345,520.32** |

### F. PWCG Premium Escrow Account

19. Premium reserves are transferred from the PWCG Purchase Escrow bank account to the PWCG Premium Escrow bank account. The Premium Escrow

8

bank account was held in an account at US Bank from 2004 through 2009 and then in an account at CNB from 2010 through 2014.  MPC maintains the books and records for the PWCG Trust Premium Escrow account, which are recorded in the MPC-PWCG Premium Escrow General Ledger, in QuickBooks.  The PWCG Trust Premium Escrow account books and records track the insurance premium liabilities and the premium reserves available to pay these liabilities.

20. As of November 14, 2014, the total balance recorded of all reserves was approximately $13,032,654.  The three level of reserves recorded in the books and records are allocated as follows:

| Primary Premium Reserve | $11,885,458 |
| Secondary Reserve (1%) | 934,457 |
| Tertiary Reserve | 212,739 |
| **Total Reserves** | **$13,032,654** |

21. As of November 14, 2014, the PWCG Premium Escrow account ended 2535 cash balance was $11,905,385 and the Accounts Receivable balance was $1,103,276.  Upon collection of the $1,103,276, $13,008,661 will be available to cover the required reserves.  This leaves a deficit of approximately $23,993.

22. Based on the PWCG Trust account books and records, payments were made to Pacific West from investments in policies for which the primary premium reserve had not been fully funded.  For these policies, the Customer Balance Detail Report reflects an outstanding receivable for the primary premium reserve for the policy and the Purchase Escrow general ledger reflects disbursements to Pacific West even though the primary premium reserve was not fully funded.  The beneficiary lists include information on how the investor funds are allocated.  A true and correct copy of an email with two (2) attachments, dated March 14, 2012, from Andrew Calhoun to Linda Lee of MPC and others, Bates –stamped PWCG252928, is attached hereto

as **Exhibit 2**. Exhibit 2 includes the beneficiary lists for policy #s XXXX6799 and XXXX6802. A true and correct copy of an email with one (1) attachment, dated October 16, 2013 from Chelsea Olson to Lorie Kaufman and Linda Lee, Bates-stamped PWCG066880, is attached hereto as **Exhibit 3**. **Exhibit 3** includes the beneficiary list for policy XXXXX3107. The chart below summarizes policies where payments were made to Pacific West while money was owed to the primary premium reserve account.

| Policy | Insurance Company | Stated Premium Reserve | Accounts Receivable (Balance Due) | Payments to Pacific West |
|---|---|---|---|---|
| XXXX6799 | New York Life | $891,522 | $35,728 | $705,976 |
| XXXX6802 | New York Life | 878,798 | 384,057 | 411,756 |
| XXXX3107 | Lincoln National Life | 1,474,945 | 64,864 | 2,235,317 |
| XXX3382 | John Hancock | 552,419 | 405,065 | 72,595 |
| XXXX7932 | Transamerica Life | 200,359 | 195,363 | 233,122 |
| XX9983 | US Financial Life Insurance | 97,800 | 18,200 | 51,675 |
| **Total** | | | **$1,103,277** | **$3,710,441** |

### G. Analysis of Life Insurance Policies Sold Between 2004 and 2007

23. I analyzed the Policy list, the Investor List, the Vendor Balance Detail Report, and the Customer Balance Detail Report as of November 14, 2014. A chronological summary of the policies is presented in **Exhibit 4**.

24. From 2004 to 2007, Pacific West sold fractional interests in thirty nine (39) life insurance policies with a total face value of $58,246,879. Pacific West raised $23,915,991 from investors related to these thirty nine (39) policies. Based on my analysis, I have made observations related to the status of the primary premium

reserves, the number of policies for which the primary premium reserve was depleted, and the status of the policies after seven (7) years.

25. As of November 14, 2014, the status of the primary premium reserves is as presented below.

| Status | # of Policies | % of Policies | % of Face Value | % of Amount Raised |
|---|---|---|---|---|
| Premiums cover contract period | 10 | 25.64 | 35.28 | 32.57 |
| Policy Matured During contract period | 8 | 20.51 | 8.30 | 9.51 |
| **Subtotal** | **18** | **46.15** | **43.58** | **42.08** |
| Premiums not covered for contract period | 7 | 17.95 | 27.80 | 27.54 |
| Insured outlived contract period | 5 | 12.82 | 9.22 | 9.29 |
| Premiums ran out early and insured outlived | 9 | 23.08 | 19.40 | 21.09 |
| **Subtotal** | **21** | **53.85** | **56.42** | **57.92** |
| **Total** | **39** | **100** | **100** | **100** |

