<u>SEC v. Pacific West Capital Group, et al.</u>
U.S.D.C. C.D. California
Case No. 2:15-cv-02563-FMO (FFMx)

Index to the Declaration of Dora Zaldivar

| Exhibit No. | Description | Page |
|---|---|---|
| 1 | Andrew B. Calhoun IV's signature card for City National Bank account no. -6674, held in the name of Pacific West Capital Group, Inc. and Bates number SEC-CNB-P-0000006 | 14 |
| 2 | Beneficiary allocation lists for policy #s -6799 and -6802 | 17 |
| 3 | Beneficiary allocation list for policy # -3107 | 108 |
| 4 | Chronological summary of life insurance policies sold between 2004 and 2007 | 234 |