# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff(s),<br><br>vs.<br><br>PACIFIC WEST CAPITAL GROUP, INC.; ANDREW B CALHOUN IV; PWCG TRUST; BRENDA CHRISTINE BARRY; BAK WEST, INC.; ANDREW B CALHOUN, JR.; ERIC CHRISTOPHER CANNON; CENTURY POINT, LLC; MICHAEL WAYNE DOTTA; AND CALEB AUSTIN MOODY (dba SKY STONE),<br><br>        Defendant(s). | Case No. 2:15-cv-02563 (FMO)(FFMx)<br><br>**ORDER ON JOINT STIPULATION REGARDING WITHDRAWAL OF MOTION TO DISMISS**<br><br>Judge:       Hon. Fernando M. Olguin<br><br>Complaint Filed: April 7, 2015 |

The Court has reviewed the parties' stipulation and ORDERS that:

1. Defendants' Motion to Dismiss filed on June 17, 2015 is hereby withdrawn;

2. Defendants' deadline to file an answer to the Complaint is July 10, 2015.

**IT IS SO ORDERED.**

Dated:   June 29, 2015              _____/s/_____

                    Hon. Fernando M. Olguin
                    United States District Judge

DAL 79506100v3