**SEC v. Pacific West Capital Group, et al.**
U.S.D.C. C.D. California
Case No. 2:15-cv-02563-FMO (FFMx)

Table of Contents to the Joint Evidentiary Appendix

| Tab No. | Description | Page |
|---|---|---|
| 1 | Declaration of Kristin S. Escalante in Support of Plaintiff Securities and Exchange Commission's Motion for Summary Judgment | 1 |
| 2 | Exhibit 2 to Escalante Declaration | 11A |
| 3 | Exhibit 3 to Escalante Declaration | 55 |
| 4 | Exhibit 4 to Escalante Declaration | 90 |
| 5 | Exhibit 5 to Escalante Declaration | 112 |
| 6 | Exhibit 6 to Escalante Declaration | 133 |
| 7 | Exhibit 7 to Escalante Declaration | 162-1 |
| 8 | Exhibit 8 to Escalante Declaration | 163 |
| 9 | Exhibit 9 to Escalante Declaration | 175 |
| 10 | Exhibit 10 to Escalante Declaration | 227 |
| 11 | Exhibit 11 to Escalante Declaration | 258 |
| 12 | Exhibit 12 to Escalante Declaration | 337 |
| 13 | Exhibit 13 to Escalante Declaration | 347 |
| 14 | Exhibit 14 to Escalante Declaration | 356 |
| 15 | Exhibit 15 to Escalante Declaration | 385 |
| 16 | Exhibit 16 to Escalante Declaration | 393 |
| 17 | Exhibit 17 to Escalante Declaration | 408 |
| 18 | Exhibit 18 to Escalante Declaration | 422 |
| 19 | Exhibit 19 to Escalante Declaration | 438 |
| 20 | Exhibit 20 to Escalante Declaration | 453 |

**SEC v. Pacific West Capital Group, et al.**
U.S.D.C. C.D. California
Case No. 2:15-cv-02563-FMO (FFMx)

Table of Contents to the Joint Evidentiary Appendix

| Tab No. | Description | Page |
|---|---|---|
| 21 | Exhibit 21 to Escalante Declaration | 488 |
| 22 | Exhibit 22 to Escalante Declaration | 502 |
| 23 | Exhibit 23 to Escalante Declaration | 515 |
| 24 | Exhibit 24 to Escalante Declaration | 539 |
| 25 | Exhibit 25 to Escalante Declaration | 552 |
| 26 | Exhibit 26 to Escalante Declaration | 566 |
| 27 | Exhibit 27 to Escalante Declaration | 571 |
| 28 | Exhibit 28 to Escalante Declaration | 576 |
| 29 | Exhibit 29 to Escalante Declaration | 581 |
| 30 | Exhibit 30 to Escalante Declaration | 606 |
| 31 | Exhibit 31 to Escalante Declaration | 613 |
| 32 | Exhibit 32 to Escalante Declaration | 619 |
| 33 | Exhibit 33 to Escalante Declaration | 629 |
| 34 | Exhibit 34 to Escalante Declaration | 637 |
| 35 | Exhibit 35 to Escalante Declaration | 649 |
| 36 | Exhibit 36 to Escalante Declaration | 658 |
| 37 | Exhibit 37 to Escalante Declaration | 667 |
| 38 | Exhibit 38 to Escalante Declaration | 674 |
| 39 | Exhibit 39 to Escalante Declaration | 679 |
| 40 | Exhibit 40 to Escalante Declaration | 688 |
| 41 | Exhibit 41 to Escalante Declaration | 696 |

