JOHN B. BULGOZDY (Cal. Bar No. 219897)
Email: bulgozdyj@sec.gov
KRISTIN S. ESCALANTE (Cal. Bar No. 169635)
Email: escalantek@sec.gov
TODD BRILLIANT (Cal Bar No. 147727)
Email: brilliantt@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
C. Dabney O'Riordan, Associate Regional Director
John W. Berry, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>          vs.<br><br>PACIFIC WEST CAPITAL GROUP, INC.; ANDREW B CALHOUN IV; PWCG TRUST; BRENDA CHRSTINE BARRY; BAK WEST, INC.; ANDREW B CALHOUN JR.; ERIC CHRISTOPHER CANNON; CENTURY POINT, LLC; MICHAEL WAYNE DOTTA; and CALEB AUSTIN MOODY (dba SKY STONE),<br><br>                    Defendants. | Case No. 2:15-cv-02563 (FMO) (FFMx)<br><br>**STIPULATION OF DISMISSAL OF COMPLAINT AGAINST DEFENDANT MICHAEL WAYNE DOTTA ONLY**<br><br>Ctrm:        22<br>Judge:       Hon. Fernando M. Olguin |

WHEREAS, on August 3, 2016, a Statement of Death was filed, informing the Court and parties of the death of Defendant Michael Wayne Dotta;

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-caption action is hereby dismissed with prejudice against Defendant MICHAEL WAYNE DOTTA only.  This stipulation does not affect the action as against any other defendant.

Dated:  October 3, 2016

*/s/ Kristin S. Escalante*
Kristin Escalante
Attorney for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION

Dated:  October 3, 2016

WITKOW LAW, APLC

*/s/ Brandon J. Witkow*
Brandon J. Witkow
Attorneys for Defendants
ANDREW B CALHOUN, JR.,
MICHAEL WAYNE DOTTA & CALEB
AUSTIN MOODY (dba SKY STONE)

Dated:  October 3, 2016

GREENBERG TRAURIG, LLP

*/s/ Jason S. Lewis*
Jason S. Lewis
Attorneys for Defendants
PACIFIC WEST CAPITAL GROUP,
INC.; ANDREW B CALHOUN IV

Dated:  October 3, 2016

PAUL HASTINGS LLP

*/s/ Thomas Zaccaro*
Thomas Zaccaro
Attorneys for Defendants
BRENDA BARRY, BAK WEST, ERIC
CHRISTOPHER CANNON, AND
CENTURY POINT, LLC

Dated:  October 3, 2016                    ROOSA CO., LPA

                                           */s/ James K. Roosa*
                                           James K. Roosa
                                           Attorneys for Defendant
                                           PWCG TRUST

                    **<u>CERTIFICATE OF AUTHORIZATION</u>**

    Per Local Rule 5-4.3.4(a)(2)(i), Counsel for Plaintiff attests that counsel for Defendants consent to and authorize this filing.

                                           */s/ Kristin S. Escalante*
                                           Kristin Escalante

## **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On October 3, 2016, I caused to be served the document entitled **STIPULATION OF DISMISSAL OF COMPLAINT AGAINST DEFENDANT MICHAEL WAYNE DOTTA ONLY**on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  October 3, 2016

*/s/ Kristin S. Escalante*
Kristin S. Escalante

1

2    **SEC v. Pacific West Capital Group, Inc.; Andrew B. Calhoun IV, _et al._**

3    **United States District Court – Central District of California**
     **Case No. 2:15-CV-02563-FMO-FFMx**

4    **(LA-04248)**

5    SERVICE LIST

6

7    Jason S. Lewis, Esq. (served via e-filing)
     Christopher M. LaVigne, Esq.

8    Natalie Thompson, Esq
     Jason M. Hopkins, Esq.

9    Greenberg Traurig
     2200 Ross Ave., #5200

10   Dallas, TX 75201
     lewisjs@gtlaw.com

11   lavignec@gtlaw.com
     thompsonna@gtlaw.com

12   hopkinsjm@gtlaw.com
     _Attorneys for Defendants Pacific West Capital Group, Inc. and  Andrew_

13   _B Calhoun IV_

14   Mathew S. Rosengart, Esq. (served via e-filing)
     Adam Siegler, Esq.

15   Greenberg Traurig
     1840 Century Park East, Suite 1900

16   Los Angeles, CA 90067
     rosengartm@gtlaw.com

17   sieglera@gtlaw.com
     _Attorneys for Defendants Pacific West Capital Group, Inc. and  Andrew_

18   _B Calhoun IV_

19

20   James K. Roosa, Esq. (served via e-filing)
     Roosa Co., LPA

21   3723 Pearl Street, Suite 200
     Cleveland, OH 44109

22   jkr@roosalaw.com
     _Attorney for Defendant PWCG Trust_

23

24   Marc A. Legget, Esq. (served via e-filing)
     The Law Offices of Marc A. Legget

25   1851 Veteran Ave., Ste. 204
     Los Angeles, CA 90025

26   leggetlaw@msn.com
     _Attorney for Defendant PWCG Trust_

27

28

Case No. 2:15-cv-02563 (FMO) (FFM)

1

2

3       Brandon J. Witkow, Esq. (served via e-filing)
        Cory A. Baskin, Esq.
4       Witkowlaw, a professional law corporation
        21031 Ventura Blvd., Suite 603
5       Woodland Hills, CA 91364
        bw@witkowlaw.com
6       cb@witkowlaw.com
        *Attorneys for Defendants Andrew B Calhoun Jr, Michael Wayne Dotta,*
7       *and Caleb Austin Moody (dba Sky Stone)*

8       Thomas A. Zaccaro, Esq. (served via e-filing)
        Paul Hastings LLP
9       515 South Flower Street 25th Fl.
        Los Angeles, CA 90071
10      thomaszaccaro@paulhastings.com
        *Attorney for Defendants Brenda Christine Barry, BAK West, Inc.., Eric*
        *Christopher Cannon, and Century Point LLC*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28