JOHN B. BULGOZDY (Cal. Bar No. 219897)
Email: bulgozdyj@sec.gov
KRISTIN S. ESCALANTE (Cal. Bar No. 169635)
Email: escalantek@sec.gov
TODD BRILLIANT (Cal Bar No. 147727)
Email: brilliantt@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
C. Dabney O'Riordan, Associate Regional Director
John W. Berry, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC WEST CAPITAL GROUP, INC.; ANDREW B CALHOUN IV; PWCG TRUST; BRENDA CHRSTINE BARRY; BAK WEST, INC.; ANDREW B CALHOUN JR.; ERIC CHRISTOPHER CANNON; CENTURY POINT, LLC; MICHAEL WAYNE DOTTA; and CALEB AUSTIN MOODY (dba SKY STONE),<br><br>Defendants. | Case No. 2:15-cv-02563 (FMO) (FFMx)<br><br>**RESPONSE OF THE SECURITIES AND EXCHANGE COMMISSION TO DEFENDANTS' EX PARTE APPLICATION TO MODIFY THE COURT'S ORDER RE: MEDIATION (DKT. NO. 122)** |

1  Plaintiff Securities and Exchange Commission ("SEC") hereby submits this response to Defendants' Ex Parte Application To Modify Court's Order Re: Mediation (Dkt. No. 122).

The SEC does not oppose Defendants' request to have a settlement conference before a magistrate judge. The SEC, however, could not join the application. For one, the SEC recognizes that the Court ordered the parties to undergo private mediation after the parties had informed the Court of their preference for a settlement conference before a magistrate judge. *See* Dkt. Nos. 59 & 121. That being said, in light of certain significant budgetary constraints, the SEC does prefer the less costly alternative of a settlement conference before a magistrate judge.

In addition, the SEC takes issue with several of Defendants' characterizations in their application, and did not want to appear on the record as if it agreed with those statements. For example, Defendants state that the "toll" of "[f]our years of investigation and litigation" have left them with "limited means," as if they are penniless and the SEC is somehow at fault for their current predicament. But any "toll" from this matter arises directly from Defendants' own fraudulent acts. Further, the claim that they have "limited means" is directly contradicted by evidence showing that Defendant Pacific West Capital Group, Inc. has pocketed more than $45 million as its purported "margin" from the fraud, with more than $7.7 million of that going to Defendant Andrew Calhoun IV alone. *See* Declaration of Dora Zaldivar, Dkt. No. 8, ¶¶ 12-14.

Dated: April 26, 2017

 /s/ Kristin S. Escalante
Kristin Escalante
Attorney for Plaintiff
Securities and Exchange Commission

1       Case No. 2:15-cv-02563 (FMO) (FFM)

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On April 24, 2017, I caused to be served the document entitled RESPONSE OF THE SECURITIES AND EXCHANGE COMMISSION TO DEFENDANTS' EX PARTE APPLICATION TO MODIFY THE COURT'S ORDER RE: MEDIATION (DKT. NO. 122) on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 26, 2017            */s/ Kristin S. Escalante*
                                 Kristin S. Escalante

**SEC v. Pacific West Capital Group, Inc.; Andrew B. Calhoun IV, *et al*.**
**United States District Court – Central District of California**
**Case No. 2:15-CV-02563-FMO-FFMx**
**(LA-04248)**

SERVICE LIST

Jason S. Lewis, Esq. (served via e-filing)
Christopher M. LaVigne, Esq.
Natalie Thompson, Esq
Jason M. Hopkins, Esq.
Greenberg Traurig
2200 Ross Ave., #5200
Dallas, TX 75201
lewisjs@gtlaw.com
lavignec@gtlaw.com
thompsonna@gtlaw.com
hopkinsjm@gtlaw.com
*Attorneys for Defendants Pacific West Capital Group, Inc. and Andrew B Calhoun IV*

Mathew S. Rosengart, Esq. (served via e-filing)
Adam Siegler, Esq.
Greenberg Traurig
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
rosengartm@gtlaw.com
sieglera@gtlaw.com
*Attorneys for Defendants Pacific West Capital Group, Inc. and Andrew B Calhoun IV*

James K. Roosa, Esq. (served via e-filing)
Roosa Co., LPA
3723 Pearl Street, Suite 200
Cleveland, OH 44109
jkr@roosalaw.com
*Attorney for Defendant PWCG Trust*

Dennis J. Kelly (served via e-filing)
Dillingham & Murphy LLP
601 Montgomery Street, Suite 1900
San Francisco, CA 94111
djk@dillinghammurphy.com
*Attorney for Defendant PWCG Trust*

| | |
|---|---|
| 1 | Brandon J. Witkow, Esq. (served via e-filing) |
| 2 | Cory A. Baskin, Esq.<br>Witkowlaw, a professional law corporation |
| 3 | 21031 Ventura Blvd., Suite 603<br>Woodland Hills, CA 91364 |
| 4 | bw@witkowlaw.com<br>cb@witkowlaw.com |
| 5 | *Attorneys for Defendants Andrew B Calhoun Jr, and Caleb Austin Moody (dba Sky Stone)* |
| 6 | Thomas A. Zaccaro, Esq. (served via e-filing) |
| 7 | Zaccaro Morgan LLP<br>888 S. Figueroa St., Suite 400 |
| 8 | Los Angeles, CA 90017<br>tzaccaro@zaccaromorgan.com |
| 9 | *Attorney for Defendants Brenda Christine Barry, BAK West, Inc.., Eric Christopher Cannon, and Century Point LLC* |