JOHN B. BULGOZDY (Cal. Bar No. 219897)
Email: bulgozdyj@sec.gov
GARY Y. LEUNG (Cal. Bar No. 302928)
Email: leungg@sec.gov
DAVID J. VAN HAVERMAAT (Cal Bar No. 175761)
Email: vanhavermaatd@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Associate Regional Director
Amy Jane Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>PACIFIC WEST CAPITAL GROUP, INC., *et al.*,<br><br>    Defendants. | Case No. 2:15-CV-02563-FMO-FFMx<br><br>**JOINT STATEMENT OF THE CASE**<br><br>Trial Date:    August 21, 2018<br>Time:    8:30 a.m.<br><br>Final Pre-Trial<br>Conference Date:    August 3, 2018<br>Time:    10:00 a.m.<br><br>Ctrm:    6D<br><br>The Hon. Fernando M. Olguin |

Plaintiff Securities and Exchange Commission ("SEC") and Defendants Brenda Barry; BAK West, Inc.; Eric Cannon; Century Point, LLC; and Caleb Moody (dba Sky Stone), respectfully submit the following joint statement of the case:

This case involves claims concerning Pacific West Capital Group, Inc., or "Pacific West" for short, a company that offered interests in life settlement investments to investors. Life settlements are fractionalized interests in life insurance policies. An individual named Andrew B. Calhoun IV was the CEO and founder of Pacific West. The individual defendants in this action, Brenda Barry, Eric Cannon, and Caleb Moody, were sales agents for Pacific West.

The SEC contends that Pacific West's life settlement investments are securities under federal law. If the life settlement investments are securities under federal law, then the sale of those investments was required to be registered with the SEC under federal law, unless they qualify for an exemption from registration. In addition, the SEC contends that the individual defendants, Ms. Barry, Mr. Cannon, and Mr. Moody, were acting as brokers selling Pacific West's life settlement investments, and they should have been licensed and associated with a registered broker-dealer, under federal law.

Ms. Barry, Mr. Cannon, and Mr. Moody deny that the life settlement investments qualify as securities under federal law. Ms. Barry, Mr. Cannon, and Mr. Moody further contend that, even if the life settlement investments qualify as securities under federal law, they were exempted from registration.

| | | |
|---|---|---|
| 1 | Dated: July 20, 2018 | |
| 2 | | */s/ John B. Bulgozdy* |
| | | John B. Bulgozdy |
| 3 | | Gary Y. Leung |
| | | David J. Van Havermaat |
| 4 | | Attorneys for Plaintiff |
| | | Securities and Exchange Commission |

DATED: July 20, 2018

THOMAS A. ZACCARO
DANIEL PRINCE
PAUL HASTINGS LLP

By: */s/ Daniel Prince*
     Daniel Prince

Attorneys for Defendants BRENDA BARRY, BAK WEST, INC., ERIC CHRISTOPHER CANNON, CENTURY POINT, LLC, AND CALEB AUSTIN MOODY (DBA SKY STONE)

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action.  My business address is:

>U.S. SECURITIES AND EXCHANGE COMMISSION,
>444 S. Flower Street, Suite 900, Los Angeles, California 90071
>Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On July 20, 2018, I caused to be served the document entitled **JOINT STATEMENT OF THE CASE** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  July 20, 2018            */s/ John B. Bulgozdy*
                                John B. Bulgozdy

**SEC v. Pacific West Capital Group, Inc.; Andrew B. Calhoun IV, *et al.*
United States District Court – Central District of California
Case No. 2:15-CV-02563-FMO-FFM
(LA-04248)**

SERVICE LIST

Thomas A. Zaccaro, Esq. (served via e-filing)
Paul Hastings
515 S. Flower Street, 25th Floor
Los Angeles, CA 90071
thomaszaccaro@paulhastings.com
*Attorney for Defendants Brenda Christine Barry, BAK West, Inc., Eric Christopher Cannon, Century Point LLC, and Caleb Austin Moody (dba Sky Stone)*

David R. Zaro, Esq. (served via e-filing)
Allen Matkins Leck Gamble Mallory Natsis LLP
865 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017-2543
dzaro@allenmatkins.com
*Attorney for Receiver Thomas Hebrank*