ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
DAVID R. ZARO (BAR NO. 124334)
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
EDWARD G. FATES (BAR NO. 227809)
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Receiver
THOMAS HEBRANK

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC WEST CAPITAL GROUP, INC.; ANDREW B CALHOUN IV; PWCG TRUST; BRENDA CHRISTINE BARRY; BAK WEST, INC.; ANDREW B CALHOUN JR.; ERIC CHRISTOPHER CANNON; CENTURY POINT, LLC; MICHAEL WAYNE DOTTA; and CALEB AUSTIN MOODY (dba SKY STONE),<br><br>　　　　　Defendants. | Case No. 2:15-cv-02563-FMO (FFMx)<br><br>**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF THE RECEIVER FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES** [194]<br><br>Date:　September 20, 2018<br>Time:　10:00 a.m.<br>Ctrm.:　6D<br>Judge:　Hon. Fernando M. Olguin |

1   The First Interim Fee Application of Thomas Hebrank ("Receiver"), the
2  Court-appointed receiver for Defendant PWCG Trust for Payment of Fees and
3  Reimbursement of Expenses ("Application") was set for hearing on September 20,
4  2018.  No oppositions were filed by the deadline.  See Local Rule 7-9.

5   The Court having reviewed the Application and finding good cause, orders as
6  follows:

7   **IT IS ORDERED** that the Receiver's Application is **granted**.

8  **IT IS FURTHER ORDERED** that the Receiver's fees and costs for the First
9  Application Period are allowed and approved, on an interim basis, in the amounts of
10  $47,302.20 and $4,056.91, respectively.

11   **IT IS FURTHER ORDERED** that the Receiver is authorized and directed to
12  pay himself $37,841.76 in fees and $4,056.91 in costs from assets of the
13  receivership estate, which amount reflects an interim payment of 80% of the
14  allowed fees and 100% of the allowed costs.

Dated: September 14, 2018

/s/
Hon. Fernando M. Olguin
Judge, United States District Court

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

872931.01/SD