ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
DAVID R. ZARO (BAR NO. 124334)
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com

ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
EDWARD G. FATES (BAR NO. 227809)
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Receiver
THOMAS HEBRANK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>        v.<br><br>PACIFIC WEST CAPITAL GROUP, INC.; ANDREW B CALHOUN IV; PWCG TRUST; BRENDA CHRISTINE BARRY; BAK WEST, INC.; ANDREW B CALHOUN JR.; ERIC CHRISTOPHER CANNON; CENTURY POINT, LLC; MICHAEL WAYNE DOTTA; and CALEB AUSTIN MOODY (dba SKY STONE),<br><br>             Defendants. | Case No. 2:15-cv-02563-FMO (FFMx)<br><br>**ORDER GRANTING SECOND INTERIM FEE APPLICATION OF THE RECEIVER FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Date:  November 15, 2018<br>Time:  10:00 a.m.<br>Ctrm.:  6D<br>Judge: Hon. Fernando M. Olguin |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

877157.01/SD

The Court, having reviewed the Second Interim Fee Application of Thomas Hebrank ("Receiver"), the Court-appointed receiver for Defendant PWCG Trust for Payment of Fees and Reimbursement of Expenses ("Application"), including any supporting declarations and objections filed therein, and being so advised in the matter and finding good cause, orders as follows:

**IT IS ORDERED** that the Receiver's Application is granted.

**IT IS FURTHER ORDERED** that the Receiver's fees and costs for the Second Application Period are allowed and approved, on an interim basis, in the amounts of $32,032.80 and $2,056.42, respectively.

**IT IS FURTHER ORDERED** that the Receiver is authorized and directed to pay himself $25,626.24 in fees and $2,056.42 in costs from assets of the receivership estate, which amount reflects an interim payment of 80% of the allowed fees and 100% of the allowed costs.

Dated: November 6, 2018

/s/
Hon. Fernando M. Olguin
Judge, United States District Court