ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
DAVID R. ZARO (BAR NO. 124334)
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone:  (213) 622-5555
Fax:  (213) 620-8816
E-Mail:  dzaro@allenmatkins.com

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
EDWARD G. FATES (BAR NO. 227809)
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone:  (619) 233-1155
Fax:  (619) 233-1158
E-Mail:  tfates@allenmatkins.com

Attorneys for Receiver
THOMAS HEBRANK

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>          v.<br><br>PACIFIC WEST CAPITAL GROUP, INC.; ANDREW B CALHOUN IV; PWCG TRUST; BRENDA CHRISTINE BARRY; BAK WEST, INC.; ANDREW B CALHOUN JR.; ERIC CHRISTOPHER CANNON; CENTURY POINT, LLC; MICHAEL WAYNE DOTTA; and CALEB AUSTIN MOODY (dba SKY STONE),<br><br>                    Defendants. | Case No.  2:15-cv-02563-FMO (FFMx)<br><br>**ORDER GRANTING SECOND INTERIM APPLICATION OF ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS, LLP, GENERAL COUNSEL TO THE RECEIVER, FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Date:          November 15, 2018<br>Time:          10:00 a.m.<br>Ctrm.:         6D<br>Judge:         Hon. Fernando M. Olguin |

1  The Court, having reviewed the Second Interim Fee Application of Allen
2  Matkins Leck Gamble Mallory & Natsis LLP, General Counsel to the Receiver, for
3  Payment of Fees and Reimbursement of Expenses ("Application") filed by Allen
4  Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), general counsel to
5  Thomas Hebrank, the Court-appointed receiver for Defendant PWCG Trust,
6  including any supporting declarations and objections filed therein, and being so
7  advised in the matter and finding good cause, orders as follows:

8  **IT IS ORDERED** that the Application of Allen Matkins is granted.

9  **IT IS FURTHER ORDERED** that Allen Matkins' fees and costs for the
10 Second Application Period are allowed and approved, on an interim basis, in the
11 amounts of $74,469.05 and $456.41, respectively.

12 **IT IS FURTHER ORDERED** that the Receiver is authorized and directed to
13 pay Allen Matkins $60,375.24 in fees and $456.41 in costs from assets of the
14 receivership estate, which amounts reflect an interim payment of 80% of the
15 allowed fees and 100% of the allowed costs.

16
17 Dated:  November 6, 2018          /s/
18                                  _____
                                    Hon. Fernando M. Olguin
                                    Judge, United States District Court