1  ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
2  DAVID R. ZARO (BAR NO. 124334)
   865 South Figueroa Street, Suite 2800
3  Los Angeles, California 90017-2543
   Phone:  (213) 622-5555
4  Fax:  (213) 620-8816
   E-Mail:  dzaro@allenmatkins.com
5
   ALLEN MATKINS LECK GAMBLE
6      MALLORY & NATSIS LLP
   EDWARD G. FATES (BAR NO. 227809)
7  One America Plaza
   600 West Broadway, 27th Floor
8  San Diego, California 92101-0903
   Phone:  (619) 233-1155
9  Fax:  (619) 233-1158
   E-Mail:  tfates@allenmatkins.com
10
   Attorneys for Receiver
11  THOMAS HEBRANK

12              UNITED STATES DISTRICT COURT

13             CENTRAL DISTRICT OF CALIFORNIA

14

15  SECURITIES AND EXCHANGE            Case No.  2:15-cv-02563-FMO (FFMx)
    COMMISSION,
16                                     ORDER GRANTING FOURTH
              Plaintiff,               INTERIM FEE APPLICATION OF
17                                     THE RECEIVER FOR PAYMENT
         v.                            OF FEES AND REIMBURSEMENT
18                                     OF EXPENSES
    PACIFIC WEST CAPITAL GROUP,
19  INC.; ANDREW B CALHOUN IV;
    PWCG TRUST; BRENDA CHRISTINE        Date:       April 25, 2019
20  BARRY; BAK WEST, INC.; ANDREW B     Time:       10:00 a.m.
    CALHOUN JR.; ERIC CHRISTOPHER       Ctrm.:      6D
21  CANNON; CENTURY POINT, LLC;         Judge:      Hon. Fernando M. Olguin
    MICHAEL WAYNE DOTTA; and
22  CALEB AUSTIN MOODY (dba SKY
    STONE),
23
              Defendants.
24

25

26

27

28

1  The Court, having reviewed the Fourth Interim Fee Application of Thomas

2  Hebrank ("Receiver"), the Court-appointed receiver for Defendant PWCG Trust for

3  Payment of Fees and Reimbursement of Expenses ("Application"), including any

4  supporting declarations, and being so advised in the matter and finding good cause,

5  orders as follows:

6  **IT IS ORDERED** that the Receiver's Application is granted.

7  **IT IS FURTHER ORDERED** that the Receiver's fees and costs for the

8  Fourth Application Period are allowed and approved, on an interim basis, in the

9  amounts of $23,750.55 and $2,440.08, respectively.

10  **IT IS FURTHER ORDERED** that the Receiver is authorized and directed to

11  pay himself $18,856.44 in fees and $2,440.08 in costs from assets of the

12  receivership estate, which amount reflects an interim payment of 80% of the

13  allowed fees and 100% of the allowed costs.

14

15  Dated: _____    April 11, 2019    /s/

16  _____
    Hon. Fernando M. Olguin
    Judge, United States District Court

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

882994.01/SD                                              -2-