1  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
2  DAVID R. ZARO (BAR NO. 124334)
   865 South Figueroa Street, Suite 2800
3  Los Angeles, California 90017-2543
   Phone: (213) 622-5555
4  Fax: (213) 620-8816
   E-Mail: dzaro@allenmatkins.com
5
   ALLEN MATKINS LECK GAMBLE
6    MALLORY & NATSIS LLP
   EDWARD G. FATES (BAR NO. 227809)
7  One America Plaza
   600 West Broadway, 27th Floor
8  San Diego, California 92101-0903
   Phone: (619) 233-1155
9  Fax: (619) 233-1158
   E-Mail: tfates@allenmatkins.com
10
   Attorneys for Receiver
11 THOMAS HEBRANK

12            **UNITED STATES DISTRICT COURT**

13            **CENTRAL DISTRICT OF CALIFORNIA**

14

15 SECURITIES AND EXCHANGE          Case No. 2:15-cv-02563-FMO (FFMx)
   COMMISSION,
16                                  **ORDER GRANTING FOURTH**
          Plaintiff,                **INTERIM APPLICATION OF**
17                                  **ALLEN MATKINS LECK**
       v.                           **GAMBLE MALLORY & NATSIS,**
18                                  **LLP, GENERAL COUNSEL TO**
   PACIFIC WEST CAPITAL GROUP,       **THE RECEIVER, FOR PAYMENT**
19 INC.; ANDREW B CALHOUN IV;        **OF FEES AND REIMBURSEMENT**
   PWCG TRUST; BRENDA CHRISTINE      **OF EXPENSES**
20 BARRY; BAK WEST, INC.; ANDREW B
   CALHOUN JR.; ERIC CHRISTOPHER
21 CANNON; CENTURY POINT, LLC;      Date:    April 25, 2019
   MICHAEL WAYNE DOTTA; and         Time:    10:00 a.m.
22 CALEB AUSTIN MOODY (dba SKY      Ctrm.:   6D
   STONE),                          Judge:   Hon. Fernando M. Olguin
23
          Defendants.
24

25

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

882993.01/SD

1    The Court, having reviewed the Fourth Interim Fee Application of Allen

2  Matkins Leck Gamble Mallory & Natsis LLP, General Counsel to the Receiver, for

3  Payment of Fees and Reimbursement of Expenses ("Application") filed by Allen

4  Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), general counsel to

5  Thomas Hebrank, the Court-appointed receiver for Defendant PWCG Trust,

6  including any supporting declarations, and being so advised in the matter and

7  finding good cause, orders as follows:

8    **IT IS ORDERED** that the Application of Allen Matkins is granted.

9    **IT IS FURTHER ORDERED** that Allen Matkins' fees and costs for the

10 Fourth Application Period are allowed and approved, on an interim basis, in the

11 amounts of $81,054.00 and $815.60, respectively.

12    **IT IS FURTHER ORDERED** that the Receiver is authorized and directed to

13 pay Allen Matkins $64,843.20 in fees and $815.60 in costs from assets of the

14 receivership estate, which amounts reflect an interim payment of 80% of the

15 allowed fees and 100% of the allowed costs.

16

17 Dated:    April 11, 2019                                        /s/

18                                                          Hon. Fernando M. Olguin
                                                           Judge, United States District Court

19

20

21

22

23

24

25

26

27

28