DILLINGHAM & MURPHY LLP
Dennis J. Kelly (SBN 191414)
601 Montgomery Street, Ste 1900
San Francisco, CA 94111
T: (415) 397-2700 F: (415) 397-3300

ROOSA CO, LPA
James K. Roosa (OH Bar 0038941, admitted pro hac vice)
3723 Pearl Road, Ste 200
Cleveland, OH 44109
T: (216) 635-0636 F: (216) 393-0000

Attorneys for Mills Potoczak & Company,
Trustee of Defendant PWCG Trust

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC WEST CAPITAL GROUP, INC., *et al.*,<br><br>Defendants. | Case No.  2:15-cv-02563 FMO (FFMx)<br><br>**ORDER GRANTING FOURTH INTERIM FEE APPLICATION FOR APPROVAL AND PAYMENT OF FEES AND COSTS TO MILLS, POTOCZAK & COMPANY, AS TRUSTEE OF PWCG TRUST**<br><br>Date:           April 25, 2019<br>Time:           10:00 a.m.<br>Courtroom:  6D<br>Judge:          Hon. Fernando M. Olguin |

Having reviewed The Fourth Interim Fee Application of Mills, Potoczak & Company, as Trustee of PWCG Trust for payment of Fees and Reimbursement of Expenses ("Application"), including any supporting declarations, and being so advised in the matter and finding good cause, orders as follows:

1      **IT IS ORDERED** that the Application of Mills, Potoczak & Company is granted.

2      **IT IS FURTHER ORDERED** that Mills, Potoczak & Company's fees and costs for the

3 Application are allowed and approved, on an interim basis, in the amounts of $11,131.25 and $129.69,

4 respectively.

5      **IT IS FURTHER ORDERED** that the Receiver is authorized and directed to pay Mills,

6 Potoczak and Company $11,131.25 in fees and $129.69 in costs from assets of the receivership estate.

Date: April 11, 2019

/s/
Hon. Fernando M. Olguin
Judge, United States District Court