ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
DAVID R. ZARO (BAR NO. 124334)
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com

ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
EDWARD G. FATES (BAR NO. 227809)
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Receiver
THOMAS HEBRANK

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC WEST CAPITAL GROUP, INC.; ANDREW B CALHOUN IV; PWCG TRUST; BRENDA CHRISTINE BARRY; BAK WEST, INC.; ANDREW B CALHOUN JR.; ERIC CHRISTOPHER CANNON; CENTURY POINT, LLC; MICHAEL WAYNE DOTTA; and CALEB AUSTIN MOODY (dba SKY STONE),<br><br>　　　　Defendants. | Case No. 2:15-cv-02563-FMO (FFMx)<br><br>**ORDER GRANTING FIFTH INTERIM FEE APPLICATION [256] OF THE RECEIVER FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Date:　　August 15, 2019<br>Time:　　10:00 a.m.<br>Ctrm.:　　6D<br>Judge:　　Hon. Fernando M. Olguin |

1  The Court, having reviewed the Fifth Interim Fee Application of Thomas
2  Hebrank ("Receiver"), the Court-appointed receiver for Defendant PWCG Trust for
3  Payment of Fees and Reimbursement of Expenses ("Application"), including any
4  supporting declarations filed therein, and being so advised in the matter and finding
5  good cause, orders as follows:

6  **IT IS ORDERED** that the Receiver's Application is granted.

7  **IT IS FURTHER ORDERED** that the Receiver's fees and costs for the Fifth
8  Application Period are allowed and approved, on an interim basis, in the amounts of
9  $32,773.50 and $1,876.71, respectively.

10  **IT IS FURTHER ORDERED** that the Receiver is authorized and directed to
11  pay himself $26,218.80 in fees and $1,876.71 in costs from assets of the
12  receivership estate, which amount reflects an interim payment of 80% of the
13  allowed fees and 100% of the allowed costs.

15  Dated:  August 9, 2019         /s/
16                                  Hon. Fernando M. Olguin
                                    Judge, United States District Court