1   DILLINGHAM & MURPHY LLP
    Dennis J. Kelly (SBN 191414)
2   601 Montgomery Street, Ste 1900
    San Francisco, CA 94111
3   T: (415) 397-2700 F:  (415) 397-3300

4
    ROOSA CO, LPA
5   James K. Roosa (OH Bar 0038941, admitted pro hac vice)
    3723 Pearl Road, Ste 200
6   Cleveland, OH 44109
    T: (216) 635-0636 F: (216) 393-0000
7

8   Attorneys for Mills Potoczak & Company,
    Trustee of Defendant PWCG Trust
9

10              **UNITED STATES DISTRICT COURT**

11             **CENTRAL DISTRICT OF CALIFORNIA**

12

13  SECURITIES AND EXCHANGE        Case No.  2:15-cv-02563 FMO (FFMx)
    COMMISSION,
14                                 **ORDER GRANTING FIFTH INTERIM**
    Plaintiff,                     **APPLICATION FOR APPROVAL AND**
15                                 **PAYMENT OF FEES AND COSTS TO**
    vs.                            **MILLS, POTOCZAK & COMPANY, AS**
16                                 **TRUSTEE OF PWCG TRUST** [259]
    PACIFIC WEST CAPITAL
17  GROUP, INC., *et al.*,

18  Defendants.

19                                 Date:        August 15, 2019
                                   Time:        10:00 a.m.
20                                 Courtroom:   6D
                                   Judge:       Hon. Fernando M. Olguin
21

22

23

24        Having reviewed the Fifth Interim Fee Application of Mills, Potoczak & Company, as Trustee

25  of PWCG Trust for Approval and Payment of Fees and Costs ("Application"), including any

26  supporting declarations filed therein, and being so advised in the matter and finding good cause, orders

27  as follows:

28

---

**IT IS ORDERED** that the Application of Mills, Potoczak & Company is granted.

**IT IS FURTHER ORDERED** that Mills, Potoczak & Company's fees and costs for the Application are allowed and approved, on an interim basis, in the amounts of $14,970.00 and $50.91, respectively.

Date: _August 9, 2019_____

/s/

_____
Hon. Fernando M. Olguin
Judge, United States District Court