# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC WEST CAPITAL GROUP, INC.; ANDREW B CALHOUN IV; PWCG TRUST; BRENDA CHRISTINE BARRY; BAK WEST, INC.; ANDREW B CALHOUN JR.; ERIC CHRISTOPHER CANNON; CENTURY POINT, LLC; MICHAEL WAYNE DOTTA; and CALEB AUSTIN MOODY (dba SKY STONE),<br><br>    Defendants. | Case No.  2:15-cv-02563-DDP-FFM<br><br>**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF DUFFY KRUSPODIN & COMPANY, LLP, CERTIFIED PUBLIC ACCOUNTANT TO THE RECEIVER FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES [330]** |

1  The Court, having reviewed the First Interim Fee Application of Duffy
2  Kruspodin & Company, LLP, Certified Public Accountant to the Receiver, for
3  Payment of Fees and Reimbursement of Expenses ("Application"), including any
4  supporting declarations and objections filed therein, and being so advised in the
5  matter and finding good cause, orders as follows:

6  **IT IS ORDERED** that the Application of Duffy Kruspodin is granted.

7  **IT IS FURTHER ORDERED** that Duffy Kruspodin's fees for the
8  Application Period are allowed and approved, on an interim basis, in the amount of
9  $34,824.15.

10  **IT IS FURTHER ORDERED** that the Receiver is authorized and directed to
11  pay Duffy Kruspodin $34,824.15 in fees from assets of the receivership estate.

Dated: June 3, 2020

Hon. Dean D. Pregerson
Judge, United States District Court