# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC WEST CAPITAL GROUP, INC.; ANDREW B CALHOUN IV; PWCG TRUST; BRENDA CHRISTINE BARRY; BAK WEST, INC.; ANDREW B CALHOUN JR.; ERIC CHRISTOPHER CANNON; CENTURY POINT, LLC; MICHAEL WAYNE DOTTA; and CALEB AUSTIN MOODY (dba SKY STONE),<br><br>　　　　Defendants. | Case No.  2:15-cv-02563-DDP-FFM<br><br>**ORDER GRANTING SECOND INTERIM APPLICATION FOR APPROVAL AND PAYMENT OF FEES TO DUFFY KRUSPODIN, LLP, AS TAX ACCOUNTANTS FOR RECEIVER [402]** |

1  The Court, having reviewed the Second Interim Application for Approval and
2  Payment of Fees to Duffy Kruspodin, LLP, as Tax Accountants for Receiver
3  ("Application"), including any supporting declarations and objections filed therein,
4  and being so advised in the matter and finding good cause, orders as follows:

5  **IT IS ORDERED** that the Application of Duffy Kruspodin, LLP is granted.

6  **IT IS FURTHER ORDERED** that Duffy Kruspodin, LLP's fees for the
7  Application Period are allowed and approved, in the amount of $11,686.95.

8  **IT IS FURTHER ORDERED** that the Receiver is authorized and directed to
9  pay Duffy Kruspodin, LLP $11,696.95 in fees from assets of the receivership estate.

11  Dated:   May 5, 2021

Hon. Dean D. Pregerson
Judge, United States District Court