1  KATHRYN C. WANNER (Cal. Bar No.269310)
   Email: wannerk@sec.gov
2  DONALD W. SEARLES (Cal. Bar No.135705)
   Email: searlesd@sec.gov
3
   Attorneys for Plaintiff
4  Securities and Exchange Commission
   Michele Wein Layne, Regional Director
5  Alka Patel, Associate Regional Director
   Gary Y. Leung, Regional Trial Counsel
6  444 S. Flower Street, Suite 900
   Los Angeles, California 90071
7  Telephone: (323) 965-3998
   Facsimile: (213) 443-1904
8
9                    UNITED STATES DISTRICT COURT
10                  CENTRAL DISTRICT OF CALIFORNIA
11
12  SECURITIES AND EXCHANGE              Case No. 2:15-CV-02563-DDP-MAAx
    COMMISSION,
13                                       THE SEC'S NOTICE OF MOTION
                Plaintiff,               AND MOTION FOR RENEWED
14                                       SUMMARY JUDGMENT
         vs.
15                                       Date:      September 12, 2022
    PACIFIC WEST CAPITAL GROUP,          Time:      10:00 a.m.
16  INC.; ANDREW B CALHOUN IV;           Ctrm:      9C
    PWCG TRUST; BRENDA                   Judge:     The Hon. Dean D. Pregerson
17  CHRSTINE BARRY; BAK WEST,
    INC.; ANDREW B CALHOUN JR.;
18  ERIC CHRISTOPHER CANNON;
    CENTURY POINT, LLC; MICHAEL
19  WAYNE DOTTA; and CALEB
    AUSTIN MOODY (dba SKY
20  STONE),
21               Defendants.
22
23
24
25
26
27
28

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on September 12, 2022, at 10:00 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Dean D. Pregerson, 312 N. Spring St., Los Angeles, CA 90012, Plaintiff Securities and Exchange Commission ("SEC") will and hereby does move the Court for summary judgment against Remaining Defendants Brenda Barry, Bak West, Inc., Eric Cannon, Century Point, LLC, and Caleb Austin Moody (dba Sky Stone).

Specifically, the SEC moves for summary judgment on the following:

- The "life settlement" investments offered and sold by Remaining Defendants are "securities" under the Securities Act of 1933 (the "Securities Act") and the Securities Exchange Act of 1934 (the "Exchange Act");
- Remaining  Defendants violated Section 5(a) and (c) of the Securities Act by offering and selling these securities without registration; and
- Remaining Defendants violated Section 15(a) of the Exchange Act by acting as unregistered brokers or dealers.

This motion is made following the conferences of counsel pursuant to Local Rule 7-3, which took place on or about July 15, 2022.

This motion is based on this Notice of Motion and Motion, the Memorandum in support of Renewed Summary Judgment; the SEC's Renewed Statement of Undisputed Facts and Law; the Declaration of Kathryn C. Wanner in support of the Memorandum in support of Renewed Summary Judgment; together with the files and records of this entire case and any evidence and/or argument that may be adduced at a hearing held by the Court on this motion.

Dated:  July 25, 2022

   */s/ Kathryn C. Wanner*
Kathryn C. Wanner
Attorney for Plaintiff
Securities and Exchange Commission

1

## <u>PROOF OF SERVICE</u>

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
400 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On July 25, 2022, I caused to be served the document entitled **THE SEC'S NOTICE OF MOTION AND MOTION FOR RENEWED SUMMARY JUDGMENT** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  July 25, 2022

*/s/ Kathryn C. Wanner*

Kathryn C. Wanner

2

<u>**SEC v. Pacific West Capital Group, Inc.; Andrew B. Calhoun IV,** *et al.*</u>
**United States District Court – Central District of California**
**Case No. 2:15-CV-02563-DDP-MAAx**
**(LA-04248)**

<u>SERVICE LIST</u>

Thomas A. Zaccaro, Esq. (served via e-filing)
Paul Hastings
515 S. Flower Street, 25th Floor
Los Angeles, CA 90071
thomaszaccaro@paulhastings.com
*Attorney for Defendants Brenda Christine Barry, BAK West, Inc., Eric*
*Christopher Cannon, Century Point LLC, and Caleb Austin Moody (dba*
*Sky Stone)*

David R. Zaro, Esq. (served via e-filing)
Allen Matkins Leck Gamble Mallory & Natsis LLP
865 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017-2543
dzaro@allenmatkins.com
*Attorney for Receiver Thomas Hebrank*

Dennis J. Kelly (served via e-filing)
Dillingham & Murphy LLP
601 Montgomery Street, Ste 1900
San Francisco, CA 94111
*Attorney for Mills Potoczak & Company*

James K. Roosa (served via e-filing)
Roosa Co, LPA
3723 Pearl Road, Ste 200
Cleveland, OH 44109
*Attorney for Mills Potoczak & Company*