26. As of November 14, 2014, twenty one (21) of the thirty nine (39)

11

policies depleted the primary premium reserve. A breakdown by quarter of policies with depleted primary reserves is presented below.

| Period | Number of Policies with Depleted Reserves | % Based on Number of Policies | % Based on Face Value |
|---|---|---|---|
| Q2 2011 | 1 | 2.56 | 1.72 |
| Q3 2011 | 1 | 2.56 | 1.72 |
| Q4 2011 | 1 | 2.56 | 1.72 |
| Q1 2012 | 3 | 7.69 | 10.30 |
| Q2 2012 | 3 | 7.69 | 10.30 |
| Q3 2012 | 4 | 10.26 | 13.73 |
| Q4 2012 | 9 | 23.08 | 30.23 |
| Q1 2013 | 12 | 30.77 | 35.90 |
| Q2 2013 | 14 | 35.90 | 40.19 |
| Q3 2013 | 17 | 43.59 | 49.55 |
| Q4 2013 | 19 | 48.72 | 52.13 |
| Q1 2014 | 19 | 48.72 | 52.13 |
| Q2 2014 | 21 | 53.85 | 56.42 |
| Q3 2014 | 21 | 53.85 | 56.42 |
| Q4 2014 to 11/14/14 | 21 | 53.85 | 56.42 |

27. As of November 14, 2014, six (6) policies matured within seven (7) years. This represents approximately 6% based on the face value and approximately 7.6% based on the amount raised. As of November 14, 2014, thirty two (32) of the thirty nine (39) policies did not mature within seven (7) years. This represents approximately 82% of the policies based on the number of policies and

12

approximately 92% based on the face value. A breakdown by quarter of the number of policies that had not matured within seven (7) years is presented below.

| Period | Number of Policies that did not Mature within Seven Years | % Based on Number of Policies | % Based on Face Value |
|---|---|---|---|
| 2004 – Q1 2011 | 0 | | |
| Q2 2011 | 0 | | |
| Q3 2011 | 0 | | |
| Q4 2011 | 0 | | |
| Q1 2012 | 3 | 7.69 | 5.92 |
| Q2 2012 | 6 | 15.38 | 9.75 |
| Q3 2012 | 7 | 17.95 | 16.62 |
| Q4 2012 | 7 | 17.95 | 16.62 |
| Q1 2013 | 15 | 38.46 | 28.13 |
| Q2 2013 | 18 | 46.15 | 40.15 |
| Q3 2013 | 19 | 48.72 | 46.16 |
| Q4 2013 | 20 | 51.28 | 53.02 |
| Q1 2014 | 23 | 58.97 | 63.84 |
| Q2 2014 | 26 | 66.67 | 77.04 |
| Q3 2014 | 28 | 71.79 | 86.83 |
| Q4 2014 to 11/14/14 | 32 | 82.05 | 92.06 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of April 2015, in Los Angeles, California.

_Dora M. Zaldivar_
Dora M. Zaldivar

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

[X]   U.S. SECURITIES AND EXCHANGE COMMISSION, 444 S. Flower Street, Suite 900, Los Angeles, California 90071

Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On April 17, 2015, I caused to be served the document entitled **DECLARATION OF DORA M. ZALDIVAR IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANTS PACIFIC WEST CAPITAL GROUP, INC., ANDREW B CALHOUN IV AND PWCG TRUST** on all the parties to this action addressed as stated on the attached service list:

[ ]   **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

  [ ]   **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

  [ ]   **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ]   **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[X]   **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

[X]   **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[ ]   **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

[ ]   **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  __April 17, 2015__            /s/ John B. Bulgozdy
                                      John B. Bulgozdy

Proof of Service                         1                    15-cv-02563-FMO (FFMx)

**SEC v. Pacific West Capital Group, Inc.; Andrew B. Calhoun IV, *et al*.**
**United States District Court – Central District of California**
**Case No. 2:15-CV-02563-FMO (FFMx)**
**(LA-04248)**

<u>SERVICE LIST</u>

Jason S. Lewis, Esq. **(served via electronic mail and UPS)**
Greenberg Traurig
2200 Ross Ave., #5200
Dallas, TX 75201
lewisjs@gtlaw.com
*Attorney for Defendants Pacific West Capital Group, Inc., Andrew B. Calhoun IV, Brenda Christine Barry, BAK West, Inc., Andrew B. Calhoun Jr., Eric Christopher Cannon, Century Point, LLC, Michael Wayne Dotta, and Caleb Austin Moody (dba Sky Stone)*

James K. Roosa, Esq. **(served via electronic mail and UPS)**
Roosa Co., LPA
3723 Pearl Road, Ste 200
Cleveland, OH 44109
jkr@roosalaw.com
*Attorney for Defendant PWCG Trust*