nothing

**SEC v. Pacific West Capital Group, et al.**
**U.S.D.C. C.D. California**
**Case No. 2:15-cv-02563-FMO (FFMx)**

Table of Contents to the Joint Evidentiary Appendix

| Tab No. | Description | Page |
|---|---|---|
| 42 | Exhibit 42 to Escalante Declaration | 706 |
| 43 | Exhibit 43 to Escalante Declaration | 718 |
| 44 | Exhibit 44 to Escalante Declaration | 725 |
| 45 | Exhibit 45 to Escalante Declaration | 735 |
| 46 | Exhibit 46 to Escalante Declaration | 762 |
| 47 | Exhibit 47 to Escalante Declaration | 769 |
| 48 | Exhibit 48 to Escalante Declaration | 778 |
| 49 | Exhibit 49 to Escalante Declaration | 787 |
| 50 | Exhibit 50 to Escalante Declaration | 792 |
| 51 | Exhibit 51 to Escalante Declaration | 809 |
| 52 | Exhibit 52 to Escalante Declaration | 813 |
| 53 | Exhibit 53 to Escalante Declaration | 818 |
| 54 | Exhibit 54 to Escalante Declaration | 821 |
| 55 | Exhibit 55 to Escalante Declaration | 824 |
| 56 | Exhibit 56 to Escalante Declaration | 827 |
| 57 | Exhibit 57 to Escalante Declaration | 830 |
| 58 | Exhibit 58 to Escalante Declaration | 841 |
| 59 | Exhibit 59 to Escalante Declaration | 848 |
| 60 | Exhibit 60 to Escalante Declaration | 854 |
| 61 | Exhibit 61 to Escalante Declaration | 857 |
| 62 | Exhibit 62 to Escalante Declaration | 877 |

**SEC v. Pacific West Capital Group, et al.**
U.S.D.C. C.D. California
Case No. 2:15-cv-02563-FMO (FFMx)

Table of Contents to the Joint Evidentiary Appendix

| Tab No. | Description | Page |
|---|---|---|
| 63 | Exhibit 63 to Escalante Declaration | 882 |
| 64 | Exhibit 64 to Escalante Declaration | 889 |
| 65 | Exhibit 65 to Escalante Declaration | 891 |
| 66 | Exhibit 66 to Escalante Declaration | 894 |
| 67 | Exhibit 67 to Escalante Declaration | 896 |
| 68 | Exhibit 68 to Escalante Declaration | 898 |
| 69 | Exhibit 69 to Escalante Declaration | 904 |
| 70 | Exhibit 70 to Escalante Declaration | 907 |
| 71 | Exhibit 71 to Escalante Declaration | 911 |
| 72 | Exhibit 72 to Escalante Declaration | 915 |
| 73 | Exhibit 73 to Escalante Declaration | 918 |
| 74 | Exhibit 74 to Escalante Declaration | 921 |
| 75 | Exhibit 75 to Escalante Declaration | 923 |
| 76 | Exhibit 76 to Escalante Declaration | 931 |
| 77 | Exhibit 77 to Escalante Declaration | 937 |
| 78 | Exhibit 78 to Escalante Declaration | 940 |
| 79 | Exhibit 79 to Escalante Declaration | 943 |
| 80 | Exhibit 80 to Escalante Declaration | 949 |
| 81 | Exhibit 81 to Escalante Declaration | 955 |
| 82 | Exhibit 82 to Escalante Declaration | 959 |
| 83 | Excerpts from Todd Brilliant's Declaration in Support of SEC's Motion for Preliminary Injunction | 964 |

**SEC v. Pacific West Capital Group, et al.**
U.S.D.C. C.D. California
Case No. 2:15-cv-02563-FMO (FFMx)

Table of Contents to the Joint Evidentiary Appendix

| Tab No. | Description | Page |
|---|---|---|
| 84 | Excerpts from Todd Brilliant's Declaration in Support of SEC's Motion for Preliminary Injunction | 968 |
| 85 | Excerpts from Todd Brilliant's Declaration in Support of SEC's Motion for Preliminary Injunction | 972 |
| 86 | Excerpts from Todd Brilliant's Declaration in Support of SEC's Motion for Preliminary Injunction | 975 |
| 87 | Excerpts from Todd Brilliant's Declaration in Support of SEC's Motion for Preliminary Injunction | 1010 |
| 88 | Excerpts from Todd Brilliant's Declaration in Support of SEC's Motion for Preliminary Injunction | 1048 |
| 89 | Excerpts from Todd Brilliant's Declaration in Support of SEC's Motion for Preliminary Injunction | 1096 |
| 90 | Excerpts from Todd Brilliant's Declaration in Support of SEC's Motion for Preliminary Injunction | 1099 |
| 91 | Excerpts from Todd Brilliant's Declaration in Support of SEC's Motion for Preliminary Injunction | 1103 |
| 92 | Excerpts from Todd Brilliant's Declaration in Support of SEC's Motion for Preliminary Injunction | 1113 |
| 93 | Excerpts from Todd Brilliant's Declaration in Support of SEC's Motion for Preliminary Injunction | 1117 |
| 94 | Excerpts from Todd Brilliant's Declaration in Support of SEC's Motion for Preliminary Injunction | 1126 |
| 95 | Excerpts from Todd Brilliant's Declaration in Support of SEC's Motion for Preliminary Injunction | 1170 |
| 96 | Excerpts from Todd Brilliant's Declaration in Support of SEC's Motion for Preliminary Injunction | 1183 |
| 97 | Excerpts from Todd Brilliant's Declaration in Support of SEC's Motion for Preliminary Injunction | 1220 |
| 98 | Excerpts from Todd Brilliant's Declaration in Support of SEC's Motion for Preliminary Injunction | 1229 |
| 99 | Excerpts from the deposition of Maureen Bejarano | 1233 |
| 100 | Declaration of Daniel Bauer | 1245 |
| 101 | Exhibit A to Declaration of Daniel Bauer | 1248 |
| 102 | Declaration of Tom Behlmer in Support of Securities and Exchange Commission's Motion for Summary Judgment and | 1365 |

**SEC v. Pacific West Capital Group, et al.**
U.S.D.C. C.D. California
Case No. 2:15-cv-02563-FMO (FFMx)

Table of Contents to the Joint Evidentiary Appendix

| Tab No. | Description | Page |
|---|---|---|
|  | Partial Summary Judgment |  |
| 103 | Exhibit 1 to Behlmer Declaration | 1369 |
| 104 | Exhibit 2 to Behlmer Declaration | 1374 |
| 105 | Exhibit 3 to Behlmer Declaration | 1385 |
| 106 | Exhibit 4 to Behlmer Declaration | 1390 |
| 107 | Exhibit 5 to Behlmer Declaration | 1401 |
| 108 | Exhibit 6 to Behlmer Declaration | 1406 |
| 109 | Exhibit 7 to Behlmer Declaration | 1417 |
| 110 | Ira Belsky's Declaration filed in Support of SEC's Motion for Preliminary Injunction | 1424 |
| 111 | Index to Ira Belsky's Declaration filed in Support of SEC's Motion for Preliminary Injunction | 1435 |
| 112 | Exhibit 1 to Ira Belsky's Declaration filed in Support of SEC's Motion for Preliminary Injunction | 1437 |
| 113 | Exhibit 2 to Ira Belsky's Declaration filed in Support of SEC's Motion for Preliminary Injunction | 1440 |
| 114 | Exhibit 3 to Ira Belsky's Declaration filed in Support of SEC's Motion for Preliminary Injunction | 1459 |
| 115 | Exhibit 4 to Ira Belsky's Declaration filed in Support of SEC's Motion for Preliminary Injunction | 1476 |
| 116 | Exhibit 5 to Ira Belsky's Declaration filed in Support of SEC's Motion for Preliminary Injunction | 1494 |
| 117 | Exhibit 6 to Ira Belsky's Declaration filed in Support of SEC's Motion for Preliminary Injunction | 1512 |
| 118 | Exhibit 7 to Ira Belsky's Declaration filed in Support of SEC's Motion for Preliminary Injunction | 1536 |
| 119 | Exhibit 8 to Ira Belsky's Declaration filed in Support of SEC's Motion for Preliminary Injunction | 1541 |
| 120 | Declaration of Michael Dehaydu in Support of Securities and Exchange Commission's Motion for Summary Judgment and | 1551 |

**SEC v. Pacific West Capital Group, et al.**
U.S.D.C. C.D. California
Case No. 2:15-cv-02563-FMO (FFMx)

Table of Contents to the Joint Evidentiary Appendix

| Tab No. | Description | Page |
|---|---|---|
|  | Partial Summary Judgment |  |
| 121 | Exhibit 1 to Dehaydu Declaration | 1555 |
| 122 | Exhibit 2 to Dehaydu Declaration | 1560 |
| 123 | Exhibit 3 to Dehaydu Declaration | 1571 |
| 124 | Exhibit 4 to Dehaydu Declaration | 1576 |
| 125 | Exhibit 5 to Dehaydu Declaration | 1587 |
| 126 | Exhibit 6 to Dehaydu Declaration | 1592 |
| 127 | Declaration of Bruce Goldberg in Support of Securities and Exchange Commission's Motion for Summary Judgment and Partial Summary Judgment | 1603 |
| 127A | Exhibit 1 to Goldberg Declaration | 1607-1 |
| 127B | Exhibit 2 to Goldberg Declaration | 1607-6 |
| 128 | Declaration of Robert Husbands in Support of Securities and Exchange Commission's Motion for Summary Judgment and Partial Summary Judgment | 1608 |
| 129 | Exhibit 1 to Husbands Declaration | 1613 |
| 130 | Exhibit 2 to Husbands Declaration | 1618 |
| 131 | Declaration of Phil Magnan in Support of Securities and Exchange Commission's Motion for Summary Judgment and Partial Summary Judgment | 1630 |
| 132 | Exhibit 1 to Magnan Declaration | 1635 |
| 133 | Exhibit 2 to Magnan Declaration | 1640 |
| 134 | Exhibit 3 to Magnan Declaration | 1652 |
| 135 | Exhibit 4 to Magnan Declaration | 1657 |

**SEC v. Pacific West Capital Group, et al.**
U.S.D.C. C.D. California
Case No. 2:15-cv-02563-FMO (FFMx)

Table of Contents to the Joint Evidentiary Appendix

| Tab No. | Description | Page |
|---|---|---|
| 136 | Declaration of William Names in Support of Securities and Exchange Commission's Motion for Summary Judgment and Partial Summary Judgment | 1661 |
| 137 | Exhibit 1 to Names Declaration | 1664 |
| 138 | Exhibit 2 to Names Declaration | 1669 |
| 139 | Declaration of John Paterick in Support of Securities and Exchange Commission's Motion for Summary Judgment and Partial Summary Judgment | 1680 |
| 140 | Exhibit 1 to Paterick Declaration | 1684 |
| 141 | Exhibit 2 to Paterick Declaration | 1689 |
| 142 | Exhibit 3 to Paterick Declaration | 1700 |
| 143 | Exhibit 4 to Paterick Declaration | 1706 |
| 144 | Declaration of Amanda Stark in Support of Securities and Exchange Commission's Motion for Summary Judgment and Partial Summary Judgment | 1710 |
| 145 | Exhibit 1 to Stark Declaration | 1715 |
| 146 | Exhibit 2 to Stark Declaration | 1720 |
| 147 | Exhibit 3 to Stark Declaration | 1726 |
| 148 | Dora Zaldivar's Declaration filed in Support of SEC's Motion for Preliminary Injunction | 1730 |
| 149 | Index to Dora Zaldivar's Declaration filed in Support of SEC's Motion for Preliminary Injunction | 1749 |
| 150 | Exhibit 1 to Dora Zaldivar's Declaration filed in Support of SEC's Motion for Preliminary Injunction | 1751 |
| 151 | Exhibit 2 to Dora Zaldivar's Declaration filed in Support of SEC's Motion for Preliminary Injunction | 1756 |

**SEC v. Pacific West Capital Group, et al.**
**U.S.D.C. C.D. California**
**Case No. 2:15-cv-02563-FMO (FFMx)**

Table of Contents to the Joint Evidentiary Appendix

| Tab No. | Description | Page |
|---|---|---|
| 152 | Exhibit 3 to Dora Zaldivar's Declaration filed in Support of SEC's Motion for Preliminary Injunction | 1849 |
| 153 | Exhibit 4 to Dora Zaldivar's Declaration filed in Support of SEC's Motion for Preliminary Injunction | 1977 |
| 154 | Second Declaration of Dora M. Zaldivar ("Zaldivar Decl. II") | 1982 |
| 155 | Exhibit 1 to Zaldivar Decl. II | 1985 |
| 156 | Third Declaration of Dora M. Zaldivar ("Zaldivar Decl. III") | 1988 |
| 157 | Exhibit 1 to Zaldivar Decl. III | 1992 |
| 158 | Exhibit 2 to Zaldivar Decl. III | 1995 |
| 159 | Declaration of Jason Lewis (dated 3/16/2016) | 1998 |
| 160 | Deposition Excerpts of Samuel John Bainbridge—taken December 14, 2015 | 2003 |
| 161 | Deposition Excerpts of Brenda Barry—taken January 28, 2016 | 2013 |
| 162 | Deposition Excerpts of Wesley K. Bemis—taken November 12, 2015 | 2025 |
| 163 | Deposition Excerpts of Craig Beshore—taken December 1, 2015 | 2035 |
| 164 | Deposition Excerpts of Thomas Blackwood—taken January 15, 2016 | 2042 |
| 165 | Deposition Excerpts of David Bristol—taken January 12, 2016 | 2050 |
| 166 | Deposition Excerpts of Andrew B Calhoun, IV—taken December 9, 2016 | 2061 |
| 167 | Deposition Excerpts of Andrew B Calhoun, Jr.—taken January 21, 2016 | 2181 |
| 168 | Deposition Excerpts of Eric Cannon—taken January 20, 2016 | 2188 |

**SEC v. Pacific West Capital Group, et al.**
**U.S.D.C. C.D. California**
**Case No. 2:15-cv-02563-FMO (FFMx)**

Table of Contents to the Joint Evidentiary Appendix

| Tab No. | Description | Page |
|---|---|---|
| 169 | Deposition Excerpts of Mark Lee Corbet—taken January 4, 2016 | 2202 |
| 170 | Deposition Excerpts of Greg Korver—taken January 14, 2016 | 2210 |
| 171 | Deposition Excerpts Caleb Moody—taken January 19, 2016 | 2238 |
| 172 | Deposition Excerpts of William M. Potoczak—taken December 16, 2015 | 2271 |
| 173 | Deposition Excerpts of Wynnewood Ritch—taken January 12, 2016 | 2322 |
| 174 | Deposition Excerpts of William Taylor—taken December 11, 2015 | 2328 |
| 175 | Deposition Excerpts of Michael D. Waks—taken November 17, 2015 | 2332 |
| 176 | Deposition Excerpts of Jason Wuest—taken January 5, 2016 | 2360 |
| 177 | Investor Bulletin on Life Settlements | 2404 |
| 178 | Declaration of Andrew B Calhoun IV (dated March 15, 2016) | 2408 |
| 179 | Exhibit A to Declaration of Calhoun (March 15, 2016) | 2412 |
| 180 | Exhibit B to Declaration of Calhoun (March 15, 2016) | 2439 |
| 181 | Exhibit C to Declaration of Calhoun (March 15, 2016) | 2457 |
| 182 | Exhibit D to Declaration of Calhoun (March 15, 2016) | 2475 |
| 183 | Declaration of William Potoczak—dated February 25, 2016 | 2479 |
| 184 | Supplemental Compendium of Purchaser Declarations—dated February 2016 | 2485 |
| 185 | Declaration of Andrew Anguish | 2489 |
| 186 | Declaration of Dr. Derald Brackmann | 2493 |

**SEC v. Pacific West Capital Group, et al.**
U.S.D.C. C.D. California
Case No. 2:15-cv-02563-FMO (FFMx)

Table of Contents to the Joint Evidentiary Appendix

| Tab No. | Description | Page |
|---|---|---|
| 187 | Declaration of Richard F. Carvotta | 2497 |
| 188 | Declaration of Mark Emanuele | 2501 |
| 189 | Declaration of Benjamin R. Enriquez | 2505 |
| 190 | Declaration of John S. Foreman | 2509 |
| 191 | Declaration of Fei Havenor | 2513 |
| 192 | Declaration of Lawrence G. Kern | 2517 |
| 193 | Declaration of Raj K. Kohli | 2521 |
| 194 | Declaration of Gary Lockwood | 2525 |
| 195 | Declaration of Bassam Othman | 2529 |
| 196 | Declaration of James C. Pietsch | 2533 |
| 197 | Declaration of Jeff Pudewell | 2537 |
| 198 | Declaration of Kenneth I. Rivers | 2541 |
| 199 | Declaration of Christina N. Shelton | 2545 |
| 200 | Declaration of Michael T. Shelton | 2549 |
| 201 | Declaration of Carlos Siros | 2553 |
| 202 | Declaration of John C. Wendl | 2557 |
| 203 | Declaration of Andrew B Calhoun IV—dated May 7, 2015 *previously submitted as Docket No. 28-2* | 2561 |
| 204 | Declaration of Chelsea Olson—dated May 7, 2015 *previously submitted as Docket No. 28-3, 28-4 and 32-1* | 2562 |
| 205 | Declaration of William Potoczak—dated May 7, 2015 *previously submitted as Docket No. 28-5* | 2563 |
| 206 | Declaration of Eric Cannon—dated May 7, 2015 *previously* | 2564 |

Table of Contents to the Joint Evidentiary Appendix

| Tab No. | Description | Page |
|---|---|---|
| | *submitted as Docket No. 28-6* | |
| 207 | Declaration of Michael Dotta—dated May 7, 2015 *previously submitted as Docket No. 28-7* | 2565 |
| 208 | Declaration of Brenda Barry—dated May 7, 2015 *previously submitted as Docket No. 28-8* | 2566 |
| 209 | Declaration of Andrew Calhoun Jr. —dated May 7, 2015 *previously submitted as Docket No. 28-9* | 2567 |
| 210 | Compendium of Investor Declarations *previously submitted as Docket No. 28-10* | 2568 |
| 211 | Exhibit 100 to Escalante Declaration | 2569 |
| 212 | Exhibit 101 to Escalante Declaration | 2576 |
| 213 | Exhibit 102 to Escalante Declaration | 2581 |
| 214 | Exhibit 103 to Escalante Declaration | 2587 |
| 215 | Exhibit 104 to Escalante Declaration | 2591 |
| 216 | Exhibit 105 to Escalante Declaration | 2595 |
| 217 | Exhibit 106 to Escalante Declaration | 2597A |
| 218 | Exhibit 107 to Escalante Declaration | 2600 |
| 219 | Exhibit 108 to Escalante Declaration | 2602A |
| 220 | Exhibit 109 to Escalante Declaration | 2610 |
| 221 | Exhibit 110 to Escalante Declaration | 2615 |
| 222 | Exhibit 111 to Escalante Declaration | 2619 |
| 223 | Exhibit 112 to Escalante Declaration | 2623 |
| 224 | Exhibit 113 to Escalante Declaration | 2630 |

**SEC v. Pacific West Capital Group, et al.**
U.S.D.C. C.D. California
Case No. 2:15-cv-02563-FMO (FFMx)

Table of Contents to the Joint Evidentiary Appendix

| Tab No. | Description | Page |
|---|---|---|
| 225 | Exhibit 114 to Escalante Declaration | 2638 |
| 226 | Exhibit 115 to Escalante Declaration | 2643 |
| 227 | Exhibit 116 to Escalante Declaration | 2647 |
| 228 | Exhibit 117 to Escalante Declaration | 2651 |
| 229 | Exhibit 118 to Escalante Declaration | 2658 |
| 230 | Exhibit 119 to Escalante Declaration | 2663 |
| 231 | Exhibit 120 to Escalante Declaration | 2687 |
| 232 | Exhibit 121 to Escalante Declaration | 2711 |
| 233 | Exhibit 122 to Escalante Declaration | 2717 |
| 234 | Exhibit 123 to Escalante Declaration | 2723 |
| 235 | Exhibit 124 to Escalante Declaration | 2725 |
| 236 | Exhibit 125 to Escalante Declaration | 2728 |
| 237 | Exhibit 126 to Escalante Declaration | 2734 |
| 238 | Exhibit 127 to Escalante Declaration | 2740 |
| 239 | Exhibit 128 to Escalante Declaration | 2742 |
| 240 | Exhibit 129 to Escalante Declaration | 2745 |
| 241 | Exhibit 130 to Escalante Declaration | 2747 |
| 242 | Exhibit 131 to Escalante Declaration | 2749 |
| 243 | Exhibit 132 to Escalante Declaration | 2775 |
| 244 | Exhibit 133 to Escalante Declaration | 2809 |
| 245 | Exhibit 134 to Escalante Declaration | 2811 |

**SEC v. Pacific West Capital Group, et al.**
**U.S.D.C. C.D. California**
**Case No. 2:15-cv-02563-FMO (FFMx)**

Table of Contents to the Joint Evidentiary Appendix

| Tab No. | Description | Page |
|---|---|---|
| 246 | Exhibit 135 to Escalante Declaration | 2821 |
| 247 | Exhibit 136 to Escalante Declaration | 2828 |
| 248 | Exhibit 137 to Escalante Declaration | 2836 |